UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **John Doe & Jane Doe, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Meta Platforms, Inc.,**<br><br>Defendant. | Case No.<br><br>_____<br><br>**Application for Admission of Attorney Pro Hac Vice**<br>**(Civil LR 11-3)** |

I, Marshal J. Hoda, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing named Plaintiffs John Doe and Jane Doe and the putative class in the above-styled class action litigation. I am admitted to practice and in good standing in the Southern District of Texas. A true and correct copy of a certificate of good standing issued to me by the Texas State Bar is attached to this application. I have been granted admission pro hac vice admission by this court once in the 12 months preceding this application.

My local co-counsel in this case is Steven Vondran, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Mr. Vondran's California bar number is 232337.

Mine and Mr. Vondran's contact information of record is as follows.

| | Marshal Hoda | Steven Vondran |
|---|---|---|
| Address | 12333 Sowden Road<br>Suite B, PMB 51811<br>Houston, TX 77080 | One Sansome Street, Suite 3500<br>San Francisco, CA 94194 |
| Telephone No. | (832) 848-0036 | (877) 276-5084 |
| Email | marshal@thehodalawfirm.com | steve@vondranlegal.com |

1  By signing below, I agree to familiarize myself with, and abide by, the Local
2 Rules of this Court, especially the Standards of Professional Conduct for attorneys
3 and the Alternative Dispute Resolution Local Rules. I declare under penalty of
4 perjury that the forgoing is true and correct.

5
6  Dated:  December 1, 2022           Respectfully submitted,

*/s/ M. Hoda*

Marshal J. Hoda, Esq.
Texas Bar No. 2411009
12333 Sowden Road, Suite B
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com
THE HODA LAW FIRM, PLLC

Page 2 of 2

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 20, 2022

Re: Marshal J. Hoda, State Bar Number 24110009

To Whom It May Concern:

This is to certify that Marshal J. Hoda was licensed to practice law in Texas on November 02, 2018, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web