US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOE & JANE DOE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED<br>**PLAINTIFF**<br><br>VS.<br><br>META PLATFORMS, INC<br>**DEFENDANT** | §§§§§§§§§§ | CAUSE NO. 3:22-CV-07557-SI |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

THIS SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF ELIGIBILITY FOR VIDEO RECORDING, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION, JUDGE ILLSTONS STANDING ORDER, INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE, PRETRIAL INSTRUCTIONS, CIVIL LOCAL RULES, ALTERNATIVE DISPUTE RESOLUTION PROCEDURES HANDBOOK FOR META PLATFORMS, INC. C/O REGISTERED AGENT: CORPORATION SERVICE COMPANY CSC-LAWYERS INCORPORATING SERVICE WAS RECEIVED BY ME ON WEDNESDAY, DECEMBER 7, 2022 AT 10:49 AM

I DELIVERED THE ABOVE-MENTIONED DOCUMENTS TO JENN BAUTISTA - AUTHORIZED TO ACCEPT SERVICE WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF META PLATFORMS, INC. C/O REGISTERED AGENT: CORPORATION SERVICE COMPANY CSC-LAWYERS INCORPORATING SERVICE ON THURSDAY, DECEMBER 8, 2022 AT 2:45 PM AT 2710 GATEWAY OAKS DR, STE 150N, SACRAMENTO, CA 95833

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

THURSDAY, DECEMBER 8, 2022

*KATRINA WILLIAMS*

KATRINA WILLIAMS
Process Server

META001
DocID: P302696_1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| John Doe & Jane Doe, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:22-cv-07557-SI |
| Meta Platforms, Inc. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Meta Platforms, Inc.
1 Hacker Way
Menlo Park, CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marshal J. Hoda, Esq.
The Hoda Law Firm, PLLC

Steven C. Vondran, Esq.
The Law Offices of Steven C. Vondran, PC

Service Address:
One Sansome Street, Suite 3500
San Francisco, CA 94104
Phone: (415) 830-9636

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
*CLERK OF COURT*

Date:  12/02/2022

*signature*  W. Noble
*Signature of Clerk or Deputy Clerk*