UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE & JANE DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:22-cv-07557-SI<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Lauren R. Goldman</u>, an active member in good standing of the bar of, <u>New York</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Meta Platforms, Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>Abigail A. Barrera</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>301746</u>.

<u>Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166</u>
MY ADDRESS OF RECORD

<u>Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105</u>
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

<u>212 351 2375</u>
MY TELEPHONE # OF RECORD

<u>415 393 8262</u>
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

<u>lgoldman@gibsondunn.com</u>
MY EMAIL ADDRESS OF RECORD

<u>abarrera@gibsondunn.com</u>
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>2952422</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___7___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 17, 2022                           Lauren R. Goldman
                                                                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Lauren R. Goldman_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 19, 2022

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE