GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*admitted pro hac vice*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:     (415) 393-4622
Facsimile:     (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:     (213) 229-7311
Facsimile:     (213) 229-6311
akasabian@gibsondunn.com

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE & JANE DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:22-cv-07557-SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Action Filed: December 1, 2022<br><br>Honorable Judge Susan Illston<br><br>Trial Date: None Set |

1   Pursuant to Civil Local Rule 6-1(a), Plaintiffs John Doe and Jane Doe ("Plaintiffs") and
2   Defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby
3   stipulate as follows:
4   WHEREAS, Plaintiffs filed this action on December 1, 2022, in the Northern District of
5   California;
6   WHEREAS, Meta was served with the Complaint on December 8, 2022;
7   WHEREAS, Meta's deadline to respond to the Complaint is currently December 29, 2022;
8   WHEREAS, Meta has requested, and Plaintiffs have agreed, that Meta will have an additional
9   35 days to respond to the Complaint;
10  WHEREAS, the additional time to respond to the Complaint will not alter the date of any event
11  or deadline set by this Court;
12  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Meta, that
13  Meta will have until February 2, 2023 to respond to the Complaint.
14  IT IS SO STIPULATED.

16  Dated: December 19, 2022          GIBSON, DUNN & CRUTCHER LLP

17                                    By:  /s/ Abigail Barrera
18                                         Abigail Barrera

19                                    *Attorney for Meta Platforms, Inc.*

22  Dated: December 19, 2022          THE LAW OFFICES OF STEVEN C. VONDRAN, PC

23                                    By:  /s/  Steven C. Vondran
                                           Steven C. Vondran, Esq.

25  Dated: December 19, 2022          THE HODA LAW FIRM, PLLC

26                                    By:  /s/  Marshal J. Hoda
                                           Marshal J. Hoda, Esq. (*admitted pro hac vice*)

| | | |
|---|---|---|
| Dated: December 19, 2022 | FOSTER YARBOROUGH PLLC | |
| | By: | */s/   Patrick Yarborough* |
| | | Patrick Yarborough, Esq. (*admitted pro hac vice*) |
| | *Attorneys for Plaintiffs* | |

## CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Abigail Barrera, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

| | | |
|---|---|---|
| Dated: December 19, 2022 | GIBSON, DUNN & CRUTCHER LLP | |
| | By: | */s/ Abigail Barrera* |
| | | Abigail Barrera |