**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

*Attorneys for Interested Party*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE & JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:22-cv-07557<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(CORRECTED)** |

On December 29, 2022, an action was commenced in this District captioned *Calderon et al. v. Meta Platforms, Inc.*, Case No. 5:22-cv-09149-VKD.  The *Calderon* matter may meet the definition of a related case under Local Rule 3-12 because:

1. This action and the *Calderon* action are putative class actions against the same defendant, Meta Platforms, Inc.;

2. This action and the *Calderon* action involve the same or similar allegations that Meta surreptitiously acquired tax filing information from class members who used online tax filing websites provided by H&R Block, Tax Act, and TaxSlayer.

3. This action and the *Calderon* action assert many of the same causes of action.

Accordingly, there appears to be the potential for an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Dated:  January 5, 2023                    **BURSOR & FISHER, P.A**.

By:    */s/ Joel D. Smith*
              Joel D. Smith

Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jsmith@bursor.com

*Attorneys for Interested Party*