GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*admitted pro hac vice*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:  (415) 393-4622
Facsimile:  (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:  (213) 229-7311
Facsimile:  (213) 229-6311
akasabian@gibsondunn.com

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE & JANE DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:22-cv-07557-SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Action Filed: December 1, 2022<br><br>Honorable Judge Susan Illston<br><br>Trial Date: None Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs John Doe and Jane Doe and Defendant Meta Platforms, Inc., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, plaintiffs filed this action on December 1, 2022, in the Northern District of California;

WHEREAS, Meta was served with the Complaint on December 8, 2022;

WHEREAS, on December 19, 2022, the parties stipulated to an extension of time for Meta to respond to the Complaint until February 2, 2023;

WHEREAS, on January 10, 2023, Meta filed an administrative motion to relate this case to the consolidated action *In re Meta Pixel Healthcare* Litigation, Case No. 3:22-cv-03580 (the "Consolidated Action"), currently pending before Judge Orrick, and have this case consolidated with the Consolidated Action for purposes of discovery, Consolidated Action Dkt. 164;

WHEREAS, pursuant to Judge Orrick's October 12, 2022 order in the Consolidated Action, if the Court determines that a case is related to the Consolidated Action, that case "shall be consolidated into [the Consolidated Action] unless a party objects to consolidation within fourteen days of the related case order," Consolidated Action Dkt. 73 at 3;

WHEREAS, Meta has requested, and plaintiffs have agreed, that any response to the Complaint should not be due until after Judge Orrick has denied the motion to relate or, if the motion to relate is granted, until Judge Orrick issues a ruling on consolidation;

WHEREAS, the additional time to respond to the Complaint will not alter the date of any event or deadline set by this Court, and the additional time will conserve party and judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs and Meta, subject to the Court's approval, that Meta shall have 45 days from the date that Judge Orrick denies the motion to relate or issues an order on consolidation in the Consolidated Action to respond to the Complaint in this Action.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 18, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/  Lauren R. Goldman* <br> Lauren Goldman |
| Dated: January 18, 2023 | COOLEY LLP |
| | By: */s/ Michael G. Rhodes* <br> Michael G. Rhodes |
| | *Attorneys for Meta Platforms, Inc.* |
| Dated: January 18, 2023 | THE LAW OFFICES OF STEVEN C. VONDRAN, PC |
| | By: */s/  Steven C. Vondran* <br> Steven C. Vondran, Esq. |
| Dated: January 18, 2023 | THE HODA LAW FIRM, PLLC |
| | By: */s/  Marshal J. Hoda* <br> Marshal J. Hoda, Esq. (*admitted pro hac vice*) |
| Dated: January 18, 2023 | FOSTER YARBOROUGH PLLC |
| | By: */s/  Patrick Yarborough* <br> Patrick Yarborough, Esq. (*admitted pro hac vice*) |
| | *Attorneys for Plaintiffs* |

### **CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

| | |
|---|---|
| Dated: January 18, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/  Lauren R. Goldman* <br> Lauren Goldman |