**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

*Attorneys for Interested Party*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE & JANE DOE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>META PLATFORMS, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:22-cv-07557<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>(CORRECTED) |

Before the Court is an administrative motion to consider whether *Calderon et al. v. Meta Platforms, Inc.*, Case No. 5:22-cv-09149-VKD and *Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-07557 are related.  Having considered the parties' submissions, the Court finds that the two matters meet the criteria for related cases under Civil Local Rule 3-12.  Accordingly, IT IS HEREBY ORDERED that the Administrative Motion To Consider Whether Cases Should be Related is GRANTED.

IT IS SO ORDERED:

Dated: _____January 24_____, 2023            _____
                                                The Honorable Susan Illston
                                                United States District Judge