United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Case No. 22-cv-07557-SI<br><br>Related Case No. 22-cv-09149 SI<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

      Pursuant to Civil Local Rule 72-1, discovery disputes and all discovery matters in these related cases are referred to United States Magistrate Judge Virginia K. DeMarchi.

**IT IS SO ORDERED**.

Dated: January 31, 2023

                                        SUSAN ILLSTON
                                        United States District Judge