1  Eve H. Cervantez (SBN 164709)
   ecervantez@altshulerberzon.com
2  Connie K. Chan (SBN 284230)
   cchan@altshulerberzon.com
3  **ALTSHULER BERZON LLP**
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6
7  Stephen R. Basser (SBN 121590)
   sbasser@barrack.com
8  Samuel M. Ward (SBN 216562)
   sward@barrack.com
9  **BARRACK RODOS & BACINE**
   One America Plaza
10 600 West Broadway, Suite 900
   San Diego, CA 92101
11 Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
12
13 Additional Counsel on Signature Page
14 *Attorneys for Plaintiff C.P.*
15
16
17            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
18             **SAN FRANCISCO DIVISION**
19

20 IN RE META PIXEL TAX FILING CASES        Master File No. 3:22-cv-07557-SI
21
   This Document Relates to:
22                                           **NOTICE OF RELATED CASE
                                             PURSUANT TO THE COURT'S ORDER
23                                            OF FEBRUARY 9, 2023**
24
25
26
27
28

---

Notice of Related Case Pursuant to the Court's Order of February 9, 2023

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to this Court's Order of February 9, 2023 (Dkt. No. 30), Plaintiff C.P. ("Plaintiff") respectfully submits this Notice of Related Case. As set forth below, *C.P. v. Meta Platforms, Inc.*, Case No. 3:23-cv-00735, (filed February 17, 2023) (the "*C.P.* Action") should, consistent with the Court's Order of February 9, 2023, be related to and consolidated with a consolidated action, *In re Meta Pixel Tax Filing Cases*, Master File No. 3:22-cv-007557-SI (the "Meta Pixel Tax Filing Action"), pending before this Court.[1]

Pursuant to Local Rule 3-12(a), cases are related where "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different [j]udges." Plaintiff states that the *C.P* Action involves the same Defendant as the Meta Pixel Tax Filing Action; both the *C.P.* Action and the Meta Pixel Tax Filing Action are class actions; and the *C.P.* Action arises from the same transaction or event alleged in the Meta Pixel Tax Filing Action, namely the collection of sensitive taxpayer data through the use of the Facebook Pixel, a piece of computer code designed to track consumer use and interactions with the websites of online tax filing service providers.

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges.

///

///

///

///

///

---

[1]   On February 9, 2023, this Court entered an order relating and consolidating several cases into the above-captioned action: *John Doe, et al. v. Meta Platforms, Inc.*, Case No. 3:22-CV-07557-SI, filed December 1, 2022; *Katrina Calderon, et al. v. Meta Platforms, Inc.*, Case No. 5:22-cv-09149-SI, filed December 29, 2022; and *Craig v. Meta Platforms, Inc.*, Case No. 3:23-cv-00315-TLT, filed January 23, 2023. Dkt. No. 30.

1

Notice of Related Case Pursuant to the Court's Order of February 9, 2023

1    In light of the above, Plaintiff C.P. respectfully requests that the *C.P.* Action be related to

2 and consolidated with the Meta Pixel Tax Filing Action and assigned to the Honorable Susan

3 Illston. Parties to the Meta Pixel Tax Filing Action do not object to the relation and consolidation

4 of the *C.P.* Action with the Meta Pixel Tax Filing Action.

5

6    Dated:  February 28, 2023                              Respectfully submitted,

7                                                           /s/ Samuel M. Ward

8                                                               Samuel M. Ward

9                                                           Stephen R. Basser (121590)
                                                            sbasser@barrack.com
10                                                          Samuel M. Ward (216562)
                                                            sward@barrack.com
11                                                          **BARRACK, RODOS & BACINE**
                                                            600 West Broadway, Suite 900
12                                                          San Diego, CA  92101
                                                            Telephone:     (619) 230-0800
13                                                          Facsimile:     (619) 230-1874

14
                                                            Eve H. Cervantez (SBN 164709)
15                                                          ecervantez@altshulerberzon.com
                                                            Connie K. Chan (SBN 284230)
16                                                          cchan@altshulerberzon.com
                                                            **ALTSHULER BERZON LLP**
17                                                          177 Post Street, Suite 300
                                                            San Francisco, CA 94108
18                                                          Telephone: (415) 421-7151
                                                            Facsimile: (415) 362-8064
19

20
                                                            John G. Emerson*
21                                                          jemerson@emersonfirm.com
                                                            **EMERSON FIRM, PLLC**
22                                                          2500 Wilcrest Drive, Suite 300
                                                            Houston, TX  77042
23                                                          Telephone: (800) 551-8649
                                                            Facsimile: (501) 286-4659
24

25                                                          * Application for admission *Pro Hac Vice*
26                                                          forthcoming

27                                                          *Attorneys for Plaintiff C.P.*

28

2

**CERTIFICATE OF SERVICE**

*In re Meta Pixel Tax Filing Cases*
Master File No. 3:22-cv-07557-SI

    I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 600 West Broadway, Suite 900, San Diego, California 92101; and that on February 28, 2023, I served a true copy of the attached:

        **NOTICE OF RELATED CASE PURSUANT TO THE COURT'S ORDER OF FEBRUARY 9, 2023**

to the identified below by the following means of service:

    ☒    **BY E-FILE:**  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel registered to receive e-filings in this action.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 23rd day of February, 2023.

                            */s/ Samuel M. Ward*
                             SAMUEL M. WARD

1