GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
DARCY C. HARRIS (*pro hac vice*)
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
ABIGAIL A. BARRERA, SBN 301746
emccloskey@gibsondunn.com
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   (415) 393-4622
Facsimile:   (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:   (213) 229-7311
Facsimile:   (213) 229-6311

COOLEY LLP
MICHAEL G. RHODES, SBN 116127
KYLE C. WONG, SBN 224021
CAROLINE A. LEBEL, SBN 340067
rhodesmg@cooley.com
kwong@cooley.com
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>Case No. 3:22-cv-07557-SI, All Actions | Master File No. 3:22-cv-07557-SI<br><br>PUTATIVE CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: December 1, 2022<br><br>Honorable Judge Susan Illston |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and 16-2(e), Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, by Order dated February 9, 2023 pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, this Court consolidated three related cases—*Doe v. Meta Platforms, Inc.*, Case No. 3:22-CV-07557-SI, filed December 1, 2022; *Calderon v. Meta Platforms, Inc.*, Case No. 5:22-cv-09149-SI, filed December 29, 2022; and *Craig v. Meta Platforms, Inc.,* Case No. 3:23-cv-00315-LB, filed January 23, 2023, under Master File No. 3:22-cv-07557-SI (the "Consolidated Action") [ECF 30];

WHEREAS, on February 28, 2023, this Court entered an Order to consolidate a fourth related case, *C.P. v. Meta Platforms, Inc.*, Case No. 3:23-cv-00735-SI, filed February 17, 2023, [*see* ECF 6, No. 3:23-cv-00735-SI];

WHEREAS, pursuant to this Court's Order dated February 9, 2023, a Consolidated Complaint shall be filed forty-five (45) days after entry of an Order appointing Interim Class Counsel in the Consolidated Action [ECF 30];

WHEREAS, the plaintiffs in the Consolidated Action filed a Motion for Appointment of Interim Class Counsel on February 14, 2023 [ECF 38];

WHEREAS, an Initial Case Management Conference is presently scheduled for April 7, 2023 [ECF 7];

WHEREAS, the filing of the Consolidated Complaint will materially impact the facts and issues in dispute in this litigation and the topics to be discussed at the Initial Case Management Conference;

WHEREAS, the parties agree that good cause exists for a continuance of the Initial Case Management Conference until after the Consolidated Complaint has been filed, as it will facilitate the efficient resolution of any dispute and conserve the parties' and the Court's resources [Harris Decl. ¶ 5];

1   NOW THEREFORE, the parties hereby stipulate subject to the approval of this Court, that:

2   1.   The Initial Case Management Conference currently scheduled for April 7, 2023 shall be continued to a date thirty (30) days after the Consolidated Complaint has been filed, or when the Court deems proper.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: March 7, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ Darcy C. Harris |
| | Darcy C. Harris |
| | |
| | LAUREN R. GOLDMAN (*pro hac vice*) |
| | DARCY C. HARRIS (*pro hac vice*) |
| | lgoldman@gibsondunn.com |
| | dharris@gibsondunn.com |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone:     (212) 351-4000 |
| | Facsimile:     (212) 351-4035 |
| | |
| | ELIZABETH K. MCCLOSKEY (SBN 268184) |
| | emccloskey@gibsondunn.com |
| | ABIGAIL A. BARRERA (SBN 301746) |
| | abarrera@gibsondunn.com |
| | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105 |
| | Telephone:     (415) 393-8200 |
| | Facsimile:     (415) 393-8306 |
| | |
| | ANDREW M. KASABIAN (SBN 313210) |
| | akasabian@gibsondunn.com |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071 |
| | Telephone:     (213) 229-7311 |
| | Facsimile:     (213) 229-6311 |
| | |
| | COOLEY LLP |
| | MICHAEL G. RHODES (SBN 116127) |
| | rhodesmg@cooley.com |
| | KYLE C. WONG (SBN 224021) |
| | kwong@cooley.com |
| | CAROLINE A. LEBEL (SBN 340067) |
| | clebel@cooley.com |
| | 3 Embarcadero Center, 20th Floor |
| | San Francisco, CA 94111-4004 |
| | Telephone: (415) 693-2000 |
| | |
| | *Attorneys for Defendant Meta Platforms, Inc.* |

| | |
|---|---|
| Dated: March 7, 2023 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>ROBERT K. SHELQUIST<br>REBECCA A. PETERSON<br><br>By:  /s/Lori G. Feldman<br>     Lori G. Feldman<br><br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile:  (612) 339-0981<br>E-mail: rkshelquist@locklaw.com<br>        rapeterson@locklaw.com<br><br>GEORGE GESTEN MCDONALD, PLLC<br>Lori G. Feldman (*pro hac vice*)<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Phone: (917) 983-9321<br>Fax: (888) 421-4173<br>Email: LFeldman@4-justice.com<br>E-Service: eService@4-Justice.com<br><br>GEORGE GESTEN MCDONALD, PLLC<br>David J. George. (*pro hac vice* forthcoming)<br>Brittany L. Brown. (*pro hac vice* forthcoming)<br>9897 Lake Worth Road, Suite #302<br>Lake Worth, FL 33467<br>Phone: (561) 232-6002<br>Fax: (888) 421-4173<br>Email: DGeorge@4-Justice.com<br>E-Service: eService@4-Justice.com<br><br>*Attorneys for Plaintiffs Crystal Craig, Tiffany Bryant, and Sait Kurmangaliyev* |

| | | |
|---|---|---|
| Dated: March 7, 2023 | | BURSOR & FISHER, P.A. |
| | | By: /s/Joel D. Smith |
| | | Joel D. Smith |

Joel D. Smith (State Bar No. 244902)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com
    ndeckant@bursor.com

*Attorneys for Plaintiffs Katrina Calderon and Danielle Calderon*

Dated: March 7, 2023                    THE HODA LAW FIRM, PLLC

                                        By:     /s/Marshal J. Hoda
                                                Marshal J. Hoda

Marshal J. Hoda (*pro hac vice*)
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
Facsimile: (832) 201-0364
E-mail: marshal@thehodalawfirm.com

*Attorney for Plaintiffs Jane Doe and John Doe*

| | | |
|---|---|---|
| 1 | Dated: March 7, 2023 | BARRACK, RODOS, & BACINE |
| 2 | | By:      /s/Samuel M. Ward |
| | | Samuel M. Ward |

Samuel M. Ward (SBN 216562)
sward@barrack.com
Stephen R. Basser (SBN 121590)
sbasser@barrack.com
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone:  619-230-0800
Fascimile:  619-230-1874

*Attorneys for Plaintiff C.P.*

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Darcy C. Harris, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: March 7, 2023                                    By:     /s/Darcy C. Harris
                                                                        Darcy C. Harris

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that the Initial Case Management Conference currently scheduled for April 7, 2023 is VACATED.  After Plaintiffs file their Consolidated Complaint, the Court will enter an order setting a date for the Initial Case Management Conference, which will be held thirty (30) days after the Consolidated Complaint is filed or when the Court deems proper.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                             Hon. Susan Illston
                                             U.S. DISTRICT COURT JUDGE