1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | Master File No. 3:22-CV-07557 (SI)<br><br>[PROPOSED] ORDER GRANTING THE META TAX CASE MOVANTS' MOTION APPOINTMENT AS INTERIM CLASS COUNSEL |
|---|---|

WHEREAS, this matter comes before the Court on the Motion for Appointment of The Tax Case Movants as Interim Class Counsel filed on behalf of Katrina Calderon, Danielle Calderon, Crystal Craig, Tiffany Bryant, Said Kurmangaliyev, John Doe, and Jane Doe (the "Tax Case Movants"). The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

**A.     Appointments to Interim Class Counsel Leadership Structure.**

**1.     Plaintiffs' Interim Steering Committee Co-Chairs**

The Court appoints Joel D. Smith (Bursor & Fisher, P.A.) and Lori G. Feldman (George Gesten McDonald PLLC) as the Steering Committee Co-Charis (the "Co-Chairs") for all plaintiffs in the above-referenced action (the "Consolidated Action"). The Co-Chairs must assume responsibility for the following duties during all phases of the Consolidated Action:

a) Coordinating the work of preparing and presenting all of plaintiffs' claims in the Consolidated Action and otherwise coordinating all proceedings, including case strategy, settlement, and management over which the Co-Chairs will have final decision-making authority in consultation with the Steering Committee, in a manner to ensure that plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

b) Delegating work responsibilities and monitoring the activities of all plaintiffs' counsel in the Consolidated Action—including, but not limited to, those counsel serving on the Steering Committee—in a manner to promote the orderly and efficient conduct of litigation and to avoid unnecessary duplication and expense;

c) Calling meetings of counsel for plaintiffs in the Consolidated Action for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

d) Determining (after consultation with members of the Steering Committee) and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the plaintiffs in the Consolidated Action on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e) Serving as the primary contact for all communications between plaintiffs and defendants in the Consolidated Action, and acting as spokespersons for all plaintiffs vis-à-vis defendants and the Court.

f) Directing and executing on behalf of plaintiffs the filing of pleadings and other documents with the Court in the Consolidated Action;

g) Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for plaintiffs in the Consolidated Action at all such hearings and conferences;

h) Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among plaintiffs' counsel in the Consolidated Action;

i) Initiating and conducting discussions and negotiations with counsel for defendants on all matters, including settlement in the Consolidated Action;

j) Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the Consolidated Action;

k) Initiating, coordinating, and conducting all discovery on behalf of plaintiffs in the Consolidated Action and ensuring its efficiency;

l) Selecting, consulting with, and employing experts for plaintiffs, as necessary for the Consolidated Action;

m) Encouraging and enforcing efficiency among all plaintiffs' counsel in the Consolidated Action;

n) Assessing plaintiffs' counsel for the costs of the Consolidated Action;

o) Consulting with the Steering Committee to fulfill the Committee's obligations as Interim Co-Lead Counsel shall direct;

p) Preparing and distributing periodic status reports to the Court and to the parties as ordered;

q) Develop and recommend for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitor and administer such procedures. At such time as may be appropriate, the Co-Chairs will apportion and allocate Steering Committee fees and expenses; and

r) Performing such other duties as are necessary in connection with the prosecution of this Consolidated Acton or as may be further directed by the Court.

### 2. Interim Steering Committee

The Court appoints as members of the Interim Steering Committee Marshal J. Hoda (The Hoda Law Firm, PLLC), Rebecca A. Peterson (Lockridge Grindal Nauen P.L.L.P.), and Patrick Yarborough (Foster Yarborough, PLLC) to work with the Co-Chairs in this Consolidated Action.

The Steering Committee may assist the Co-Chairs with:

a) Preparing the consolidated class action complaint and any subsequent amendments as necessary;

b) Developing and negotiating relevant discovery protocols and stipulations/orders, drafting discovery requests to Defendant, and managing document review;

c) Managing, implementing, and overseeing third party discovery;

d) All matters regarding experts including preparing experts for and defending experts in depositions, and preparing for and taking depositions of opposing counsel's experts;

e) Researching legal issues, preparing motions, and responding to motions;

f) All other responsibilities as may deemed appropriate by the Co-Chairs or as ordered by the Court.

## B. Additional Matters

### 1. Settlement Discussions

Any discussions of a settlement of this litigation shall be conducted by the Co-Chairs and any counsel designated by the Co-Chairs, in consultation with the Steering Committee.

### 2. Application of this Order

This Order applies to all actions included in the above-captioned consolidated matters and all subsequently consolidated actions.

The Co-Chairs must serve a copy of this Order promptly by overnight delivery service, electronic mail, facsimile, or other expeditious electronic means on counsel for plaintiffs in each related action not yet consolidated in this proceeding to the extent that Interim Co-Lead Counsel is aware of any such action(s) and on all attorneys for plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

**IT IS SO ORDERED.**

Dated: March 31, 2023

_____
Hon. Susan Illston,
U.S. DISTRICT COURT JUDGE