UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | Case No. 22-cv-07557-SI (VKD)<br><br>**ORDER RE APRIL 20, 2023 DISCOVERY CONFERENCE** |
|---|---|

On April 20, 2023, at 9:00 a.m., this Court will hold an **in-person** discovery conference in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street in the San Jose Division. This Court set that conference to discuss matters identified in a joint case management statement submitted by the parties in Case No. 22-cv-03580-WHO, *In re Meta Pixel Healthcare Litigation*—namely:

1. ESI/Document Preservation
2. ESI Protocol
3. Protective Order
4. Rule 502(d)/Clawback Order

*See* Case No. 22-cv-03580-WHO, Dkt. Nos. 191, 201.

On March 31, 2023, Judge Illston directed the parties in the present action, *In re Meta Pixel Tax Filing Cases* ("*Tax Cases*"), to attend the April 20, 2023 discovery conference before this Court. Dkt. No. 46. In preparation for that conference, this Court requests that the *Tax Cases* parties submit a joint statement regarding the same four issues listed above, indicating points on which the parties agree and disagree. The parties are encouraged to review the joint case

1 management statement and attachments submitted in the *In re Meta Pixel Healthcare Litigation*
2 matter and to confer with counsel in that matter, as may be appropriate. If possible, the Court
3 requests that the parties in the *Tax Cases* use the materials already submitted by the parties in the
4 *In re Meta Pixel Healthcare Litigation* matter as a starting point for their own proposals. The *Tax*
5 *Cases* parties shall file their joint statement, including any attachments, by **April 13, 2023**.

**IT IS SO ORDERED.**

Dated: April 3, 2023

*[signature]*
VIRGINIA K. DEMARCHI
United States Magistrate Judge