GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:     (415) 393-4622
Facsimile:     (415) 801-7389

ANDREW M. KASABIAN (SBN 313210)
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:     (213) 229-7311
Facsimile:     (213) 229-6311

*Attorneys for Defendant Meta Platforms, Inc.*

*Additional Attorneys in Signature Block*

GEORGE FELDMAN MCDONALD, PLLC
LORI G. FELDMAN (admitted *pro hac vice*)
LFeldman@4-justice.com
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173

BURSOR & FISHER, P.A.
JOEL D. SMITH (SBN 244902)
jsmith@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700

*Steering Committee Co-Chairs for All Plaintiffs in Consolidated Action*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>Case No. 3:22-cv-07557-SI, All Actions | Master File No. 3:22-cv-07557-SI<br><br><u>PUTATIVE CLASS ACTION</u><br><br>**JOINT STATUS REPORT**<br><br>Date: May 4, 2023<br>Time: 12:00 p.m.<br>Location: Zoom Webinar<br>Judge: Hon. Susan Illston<br><br>Action Filed: December 1, 2022 |

**CASE STATUS**

At the March 31, 2023 hearing on Plaintiffs' motion to appoint interim class counsel, Judge Illston directed the parties to this action (the "parties") to attend the April 20, 2023 discovery conference before Magistrate Judge DeMarchi in *In re Meta Pixel Healthcare Litigation*, 3:22-cv-3580-WHO (the "Healthcare Matter"). Judge Illston then set a further status conference for May 4, 2023, and directed the parties to file a joint status report a week prior. The parties set forth below a summary of (i) their meet and confer efforts; and (ii) the April 20 discovery conference before Judge DeMarchi. In addition, Meta addresses its proposal for coordinated discovery across this matter, the Healthcare Matter, and *Gershzon v. Meta*, No. 3:23-cv-00083-SI ("*Gershzon*") (collectively, the "Meta Pixel Cases"). Plaintiffs provide a brief response below.

Discovery has not begun in this action. Interim class counsel must file a Consolidated Complaint by May 15, 2023. Meta anticipates filing a motion to dismiss the Consolidated Complaint.

In preparation for the April 20 discovery conference, the parties met and conferred on April 10 and April 12, 2023 regarding data preservation, the Protective Order, the ESI Protocol, the 502(d)/Clawback Order, and Meta's proposal to coordinate discovery across the Meta Pixel Cases. At Judge DeMarchi's direction, Dkt. 47, the parties filed a Joint Statement on April 13, 2023 outlining their respective positions on these issues. Dkt. 51.

**1.   SUMMARY OF THE APRIL 20 CONFERENCE BEFORE JUDGE DEMARCHI**

Meta and plaintiffs for all the Meta Pixel Cases attended the April 20, 2023 discovery conference before Judge DeMarchi. Judge DeMarchi suggested that one set of discovery documents (Protective Order, ESI Protocol, Rule 502(d)/Clawback Order) be entered in all the Meta Pixel Cases and directed the parties to submit proposed final versions of the documents by the dates set forth below. Dkt. 57. If the parties are unable to agree on final language for any of the documents, they will submit competing drafts and explain the nature of the disagreement(s).

| Submission Deadline (*See* Dkt. 57) | Pleading |
|---|---|
| April 27, 2023 | Rule 502(d)/Clawback Order |
| May 4, 2023 | Protective Order |
| May 9, 2023 | ESI Protocol |

With respect to document and data preservation, Judge DeMarchi directed the parties to continue to confer, noting that the discussions should focus on the relevant data sources.

Judge DeMarchi also ordered Meta and plaintiffs for the Meta Pixel Cases to attend a further discovery conference on a mutually-agreed-upon date in late May or early June to discuss (i) discovery coordination across the Meta Pixel Cases; and (ii) potential interim discovery deadlines. Dkt. 57. In preparation for this conference, Judge DeMarchi ordered the parties to continue to meet and confer regarding discovery coordination and jointly file their respective proposals one week in advance of the conference.

**2. COORDINATING DISCOVERY AMONG THE META PIXEL CASES**

<u>Meta's Position:</u>

As Judge DeMarchi noted during the April 20 conference, coordinating discovery across the Meta Pixel Cases is both an efficient manner to proceed with discovery, and is necessary to avoid duplication of efforts and inconsistencies in the resolutions of discovery disputes. Coordination will benefit the Court and the parties. Recognizing the need to avoid inefficiencies and undue burden, Judge DeMarchi directed the parties to consider the discovery needs common to all of the Meta Pixel Cases and to confer about a framework for coordination.

Meta believes the discovery proposal it set forth in the April 13, 2023 Joint Statement in this action, Dkt. 51, is reasonable and consistent with the guidance Judge DeMarchi provided at the April 20 conference. Consistent with Judge DeMarchi's instruction, Meta will continue to meet and confer with Plaintiffs in the hope of finding a mutually agreeable framework for coordinated discovery across the Meta Pixel Cases, which the parties can then present to Judge DeMarchi at the further conference in late May or early June.

**Plaintiffs' Position:**

Plaintiffs respectfully disagree with Meta's coordinated discovery proposal for the reasons set forth in the April 13 Joint Statement, Dkt. 51, and the plaintiffs in the Healthcare and *Gershzon* matters filed their own objections to Meta's proposal too. *See* Healthcare Matter, Dkt. 211; *Gershzon*, Dkt. 38. As required by Judge DeMarchi's April 20, 2023 Order (Dkt. 57), Plaintiffs are evaluating options for coordination that do not come at the cost of prejudicing the plaintiffs in the Meta Pixel Cases. They intend to continue meeting and conferring on that subject in advance of the conference that Judge DeMarchi set to address that issue (which will be scheduled on either May 23, May 23, or June 1).

| | |
|---|---|
| Dated:  April 27, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By:    /s/Lauren R. Goldman   |
| | Lauren R. Goldman |

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:	(212) 351-4000
Facsimile:	(212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:	(415) 393-8200
Facsimile:	(415) 393-8306

ANDREW M. KASABIAN (SBN 313210)
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:	(213) 229-7311
Facsimile:	(213) 229-6311

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: April 27, 2023

GEORGE FELDMAN MCDONALD, PLLC

By:   /s/Lori G. Feldman
      Lori G. Feldman

LORI G. FELDMAN (admitted *pro hac vice*)
LFeldman@4-justice.com
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173

BURSOR & FISHER, P.A.

By:   /s/Joel D. Smith
      Joel D. Smith

Joel D. Smith (SBN 244902)
jsmith@bursor.com
Neal J. Deckant (SBN 322946)
ndeckant@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

GEORGE FELDMAN MCDONALD, PLLC
David J. George. (*pro hac vice* forthcoming)
DGeorge@4-Justice.com
Brittany L. Brown. (*pro hac vice* forthcoming)
BBrown@4-justice.com
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Telephone: (561) 232-6002
Facsimile: (888) 421-4173

Plaintiffs' Steering Committee Co-Chairs

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (SBN 241858)
rapeterson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

- 6 -
JOINT STATUS REPORT
Case No. 3:22-cv-07557-SI

FOSTER YARBOROUGH, PLLC
Patrick Yarborough (admitted *pro hac vice*)
patrick@fosteryarborough.com
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254

THE HODA LAW FIRM, PLLC
Marshal J. Hoda (admitted *pro hac vice*)
marshal@thehodalawfirm.com
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
Facsimile: (832) 201-0364

Plaintiffs' Steering Committee Members

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated:  April 27, 2023                                   By:        /s/Lauren R. Goldman
                                                                        Lauren R. Goldman