UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CSAES<br><br>This Document Relates To:<br>All Actions | Case No.  22-cv-07557-SI (VKD)<br><br>**ORDER RE INITIAL DISCLOSURES** |

In preparation for the May 23, 2023 further discovery conference/hearing, and to the extent the parties have already exchanged their Rule 26(a) initial disclosures, this Court requests that the parties lodge (not file) a copy of their respective initial disclosures by (1) emailing a copy of their disclosures to Judge DeMarchi's courtroom deputy at vkdcrd@cand.uscourts.gov and (2) lodging a courtesy paper copy with the Clerk's Office in the San Jose Division, for delivery to Judge DeMarchi's chambers (double-sided and three-hole punched).  The Court requests that the submissions be lodged no later than **10:00 a.m. on May 22, 2023**.  If the parties have not yet exchanged their initial disclosures, they should so advise Judge DeMarchi's courtroom deputy via the above-identified email address.

**IT IS SO ORDERED.**

Dated: May 17, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge