UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Case No.  22-cv-07557-SI (VKD) |
| This Document Relates To: <br> All Actions. | **SECOND ORDER RE DISPUTE RE ESI PROTOCOL** <br><br> Re:  Dkt. Nos. 70, 77 |

On May 23, 2023, the Court heard further argument regarding the parties' disagreements about an ESI protocol.

As discussed during that hearing, the Court invites Meta to provide a declaration or declarations regarding (1) whether the tools plaintiffs have identified would permit Meta to collect hyperlinked documents as part of ESI without undue burden, and (2) whether Meta can provide metadata for relevant fields for each email thread member within the Last In Time Email without undue burden.  The declarations must be filed by **June 1, 2023**.

The parties shall confer and agree on intervals for the exchange of information and for the conferences contemplated in Appendix A to the Court's May 18, 2023 Order re Dispute re ESI Protocol (i.e., the blanks in the "Search" section).

The Court will issue a final order with directions about the contents of the ESI protocol on **June 2, 2023**, after receiving Meta's declaration(s).  The parties should be prepared to file a protocol that conforms to the Court's final directions no later than **June 5, 2023.**

**IT IS SO ORDERED.**

Dated: May 24, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge