**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
745 Park Avenue, Suite 500
New York, New York 10151
Telephone: (646) 354-6534
lfeldman@4-justice.com
mliskow@4-justice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | Master File No. 3:22-cv-07557 (SI)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

    Michael Liskow of George Feldman McDonald, PLLC hereby enters his appearance as counsel of record in this case for the Tax Plaintiffs.

Dated: July 12, 2023          By:   */s/ Michael Liskow*
                                                  Michael Liskow

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (pro hac vice)
Michael Liskow (State Bar No. 243899)
745 Park Avenue, Suite 500
New York, New York 10151
Telephone: (646) 354-6534
lfeldman@4-justice.com
mliskow@4-justice.com

*Attorneys for Plaintiffs*