**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-4622
Facsimile:    (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:    (213) 229-7311
Facsimile:    (213) 229-6311

*Attorneys for Defendant Meta Platforms, Inc.*

*Additional Attorneys in Signature Block*

**BURSOR & FISHER, P.A**
JOEL D. SMITH, SBN 244902
jsmith@bursor.com
NEAL DECKANT, SBN 320783
ndeckant@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

**GEORGE FELDMAN MCDONALD, PLLC**
LORI G. FELDMAN (*pro hac vice*)
lfeldman@4-justice.com
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Block*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE META PIXEL TAX FILING CASES | Master File No. 3:22-cv-07557 (SI) |
|---|---|
| This document relates to:<br><br>All Actions | **JOINT STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS AND CLASS CERTIFICATION BRIEFING SCHEDULES**<br><br>Date:       October 27, 2023<br>Time:      10:00 a.m.<br>Location: Zoom<br>Judge:     Honorable Judge Susan Illston |

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS AND CLASS CERTIFICATION
BRIEFING SCHEDULES – CASE NO. 3:22-CV-07557-SI

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and the Civil Minutes from the June 30, 2023 Initial Case Management Conference (ECF No. 99), Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") by and through their respective counsel of record, respectfully submit this stipulation and proposed order regarding the briefing schedules for Meta's anticipated Motion to Dismiss and Plaintiffs' anticipated Motion for Class Certification.

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint on May 15, 2023 (ECF No. 71); and

WHEREAS, in its February 9, 2023 Order, the Court set a briefing schedule for Meta's Motion to Dismiss, under which order Meta's Motion to Dismiss is due by July 14, 2023, the opposition is due by August 28, 2023, and the reply is due by September 27, 2023 (ECF No. 30); and

WHEREAS, on June 30, 2023, following the Initial Case Management Conference in this action, the Court set certain deadlines and "instructed the parties to meet and confer to submit a jointly agreed upon schedule" for the briefing regarding Meta's anticipated Motion to Dismiss and Plaintiffs' anticipated Motion for Class Certification (ECF No. 99); and

WHEREAS, the parties have met and conferred and have come to an agreement on a proposed schedule;

NOW THEREFORE, the parties hereby stipulate subject to the approval of this Court, that:

1.     The schedule for Meta's Motion to Dismiss and Plaintiffs' Motion for Class Certification is as follows:

| Event | Deadline |
|---|---|
| Opening Motion to Dismiss Due | July 27, 2023 |
| Opposition to Motion to Dismiss Due | September 12, 2023 |
| Reply in Support of Motion to Dismiss Due | October 13, 2023 |
| Hearing on Motion to Dismiss | October 27, 2023 at 10:00 a.m. |

| | |
|---|---|
| Motion for Class Certification and Class Expert Reports Due | July 25, 2024 |
| Opposition to Class Certification and Class Expert Reports Due | September 30, 2024 |
| Class Certification Reply and Class Expert Reply Reports Due | October 30, 2024 |
| Hearing on Class Certification | November 15, 2024 at 10:00 a.m. |

1     Dated: July 13, 2023              **GIBSON, DUNN & CRUTCHER LLP**

2                                 By:    */s/ Lauren R. Goldman*
3                                        Lauren R. Goldman

                           LAUREN R. GOLDMAN (*pro hac vice*)
4                          lgoldman@gibsondunn.com
                         DARCY C. HARRIS (*pro hac vice*)
5                          dharris@gibsondunn.com
                         200 Park Avenue
6                          New York, NY 10166
                         Telephone:     (212) 351-4000
7                          Facsimile:      (212) 351-4035

8                          ELIZABETH K. MCCLOSKEY (SBN 268184)
                         emccloskey@gibsondunn.com
9                          ABIGAIL A. BARRERA (SBN 301746)
                         abarrera@gibsondunn.com
10                        555 Mission Street, Suite 3000
                       San Francisco, CA 94105
11                        Telephone:     (415) 393-8200
                       Facsimile:      (415) 393-8306
12

13                        ANDREW M. KASABIAN (SBN 313210)
                       akasabian@gibsondunn.com
14                        333 South Grand Avenue
                       Los Angeles, CA 90071
15                        Telephone:     (213) 229-7311
                       Facsimile:      (213) 229-6311

16                        **COOLEY LLP**

17                        By:    */s/ Michael G. Rhodes*
18                               Michael G. Rhodes

19                        MICHAEL G. RHODES (SBN 116127)
                       rhodesmg@cooley.com
20                        KYLE C. WONG (SBN 224021)
                       kwong@cooley.com
21                        CAROLINE A. LEBEL (SBN 340067)
                       clebel@cooley.com
22                        3 Embarcadero Center, 20th Floor
                       San Francisco, CA 94111-4004
23                        Telephone: (415) 693-2000

24                        *Attorneys for Meta Platforms, Inc.*

25                        **GEORGE FELDMAN MCDONALD, PLLC**
26

27                        By:    */s/   Lori G. Feldman*
                              Lori G. Feldman

28                        Lori G. Feldman (*pro hac vice*)

2

JOINT STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS AND CLASS CERTIFICATION
BRIEFING SCHEDULES – CASE NO. 3:22-CV-07557-SI

102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
lfeldman@4-justice.com

**BURSOR & FISHER, P.A**.

Joel D. Smith (State Bar No. 244902)
Neal Deckant (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jsmith@bursor.com
ndeckant@bursor.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com
kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

3

JOINT STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS AND CLASS CERTIFICATION
BRIEFING SCHEDULES – CASE NO. 3:22-CV-07557-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 13, 2023                         By:      /s/ Lauren R. Goldman

4

JOINT STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS AND CLASS CERTIFICATION
BRIEFING SCHEDULES – CASE NO. 3:22-CV-07557-SI

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The schedule for Defendant Meta Platforms, Inc.'s Motion to Dismiss and Plaintiffs' Motion for Class Certification is as follows:

| Event | Deadline |
|---|---|
| Opening Motion to Dismiss Due | July 27, 2023 |
| Opposition to Motion to Dismiss Due | September 12, 2023 |
| Reply in Support of Motion to Dismiss Due | October 13, 2023 |
| Hearing on Motion to Dismiss | October 27, 2023 at 10:00 a.m. |

| Event | Deadline |
|---|---|
| Motion for Class Certification and Class Expert Reports Due | July 25, 2024 |
| Opposition to Class Certification and Class Expert Reports Due | September 30, 2024 |
| Class Certification Reply and Class Expert Reply Reports Due | October 30, 2024 |
| Hearing on Class Certification | November 15, 2024 at 10:00 a.m. |

Dated:  July __, 2023

_____
Honorable Susan Illston
United States District Court Judge