| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:    (212) 351-4000<br>Facsimile:    (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:    (415) 393-4622<br>Facsimile:    (415) 801-7389<br><br>ANDREW M. KASABIAN, SBN 313210<br>akasabian@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071 USA<br>Telephone:    (213) 229-7311<br>Facsimile:    (213) 229-6311<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>*Additional Attorneys in Signature Block* | **BURSOR & FISHER, P.A**<br>JOEL D. SMITH, SBN 244902<br>jsmith@bursor.com<br>NEAL DECKANT, SBN 320783<br>ndeckant@bursor.com<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br><br>**GEORGE FELDMAN MCDONALD, PLLC**<br>LORI G. FELDMAN (*pro hac vice*)<br>lfeldman@4-justice.com<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, NY 10520<br>Telephone: (917) 983-9321<br><br>*Attorneys for Plaintiffs*<br><br>*Additional Attorneys on Signature Block* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | Master File No. 3:22-cv-07557 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO DISCLOSE SOURCES OF ELECTRONICALLY STORED INFORMATION AND SEARCH TERMS**<br><br>Judge:    Hon. Virginia K. DeMarchi |

1    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") by and through their respective counsel of record, respectfully submit this stipulation and proposed order regarding Meta's deadline to disclose custodial and non-custodial ESI data sources and search terms potentially responsive to Plaintiffs' First, Second, and Third Requests for Production.

WHEREAS, on May 25, 2023, the Court set certain interim discovery deadlines, including an order that parties responding to document requests disclose the custodial and non-custodial ESI data sources that may contain responsive documents forty (40) days from the date of service, and disclose search terms, if any, seven (7) days after disclosure of ESI data sources (Dkt. 83); and

WHEREAS, the May 25, 2023 Order states deadlines "may be modified by agreement of the parties by means of a stipulated request and proposed order, or by the Court upon a showing of good cause" (Dkt. 83 at 1); and

WHEREAS, to date Plaintiffs have served three sets of Requests for Production, deemed served on June 21, 2023, July 11, 2023, and July 14, 2023, respectively; and

WHEREAS, to increase the efficiency of Meta's investigation, Meta and Plaintiffs have agreed to consolidated deadlines for the disclosure of ESI data sources and search terms for the three sets of Requests for Production; and

WHEREAS, the parties previously requested, and the Court approved, an extension of time to file proposed protective orders (Dkt. 66–67); and

WHEREAS, the parties previously requested, and the Court approved, a continuance of the Initial Case Management Conference (Dkts. 42–43); and

WHEREAS, the parties have twice previously stipulated to an extension of time for Meta to respond to the John Doe and Jane Doe Complaint (Dkts. 1, 20, and 24); and

WHEREAS, no further time modifications have been requested by the parties and this proposed modification will not alter any other deadlines set by the Court;

NOW THEREFORE, the parties hereby stipulate subject to the approval of this Court, that:

1. Meta's deadline to disclose custodial and non-custodial ESI data sources that may contain documents responsive to Plaintiffs' First, Second, and Third Requests for Production, is September 6, 2023, and Meta's deadline to disclose search terms is September 13, 2023.

| | |
|---|---|
| Dated: July 21, 2023 | **GIBSON, DUNN & CRUTCHER LLP**<br><br>By: /s/ *Lauren R. Goldman*<br>         Lauren R. Goldman<br><br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:    (212) 351-4000<br>Facsimile:     (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY (SBN 268184)<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA (SBN 301746)<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:    (415) 393-8200<br>Facsimile:     (415) 393-8306<br><br>ANDREW M. KASABIAN (SBN 313210)<br>akasabian@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone:    (213) 229-7311<br>Facsimile:     (213) 229-6311<br><br>**COOLEY LLP**<br><br>By: /s/ *Michael G. Rhodes*<br>         Michael G. Rhodes<br><br>MICHAEL G. RHODES (SBN 116127)<br>rhodesmg@cooley.com<br>KYLE C. WONG (SBN 224021)<br>kwong@cooley.com<br>CAROLINE A. LEBEL (SBN 340067)<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br><br>*Attorneys for Meta Platforms, Inc.* |

|   |   |
|---|---|
| Dated: July 21, 2023 | **BURSOR & FISHER, P.A**.<br>By:  /s/ *Joel D. Smith*<br>     Joel D. Smith |

Joel D. Smith (State Bar No. 244902)
Neal Deckant (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
jsmith@bursor.com
ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
lfeldman@4-justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
rapeterson@locklaw.com
kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

## CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 21, 2023                                    By:     /s/ Lauren R. Goldman

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendant Meta Platforms, Inc.'s deadline to disclose custodial and non-custodial ESI data sources that may contain documents responsive to Plaintiffs' First, Second, and Third Requests for Production, is September 6, 2023, and Meta's deadline to disclose search terms is September 13, 2023.

Dated: July __, 2023

                                                                                           Honorable Virginia K. DeMarchi
                                                                                           United States Magistrate Judge