# Exhibit 5

## ∞ Meta

Get started     Advertise     Learn     Support

Log In     Start Now

**Business Help Center**

→ **Get support**

Meta Business Help Center

# About restricted Meta Business Tools data

3,063 views

**At Meta, we have policies around the kinds of information businesses can share with us. We don't want websites or apps sending us certain restricted information about people.**

Meta Business Tools data is data sent from advertisers to Meta technologies in connection with advertising, matching, measurement and analytics, including through the use of business tools, social plugins, login, and certain APIs. The Meta Business Tools terms outline the type of data that advertisers should not send to Meta via any of the Meta Business Tools.

Advertisers must comply with all applicable laws, regulations and industry guidelines, including having all of the necessary rights, permissions and a lawful basis for sending us and allowing us to use the Business Tools data.

Advertisers should not share Meta Business Tools data with Meta that they know or reasonably should know is either from or about children under the age of 13, or includes health or financial information or other categories of sensitive information. This includes any information defined as sensitive under applicable laws, regulations and applicable industry guidelines. While our system is designed to filter out potentially sensitive data it detects, advertisers must ensure their integrations do not send sensitive information to Meta.

Advertisers may use the Meta Business Tools to send information to Meta that personally identifies individuals (referred to as 'contact information'), such as names, email addresses, and phone numbers, to help Meta match the data advertisers share with user accounts on Meta technologies. However, such contact information must be hashed in a manner specified by Meta before transmission. Visit Meta for Developers for hashing instructions.

Use the 'learn more' section below for further guidance on some types of Business Tools data prohibited under Meta Business Tools terms.

If you receive a notification that you may be violating the Meta Business Tools data policies, learn how to troubleshoot the issue.

## Learn more

- About sensitive health information
- About sensitive financial information
- About personally identifiable information (contact information)
- Troubleshoot Meta Business Tools data policy violations

**Was this information helpful?**

☑ Yes    ☒ No

**Help chosen for you**

Some Messaging Metrics Unavailable →
Business Help Center

Why is My Boost Unavailable? →
Business Help Center

Troubleshoot a Disabled Ad Account →
Business Help Center

How Ad Billing Works on Facebook →
Business Help Center

⊕

∞ Meta    Get started    Advertise    Learn    Support                          Log In    Start Now

Business Help Center                                                            → Get support

**Meta Technologies**

Facebook
Instagram
Messenger
WhatsApp
Audience Network
Kustomer
Oculus ↗
Workplace ↗

**Tools**

Free Tools
Facebook Pages
Instagram Profiles
Stories ↗
Shops ↗
Meta Business Suite
Facebook Ads
Messenger Ads
Instagram Ads
Video Ads
Ads Manager

**Goals**

Set Up a Facebook Page
Build Brand Awareness
Promote Your Local Business
Grow Online Sales
Promote Your App
Generate Leads
Measure and Optimize Ads
Retarget Existing Customers

**Business Types**

Small Business
Large Business
Agency
Media and Publisher ↗
Creator ↗
Developer ↗
Startups ↗
Business Partner
Meta Ads Partner

**Industries**

Automotive
B2B
Consumer Packaged Goods
Ecommerce
Education
Entertainment and Media
Financial Services
Gaming
Real Estate
Restaurants
Retail
Technology and Telecom
Travel

**Inspiration**

Meta Foresight
Campaign Guidance
Business News
Case Studies
Video
Events
Creative Hub
Careers

**Skills and Training**

Online Learning
Certification Programs
Webinars
Ads Guide
COVID-19 Resources
Safety and Integrity
Business Equity
Find a Business Partner
Sitemap

**Guides and Resources**

**Business Help Center**
Create and Manage Accounts
Publish and Distribute Content
Advertise
Support Facebook and Instagram
Monetize Your Content or App
View All Articles

© 2023 Meta

[Facebook] [Instagram] [Twitter] [LinkedIn]

About          Developers          Careers          Privacy          Cookies          Terms          Help Center

English (US)          English (UK)          Español          Português (Brasil)          Français (France)          Español (España)          More languages >