GIBSON, DUNN & CRUTCHER LLP
LAUREN GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone:   212.351.4000
Facsimile:    212.351.4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   415.229.7311
Facsimile:    415.801.7389

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:   213.229.7311
Facsimile:    213.229.6311

COOLEY LLP
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   415.693.2000
Facsimile:    415.693.2222

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>Case No. 3:22-cv-07557-SI, All Actions | MASTER FILE NO. 3:22-cv-07557-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**<br><br><u>CLASS ACTION</u><br><br>Date: October 27, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Susan Illston<br>Date Action Filed: December 1, 2022 |

On July 27, 2023, Defendant Meta Platforms, Inc. filed a Motion to Dismiss Consolidated Class Action Complaint. The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, and finding good cause for the Motion, orders as follows:

**IT IS HEREBY ORDERED** that Meta's Motion to Dismiss is **GRANTED** as to all claims and causes of action asserted against Meta. All claims and causes of action asserted against Meta are hereby **DISMISSED WITH PREJUDICE**.

Dated: _____

                                                HON. SUSAN ILLSTON
                                      United States District Court Judge