1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
Neal Deckant (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com
ndeckant@bursor.com

*Attorneys for Plaintiffs*
*Additional Attorneys on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | ) Master File No. 3:22-cv-07557 (SI) |
| | ) |
| | ) |
| This document relates to: All Actions | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITHOUT PREJUDICE** |
| | ) **OF CLAIRE BRESEEE AS NAMED** |
| | ) **PLAINTIFF AND PROPOSED CLASS** |
| | ) **REPRESENTATIVE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Claire Bresee, by her counsel as listed below, hereby files this notice of voluntary dismissal, without prejudice, of her claims and service as a named plaintiff and proposed Class representative in the above captioned action. Notwithstanding this voluntary dismissal, the action will continue as to all other named plaintiffs and their claims. Ms. Bresee retains the right to remain an absent Class member in the event that the Court certifies a class. As of the date of this Notice, Defendant has not served an answer or a motion for summary judgment.

Dated:  October 11, 2023

**BURSOR & FISHER, P.A**.

By:   */s/ Joel D. Smith*
                 Joel D. Smith

Joel D. Smith (State Bar No. 244902)
Neal Deckant (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com
             ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (pro hac vice)
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
lfeldman@4-justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rapeterson@locklaw.com
kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice* pending)

- 1 -

PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANTS
4883-6932-7728 v.1
4893-8990-4006, v. 1

2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
jemerson@emersonfirm.com

*Attorneys for Plaintiff*

PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANTS

4883-6932-7728 v.1
4893-8990-4006, v. 1