UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 22-cv-07557-SI<br>*ALSO FILED IN 23-CV-4191-PCP*<br><br>**ORDER REFERRING ADMINISTRATIVE MOTION TO CONSIDER WHETHER THE *HUNT* CASE SHOULD BE SEVERED AND RELATED TO JUDGE PITTS FOR DETERMINATION**<br><br>Re: Dkt. No. 119 |

An administrative motion to consider whether *Hunt v. Meta Platforms et al.*, C 23-4953 EMC, should be severed and related to this case and to *Smith v. Google*, 23-3527 PCP, has been filed. The Court REFERS the administrative motion to Judge Pitts.

**IT IS SO ORDERED**.

Dated: October 12, 2023

                               SUSAN ILLSTON
                               United States District Judge