UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al., | Case No. 22-cv-07557-SI |
| Plaintiffs, | |
| v. | **REASSIGNMENT ORDER** |
| META PLATFORMS, INC., | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to the Honorable P. Casey Pitts in the San Jose Division for all further proceedings.  Counsel are hereby instructed that all future filings shall bear the new initials PCP immediately after the case number.

All hearing and trial dates presently scheduled are vacated.  However, existing briefing schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearings does not affect the prior briefing schedule.  Other deadlines such as those for ADR compliance and discover cutoff also remain unchanged.

Dated: October 23, 2023                    FOR THE EXECUTIVE COMMITTEE

_____
Richard Seeborg
Chief District Judge

United States District Court
Northern District of California