1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

3

4

IN RE META PIXEL TAX FILING CASES

5

This document relates to:

6

All Actions

7

Master File No. 5:22-cv-07557 (PCP)

~~[PROPOSED]~~ **ORDER GRANTING JOINT ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY OR VIA REMOTE VIDEOCONFERENCE AT HEARINGS**

Date:        January 11, 2024
Time:        10:00 a.m.
Courtroom: 8
Judge:       Honorable Judge P. Casey Pitts

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2          Pursuant to the stipulation of the parties and for good cause shown, the Court hereby grants

3    the parties' Administrative Request for a telephonic or Zoom appearance by their respective counsel

4    of record at the hearing on Meta's Motion to Dismiss, and at the Initial Case Management

5    Conference, on January 11, 2024 at 10:00 a.m. and 1:00 p.m., respectively.

6

7

8    Dated:   January 10, 2024

9

                                          _____

10                                          Hon. P. Casey Pitts
                                          United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28