**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-4622
Facsimile:    (415) 801-7389

*Attorneys for Defendant Meta Platforms, Inc.*

*Additional Attorneys in Signature Block*

**BURSOR & FISHER, P.A**
NEAL DECKANT, SBN 320783
ndeckant@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

**GEORGE FELDMAN MCDONALD, PLLC**
LORI G. FELDMAN (*pro hac vice*)
lfeldman@4-justice.com
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | Master File No. 5:22-cv-07557-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR META'S RESPONSE TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Date:    April 30, 2024<br>Judge:   Honorable Judge P. Casey Pitts |

JOINT STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR META'S RESPONSE TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE – CASE NO. 5:22-CV-07557-PCP

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") by and through their respective counsel of record, respectfully submit this stipulation and proposed order regarding the deadline for Meta's response to Plaintiffs' First Amended Consolidated Class Action Complaint and the briefing schedule for Meta's anticipated Motion to Dismiss.

WHEREAS, Plaintiffs filed their First Amended Consolidated Class Action Complaint on April 19, 2024 (ECF No. 142);

WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Meta's Response would be due on May 3, 2024, 14 days after the filing of the First Amended Consolidated Class Action Complaint; and

WHEREAS, the parties have met and conferred and have come to an agreement to extend the deadline for Meta's response to Plaintiffs' First Amended Consolidated Class Action Complaint and propose a briefing schedule for Meta's anticipated Motion to Dismiss;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of this Court, that:

The deadline for Meta's response to the First Amended Consolidated Class Action Complaint and the briefing schedule for Meta's anticipated Motion to Dismiss are as follows:

| Event | Deadline |
| --- | --- |
| Meta's Response to the First Amended Consolidated Class Action Complaint | May 24, 2024 |
| Opposition to any Motion to Dismiss | June 21, 2024 |
| Reply in Support of any Motion to Dismiss | July 19, 2024 |

Dated: April 30, 2024

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Lauren R. Goldman
      Lauren R. Goldman

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**COOLEY LLP**

By: /s/ Michael G. Rhodes
      Michael G. Rhodes

MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Meta Platforms, Inc.*


**BURSOR & FISHER, P.A**.

By: /s/ Neal Deckant
      Neal Deckant

Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
200 Park Avenue, Suite 1700
New York, NY 10166
Telephone: (646) 354-6534
lfeldman@4-justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rapeterson@locklaw.com
kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
patrick@fosteryarborough.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, #1520
Boston, MA 02116
Telephone: (617) 377-7404
joel@skclassactions.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: April 30, 2024           By:   */s/ Lauren R. Goldman*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The deadline for Defendant Meta Platforms, Inc.'s response to the First Amended Consolidated Class Action Complaint and the briefing schedule for Meta's anticipated Motion to Dismiss are as follows:

| Event | Deadline |
|---|---|
| Meta's Response to the First Amended Consolidated Class Action Complaint | May 24, 2024 |
| Opposition to Motion to Dismiss | June 21, 2024 |
| Reply in Support of Motion to Dismiss | July 19, 2024 |

Dated: _____, 2024

_____
Honorable P. Casey Pitts
United States District Court Judge

[PROPOSED] ORDER RE: DEADLINE FOR META'S RESPONSE TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE
CASE NO. 5:22-CV-07557-PCP