**FOSTER YARBOROUGH PLLC**

Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
patrick@fosteryarborough.com

*Co-Counsel Listed in Signature Block*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL TAX FILING CASES | Master File Case No. 3:22-cv-07557 |
|---|---|
| This document relates to:<br><br>All Actions | **SECOND NOTICE OF SUBPOENAS TO TAX SLAYER, LLC, TAXACT, INC., AND H&R BLOCK, INC. AND HRB DIGITAL LLC** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 45, Plaintiffs in this action intend to serve the attached subpoenas, in the forms attached hereto as Exhibits 1–3 hereto, on (1) TaxSlayer, LLC, (2) TaxAct, Inc., and (3) H&R Block, Inc. and HRB Digital LLC this week or as soon thereafter as service may be effectuated.

Dated:  August 21, 2024                            By:    /s/ Patrick Yarborough
                                                   Patrick Yarborough

**FOSTER YARBOROUGH PLLC**

Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
patrick@fosteryarborough.com

**SMITH KRIVOSHEY, PC**

Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**BURSOR & FISHER, P.A.**

Neal Deckant (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jsmith@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**

Lori G. Feldman (*pro hac vice*)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
              eservice@4-justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
E-mail: rapeterson@locklaw.com
            kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**

Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**EMERSON FIRM, PLLC**

John G. Emerson (pro hac vice)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*