| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal Deckant (State Bar No. 322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-mail:  ndeckant@bursor.com | **GIBSON, DUNN & CRUTCHER LLP**<br>Lauren R. Goldman (pro hac vice)<br>lgoldman@gibsondunn.com<br>Darcy C. Harris (pro hac vice)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Meta Platforms, Inc.* |

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION BRIEFING DEADLINES**<br><br>[L.R. 6-2] |

WHEREAS, on July 13, 2023, the Court set deadlines for Plaintiffs' motion for class certification and associated expert reports and related briefing, ECF No. 102, and on July 2, 2024, the Court revised deadlines for Plaintiffs' motion for class certification and associated expert reports and related briefing as requested by the parties in their December 28, 2023 Joint Case Management Statement. ECF Nos. 130, 148.

WHEREAS, both parties agree that further time for discovery is required before briefing begins on class certification. The parties have worked through numerous potential discovery disputes related to the scope of written discovery requests, search terms, and ESI sources, and have been able to resolve issues without court intervention. In light of the time necessary to resolve such issues to date, the parties agree that both sides require more time to complete document productions, depositions, and expert analysis necessary for class certification briefing.

WHEREAS, the parties have conferred and agreed to the following proposed modified briefing schedule, subject to Court approval.

WHEREAS, there have been no other requests to alter the class certification briefing schedule, and the Court has not set any deadlines other than for class certification briefing, so granting this request will have no other effect on the schedule for the case.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the Court's approval, that the new class certification briefing schedule is as follows:

| Event | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification and Associated Expert Report(s) Due | October 14, 2024 | July 21, 2025 |
| Meta's Class Certification Opposition and Associated Expert Report(s) Due | December 20, 2024 | September 29, 2025 |
| Plaintiffs' Class Certification Reply and Reply Expert Report(s) Due | February 14, 2025 | November 17, 2025 |

| | | |
|---|---|---|
| 1 | Dated: September 6, 2024 | **BURSOR & FISHER, P.A.** |
| 2 | | By:  /s/ Neal Deckant  |
| 3 | | Neal Deckant |

Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

**SMITH KRIVOSHEY, P.C**.
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
         mliskow@4-justice.com
         eservice@4-justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
E-mail: rapeterson@locklaw.com
           kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (pro hac vice)

---

STIPULATION TO MODIFY CLASS CERT. DEADLINES;
CASE NO. 5:22-CV-07557-PCP

2

|   |   |   |
|---|---|---|
| 1 | | 917 Franklin Street, Suite 220 |
| 2 | | Houston, TX 77002 |
|   | | Telephone: (713) 331-5254 |
| 3 | | Email: patrick@fosteryarborough.com |
| 4 | | **EMERSON FIRM, PLLC** |
|   | | John G. Emerson (pro hac vice) |
| 5 | | 2500 Wilcrest, Suite 300 |
|   | | Houston, TX 77042 |
| 6 | | Telephone: (800) 551-8649 |
| 7 | | Email: jemerson@emersonfirm.com |
| 8 | | *Attorneys for Plaintiffs* |
| 9 | | |
| 10 | Dated: September 6, 2024 | **GIBSON, DUNN & CRUTCHER LLP** |
| 11 | | By: ___/s/ Darcy C. Harris___ |
|   | | Darcy C. Harris |
| 12 | | |
| 13 | | LAUREN R. GOLDMAN (pro hac vice) |
|   | | lgoldman@gibsondunn.com |
| 14 | | DARCY C. HARRIS (pro hac vice) |
|   | | dharris@gibsondunn.com |
| 15 | | 200 Park Avenue |
| 16 | | New York, NY 10166-0193 |
|   | | Telephone: (212) 351-4000 |
| 17 | | Facsimile: (212) 351-4035 |
| 18 | | ELIZABETH K. MCCLOSKEY, SBN 268184 |
|   | | emccloskey@gibsondunn.com |
| 19 | | ABIGAIL A. BARRERA, SBN 301746 |
|   | | abarrera@gibsondunn.com |
| 20 | | One Embarcadero Center, Suite 2600 |
| 21 | | San Francisco, CA 94111-3715 |
|   | | Telephone: (415) 393-8200 |
| 22 | | Facsimile: (415) 393-8306 |
| 23 | | **COOLEY LLP** |
|   | | MICHAEL G. RHODES, SBN 116127 |
| 24 | | rhodesmg@cooley.com |
|   | | KYLE C. WONG, SBN 224021 |
| 25 | | kwong@cooley.com |
| 26 | | CAROLINE A. LEBEL, SBN 340067 |
|   | | clebel@cooley.com |
| 27 | | 3 Embarcadero Center, 20th Floor |
| 28 | | San Francisco, CA 94111-4004 |
|   | | Telephone: (415) 693-2000 |

STIPULATION TO MODIFY CLASS CERT. DEADLINES;   3
CASE NO. 5:22-CV-07557-PCP

1
2                                            Facsimile: (415) 693-2222

                                           *Attorneys for Meta Platforms, Inc.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 6, 2024                      By: */s/ Neal J. Deckant*
                                                                                            Neal J. Deckant

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                      Hon. P. Casey Pitts
                                      U.S. District Judge