**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail:  ndeckant@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP<br><br>**DECLARATION OF NEAL DECKANT IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION BRIEFING DEADLINES**<br><br>**[L.R. 6-2]** |

I, Neal Deckant, declare as follows:

1. I am an attorney at Bursor & Fisher, P.A. and I am Plaintiffs' Counsel in this action. I make this Declaration in support of the concurrently-filed Stipulation and [Proposed] Order to Modify Class Certification Briefing Deadlines. I have personal knowledge of all matters set forth herein unless otherwise indicated, and, if called upon to testify, I could and would competently do so.

2. Both parties have agreed that further time for discovery is required before briefing begins on class certification.

3. The parties have had numerous potential discovery disputes related to the scope of written discovery requests, search terms, and ESI sources, and as a result of time and efforts invested in negotiations, they have so far been able to resolve the issues without the Court's intervention. In light of the time invested in these negotiations, however, the parties have agreed that they now require more time to complete document productions, depositions, and expert analysis necessary for class certification briefing.

4. Although the parties disagree regarding the amount of additional time warranted, they have reached a compromise, as set forth in the concurrently filed stipulation.

5. There have been no prior requests to alter the class certification deadline.

6. The Court has not set any deadlines other than for class certification briefing, and so granting this request will have no other effect on the schedule for the case. Accordingly, the parties jointly ask the Court to modify the current deadlines according to the new dates set forth above.

I declare under penalty of perjury that the above and foregoing is true and accurate. Executed on September 6, 2024 in Walnut Creek, CA.

                                                    */s/ Neal J. Deckant*
                                                         Neal J. Deckant