1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

9  | IN RE META PIXEL TAX FILINGS CASES | Master File No. 5:22-cv-07557-PCP (VKD)
10 | This document relates to:           | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
11 | All actions                         |
12 |                                     | The Honorable P. Casey Pitts
13 |                                     | Courtroom 8, 4th Floor

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following documents are hereby sealed:

| DOCUMENT | PORTION TO BE SEALED |
|---|---|
| Exhibit A ("Clean" Second Amended Consolidated Class Action Complaint) to Plaintiffs' Notice of Motion and Motion for Leave to File Amended Complaint. | Page 10, line 22 through page 11, line 14. Page 13, line 13 through page 14, line 28. Page 19, line 2 through page 20, line 2. Page 26, line 11 through page 26, line 18. |
| Exhibit B ("Redlined" Second Amended Consolidated Class Action Complaint) to Plaintiffs' Notice of Motion and Motion for Leave to File Amended Complaint | Page 10, line 22 through page 11, line 14. Page 13, line 13 through page 14, line 28. Page 19, line 2 through page 20, line 2. Page 26, line 11 through page 26, line 18. |

Dated: _____

_____
P. CASEY PITTS
United States District Judge