1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILINGS CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT (FED. R. CIV. P. 15(a))**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

UPON CONSIDERATION of Plaintiffs' Motion for Leave to Amend Complaint ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. Within seven (7) days from the date of this Order, counsel for Plaintiffs shall file the proposed Second Amended Class Action Complaint.

Dated: _____

_____
P. CASEY PITTS
United States District Judge