AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, __Kate M. Fogarty__, Clerk of this Court, certify that __Emma Ritter Gordon__, Bar # __404000__, was duly admitted to practice in this Court on __12/14/2023__, and is in good standing as a member of the Bar of this Court.

Dated at __St. Paul, Minnesota__ on __06/28/2024__
         (Location)                                    (Date)

Kate M. Fogarty
CLERK

Kern O Adami
DEPUTY CLERK