GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   212-351-4000
Facsimile:    212-351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   415-393-4622
Facsimile:    415-801-7389

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**DEFENDANT META PLATFORMS, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date Action Filed: December 1, 2022 |

Gibson, Dunn & Crutcher LLP

DEFENDANT META PLATFORMS, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – CASE NO. 5:22-CV-07557-PCP

On April 2, 2025, plaintiffs filed a Notice of Motion and Motion for Leave to File Second Amended Complaint. *See* Dkt. 164.

Pursuant to Local Civil Rule 7-3(b), Defendant Meta Platforms, Inc. ("Meta") respectfully submits this statement informing the Court that Meta does not oppose plaintiffs' Motion for Leave to File Second Amended Complaint (the "Motion"), but Meta will move to dismiss the new claim included within plaintiffs' proposed Second Amended Consolidated Class Action Complaint ("SAC"). Plaintiffs did not inform Meta of their intention to file the Motion or their proposed SAC prior to this filing; nor did plaintiffs serve Meta with an unredacted copy of the proposed SAC on the day that the Motion was filed. [Harris Decl. ¶¶ 2, 3].

On an April 11, 2025 meet-and-confer with plaintiffs' counsel, Meta proposed to plaintiffs' counsel that the parties stipulate to a reasonable briefing schedule to efficiently brief the issues implicated by the proposed SAC whereby Meta would not oppose plaintiffs' Motion, subject to plaintiffs' agreement to an extension of time for Meta to move to dismiss the new claim included in the proposed SAC. [Harris Decl. ¶ 4]. This proposal was intended to efficiently address the issues presented by the proposed SAC without burdening the Court with what should be an administrative issue. Plaintiffs' counsel declined to substantively engage with Meta's proposal or discuss it on the April 11 meet-and-confer. [Harris Decl. ¶ 5]. Plaintiffs' counsel then summarily rejected the proposal without discussion or counterproposal the next day. [Harris Decl. ¶ 6]. Meta subsequently made repeated offers by email on April 12 and April 14 to meet-and-confer regarding whether the parties could come to an agreement on a reasonable briefing schedule, but plaintiffs' counsel failed to acknowledge or respond to these email requests. [Harris Decl. ¶ 7].

Accordingly, Meta respectfully requests the Court set a briefing schedule whereby Meta is required to file any motion to dismiss the SAC 30 days from the filing of the SAC. Meta's non-opposition to plaintiffs' motion for leave to file the proposed SAC is not, and should not be construed as, an admission or agreement with the facts or arguments set forth in the Motion or the proposed SAC. Meta reserves all rights, arguments, and defenses.

Gibson, Dunn & Crutcher LLP

-1-

DEFENDANT META PLATFORMS, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT – CASE NO. 5:22-CV-07557-PCP

Dated: April 16, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
Lauren R. Goldman

*Attorneys for Meta Platforms, Inc.*

-2-

DEFENDANT META PLATFORMS, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT – CASE NO. 5:22-CV-07557-PCP