1    BURSOR & FISHER, P.A.
     Neal Deckant (State Bar No. 322946)
2    1990 North California Blvd., 9th Floor
     Walnut Creek, CA 94596
3    Telephone: (925) 300-4455
     Facsimile: (925) 407-2700
4    E-mail: ndeckant@bursor.com

5    *Attorneys for Plaintiffs*

6    *Additional Attorneys on Signature Page*

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10   | IN RE META PIXEL TAX FILINGS CASES | Master File No. 5:22-cv-07557-PCP (VKD) |
     | --- | --- |

11   This document relates to:                **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS**
12   All actions                              **UNDER SEAL**

13                                            The Honorable P. Casey Pitts
                                              Courtroom 8, 4th Floor
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO FILE UNDER SEAL
CASE NO. 5:22-CV-07557-PCP

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2        **PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Rule

3    Local Rules 7-11 and 79-5, and the protective order issued in the case (Dkt. No. 74), Plaintiffs

4    hereby move the Court for an order allowing them to file under seal excerpts and quotations from

5    documents containing information that Defendant or third parties designated as either Confidential

6    or Highly Confidential – Attorney's Eyes Only.  Plaintiffs state that the "compelling reasons"

7    standard applies.  *See Zheng-Lawson v. Toyota Motor Corp.*, 2019 WL 3413253, at \*2–3 (N.D.

8    Cal. July 29, 2019).  However, Plaintiffs submit this request only to comply with their obligations

9    under Local Rule 79-5 and the protective order issued in the case, and Plaintiffs take no position at

10   this time on the propriety of other parties' confidentiality designations, or whether they meet the

11   compelling reasons test for retaining confidentiality.

12       All exhibits referenced below are attached to the concurrently filed Second Amended

13   Consolidated Complaint.  Plaintiffs seek to file the following documents under seal:

14   • Exhibit A ("Clean" Second Amended Consolidated Class Action Complaint):

15       documents that Defendant produced in this matter and designated as Confidential

16       and Attorneys' Eyes Only:

17           o   Page 10, line 22 through page 11, line 14.

18           o   Page 13, line 13 through page 14, line 28.

19           o   Page 19, line 2 through page 20, line 2.

20           o   Page 26, line 11 through page 26, line 18.

21   • Exhibit B ("Redline" Second Amended Consolidated Class Action Complaint):

22       documents that Defendant produced in this matter and designated as Confidential

23       and Attorneys' Eyes Only:

24           o   Page 10, line 22 through page 11, line 14.

25           o   Page 13, line 13 through page 14, line 28.

26           o   Page 19, line 2 through page 20, line 2.

27           o   Page 26, line 11 through page 26, line 18.

28

1

Dated: April 18, 2025

2

By:  /s/ Neal J. Deckant
           Neal J. Deckant

3

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

4

5

6

**SMITH KRIVOSHEY, P.C**.
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

7

8

9

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
eservice@4-justice.com

10

11

12

13

14

15

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (241858)
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Fax: (888) 421-4173
Email: RPeterson@4-Justice.com
eService@4-Justice.com

16

17

18

19

20

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com

21

22

23

24

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

25

26

27

28

**FOSTER YARBOROUGH PLLC**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (pro hac vice)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*