1
2
3                    **UNITED STATES DISTRICT COURT**
4                    **NORTHERN DISTRICT OF CALIFORNIA**

5  | IN RE META PIXEL TAX FILINGS CASES | Master File No. 5:22-cv-07557-PCP (VKD)
6  | This document relates to:
7  | All actions | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
8
9  | | The Honorable P. Casey Pitts
   | | Courtroom 8, 4th Floor
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following documents are hereby sealed:

| DOCUMENT | PORTION TO BE SEALED |
| --- | --- |
| Exhibit A ("Clean" Second Amended Consolidated Class Action Complaint). | Page 10, line 22 through page 11, line 14. Page 13, line 13 through page 14, line 28. Page 19, line 2 through page 20, line 2. Page 26, line 11 through page 26, line 18. |
| Exhibit B ("Redlined" Second Amended Consolidated Class Action Complaint). | Page 10, line 22 through page 11, line 14. Page 13, line 13 through page 14, line 28. Page 19, line 2 through page 20, line 2. Page 26, line 11 through page 26, line 18. |

Dated: _____

                                                   P. CASEY PITTS
                                     United States District Judge