BURSOR & FISHER, P.A.
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL TAX FILINGS CASES | Master File No. 5:22-cv-07557-PCP (VKD) |
|---|---|
| This document relates to: | **PROOF OF SERVICE** |
| All actions | |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd, 9th Floor, Walnut Creek, California 94596. On April 18, 2025, I served the document(s):

**PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (UNREDACTED)**

**PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (UNREDACTED REDLINE)**

☒ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212-351-4000
Facsimile: 212-351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-393-4622
Facsimile: 415-801-7389

*Attorneys for Defendant Meta Platforms, Inc.*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on April 18, 2025, at Walnut Creek, California.

_____
Molly C. Sasseen

PROOF OF SERVICE
CASE NO. 5:22-CV-07557-PCP                                                                                  1