1

**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
2   lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
3   dharris@gibsondunn.com
200 Park Avenue
4   New York, NY 10166
Telephone:    (212) 351-4000
5   Facsimile:    (212) 351-4035

6   ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
7   ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
8   One Embarcadero Center, Suite 2600
San Francisco, CA 94111
9   Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

10

11   *Attorneys for Defendant Meta Platforms, Inc.*

12

13                   **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                       **SAN JOSE DIVISION**

16

IN RE META PIXEL TAX FILING CASES          Case No. 5:22-cv-07557-PCP (VKD)

17   _____

18                                              **[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' ADMINISTRATIVE MOTION**
**TO FILE DOCUMENTS UNDER SEAL**
19   This Document Relates To:

Hon. P. Casey Pitts
20   All Actions

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-07557-PCP (VKD)

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), the Declaration of Lauren R. Goldman in Support of Plaintiffs' Administrative Motion to File Documents Under Seal ("Declaration"), and compelling reasons and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following documents are hereby sealed:

| DOCUMENT | PORTION TO BE SEALED |
|---|---|
| Exhibit A ("Clean" Second Amended Consolidated Class Action Complaint). | Page 10, line 23 through page 11, line 14. Page 13, line 14 through page 14, line 28. Page 19, line 2 through page 20, line 2. Page 26, line 11 through page 26, line 18. |
| Exhibit B ("Redlined" Second Amended Consolidated Class Action Complaint). | Page 10, line 23 through page 11, line 14. Page 13, line 14 through page 14, line 28. Page 19, line 2 through page 20, line 2. Page 26, line 11 through page 26, line 18. |

Dated: _____                   _____

P. CASEY PITTS
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-07557-PCP (VKD)