UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 5:22-cv-07557-PCP<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Natalie Hausknecht</u>, an active member in good standing of the bar of, <u>Colorado</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Meta Platforms, Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>Abigail A. Barrera</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>301746</u>.

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP, 1900 Lawrence Street, Suite 3000, Denver, CO 80202-2211<br>MY ADDRESS OF RECORD | Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 303 298 5783<br>MY TELEPHONE # OF RECORD | 415 393 8262<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| NHausknecht@gibsondunn.com<br>MY EMAIL ADDRESS OF RECORD | ABarrera@gibsondunn.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49391.

<u>A true and correct copy of a certificate of good standing or equivalent official document from</u> said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>    0    </u> times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  <u>May 13, 2025          </u>                                        <u>Natalie J. Hausknecht          </u>
                                                                                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>    Natalie J. Hausknecht    </u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: <u>                              </u>

<u>                                                            </u>
UNITED STATES DISTRICT/MAGISTRATE JUDGE

-1-
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. 5:22-CV-07557-PCP