UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP |
|---|---|
| This Document Relates To:<br>All Actions | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Natalie Hausknecht, an active member in good standing of the bar of, Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Meta Platforms, Inc. in the above-entitled action. My local co-counsel in this case is Abigail A. Barrera, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 301746.

Gibson, Dunn & Crutcher LLP, 1900 Lawrence Street, Suite 3000, Denver, CO 80202-2211
MY ADDRESS OF RECORD

303 298 5783
MY TELEPHONE # OF RECORD

NHausknecht@gibsondunn.com
MY EMAIL ADDRESS OF RECORD

Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415 393 8262
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ABarrera@gibsondunn.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49391.

<u>A true and correct copy of a certificate of good standing or equivalent official document from</u> said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 13, 2025                                          Natalie J. Hausknecht
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Natalie J. Hausknecht___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  May 14, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

-1-
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. 5:22-CV-07557-PCP



# SUPREME COURT
## State of Colorado.

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Natalie Jean Hausknecht**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **10th**

day of **May** A.D. **2016** and that at the date

hereof the said **Natalie Jean Hausknecht** is in good standing

at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **10th** day of **April** A.D. **2025**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk