**FOSTER YARBOROUGH PLLC**

Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
patrick@fosteryarborough.com

*Co-Counsel Listed in Signature Block*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | Master File Case No. 3:22-cv-07557<br><br>**THIRD NOTICE OF SUBPOENAS** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 45, Plaintiffs in this action intend to serve the attached subpoena, in the forms attached hereto as Exhibits 1 hereto, on DAC Group via its New York registered agent, C T Corporation System, 28 Liberty Street, New York, NY, 10005, this week or as soon thereafter as service may be effectuated.

Dated:  June 1, 2025			By:	  /s/ Patrick Yarborough
					Patrick Yarborough

					**FOSTER YARBOROUGH PLLC**

					Patrick Yarborough, Esq. (pro hac vice)
					917 Franklin Street, Suite 220
					Houston, TX 77002
					Telephone: (713) 331-5254
					patrick@fosteryarborough.com

					**SMITH KRIVOSHEY, PC**

					Joel D. Smith (State Bar No. 244902)
					867 Boylston Street, 5th Floor
					Boston, MA 02216
					Telephone: 617-377-7404
					Email: joel@skclassactions.com

					**BURSOR & FISHER, P.A.**

					Neal Deckant (State Bar No. 320783)
					1990 North California Blvd., Suite 940
					Walnut Creek, CA 94596
					Telephone: (925) 300-4455
					Facsimile:  (925) 407-2700
					E-mail: jsmith@bursor.com

					**GEORGE FELDMAN MCDONALD, PLLC**

					Lori G. Feldman (*pro hac vice*)
					102 Half Moon Bay Drive
					Croton-on-Hudson, NY 10520
					Telephone: (917) 983-9321
					E-mail: lfeldman@4-justice.com
						  eservice@4-justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
E-mail: rapeterson@locklaw.com
    kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**

Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**EMERSON FIRM, PLLC**

John G. Emerson (pro hac vice)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*