# EXHIBIT A

| Meta Pixel | Share |

Does Meta use the Meta Pixel?

Yes, Meta does use the Meta Pixel (previously known as the Facebook Pixel) across its platforms and services for various purposes, including analytics, advertising, and optimizing user experiences. The Meta Pixel is a tool that helps track user interactions and conversions on websites that have integrated the pixel, providing valuable data for advertisers and website owners. This data can be used to measure the effectiveness of ads, target specific audiences, and personalize content.

How does Meta use the Meta Pixel?

Meta uses the Meta Pixel for several purposes:

1. **Analytics and measurement**: To track user interactions, such as page views, conversions, and other events on websites that have integrated the pixel. This helps Meta understand how users engage with content and ads across the web.
2. **Ad targeting and optimization**: To target specific audiences and optimize ad delivery based on user behavior, interests, and demographics.
3. **Conversion tracking**: To measure the effectiveness of ads by tracking conversions (e.g., purchases, sign-ups, or downloads) that occur on websites after users interact with Meta ads.
4. **Personalization**: To personalize content and ads for users based on their behavior and interests.

By using the Meta Pixel, Meta can collect valuable data that informs its advertising and analytics services, ultimately helping businesses and organizations reach their target audiences more effectively.

How does Meta benefit from using the Meta Pixel?

Meta benefits from using the Meta Pixel in several ways:

1. **Improved ad targeting**: By collecting data on user behavior, Meta can create more accurate and effective ad targeting options for advertisers.
2. **Enhanced analytics**: The pixel provides valuable insights into user interactions, helping Meta refine its advertising and analytics services.

Reply to Meta AI...

Meta Pixel

Share

Meta uses the Meta Pixel for several purposes:

1. **Analytics and measurement**: To track user interactions, such as page views, conversions, and other events on websites that have integrated the pixel. This helps Meta understand how users engage with content and ads across the web.
2. **Ad targeting and optimization**: To target specific audiences and optimize ad delivery based on user behavior, interests, and demographics.
3. **Conversion tracking**: To measure the effectiveness of ads by tracking conversions (e.g., purchases, sign-ups, or downloads) that occur on websites after users interact with Meta ads.
4. **Personalization**: To personalize content and ads for users based on their behavior and interests.

By using the Meta Pixel, Meta can collect valuable data that informs its advertising and analytics services, ultimately helping businesses and organizations reach their target audiences more effectively.

How does Meta benefit from using the Meta Pixel?

Meta benefits from using the Meta Pixel in several ways:

1. **Improved ad targeting**: By collecting data on user behavior, Meta can create more accurate and effective ad targeting options for advertisers.
2. **Enhanced analytics**: The pixel provides valuable insights into user interactions, helping Meta refine its advertising and analytics services.
3. **Increased ad revenue**: By offering more effective ad targeting and measurement capabilities, Meta can attract more advertisers and increase ad revenue.
4. **Better user experience**: Meta can use pixel data to personalize content and ads for users, potentially leading to a more engaging experience.
5. **Competitive advantage**: The Meta Pixel helps Meta maintain a competitive edge in the digital advertising market by providing unique insights and capabilities.

Overall, the Meta Pixel is a key tool for Meta's advertising business, enabling the company to deliver more effective and targeted ads, which in turn drives revenue and growth.

Reply to Meta AI...