**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: Ndeckant@bursor.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Master File No.: 5:22-cv-07557-PCP (VKD) |
| This document relates to: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| All Actions | The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Rule Local Rules 7-11 and 79-5, and the protective order issued in the case ("Protective Order," ECF No. 73), Plaintiffs hereby move the Court for an order allowing them to file under seal excerpts from documents containing information that Plaintiffs designate as Confidential under the Protective Order. Specifically, portions of Plaintiffs' concurrently-filed Motion for Voluntary Dismissal of Plaintiff Crystal Craig's Claims with Prejudice Pursuant To Rule 41(A)(2) ("Motion"), and the Liskow Declaration in support of the Motion ("Liskow Declaration"), describe hardships faced by Plaintiff Craig that, if publicly disclosed, "may cause harm to" Plaintiff Craig, and also consist of the types of information that are typically considered private and confidential.

Plaintiffs seek to file the following portions of the following documents under seal:

- Motion:
    - Page 2, lines 4-8
    - Page 7, line 9
- Liskow Declaration:
    - Page 1, lines 12 through 14

DATED: June 5, 2025                     Respectfully submitted,

                                        By: */s/ Neal J. Deckant*
                                            Neal J. Deckant

                                        **BURSOR & FISHER, P.A.**
                                        Neal Deckant (State Bar No. 322946)
                                        1990 North California Blvd., 9th Floor
                                        Walnut Creek, CA 94596
                                        Telephone: (925) 300-4455
                                        Facsimile: (925) 407-2700
                                        E-mail: ndeckant@bursor.com

| | |
|---|---|
| 1 | |
| 2 | **SMITH KRIVOSHEY, P.C.**<br>Joel D. Smith (State Bar No. 244902)<br>867 Boylston Street, 5th Floor<br>Boston, MA 02216<br>Telephone: 617-377-7404<br>Email: joel@skclassactions.com |

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (pro hac vice)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive,
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
eservice@4-justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (241858)
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Fax: (888) 421-4173
Email: RPeterson@4-Justice.com
eService@4-Justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (pro hac vice)
Arielle S. Wagner (pro hac vice)
Emma Ritter Gordon (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
aswagner@locklaw.com
erittergordon@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (pro hac vice)
2500 Wilcrest, Suite 300

Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*