**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | Master File No.: 5:22-cv-07557-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

[PROPOSED] ORDER RE: SEALING
CASE NO. 5:22-CV-07557-PCP

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following documents are hereby sealed:

| DOCUMENT | PORTION TO BE SEALED |
|---|---|
| Motion for Voluntary Dismissal of Plaintiff Crystal Craig's Claims with Prejudice Pursuant To Rule 41(A)(2) | Page 2, lines 4-8<br><br>Page 7, line 9 |
| Declaration of Michael Liskow in Support of Motion for Voluntary Dismissal of Plaintiff Crystal Craig's Claims with Prejudice Pursuant To Rule 41(A)(2) | Page 1, lines 12 through 14 |

Dated: _____

_____
P. Casey Pitts
United States District Judge