**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
| | **PROOF OF SERVICE** |
| This document relates to: | Judge: Hon. P. Casey Pitts |
| All Actions | |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd, 9th Floor, Walnut Creek, California 94596. On June 5, 2025, I served the document(s):

**MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF CRYSTAL CRAIG'S CLAIMS WITH PREJUDICE PURSUANT TO RULE 41(a)(2) (UNREDACTED)**

**DECLARATION OF MICHAEL LISKOW IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF CRYSTAL CRAIG'S CLAIMS WITH PREJUDICE PURSUANT TO RULE 41(a)(2) (UNREDACTED)**

☒ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (pro hac vice)
lgoldman@gibsondunn.com
DARCY C. HARRIS (pro hac vice)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212-351-4000
Facsimile: 212-351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-393-4622

*Attorneys for Defendant Meta Platforms, Inc.*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on June 5, 2025, at Walnut Creek, California.

_____
Molly C. Sasseen