1
2
3
4  **UNITED STATES DISTRICT COURT**
5  **NORTHERN DISTRICT OF CALIFORNIA**
6  **SAN FRANCISCO DIVISION**
7

| | |
|---|---|
| 8  IN RE META PIXEL TAX FILING CASES | Master File No. 5:22-cv-07557 (PCP) |
| 9  This document relates to: | **[PROPOSED ORDER] GRANTING MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF CRYSTAL CRAIG'S CLAIMS WITH PREJUDICE PURUSANT TO RULE 41(a)(2)** |
| 10 All Actions | |
| 11 | |
| 12 | Date:    July 31, 2025 |
| 13 | Time:    10:00 a.m. |
| 14 | Courtroom: 8<br>Judge:    Honorable Judge P. Casey Pitts |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

UPON CONSIDERATION of Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Crystal Craig's Claims with Prejudice Pursuant to Rule 41(a)(2) (the "Motion"), all materials submitted in support thereof, and other records on file, and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Dated: _____   _____
Hon. P. Casey Pitts
United States District Judge