# **EXHIBIT A**

1  **GIBSON, DUNN & CRUTCHER LLP**
   LAUREN R. GOLDMAN (*pro hac vice*)
2  lgoldman@gibsondunn.com
   DARCY C. HARRIS (*pro hac vice*)
3  dharris@gibsondunn.com
   200 Park Avenue
4  New York, NY 10166
   Telephone:   (212) 351-4000
5  Facsimile:    (212) 351-4035

6  ELIZABETH K. MCCLOSKEY, SBN 268184
   emccloskey@gibsondunn.com
7  ABIGAIL A. BARRERA, SBN 301746
   abarrera@gibsondunn.com
8  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
9  Telephone:   (415) 393-8200
   Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
|---|---|
| This Document Relates To: | **AMENDED NOTICE OF DEPOSITION OF CRYSTAL CRAIG** |
| Case No. 5:22-cv-07557-PCP (VKD), All Actions | PUTATIVE CLASS ACTION |
| | Hon. P. Casey Pitts |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

**YOU ARE HEREBY NOTIFIED** that Defendant Meta Platforms, Inc., pursuant to Rule 30 of the Federal Rules of Civil Procedure, by and through its counsel, will take the deposition of Crystal Craig before a certified shorthand reporter who is duly authorized to take and transcribe said deposition.

**YOU ARE FURTHER NOTIFIED** that the deposition will take place on June 26, 2025 beginning at 9:00am CDT at the offices of Gibson, Dunn & Crutcher LLP, 2001 Ross Avenue, Suite 2100, Dallas, TX 75201, or remotely via video teleconference.  The deposition shall continue from day to day (weekends and holidays excepted) until completed. The deposition shall be recorded stenographically by a person authorized by law to administer oaths.  A real-time transcription service such as LiveNote may also be available for the use of counsel.  The deposition shall also be recorded by videotape.

Dated: June 5, 2025                              **GIBSON, DUNN & CRUTCHER LLP**

                                        By:   */s/ Lauren Goldman*
                                              Lauren Goldman

                                        *Attorneys for Defendant Meta Platforms, Inc.*