**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman (pro hac vice)
lgoldman@gibsondunn.com
Darcy C. Harris (pro hac vice)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Plaintiffs*

*Attorneys for Defendant*

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION BRIEFING DEADLINES**<br><br>**[L.R. 6-2]** |
|---|---|

1     The parties jointly ask the Court for a four-week extension of the deadline for Plaintiffs' motion for class certification, from July 21, 2025 to August 18, 2025.  The parties make this request because the deposition of Meta's 30(b)(6) witness had been scheduled for June 13, 2025, which would have occurred sufficiently in advance of the class certification deadline.  However, on June 6, 2025, counsel for Meta represented that the prepared deponent was no longer available on June 13, 2025, due to a bereavement requiring travel out of the country for an indefinite period, and that Meta's most suitable alternative 30(b)(6) deponent was out of the country the week of June 9th, returning June 16, 2025.  Counsel have met and conferred and have agreed to reschedule the 30(b)(6) deposition for July 14, 2025, the soonest available alternative date for Meta's alternative witness.

To avoid prejudice to Plaintiffs from the change in dates, the parties have agreed, subject to approval by the Court, to alter the class certification deadlines as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification | July 21, 2025 | August 18, 2025 |
| Meta's Opposition to Class Certification | September 29, 2025 | October 27, 2025 |
| Plaintiffs' Reply Brief | November 17, 2025 | December 15, 2025 |

There was one prior request to alter the class certification, which the Court granted.  *See* ECF No. 156.  There is compelling good cause for this request because, as Meta represents, it is the result of unforeseen, extenuating circumstances, which arose through no fault of either party, and the parties have promptly sought relief from the Court.  In addition, the requested extension is brief, and corresponds to the amount of time lost due to the deposition scheduling issue (i.e., approximately four weeks).

The Court has not set any deadlines other than for class certification briefing, and so granting this request will have no other effect on the schedule for the case.  Accordingly, the parties jointly ask the Court to modify the current deadlines according to the new dates set forth above.

| | | |
|---|---|---|
| 1 | Dated: June 20, 2025 | **SMITH KRIVOSHEY, P.C**. |
| 2 | | |
| 3 | | By:   */s/ Joel Smith* <br> Joel D. Smith (State Bar No. 244902) |
| 4 | | 867 Boylston Street, 5th Floor <br> Boston, MA 02216 |
| 5 | | Telephone: 617-377-7404 <br> Email: joel@skclassactions.com |

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
         mliskow@4-justice.com
         eservice@4-justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (241858)
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
E-mail: rapeterson@locklaw.com
         kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002

|   |   |
|---|---|
| | Telephone: (713) 331-5254 |
| | Email: patrick@fosteryarborough.com |
| | |
| | **EMERSON FIRM, PLLC** |
| | John G. Emerson (pro hac vice) |
| | 2500 Wilcrest, Suite 300 |
| | Houston, TX 77042 |
| | Telephone: (800) 551-8649 |
| | Email: jemerson@emersonfirm.com |
| | |
| | *Attorneys for Plaintiffs* |
| | |
| Dated: June 20, 2025 | **GIBSON, DUNN & CRUTCHER LLP** |
| | |
| | By:   */s/* Lauren R. Goldman |
| |       Lauren R. Goldman |
| | |
| | LAUREN R. GOLDMAN (pro hac vice) |
| | lgoldman@gibsondunn.com |
| | DARCY C. HARRIS (pro hac vice) |
| | dharris@gibsondunn.com |
| | 200 Park Avenue New York, NY 10166-0193 |
| | Telephone: (212) 351-4000 |
| | Facsimile: (212) 351-4035 |
| | |
| | ELIZABETH K. MCCLOSKEY, SBN 268184 |
| | emccloskey@gibsondunn.com |
| | ABIGAIL A. BARRERA, SBN 301746 |
| | abarrera@gibsondunn.com |
| | One Embarcadero Center, Suite 2600 San Francisco, CA 94111-3715 |
| | Telephone: (415) 393-8200 |
| | Facsimile: (415) 393-8306 |
| | |
| | **COOLEY LLP** |
| | MICHAEL G. RHODES, SBN 116127 |
| | rhodesmg@cooley.com |
| | KYLE C. WONG, SBN 224021 |
| | kwong@cooley.com |
| | CAROLINE A. LEBEL, SBN 340067 |
| | clebel@cooley.com |
| | 3 Embarcadero Center, 20th Floor San Francisco, CA 94111-4004 |
| | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 20, 2025                                                                          By: /s/ Joel Smith


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED


Dated: _____

                                                 Hon. P. Casey Pitts
                                                 U.S. District Judge