**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILINGS CASES<br><br>This Document Relates To:<br><br>Case No. 5:22-cv-07557-PCP, All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date Action Filed: December 1, 2022<br>Honorable P. Casey Pitts |

Defendant Meta Platforms, Inc. ("Meta") certifies that it has reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5. Pursuant to Civil Local Rule 79-5(f), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF No. f), Meta requests that the Court consider whether information designated by plaintiffs as confidential should be sealed in connection with Meta's Opposition To Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Crystal Craig (the "Opposition").

Meta seeks consideration that portions of the Opposition and Declaration of Natalie Hausknecht be filed under seal because they contain information designated as confidential by plaintiffs.

| Document | Portion(s) to Sealed |
|---|---|
| Meta's Opposition To Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Crystal Craig | Page 3, lines 20-23. |
| Declaration of Natalie Hausknecht | Page 1, lines 22-25. |

RESPECTFULLY SUBMITTED AND DATED this 20th day of June, 2025.

Dated: June 20, 2025                    **GIBSON, DUNN & CRUTCHER LLP**

                                        By:  /s/ Lauren R. Goldman
                                             Lauren R. Goldman

                                        LAUREN R. GOLDMAN (admitted *pro hac vice*)
                                        DARCY C. HARRIS (admitted *pro hac vice*)
                                        lgoldman@gibsondunn.com
                                        dharris@gibsondunn.com
                                        200 Park Avenue
                                        New York, NY 10166
                                        Telephone: (212) 351-4000
                                        Facsimile: (212) 351-4035

                                        ELIZABETH K. MCCLOSKEY, SBN 268184
                                        emccloskey@gibsondunn.com
                                        ABIGAIL A. BARRERA, SBN 301746
                                        abarrera@gibsondunn.com
                                        One Embarcadero Center, Suite 2600

San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306-

*Attorneys for Meta Platforms, Inc.*