**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILINGS LITIGATION,<br><br>This Document Relates To:<br><br>Case No. 5:22-cv-07557-PCP, All Actions | Case No. 5:22-cv-07557-PCP<br><br>**DECLARATION OF LAUREN R. GOLDMAN IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable P. Casey Pitts |

Gibson, Dunn & Crutcher LLP

GOLDMAN DECLARATION ISO DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED — CASE NO. 5:22-CV-07557-PCP

I, Lauren R. Goldman, state and declare as follows:

1. I am an attorney licensed to practice in the State of New York. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta") in these actions. I am admitted *pro hac vice* to practice before this Court.

2. I submit this declaration under Local Rule 79-5(f) in support of Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

3. Meta moves to file the Opposition to Plaintiffs' Motion for Voluntary Dismissal of plaintiff Crystal Craig and the Declaration of Natalie Hausknecht partially under seal at plaintiffs' request because it contains information plaintiffs designated confidential.

4. Attached as **Exhibit 1** is a true and correct copy of Meta's Opposition to Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Crystal Craig.

5. Attached as **Exhibit 2** is a true and correct copy of the Declaration of Natalie Hausknecht.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this the 20th day of June 2025 in New York, New York.

| Document | Portion(s) to Sealed |
|---|---|
| Meta's Opposition To Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Crystal Craig | Page 3, lines 20-23. |
| Declaration of Natalie Hausknecht | Page 1, lines 22-25. |

*/s/ Lauren R. Goldman*
Lauren R. Goldman