UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILINGS CASES,<br><br>This Document Relates To:<br><br>Case No. 5:22-cv-07557-PCP, All Actions | Case No. 5:22-cv-07557-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable P. Casey Pitts |

      Having considered Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion to Seal"), all material submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the document listed below:

**IT IS HEREBY ORDERED** that the Motion to Seal is GRANTED as outlined below:

| Document | Portion(s) to Sealed |
|---|---|
| Meta's Opposition To Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Crystal Craig | Page 3, lines 20-23. |
| Declaration of Natalie Hausknecht | Page 1, lines 22-25. |

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                                                   Honorable P. Casey Pitts
                                                                   United States Judge