**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILINGS CASES | Case No. 5:22-cv-07557-PCP (VKD) |
| This Document Relates To: | **PROOF OF SERVICE** |
| Case No. 5:22-cv-07557-PCP, All Actions | Date Action Filed: December 1, 2022<br>Honorable P. Casey Pitts |

I, Lauren Goldman, declare as follows:

I am employed in the City of New York, State of New York.  I am over eighteen years and am not a party to this action; my business address is 200 Park Ave., in said City and State.  On June 20, 2025, I served the following documents:

**META'S OPPOSITION TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF CRYSTAL CRAIG (UNDER SEAL)**

**DECLARATION OF NATALIE HAUSKNECHT (UNDER SEAL)**

on the parties stated below, by the following means of service:

GEORGE FELDMAN MCDONALD PLLC
Lori Feldman
lfeldman@4-justice.com
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520

SMITH KRIVOSHEY, PC
Joel D. Smith
joel@skclassactions.com
166 Geary Street #1500-1507
San Francisco, CA 94108

**BY EMAIL SERVICE:** On the above-mentioned date, based on a court order or on an agreement of the parties to accept service by e-mail.  I caused the documents to be sent to the persons at the -mail addresses shown above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 20, 2025                                     */s/ Lauren R. Goldman*

                                                                              Lauren R. Goldman

                                                                              Attorney for Defendant