United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE META PIXEL TAX FILING CASES | Case No. 22-cv-07557-PCP (VKD) |
|---|---|
| This Document Relates To:<br><br>All Actions. | **ORDER RE JUNE 18, 2025 DISCOVERY DISPUTE RE CRAIG DEPOSITION**<br><br>Re: Dkt. No. 190 |

On July 1, 2025, the presiding judge issued an order dismissing plaintiff Crystal Craig's claims with prejudice and without conditions, concluding that Meta has not demonstrated that Ms. Craig's testimony is relevant to class certification or the merits of the action. *See* Dkt. No. 198. As Meta relies on the same arguments to support its demand for Ms. Craig's deposition in the parties' June 18, 2025 discovery dispute (Dkt. No. 190 at 5-6), the Court likewise denies Meta's request for relief.

**IT IS SO ORDERED.**

Dated: July 2, 2025

*Virginia K. DeMarchi*

Virginia K. DeMarchi
United States Magistrate Judge