1   **GIBSON, DUNN & CRUTCHER LLP**
    LAUREN R. GOLDMAN (*pro hac vice*)
2   lgoldman@gibsondunn.com
    DARCY C. HARRIS (*pro hac vice*)
3   dharris@gibsondunn.com
    200 Park Avenue
4   New York, NY 10166-0193
    Telephone: (212) 351-4000
5   Facsimile: (212) 351-4035

6   ELIZABETH K. MCCLOSKEY, SBN 268184
    emccloskey@gibsondunn.com
7   ABIGAIL A. BARRERA, SBN 301746
    abarrera@gibsondunn.com
8   One Embarcadero Center, Suite 2600
    San Francisco, CA 94111-3715
9   Telephone: (415) 393-8200
    Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
| This Document Relates to: | **STATEMENT OF RECENT DECISION** |
| Case No. 5:22-cv-07557-PCP, All Actions | |
| | Action Filed: December 1, 2022 |
| | Honorable P. Casey Pitts |

1  Pursuant to Civil Local Rule 7-3(d)(2), Defendant Meta Platforms, Inc. respectfully submits this Statement of Recent Decision in support of its pending Motion to Dismiss (Dkt. No. 183).

1) *Kishnani v. Royal Caribbean Cruises Ltd.*, 2025 WL 1745726 (N.D. Cal. June 24, 2025) (Wise, J.), a true and correct copy of which is attached hereto as Exhibit A.

DATED: July 9, 2025

**GIBSON, DUNN & CRUTCHER LLP**

/s/:   Lauren R. Goldman

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

*Attorneys for Defendant Meta Platforms, Inc.*