**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 354-6534
lfeldman@4-justice.com
mliskow@4-justice.com

*Attorneys for Plaintiffs*
*Additional Attorneys on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Master File No. 5:22-cv-07557-PCP (VKD) |
| This document relates to: | **STATEMENT OF RECENT DECISION** |
| All Actions | Date Action Filed: December 1, 2022 |
| | Honorable P. Casey Pitts |

1
2
3
4

Plaintiffs respectfully submit, pursuant to Civil Local Rule 7-3(d)(2), this Statement of

Recent Decision in support of their Opposition to defendant Meta Platforms, Inc.'s Motion to

Dismiss Second Amended Consolidated Class Action Complaint (ECF No. 186).

5
6
7

Plaintiffs submit for the Court's attention *Gabrielli v. Motorola Mobility LLC*, No. 24-CV-

09533-JST, 2025 WL 1939957 (N.D. Cal. July 14, 2025), a true and correct copy of which is attached

as Exhibit A.

8        Dated:  July 16, 2025                    By:    */s/ Michael Liskow*
                                                         Michael Liskow
9

10       **GEORGE FELDMAN MCDONALD, PLLC**
         Lori G. Feldman (*pro hac vice*)
11       Michael Liskow (State Bar No. 243899)
         745 Fifth Avenue, Suite 500
12       New York, NY 10151
         Telephone: (646) 354-6534
13       Email: lfeldman@4-justice.com
         mliskow@4-justice.com
14

15       **GEORGE FELDMAN MCDONALD, PLLC**
         Rebecca A. Peterson (241858)
16       1650 West 82nd Street, Suite 880
         Bloomington, MN 55431
17       Telephone: (612) 778-9595
         Facsimile: (888) 421-4173
18       E-mail: rpeterson@4-Justice.com

19
         **BURSOR & FISHER, P.A**.
20       Neal J. Deckant (State Bar No. 322946)
         1990 North California Blvd., 9th Floor
21       Walnut Creek, CA 94596
         Telephone: (925) 300-4455
22       Facsimile:  (925) 407-2700
         E-mail: ndeckant@bursor.com
23

24       **SMITH KRIVOSHEY, P.C.**
         Joel D. Smith (State Bar No. 244902)
25       867 Boylston Street, 5th Floor, #1520
         Boston, MA 02116
26       Telephone: (617) 377-7404
         Email: joel@skclassactions.com

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*