UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions. | Case No.  22-cv-07557-PCP (VKD)<br><br>**ORDER FOR CHAMBERS COPIES OF AUGUST 8, 2025 DISCOVERY LETTER**<br><br>Re: Dkt. No. 210 |

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings, including joint discovery dispute letters, "no later than the close of the next court day following the day that the paper was electronically filed."  Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received chambers copies of the August 8, 2025 joint discovery dispute letter and exhibits filed by plaintiffs.  Dkt. No. 210.  By **August 13, 2025, 4:00 p.m.**, plaintiffs shall deliver chambers copies of that filing in accordance with this Court's Standing Order Re Civil Cases.

**IT IS SO ORDERED.**

Dated: August 12, 2025

Virginia K. DeMarchi
United States Magistrate Judge