UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE META PIXEL TAX FILING CASES | Case No. 22-cv-07557-PCP (VKD) |
|---|---|
| This Document Relates To:<br>All Actions. | **ORDER RE AUGUST 8, 2025 DISCOVERY DISPUTE**<br>Re: Dkt. No. 210 |

The parties ask the Court to resolve a dispute regarding whether Meta must produce the transcripts and exhibits for the Rule 30(b)(1) depositions of its software engineers taken in the *In re Meta Pixel Healthcare Litigation* matter[1] without conditions, or whether Meta need only produce these materials if plaintiffs first agree to confer with Meta in advance regarding the scope of any additional deposition testimony sought from the same witnesses and further agree that any such addition deposition testimony will be targeted to "necessary" discovery that is "different" from the testimony already obtained. Dkt. No. 210 at 1, 5. The Court finds this matter is suitable for resolution without oral argument. Civil L.R. 7-1(b).

Meta must promptly produce to plaintiffs the Rule 30(b)(1) deposition transcripts of the software engineers in question. If plaintiffs thereafter seek to take a further deposition of any of these witnesses, plaintiffs must first explain to Meta what additional testimony they wish to obtain and why the prior deposition testimony is insufficient. *See, e.g.,* Dkt. No. 210 at 2-3 (discussing examples). The parties shall confer in an attempt to reach agreement on the scope of such further

---

[1] No. 22-cv-3580-WHO.

deposition, and if a dispute remains, they shall submit it to this Court for resolution. The further deposition shall not proceed until the dispute is resolved, unless the parties agree to proceed.

**IT IS SO ORDERED.**

Dated: August 15, 2025

Virginia K. DeMarchi
United States Magistrate Judge