| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal Deckant (State Bar No. 320783)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-mail:  ndeckant@bursor.com | **GEORGE FELDMAN MCDONALD, PLLC**<br>Lori G. Feldman *(pro hac vice)*<br>Michael Liskow (State Bar No. 243899)<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, NY  10520<br>Telephone: (917) 983-9321<br>E-mail: lfeldman@4-justice.com<br>            mliskow@4-justice.com<br>            e-service@4-justice.com |

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd, 9th Floor, Walnut Creek, California 94596. On August 18, 2025, I served the document(s):

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES (SEALED)**

**DECLARATION OF NEAL DECKANT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION (SEALED)**

☒ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (pro hac vice)
lgoldman@gibsondunn.com
DARCY C. HARRIS (pro hac vice)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212-351-4000
Facsimile: 212-351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-393-4622
Facsimile: 415-801-7389

*Attorneys for Defendant Meta Platforms, Inc.*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on August 18, 2025, at Walnut Creek, California.

_____
Molly C. Sasseen