UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILINGS CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following documents are hereby sealed:

| DOCUMENT | PORTION TO BE SEALED |
| --- | --- |
| Plaintiffs' Notice of Motion and Motion for Class Certification | Page 1, line 7, and 9-12. |
| | Page 2, line 12, 15, and 21-25. |
| | Page 3, line 4, 8-14, 23-24, and 26-28. |
| | Page 4, line 2, 4, and 12-26. |
| | Page 5, line 6-13, and 16-17. |
| | Page 13, line 21-22, 24, and 26-28. |
| | Page 14, line 1-3 and 10-11. |
| | Page 17, line 25. |
| | Page 18, line 1-2. |
| Exhibit 5 [Defendant's Supplemental Responses to Plaintiffs' First Interrogatories] | Entire Document |
| Exhibit 13 [Excerpts of Meta's 30(b)(6) witness Amlesh Jayakumar] | Page 19, line 6. |
| | Page 22, line 6-7. |
| | Page 43, line 23-25. |
| | Page 44, line 1-2 and 5-6. |
| | Page 47, line 3-5 and 7-8. |
| | Page 49, line 12-20 and 25. |
| | Page 50, line 2, 7-10, 14-16, and 23-24. |
| | Page 51, line 1-6, 10-15, and 19-23. |
| | Page 52, line 1-3, 6-17, and 19-21. |
| | Page 55, line 11-14. |
| | Page 56, line 10-11. |

| | |
|---|---|
| | Page 91, line 7, 13, and 21. |
| | Page 100, line 1, 16-19, 22, and 24. |
| | Page 101, line 1-5, 8, 11-16, and 19. |
| | Page 102, line 5-10, 13-20, and 24-25. |
| | Page 103, line 1, 5-8, and 21. |
| | Page 104, line 4-7, 9, and 14-17. |
| | Page 106, line 5, 13-21, and 23-24. |
| | Page 107, line 2, 5-7, and 16-18. |
| | Page 108, line 7-16, and 24-25. |
| | Page 109, line 1-11, 16, and 20-24. |
| | Page 110, line 2-3, 6-11, 13, 16-17, and 22-25. |
| | Page 111, line 1-4, 7-8, and 17-24. |
| | Page 112, line 1-2, 4-7, 11-12, and 16-24. |
| | Page 113, line 3-7, 9-13, and 15-25. |
| | Page 114, line 1-7, 10-12, 14-17, and 20-25. |
| | Page 115, line 1-9, 12, and 15-25. |
| | Page 116, line 4-8. |
| | Page 117, line 1-6, 10, 13-17, and 19-25. |
| | Page 118, line 5-14 and 17-23. |
| | Page 119, line 5, 7-8, 11, 14, and 16-20. |
| | Page 127, line 1-5, 9-13, 17, and 23-25. |
| | Page 128, line 1-2, 6, and 8-13. |
| | Page 129, line 5-6, 12-21, and 24. |
| | Page 130, line 1-4, 6-11, 13-14, 16-19, and 21-22. |
| | Page 131, line 3-6, 10, 14, 17-21, and 23. |
| | Page 132, line 3, 7-10, 12, 14-17, 19, 22, and 24-25. |
| | Page 149, line 20 and 23-25. |

|  | Page 150, line 1, 5-6, 18-19, and 24-25. |
|---|---|
|  | Page 151, line 1-2, 7-9, and 14-15. |
|  | Page 155, line 14-15 and 23-24. |
|  | Page 156, line 8-9 and 14-20. |
|  | Page 157, line 4-8, 10-13, 18-21, and 25. |
|  | Page 158, line 4, 6, 10, 13-17, and 19. |
|  | Page 159, line 3-6, 10, 14-20, and 23-25. |
|  | Page 160, line 1-8, 10-16, 18-19, and 21-25. |
|  | Page 173, line 1-2 and 4-9. |
|  | Page 174, line 23-24. |
|  | Page 175, line 2-3, 5-7, 10-11, and 14. |
|  | Page 202, line 24-25. |
|  | Page 203, line 1-6. |
|  | Page 204, line 9-13 and 23. |
|  | Page 205, line 2, 4-5, 8-11, 17, and 23-24. |
|  | Page 206, line 18-22 and 24-25. |
|  | Page 208, line 6-14 and 21-25. |
|  | Page 209, line 1-3. |
| Exhibit 14<br><br>[PIXEL_TAX000022472-73] | Entire Document |
| Exhibit 15<br><br>[PIXEL_TAX000023123-25] | Entire Document |
| Exhibit 16<br><br>[Excerpts of PIXEL_TAX000003585] | Entire Document |
| Exhibit 17<br><br>[Excerpts of PIXEL_TAX000003585] | Entire Document |
| Exhibit 18 | Entire Document |

| | |
|---|---|
| [PIXEL_TAX0000023328] | |
| Exhibit 19<br><br>[Excerpts of Meta's 30(b)(6) witness Amlesh Jayakumar in the related matter *In re Meta Healthcare Litig.*, N.D. Cal. Case No. 3:22-cv-3580-WHO, taken on May 21, 2025] | Entire Document |
| Exhibit 20<br><br>[PIXEL_TAX0000052702-704] | Entire Document |
| Exhibit 21<br><br>[PIXEL_TAX0000052648] | Entire Document |
| Exhibit 22<br><br>[PIXEL_TAX000036169] | Entire Document |
| Exhibit 23<br><br>[PIXEL_TAX000023047] | Entire Document |
| Exhibit 24<br><br>[PIXEL_TAX000023180-84] | Entire Document |
| Exhibit 25<br><br>[PIXEL_TAX000004297-98] | Entire Document |
| Exhibit 26<br><br>[PIXEL_TAX000058899-905] | Entire Document |
| Exhibit 27<br><br>[Expert Report of Colin Weir] | Entire Document |
| Exhibit 28<br><br>[Expert Report of Robert Zeidman] | Entire Document |

Dated: _____

                                                  P. CASEY PITTS
                                     United States District Judge