**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

NATALIE J. HAUSKNECHT (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street Suite 3000
Denver, CO 80202
Telephone:   (303) 298-5783
Facsimile:   (303) 313-2800

*Attorneys for Defendant Meta Platforms, Inc.*

**BURSOR & FISHER, P.A.**
NEAL DECKANT (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES <br><br> This Document Relates To: <br><br> All Actions | Case No. 5:22-cv-07557-PCP (VKD) <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Hon. P. Casey Pitts |

Gibson, Dunn & Crutcher LLP

STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
CASE NO. 5:22-CV-07557-PCP (VKD)

WHEREAS, on August 17, 2025, plaintiffs filed an Administrative Motion to File Under Seal parts of plaintiffs' Motion to Certify Class and its exhibits (the "Sealing Motion") (Dkt. No. 213);

WHEREAS, on August 20, 2025, the Court entered the parties' stipulation to extend Meta's deadline to file its response to plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 213) to September 8, 2025 (Dkt. No. 219);

WHEREAS, on August 20, 2025, plaintiff filed a corrected Administrative Motion to File Under Seal parts of plaintiffs' Motion to Certify Class and its exhibits (the "Corrected Sealing Motion") (Dkt. No. 217);

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), any response to the Corrected Sealing Motion from Defendant Meta Platforms, Inc. ("Meta") is due on Wednesday, August 27, 2025;

WHEREAS, to ensure Meta's deadline to respond to the Corrected Sealing Motion is consistent with its previously ordered deadline to respond to the Sealing Motion, plaintiffs have agreed to the requested extension for Meta to file its response to the Corrected Sealing Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of this Court, that Meta's deadline to file its response to plaintiffs' corrected Administrative Motion to File Under Seal (Dkt. No. 217) is extended to September 8, 2025.

RESPECTFULLY SUBMITTED AND DATED this 21st day of August, 2025.

| | | |
|---|---|---|
| Dated: August 21, 2025 | | By: /s/ *Lauren R. Goldman*<br>Lauren R. Goldman |

**GIBSON, DUNN & CRUTCHER LLP**

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

NATALIE J. HAUSKNECHT (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street Suite 3000
Denver, CO 80202
Telephone: (303) 298-5783
Facsimile: (303) 313-2800

*Attorneys for Meta Platforms, Inc*

| | | |
|---|---|---|
| Dated: August 21, 2025 | | By: /s/ *Michael Liskow*<br>Michael Liskow |

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (pro hac vice)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
eservice@4-justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (241858)
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Fax: (888) 421-4173

-1-
STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
CASE NO. 5:22-CV-07557-PCP (VKD)

Email: RPeterson@4-Justice.com
eService@4-Justice.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (pro hac vice)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

-3-

# SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren R. Goldman, hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: August 21, 2025                    By: */s/ Lauren R. Goldman*

                                          Lauren R. Goldman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                                              _____
                                              HONORABLE P. CASEY PITTS
                                              UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE ORDER SEAL
CASE NO. 3:22-CV-03580-WHO (VKD)