# Declaration of Abigail A. Barrera

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:  (212) 351-4000<br>Facsimile:  (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone:  (415) 393-8200<br>Facsimile:  (415) 393-8306<br><br>JONATHAN C. BOND (*pro hac vice*)<br>jbond@gibsondunn.com<br>1700 M Street, N.W.<br>Washington, D.C. 20036-4504<br>Telephone:  (202) 955-8500<br>Facsimile:  (202) 467-0539 | **LATHAM & WATKINS LLP**<br>MELANIE M. BLUNSCHI, SBN 234264<br>melanie.blunschi@lw.com<br>KRISTIN I. SHEFFIELD-WHITEHEAD,<br>SBN 304635<br>kristin.whitehead@lw.com<br>DIANNE KIM, SBN 348367<br>dianne.kim@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:  (415) 395-8129<br>Facsimile:  (415) 395-8095<br><br>MARISSA ALTER-NELSON (*pro hac vice*)<br>marissa.alter-nelson@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br><br>JESSICA STEBBINS BINA, SBN 248485<br>jessica.stebbinsbina@lw.com<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Telephone:  (424) 653-5500<br>Facsimile:  (424) 653-5501 |

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>Case No. 5:22-cv-07557-PCP, All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**DECLARATION OF ABIGAIL A. BARRERA IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF COLIN WEIR** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ABIGAIL A. BARRERA IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF COLIN WEIR - CASE NO. 5:22-CV-07557-PCP

I, Abigail A. Barrera, state and declare as follows:

1. I am an attorney admitted to practice law in the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Meta Platforms, Inc. ("Meta") in the above-referenced action. I submit this declaration in support of Meta's Motion to Exclude the Testimony of Colin Weir. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of Colin Weir's deposition that occurred on October 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October 2025 in San Francisco, California.

*/s/ Abigail A. Barrera*
Abigail A. Barrera