1  **GIBSON, DUNN & CRUTCHER LLP**
   LAUREN R. GOLDMAN (*pro hac vice*)
2  lgoldman@gibsondunn.com
   DARCY C. HARRIS (*pro hac vice*)
3  dharris@gibsondunn.com
   200 Park Avenue
4  New York, NY 10166
   Telephone:    (212) 351-4000
5  Facsimile:    (212) 351-4035

6  ELIZABETH K. MCCLOSKEY, SBN 268184
   emccloskey@gibsondunn.com
7  ABIGAIL A. BARRERA, SBN 301746
   abarrera@gibsondunn.com
8  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
9  Telephone:    (415) 393-8200
   Facsimile:    (415) 393-8306
10
   NATALIE J. HAUSKNECHT (*pro hac vice*)
11 nhausknecht@gibsondunn.com
   1900 Lawrence Street Suite 3000
12 Denver, CO 80202
   Telephone:    (303) 298-5783
13 Facsimile:     (303) 313-2800

14

15 *Attorneys for Defendant Meta Platforms, Inc.*

16

17               **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                    **SAN JOSE DIVISION**

20

21 | IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |

22 This Document Relates To:

**DECLARATION OF LAUREN R. GOLDMAN IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

23 All Actions

24

25 Hon. P. Casey Pitts

26

27

28

Gibson, Dunn &
Crutcher LLP

DECLARATION OF LAUREN R. GOLDMAN IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 5:22-CV-07557-PCP (VKD)

1    I, Lauren R. Goldman, state and declare as follows:

2    1.    I am an attorney licensed to practice in the State of New York.  I am a partner at the law

3  firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta") in

4  these actions.  I am admitted *pro hac vice* to practice before this Court.  I am familiar with Meta's

5  treatment of proprietary and confidential information based on my personal experience representing

6  Meta.[1]  I have personal knowledge of the facts stated below and, if called as a witness, I could and

7  would testify competently thereto.

8    2.    I submit this declaration under Local Rule 79-5(f)(3) in support of Meta's

9  Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

10    3.    Meta moves to file the documents listed below provisionally under seal at plaintiffs'

11  request because they contain information that plaintiffs designated confidential.

| Document | Designating Party | Portion(s) to be Sealed |
|---|---|---|
| Notice of Motion and Motion to Exclude the Testimony of Colin Weir | Plaintiffs | Page 1, lines 7-11, 20-21, 27-28; page 2, lines 1-2; page 3, lines 8-11, 26-28; page 4, lines 2-6, 18-20. |
| Exhibit A | Plaintiffs | Entire Document. |

18    4.    I declare under penalty of perjury under the laws of the United States that the foregoing

19  is true and correct.  Executed this 27th day of October 2025 in New York, New York.

*/s/ Lauren R. Goldman*
Lauren R. Goldman

---

[1] Courts in this District routinely grant motions to seal on the basis of declarations of counsel submitted pursuant to Local Rule 79-5. *See, e.g.*, *Avago Techs. Fiber IP (Singapore) PTE. Ltd., v. IPtronics Inc.*, No. 5:10-cv-02863-EJD, Dkt Nos. 544 (N.D. Cal. Apr. 3, 2015), 545 (N.D. Cal. Apr. 7, 2015); *Cisco Sys. Inc., v. OpenTV Inc.*, No. 5:13-cv-00282-EJD, Dkt. Nos. 76, 82 (N.D. Cal. Oct. 8, 2013).  I am personally familiar with Meta's practices of safeguarding proprietary information, including based on my experience representing Meta for many years, but if the Court deems this declaration insufficient, Meta respectfully requests that it be permitted to file a further declaration supporting filing under seal.

DECLARATION OF LAUREN R. GOLDMAN IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 5:22-CV-07557-PCP (VKD)