**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:     (415) 393-8200
Facsimile:     (415) 393-8306

NATALIE J. HAUSKNECHT (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street Suite 3000
Denver, CO 80202
Telephone:     (303) 298-5783
Facsimile:     (303) 313-2800

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
| This Document Relates To:<br><br>All Actions | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Hon. P. Casey Pitts |

Having considered the Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed Seal and the Declaration of Lauren R. Goldman, filed by Meta Platforms, Inc. on October 27, 2025, pursuant to Civil Local Rule 79-5, all materials submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the documents listed below:

**IT IS HEREBY ORDERED** that parts of Notice of Motion and Motion to Exclude the Testimony of Colin Weir and its exhibit ("Motion and Exhibit"), which were filed on October 27, 2025 be **SEALED** as outlined below.  Accordingly, the public shall only have access to the version of the Motion and Exhibits:

| Document | Designating Party | Portion(s) to be Sealed |
|---|---|---|
| Notice of Motion and Motion to Exclude the Testimony of Colin Weir | Plaintiffs | Page 1, lines 7-11, 20-21, 27-28; page 2, lines 1-2; page 3, lines 8-11, 26-28; page 4, lines 2-6, 18-20. |
| Exhibit A | Plaintiffs | Entire Document. |

Dated: _____

_____
P. Casey Pitts
United States District Court Judge