| | |
|---|---|
| **LATHAM & WATKINS LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| MELANIE M. BLUNSCHI, SBN 234264 | LAUREN R. GOLDMAN (*pro hac vice*) |
| melanie.blunschi@lw.com | lgoldman@gibsondunn.com |
| KRISTIN I. SHEFFIELD-WHITEHEAD, SBN 304635 | DARCY C. HARRIS (*pro hac vice*) |
| kristin.whitehead@lw.com | dharris@gibsondunn.com |
| DIANNE KIM, SBN 348367 | 200 Park Avenue |
| dianne.kim@lw.com | New York, NY 10166-0193 |
| 505 Montgomery Street, Suite 2000 | Telephone: (212) 351-4000 |
| San Francisco, CA 94111 | |
| Telephone: (415) 395-8129 | ELIZABETH K. MCCLOSKEY, SBN 268184 |
| | emccloskey@gibsondunn.com |
| MARISSA ALTER-NELSON (*pro hac vice*) | ABIGAIL A. BARRERA, SBN 301746 |
| marissa.alter-nelson@lw.com | abarrera@gibsondunn.com |
| 1271 Avenue of the Americas | One Embarcadero Center, Suite 2600 |
| New York, NY 10020 | San Francisco, CA 94111-3715 |
| Telephone: (212) 906-1200 | Telephone: (415) 393-8200 |
| | Facsimile: (415) 393-8306 |
| JESSICA STEBBINS BINA, SBN 248485 | |
| jessica.stebbinsbina@lw.com | JONATHAN C. BOND (*pro hac vice*) |
| 10250 Constellation Blvd., Suite 1100 | jbond@gibsondunn.com |
| Los Angeles, CA 90067 | 1700 M Street, N.W. |
| Telephone: (424) 653-5500 | Washington, D.C. 20036-4504 |
| | Telephone: (202) 955-8500 |
| *Attorneys for Defendant Meta Platforms Inc..* | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
| This Document Relates To: | **DECLARATION OF JESSICA STEBBINS BINA IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF ROBERT ZEIDMAN** |
| All Actions | |
| | Date: January 15, 2026 |
| | Time: 10:00 a.m. |
| | Court: Courtroom 8, 4th Floor |
| | Honorable P. Casey Pitts |

I, Jessica Stebbins Bina, declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Latham & Watkins LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta") in this case. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Defendant Meta Platforms, Inc.'s Motion to Exclude the Expert Report and Testimony of Robert Zeidman.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the October 3, 2025 deposition of Robert Zeidman.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the June 24, 2025 deposition of the plaintiff referred to in this action as Jane Doe.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the document produced by Meta in discovery in this action as Bates number PIXEL_TAX000003585, which reflect sample data produced by Meta related to the Meta Pixel.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the document produced by Meta in discovery in this action as Bates number PIXEL_TAX000023351, which reflect sample data produced by Meta related to the Meta Pixel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2025, at Culver City, California.

By: /s/ Jessica Stebbins Bina
Jessica Stebbins Bina

*Attorneys for Defendant Meta Platforms, Inc.*