**LATHAM & WATKINS LLP**
MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD, SBN 304635
kristin.whitehead@lw.com
DIANNE KIM, SBN 348367
dianne.kim@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 395-8129

MARISSA ALTER-NELSON (*pro hac vice*)
marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 906-1200

JESSICA STEBBINS BINA, SBN 248485
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:     (424) 653-5500

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO SEAL PARTS OF THE NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF ROBERT ZEIDMAN**<br><br>Hon. P. Casey Pitts |

1    Pending before the Court is Defendant Meta Platforms, Inc. ("Meta") Administrative
2 Motion to File Under Seal Parts of Meta's Notice of Motion and Motion to Exclude the Testimony
3 of Robert Zeidman and its supporting exhibits 1, 3 and 4 ("Motion to Seal and Exhibits").
4    Having considered Meta's Motion to Seal and the declaration of Jessica Stebbins Bina in
5 support thereof ("Bina Decl."), and finding that there are compelling reasons to justify sealing the
6 below referenced material, **IT IS HEREBY ORDERED THAT** Meta's Administrative Motion
7 is **GRANTED**.
8    Compelling reasons exist to seal the following parts of Meta's Notice of Motion and
9 Motion to Exclude the Testimony of Robert Zeidman and its supporting exhibits identified below:

| Document | Portions of Document to Be Sealed | Reason for Redaction | Ruling |
|---|---|---|---|
| Notice of Motion and Motion to Exclude the Testimony of Robert Zeidman | 1:28; 2:1-3; 2:21; 11:2; 12:5; 14:20; 14:24-25; 14:27-28; 15:2-4; 15:7-8; 15:9-11; 15:19-24; 15:26-28; 16:1-3; 16:8-9; 17:13-15; 18:16-18; 18:23; 20:6-17 (in red text) | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields in those tables. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, including data related to users. | |
| Exhibit 1 | Parts of pages 72:7, 77:8-9; 87:10-12; 92:24-25; 93:5; 95:8; 95:14-15; 95:17-19; 96:25; 97:1-2; 140:19-20; 146:1-3; 146:5-6; 146:8-9; 146:11-13; 146:15-19; 154:15; 159:6-12; 159:15; 159:18-20; | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields and how the systems are organized. If this information were disclosed, it would | |

| | | | |
|---|---|---|---|
| | | 159:23-24; 160:8; 160:10-12; 160:18; 160:20-21; 160:23-24; 161:7-11; 161:13-18; 161:20-21; 172:11-12; 174:4-9; 174:16; 178:19-20; 179:6-8; 180:4-5; 180:10-14; 180:16-17; 180:21; 180:25; 181:5; 181:8-13, 182:12-13, 182:15<br><br>(highlighted in yellow) | competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, including data related to users. | |
| | Exhibit 3 | Entire Document. | This text should be sealed because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields and how the systems are organized. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, including data related to users. | |
| | Exhibit 4 | Entire Document. | This text should be sealed because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields and how the systems are organized. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad | |

|  |  | actors to locate and access data that Meta stores in its proprietary systems, including data related to users. |  |
|--|--|--|--|

For the foregoing reasons, Meta's Administrative Motion to File Under Seal Parts of Its Notice of Motion and Motion to Exclude the Testimony of Robert Zeidman and its supporting exhibits 1, 3 and 4 ("Motion and Exhibits") thereto is GRANTED.  The aforementioned materials are entitled to protection under the law, satisfying the requirements of Civil Local Rule 79-5(b), and shall remain under seal.

**IT IS SO ORDERED.**

DATED: _____      _____
                                  HONORABLE P. CASEY PITTS
                                  UNITED STATES DISTRICT JUDGE