**LATHAM & WATKINS LLP**
MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD, SBN 304635
kristin.whitehead@lw.com
DIANNE KIM, SBN 348367
dianne.kim@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 395-8129
Facsimile:     (415) 395-8095

MARISSA ALTER-NELSON (*pro hac vice*)
marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 906-1200

JESSICA STEBBINS BINA, SBN 248485
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:    (424) 653-5500
Facsimile:     (424) 653-5501

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED FOR MOTION**<br><br>Hon. P. Casey Pitts |

1     Defendant Meta Platforms, Inc. ("Meta") certifies that it has reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5. Pursuant to Civil Local Rule 79-5(f), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF No. 73), Meta requests that the Court consider whether information designated by plaintiffs as Confidential should be sealed in connection with Defendant Meta Platforms, Inc.'s Motion to Exclude the Expert Report and Testimony of Robert Zeidman ("Motion to Exclude") and Exhibits 1 and 2 to the Declaration of Jessica Stebbins Bina in Support of Defendant Meta Platforms, Inc.'s Motion to Exclude the Expert Report and Testimony of Robert Zeidman, as outlined below.

    The materials below are either designated Confidential by plaintiffs or are still within the 21-day period under the Stipulated Protective Order in which they must be treated as highly confidential so that the Parties have an opportunity to designate them; with respect to the latter, Meta files them under seal consistent with the Stipulated Protective Order so plaintiffs may have an opportunity to request sealing if so designated.

| Document | Designating Party | Portion(s) to be Sealed |
|---|---|---|
| Motion to Exclude | Time to designate has not yet run<br><br>(highlighted in yellow) | 2:4-5; 2:12-15; 2:19-22; 4:14-16; 5:10-11; 5:18-25; 6:4-6; 6:19-21; 7:8-9; 7:13-15; 7:16-20; 7:26-27; 8:4-7; 8:16-26; 9:1-4; 9:6-23; 9:26-28; 10:1-3; 10:9-13; 10:17-26; 11:2-5; 11:7-13; 11:15-22; 11:28-12:6; 12:14-15; 12:20-25; 13:5-6; 13:26-28; 14:1; 14:13-16; 14:20-26; 15:2-15; 15:19-28; 16:1-3; 16:8-10; 16:16-22; 16:27-28; 17:4-10; 17:28-18:5; 18:7-8; 18:15-19; 18:21-23; 19:11-12; 18:15- |

|  |  |  |
|---|---|---|
|  |  | 16; 19:27-28; 20:5-19; 20:23-28; 21:1-4 |
| Exhibit 1 | Time to designate has not yet run. | Entire Document. |
| Exhibit 2 | Plaintiffs | Entire Document. |

DATED: October 27, 2025           LATHAM & WATKINS LLP


By: /s/ *Jessica Stebbins Bina*
        Jessica Stebbins Bina

   JESSICA STEBBINS BINA, SBN 248485
   jessica.stebbinsbina@lw.com
   10250 Constellation Blvd., Suite 1100
   Los Angeles, CA 90067
   Telephone: (424) 653-5500
   Facsimile: (424) 653-5501

   MELANIE M. BLUNSCHI, SBN 234264
   melanie.blunschi@lw.com
   KRISTIN I. SHEFFIELD-WHITEHEAD, SBN 304635
   kristin.whitehead@lw.com
   DIANNE KIM, SBN 348367
   dianne.kim@lw.com
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   Telephone: (415) 395-8129
   Facsimile: (415) 395-8095

   MARISSA ALTER-NELSON (*pro hac vice*)
   marissa.alter-nelson@lw.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: (212) 906-1200


   *Attorneys for Defendant Meta Platforms, Inc.*