**LATHAM & WATKINS LLP**
MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD, SBN 304635
kristin.whitehead@lw.com
DIANNE KIM, SBN 348367
dianne.kim@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 395-8129
Facsimile:     (415) 395-8095

MARISSA ALTER-NELSON (*pro hac vice*)
marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 906-1200

JESSICA STEBBINS BINA, SBN 248485
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:     (424) 653-5500
Facsimile:     (424) 653-5501

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED FOR MOTION**<br><br>Hon. P. Casey Pitts |

Pending before the Court is Defendant Meta Platforms, Inc. ("Meta") Administrative Motion to Consider Whether Another Party's Materials Should be Sealed for Motion and its supporting exhibit ("Administrative Motion").

Having considered Meta's Administrative Motion, any declaration in support filed by Plaintiffs, and finding that there are compelling reasons to justify sealing the below referenced material, **IT IS HEREBY ORDERED THAT** Meta's Administrative Motion is **GRANTED**.

Compelling reasons exist to seal the following parts of Meta's Motion and Motion to Exclude the Testimony of Robert Zeidman and its supporting exhibits identified below:

| Document | Designating Party | Portion(s) to be Sealed |
|---|---|---|
| Motion to Exclude | Time to designate has not yet run. (highlighted in yellow) | 2:4-5; 2:12-15; 2:19-22; 4:14-16; 5:10-11; 5:18-25; 6:4-6; 6:19-21; 7:8-9; 7:13-15; 7:16-20; 7:26-27; 8:4-7; 8:16-26; 9:1-4; 9:6-23; 9:26-28; 10:1-3; 10:9-13; 10:17-26; 11:2-5; 11:7-13; 11:15-22; 11:28-12:6; 12:14-15; 12:20-25; 13:5-6; 13:26-28; 14:1; 14:13-16; 14:20-26; 15:2-15; 15:19-28; 16:1-3; 16:8-10; 16:16-22; 16:27-28; 17:4-10; 17:28-18:5; 18:7-8; 18:15-19; 18:21-23; 19:11-12; 18:15-16; 19:27-28; 20:5-19; 20:23-28; 21:1-4 (highlighted in yellow) |
| Exhibit 1 | Time to designate has not yet run. | Entire Document. |
| Exhibit 2 | Plaintiffs | Entire Document. |

1  For the foregoing reasons, Meta's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed for Motion and its supporting exhibit ("Administrative Motion"). Thereto is GRANTED.  The aforementioned materials are entitled to protection under the law, satisfying the requirements of Civil Local Rule 79-5(b), and shall remain under seal.

**IT IS SO ORDERED.**

DATED: _____       _____
                                        HONORABLE P. CASEY PITTS
                                        UNITED STATES DISTRICT JUDGE