1

**LATHAM & WATKINS LLP**
MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD,
SBN 304635
kristin.whitehead@lw.com
DIANNE KIM, SBN 348367
dianne.kim@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 395-8129

MARISSA ALTER-NELSON (*pro hac vice*)
marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 906-1200

JESSICA STEBBINS BINA, SBN 248485
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:    (424) 653-5500

**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    (212) 351-4000

ELIZABETH K. MCCLOSKEY, SBN
268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    (415) 393-8200

JONATHAN C. BOND (*pro hac vice*)
jbond@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:    (202) 955-8500

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

IN RE META PIXEL TAX FILING CASES

This Document Relates To:

All Actions

Case No. 5:22-cv-07557-PCP (VKD)

**PROOF OF SERVICE**

## PROOF OF SERVICE

I am employed in the county of San Francisco.  I am over the age of 18 years.  My business address is Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025.  My email address is judy.nguyen@lw.com.

On **October 27, 2025**, I served the following documents described as:

**(UNREDACTED) DEFENDANT META PLATFORMS, INC.'S NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF ROBERT ZEIDMAN**

**(UNREDACTED) EXHIBITS 1-4 TO DECLARATION OF JESSICA STEBBINS BINA IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF ROBERT ZEIDMAN**

by serving a true copy of the above-described documents in the following manner:

**BY ELECTRONIC MAIL**

THE ABOVE-DESCRIBED DOCUMENTS WERE TRANSMITTED VIA ELECTRONIC MAIL TO THE FOLLOWING PARTIES**:**

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
E-mail: lfeldman@4-justice.com
         mliskow@4-justice.com
         e-service@4-justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (State Bar No. 241858)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Facsimile: (888) 421-4173
E-mail: rpeterson@4-Justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300

1  **SMITH KRIVOSHEY, P.C.**                    Houston, TX 77042
   Joel D. Smith (State Bar No. 244902)         Telephone: (800) 551-8649
2  867 Boylston Street, 5th Floor               Email: jemerson@emersonfirm.com
3  Boston, MA 02216
   Telephone: (617) 377-7404
4  Email: joel@skclassactions.com

5

6  Steven C. Vondran
   The Law Offices of Steven C. Vondran, PC
7  One Sansome Street, Suite 3500
   San Francisco, CA 94104
8  Telephone: (877) 276-5084
   Email: steve@vondranlegal.com

9  *Attorneys for Plaintiffs*

10

11      I declare that I am employed in the office of a member of the Bar of, or permitted to
   practice before, this Court at whose direction the service was made and declare under penalty of
12  perjury under the laws of the State of California that the foregoing is true and correct.

13

14      Executed on **October 27, 2025**, at San Jose, California.

15  _____
   Judy Nguyen
16

17

18

19

20

21

22

23

24

25

26

27

28