**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

NATALIE J. HAUSKNECHT (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street Suite 3000
Denver, CO 80202
Telephone:    (303) 298-5783
Facsimile:    (303) 313-2800

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
|---|---|
| This Document Relates To:<br><br>All Actions | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. P. Casey Pitts |

-2-

1  Having considered the Administrative Motion to Consider Whether Another Party's Materials
2  Should Be Sealed Seal and the Declaration of Lauren R. Goldman, filed by Meta Platforms, Inc. on
3  October 27, 2025, pursuant to Civil Local Rule 79-5(f), all materials submitted in support thereof,
4  and other records on file, and having found that good cause exists for the sealing of the documents
5  listed below:

6  **IT IS HEREBY ORDERED** that parts of the Opposition to the Motion to Certify a Class and
7  its exhibits ("Opposition and Exhibits"), which were filed on October 27, 2025 be **SEALED** as outlined
8  below. Accordingly, the public shall only have access to the version of the Opposition and Exhibits:

| Document | Designating Party | Portion(s) to be Sealed |
|---|---|---|
| Meta's Opposition to Plaintiffs' Motion for Class Certification | Plaintiffs | Page 5, lines 20-27; page 6, lines 1-2, 16-25; page 10, lines 13-14, 22-25; page 11, lines 1-4; page 13, lines 22-23; page 14, lines 7-8; page 16, lines 19-24; page 17, line 1; page 18, lines 8-15; page 19, lines 8-9; page 20, line 2; page 21, line 16; page 24, lines 18-19. |
| Exhibit 5 to the Barrera Declaration | TaxAct | Pages 5-78. |
| Exhibit 12 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 13 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 20 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 21 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 22 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 23 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 24 to the Barrera Declaration | Plaintiffs | Sealed in full. |

| | | |
|---|---|---|
| Exhibit 25 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 26 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 27 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 28 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 29 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 30 to the Barrera Declaration | Plaintiffs | Page 74, lines 9-25; page 75, lines 1-25; page 76, lines 1-25; page 77, lines 1-25; page 78, lines 1-12. |
| Exhibit 31 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 32 to the Barrera Declaration | Plaintiffs | Page 42, lines 9-25; page 43, lines 1-13; page 149, lines 16-25; page 150, lines 1-22; page 167, lines 3-4, 6-9, 12, 24-25; page 168, lines 1-3, 5, 8, 11, 21-23. |
| Exhibit 33 to the Barrera Declaration | Plaintiffs | Page 83, lines 22-25; page 84, lines 1-7, 11-15; page 85, lines 10-25; page 133, lines 4-25; page 134, lines 1-25; page 135, lines 1-25; page 136, lines 2-25; page 142, lines 11-18, 22-25; page 143, lines 1-7; page 197, line 3. |
| Exhibit 34 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 35 to the Barrera Declaration | Plaintiffs | Page 39, lines 1-7, 15-25; page 207, lines 20-25; page 208, lines 1-25. |
| Exhibit 36 to the Barrera Declaration | Plaintiffs | Page 1, line 9; page 2, line 11; page 34, lines 6-22, 25; page 77, lines 3-6, 12-24; page 85, lines 11-25; page 101, lines 1-25; page 124, lines 1-9, 11-25; page 125, lines 1-13, 19-20, 23-25; page 126, lines 1-22; page 127, lines 1-25; page 128, lines 1-25; page 132, lines 3-25; page 200, lines 13-25; page 201, lines 3-25; page 202, lines 1-25; page 204, lines 1-25; page 206, lines 1-20, 23-25; page |

| | | 213, lines 1-25; page 235, lines 2-25; page 236, lines 1-12; |
|---|---|---|
| Exhibit 37 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Exhibit 39 to the Barrera Declaration | Plaintiffs | Sealed in full. |
| Rebuttal Expert Report of Georgios Zervas, PhD | Plaintiffs | Page 41, paragraph 51, footnote 135; page 42, paragraph 54, footnote 138; page 44, paragraph 57, footnote 142; page 46, paragraph 60, footnote 153; page 48, paragraph 61, footnotes 156-157; page 49, footnote 159; page 50, paragraph 65, footnotes 161-162; page 52, paragraph 70, footnotes 172, 174; page 53, paragraph 71, footnote 175; page 54, paragraph 75, footnote 181; page 55, paragraph 78, footnotes 186-187; page 56, paragraph 78-79, footnotes 189, 192; page 57, paragraph 80, footnote 197; page 62, footnote 214; page 73, footnote 241; page 80, paragraph 80, footnotes 256-257; page 84, paragraph 107, footnote 266. |
| Rebuttal Expert Report of Georgios Zervas, PhD | TaxAct | Page 13, footnote 39; page 79, paragraph 103; page 80, paragraph 104, footnote 255; page 81, figure 24; page 82, figure 25, footnotes 259-260; page 85, paragraph 108; page 86, figure 29, paragraph 109; page 87, paragraphs 109-110. |
| Rebuttal Expert Report of Georgios Zervas, PhD | H&R Block | Page 79, paragraph 103; page 83, paragraph 106, figure 26. |

Dated: _____

_____
P. Casey Pitts
United States District Court Judge