# EXHIBIT 1

Introduction

# What is the Meta Pixel?

The Meta Pixel is a piece of code on your website that can help you better understand the effectiveness of your advertising and the actions people take on your site, like visiting a page or adding an item to their cart. You'll also be able to see when customers took an action after seeing your ad on Facebook and Instagram, which can help you with retargeting. And when you use the Conversions API alongside the Pixel, it creates a more reliable connection that helps the delivery system decrease your costs.



Get Started

Key Features

**Optimize the delivery of your ads.**
Ensure your ads reach the people most likely to take action.

**Measure cross-device conversions.**
Understand how your cross-device ads help influence online conversions.

**Create Custom Audiences from website visitors.**
Dynamic ads help you automatically show website visitors the products they viewed on your website—or related ones.

**Learn about your website traffic.**

Get rich insights about how people use your website from your Meta Pixel dashboard.



## Business Types

Set Up a Facebook Page

Build Brand Awareness

## Industries

Promote Your Local Business

Grow Online Sales

## Inspiration

Promote Your App

Generate Leads

## Skills and Training

Create and Optimize Ads

Retarget Existing Customers

## Guides and Resources

View All Goals

Business Help Center

© 2023 Meta

| About | Developers | Careers | Privacy | Cookies | Terms | Help Center |

English (US)   English (UK)   Español   Português (Brasil)   Français (France)   Español (España)   More languages