# EXHIBIT 3

# Facebook Pixel Events

To help businesses better understand their customer's path to purchase and market accordingly, Facebook offers standard event tracking via the Facebook pixel, the Facebook SDK with App Events, and the ability to upload offline conversion data.

Standard events are the language that our machine learning model understands and uses to unlock powerful ad targeting, optimization, measurement and insights.



UNLOCK POWERFUL AD SOLUTIONS WITH PIXEL EVENTS

## Targeting: Reach the right people

**Custom Audiences**

Using events, you can automatically create

**Lookalike Audiences**

Lookalike audiences allow you to easily reach

Custom Audiences based on actions people have taken in your app or on your website. You can then target them with relevant ads when they visit Facebook, Instagram and publishers within Audience Network. With Custom Audiences, you can add additional rules— like frequency, recency, time spent— to retarget people based on specific intent signals.

Learn more about Custom Audiences

new people who are likely to be interested in your business because they're similar to your most valuable existing customers. We look at the common qualities of the people in a source audience, such as demographics and interests, and then find people who most closely "look like" that source audience. Advertisers that use events can create a dynamic source audience based on the actions people are taking in their app or on their website.

Learn more about Lookalike Audiences

## Events to match your business outcomes

**Standard Pixel Events**

- Add Payment Info
- Add to Cart
- Add to Wishlist
- Complete Registration
- Contact

To determine which events to track:

1. Determine your business goals.
2. Consider the path that your customer would take within your website to accomplish these goals.
3. Determine the events on your website that correspond to this path.
4. Select corresponding standard events that can be used for targeting, optimization, measurement, and insights.

- Customize Product
- Donate
- Find Location
- Initiate checkout
- Lead
- Purchase
- Schedule
- Search
- Start Trial
- Submit Application
- Subscribe
- View Content

5. If you wish to measure across app, web, and offline, try to be consistent with the events select. Use ads reporting to understand the customer journey across channels.

## Additional event types

### Autologged Events

When you use the Facebook pixel, page views on your website are automatically logged and collected for Facebook Analytics unless you disable automatic event logging. This event is relevant for all use cases- targeting, measurement,

### Custom Events

If the event you wish to track isn't available above, you can create a custom event, which will provide you with insights and targeting on the event, but not measurement or optimization. Therefore, we recommend taking advantage of

optimization, and insights. If you have disabled automatic logging but still want to log specific events, you must manually implement logging for these events on your website.

standard events whenever possible.

## Implement the Pixel on your website

### The Facebook pixel

**Manual setup**

You or your web developer can implement the pixel directly on your website. When you implement the pixel, it can describe the actions people are taking on your website to help you accurately track the right events with no additional code required.

Discover more information on how to get started

**Point and Click Setup**

If you have the Facebook pixel installed on your website, you can use the Event Setup Tool for web. It allows you to set up and manage website events without the

### Partner integration

If you use one of our ecommerce partners on your website, you can easily set up the pixel without having to do any coding on your own.

See how to get started with our third-party integrations

need to code or access developer help. The Event Setup Tool can find and suggest events based on button text that matches standard Facebook event names. These suggested events will be listed and you can choose to confirm or dismiss them.

Get more information on using the Event Setup Tool

**Advanced Matching**

Increase your match rate with advanced matching. This feature allows you to leverage your own customer data such as email address and phone number, in order to report on more conversions and optimize ads against more conversion data. It also enables you to reach more people on Facebook with website Custom Audiences or dynamic ads.

Find more information on getting started with advanced matching