# Proposed Redacted Version of Exhibit 5

# TaxAct Privacy Statement

*Last Updated: August 22, 2016*

[www.taxact.com](www.taxact.com) and [www.taxactonline.com](www.taxactonline.com) are the websites of TaxAct, Inc.

**Our postal address:**
1425 60th Street NE
Cedar Rapids, IA 52402

**Other ways to reach us:**
Email: [customerservice@taxactservice.com](mailto:customerservice@taxactservice.com)
Telephone: [319-373-3600](tel:319-373-3600)

We at TaxAct, Inc. ("TaxAct") respect your privacy and the confidentiality of your personal information. This Privacy Policy explains what information TaxAct collects, and how we use and disclose that information. This Privacy Statement applies to all websites, services, and applications that link to it ("Services").



We may change this Privacy Policy from time to time. If we make changes, we will notify you by revising the date at the top of the policy and, in some cases, we may provide you with additional notice (such as sending you an email notification). We encourage you to review the Privacy Policy whenever you access the Services or otherwise interact with us to stay informed about our information practices.

## Participant of TRUSTe Privacy Program

TaxAct has received TRUSTe's Privacy Seal signifying that this Privacy Statement and our practices have been reviewed for compliance with the TRUSTe program. In order to view our relationship with TRUSTe please visit the validation page visible by clicking on the TRUSTe seal. The TRUSTe program covers only information that is collected through the websites [www.taxact.com](www.taxact.com) and [www.taxactonline.com](www.taxactonline.com) and does not cover information that may be collected through software downloaded from these sites. If you have an unresolved privacy or data use concern that we have not addressed satisfactorily, please contact TRUSTe at [https://feedback-form.truste.com/watchdog/request](https://feedback-form.truste.com/watchdog/request).

## Information Collected

### Information You Provide

We collect personal information that you provide when you register for and use the Services:

- In order to purchase or download our tax software, you are required to complete the registration form that includes contact information (such as name, email address, and phone number) as well as answers to security questions.
- If you decide to prepare or file a tax return using the Services, we collect all the information you provide, including your Name, Social Security Number, and information about your employment, income, deductions, and any other information included in your return. We refer to this information as "Tax Return Information."
- If you upload a form or other file from your desktop or mobile device, we collect and store those files.

Redacted Version of Document Filed Under Seal

- If you decide to purchase our products, we may request additional information, including payment information. If you pay using credit card, we will collect financial information such as credit card number and expiration date.
- When you use our technical support and customer service functions or otherwise contact our support staff, we collect information about the questions or concerns you submit.
- If you choose to use our referral service to tell a friend about our site, we will ask you for your friend's name and email address.

## Automatically Collected Information

TaxAct collects information about your browser or device as it interacts with the Services. This information includes your IP address and device identification information. We log information about your use of the Services, including the type of browser you use, access times, pages viewed, your IP address and the page you visited before navigating to our Services. We also collect information about the computer or mobile device you use to access our Services, including the hardware model, operating system and version, unique device identifiers and mobile network information. We may combine this automatically collected information with other information we collect about you. We do this to improve services we offer you, and to improve marketing, analytics, and site functionality.

We and our service providers use various technologies to collect information about the use of our Services, including cookies and web beacons. Cookies are small data files stored on your hard drive or in device memory that help us improve our Services and your experience, enhance security, see which areas and features of our Services are popular and count visits. Web beacons are electronic images that may be used in our Services or emails and help deliver cookies, count visits and understand usage of our Services.

## Use of Information

The use and disclosure of Tax Return Information is governed by Section 301-7216 of the Internal Revenue Code and many state codes and regulations. We use your Tax Return Information only in accordance with applicable laws, such as to prepare, assist in preparing, or obtain or provide services in connection with preparing your tax return; to provide you with the products and services you specifically request or consent to; or as required by law.

We use registration information and other information you provide to complete orders, to research and address any questions or problem submitted through our technical support and customer service systems, to send you technical notices, updates, and security alerts, as well as to notify you if there are issues with your order or when new/enhanced products and services become available. We may use your registration information to show you tailored advertising, to send you marketing messages, or if you choose to use our referral service to tell a friend about our site we will send your friend an email inviting him or her to visit the site.

We also use the information we collect to monitor and investigate fraud, identity theft, and other illegal activity and to personalize and improve the Services.

## Disclosure of Information

We disclose Tax Return Information in accordance with your requests, such as when you direct us to file a tax return with the IRS or to a state taxing authority.

We also may share information about you as follows:

- With vendors, consultants and other service providers who are required to use and disclose such information only to perform services on our behalf;
- To taxing authorities, law enforcement, government agencies and others if we believe disclosure is in accordance with any applicable law, regulation or legal process, or as otherwise required by any applicable

law, rule or regulation;

- If we believe your actions are inconsistent with the spirit or language of our user agreements or policies, or to protect the rights, property and safety of TaxAct or others; and
- In connection with, or during negotiations of, any merger, sale of company assets, financing or acquisition of all or a portion of our business by another company.

We may share your information with employees of our affiliated companies for purposes of providing and maintaining the Services. If you are a professional user, we may share your information with our affiliate companies including HD Vest Financial Services, so that they may notify you of products and services that may be relevant to you. You can learn more about HD Vest Financial Services and access its privacy policy at https://www.hdvest.com. If you are a professional user and wish to opt out of having information about you shared with our affiliated companies for marketing purposes, please click here.

We may also share aggregated or de-identified information, which cannot reasonably be used to identify you. Examples may include, but are not limited to: the total number of users served by a TaxAct product/service, general age group ratios, and other statistical data relating to tax preparation and electronic filing service.

## Links to Other Websites

Our Services may contain links to third party websites. Each of these links is clearly identified. We do not direct or oversee the policies, procedures, or other practices for companies other than TaxAct. We do not endorse the products and services that are offered by third party companies. Some of these third-party sites may collect information about you or request sensitive, personal information from you. If accessing a third party site via a link you will be subject to the policies and procedures that have been established by the third party. We encourage you to review their privacy policies to learn more about what information is collected, how it is used, and how it is stored.

Our Services includes social media features, such as the Facebook Like button and widgets, such as the share this button or interactive mini-programs that run on our site. These features may collect your IP address, which page you are visiting on our site, and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or hosted directly through our Services. Your interactions with these features are governed by the privacy policy of the company providing it.

## Your Choices

We may periodically send you communications about new products, services, or upcoming events. You may choose to be removed from our email mailing list by following the instructions in those emails or by contacting TaxAct using one of the methods listed at the top of this page (email, phone, or mail) to request that you be removed from our marketing list. Note, however, that even if you opt out of receiving marketing communications, we will still contact you for non-marketing purposes (such as account information, legal notices, account security, bug alerts, and/or changes that may impact your ability to use TaxAct products and services).

You can correct your account information by visiting www.TaxAct.com and selecting "My Account" in top right-hand corner of the home page. If you e-file your tax return, you will not be able to update your tax return information once your tax return has been filed, unless the IRS rejects the return. You may check if your return has been accepted or rejected by accessing Check e-file status.

If you deactivate your account, you will no longer be able to access any of the information associated with that account including information you provided through associated applications, such as Donation Assistant, or other Services. If you choose to deactivate your account, we retain your account information in our archives even though it is no longer accessible online. We retain all e-filed returns and related information as necessary to comply with our legal and contractual obligations, resolve disputes, and enforce our agreements.

After the tax return extension filing deadline, all TaxAct tax returns are archived. We provide the ability for you to access your archived return in certain circumstances for a charge.

## Security Measures

We work to protect your personal information from loss, misuse, or unauthorized alteration by using appropriate and generally accepted safeguards, procedures, and practices. These safeguards include programs and specifications for physical security; computer and communication security measures; and other measures to restrict access to the data we hold in physical and electronic forms. For example, your sensitive information, such as credit card information, is encrypted when it is transmitted to us. Your access to the Services is password-protected. You should use a unique password and should not share your password with anyone.

## Interest-Based Ads

We partner with third parties to either display advertising on our website or to manage our advertising on other sites. Our third party partners may use technologies such as cookies to gather information about your activities on this website and other sites in order to provide you advertising based upon your browsing activities and interests. If you wish to not have this information used for the purpose of serving you interest-based ads, you may opt out of interest-based ads by companies participating in the Digital Advertising Alliance by clicking here. please note this does not opt you out of being served ads. you will continue to receive ads but they will not be targeted to your interests.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

TaxAct_00237

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

TaxAct_00206

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

TaxAct_00244

TaxAct_00245

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

CONFIDENTIAL TREATMENT REQUESTED BY TAXACT, INC.

# TaxAct Privacy Notice

*Last Updated: January 01, 2023*

[www.taxact.com](www.taxact.com) and [www.taxactprofessional.com](www.taxactprofessional.com) are websites of TaxAct, Inc.

**Our postal address:**

3200 Olympus Blvd, Suite 150

Dallas, Texas 75019

**Other ways to reach us:**

[319-373-3600](319-373-3600)

[privacypolicy@taxact.com](privacypolicy@taxact.com)

We at TaxAct, Inc. ("TaxAct"') respect your privacy and the confidentiality of your personal information. This Privacy Notice explains how and why TaxAct collects, uses, and discloses your personal information safely and securely, and how you may exercise your rights with respect to your information.

This Privacy Notice applies to all TaxAct websites, products, software, services, and applications that link to it; it also applies to in-person, over-the-phone, electronic communications, and online services provided by TaxAct (collectively, the "Services").

We may change this Privacy Notice from time to time. If we make changes, we will notify you by revising the date at the top of the notice and, in some cases, we may provide you with additional notice (such as sending you an email notification or posting a banner notice on our web page). We encourage you to review the Privacy Notice whenever you access the Services or otherwise interact with us to stay informed about our information practices. If you have an unresolved privacy or data use concern you have raised that you feel we have not addressed satisfactorily, please contact our U.S. based third-party dispute resolution provider (free of charge) at  [https://feedback-form.truste.com/watchdog/request](https://feedback-form.truste.com/watchdog/request).



## Information We Collect

Our primary goals in collecting information are to (i) offer, provide, and improve the features and content of our Services, (ii) administer your use of our Services, and (iii) enable our customers to enjoy and easily navigate our website, mobile app, and Services.

Certain personal information is required to purchase, download, and effectively use our Services. If you do not consent to our collection and use of this information or request to delete such information, this may result in a termination of your user account or your ability to use the Services. Please see the section below titled "Your Rights" for more information, including state specific information.

### Information You Provide

We collect personal information that you provide when you register for and use the Services. This information includes:

- **Contact Information:** In order to use or download our tax software, you are required to complete the registration form and provide personal information, such as:
  - Name
  - Address
  - Email
  - Phone Number
- **Tax Return Information:** If you decide to prepare or file a tax return using our Services, we collect the following information from you, such as:
  - Full Name
  - Social Security Number
  - Driver's License number
  - Employment information
  - Spouse and dependent information

- ○ Income

- ○ Deductions

- ○ Any other information included in your return
- **Uploaded Documents**: We collect and store any forms, files, or other data that you may choose to upload from your computer or mobile device.

- **Information provided from third parties that you utilize within our Services:** You can choose to permit or, in some cases, restrict third-party websites or applications that integrate with our Services. If you elect to enter your credentials to permit files to be imported to TaxAct, we may receive your name and email address associated with such third-party websites or applications, along with additional information that the application has elected to make available to TaxAct to facilitate the integration.

- **Payment Information:** If you decide to purchase our Services, we may request additional information, including payment information. If you pay using credit card, we and our third-party payment processor may collect financial information such as credit card number and expiration date.

- **Professional Preparer Information:** If you use our professional products to prepare the taxes of others, we may also collect information regarding your tax preparation business, such as:

  - ○ Business name

  - ○ Business address

  - ○ Business email

  - ○ Business phone

  - ○ Name of Individual designated as contact for business

  - ○ Size and nature of practice

  - ○ Tax registration information, e.g., PTIN / EFIN

- **Communications:** In order to improve the quality of TaxAct's Services, we collect certain information provided in your communications with us. In some cases, we record your interactions with our support service team upon notifying you that a recording will be made. The information collected includes:

  - ○ Questions or concerns you submit via our customer service functions or in consultations with our personnel

  - ○ Service Call or online Chat recordings

  - ○ Video Conference Calls: interactions with our service staff may be via video conferencing and, in such circumstance, the video may be recorded

  - ○ Screen sharing: We may also ask to share your screen for the purpose of resolving your inquiry, and in such cases, these screen share sessions may also be recorded.

- **Marketing Communications:** We collect personal information you may provide in connection with customer testimonials, surveys, promotions, contests, sweepstakes, marketing events, trade shows, webinars, conferences, customer research, feedback, or a similar event or occurrence.

- **Referrals:** Information from your use of our referral service to tell a friend about our site, including your friend's name and email address.

- **Social Media:** We may monitor and collect information from interactions with our social media accounts, which are operated by third parties, posted on our accounts or linked to us on third-party operated social networks or other web offerings (such as Twitter, LinkedIn, Facebook, Instagram, TikTok, or Google). Our Services includes social media features, such as the Facebook Like button and widgets, the share this button, or interactive mini programs that run on our site. These features may collect your IP address, which page you are visiting on our site, and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or hosted directly through our Services. Your interactions with these features are governed by the privacy notice of the company providing it.

- **Publicly available information:** In addition to the information you provide, we may also collect information from publicly available sources, affiliated companies, or third parties, such as when we partner with other companies or use service providers to help us optimize our marketing activities.

## Automatically Collected Information

TaxAct collects information about your browser or device as it interacts with the Services. Automatically collected information may be combined with other information we collect about you to improve the services we offer you, and our marketing, analytics, and site functionality. This information includes:

- **Computer or mobile device information** you use to access our Services, including:

  - ○ your IP address

- the hardware model

- operating system version

- mobile network information

- location information

- other information that identifies your computer or device

- **User interaction information**:

  - We log information about your use of the Services, including, information such as:

    - the type of browser you use

    - loading and access times

    - pages viewed and features accessed

    - the page you visited before navigating to our Services

    - whether you have started or completed use of an offering

    - other events that occur while engaging with our Services

  - Links: We also may keep track of how you interact with links on the Services, such as in emails, third-party services, and client applications

  - Email read receipts: If we send you a communication, such as an electronic mail, we may collect available information regarding your receipt and review of such communication.

  - Downloaded software: For our downloaded software, including our professional software users, we also collect some interaction information, including the parts you spend time in and features you use, the device you use it on, and performance during online or offline use.

- **Cookies, etc.:** We and our service providers use cookies and similar technologies to automatically or passively collect information about the use of our Services, analyze trends, administer the Services, track users' in-offering movements while utilizing the Services, and to gather demographic information about our user base as a whole. These technologies may include small data files stored on your hard drive or in device memory or electronic images or strings of HTML, JavaScript, or URL code that can be added within emails, online ads, and websites, and help us to improve our Services and your experience, enhance security, see which areas and features of our Services are popular, and measure total usage. Examples of these technologies include cookies, web beacons/pixels, local shared objects, and UTM codes/tags. You may elect to have your browser not accept cookies, however, this may disable or render unusable some of the features of the Services. For further information, please see "Your Rights" below.

- **Mobile Analytics:** When you interact with us on your mobile device, our mobile analytic software may record information such as how often you use the application, the events that occur within the application, aggregated usage, performance data, and where the application was downloaded from. This information allows us to better understand the functionality of our mobile software. We do not utilize the information we store within the analytics software in connection with personally identifiable information you submit within the mobile application.

- **GeoLocation Data:** If you have enabled background location services on your mobile device, we may collect the data about you in the background even when you do not have the TaxAct application open. You may turn off location services at any time by changing your mobile device settings. Independent of your device, the IP address we collect through your use of our Services, as described above, may itself indicate information about your location.

### Third-Party Tools and Collecting Information

We use third-party tools, including those listed below to obtain information on how visitors interact with our Services. These tools collect information about the performance of our site and how visitors navigate around and interact with our web pages, which allows us to evaluate and further improve and optimize our web pages. For more information on the below third-party tools, please click on the links:

- Google Analytics Privacy Policy – We use the information from Google Analytics to improve our site and services.

  - To opt out of Google Analytics install the Google Analytics opt-out browser add-on or refer to the following link: https://tools.google.com/dlpage/gaoptout/

  - To control settings for Google's personalized ads visit https://adssettings.google.com/

- Facebook Privacy Policy – To better assess and optimize our marketing activities, we may use a tool called the "Meta Pixel" operated by Meta (formerly Facebook). To opt-out of providing your information to the Meta Pixel or other third-party tracking technologies, please visit: https://www.aboutads.info/choices

- AppsFlyer Privacy Policy – We use information from AppsFlyer to improve our mobile app and the services it offers. You can opt out of AppsFlyer's use of information about you here: https://www.appsflyer.com/legal/opt-out/

- **Neustar Privacy Policy** – Neustar may be used to analyze and optimize marketing effectiveness and allow better personalization of our website. You can opt out of Neustar's use of information about you here: https://www.home.neustar/privacy/opt-out

- **ContentSquare Privacy Policy**, **Cookie Policy**, and **how it treats security**. – We use ContentSquare to better understand the effectiveness and utilization of various portions of our website.

- **Optimizely Privacy Policy** and **Data Subject Rights** – We use Optimizely to test variations, analyze, and direct traffic on our website and in our products.

**Third Party Links**

Our Services may contain links to third party websites, which are clearly identified and will direct you from TaxAct's site to a third-party site. Our link to a product or service offered by a third-party company does not by itself indicate our endorsement. Some of these third-party sites may collect information about you or request personal information from you. TaxAct does not direct or oversee the policies, procedures or other practices for companies other than TaxAct. If accessing a third-party site via a link, you will be directed to that third-party's website and governed by their privacy notice and policies. We encourage you to review their privacy statements or notices to learn more about what information is collected, how it is used, and how it is stored.

## How We Use Your Information

We use registration information and other information you provide, including personal information, for the following purposes:

- to complete orders and provide you our Services, including using tax return information to prepare or assist in preparing your tax return, as described further below

- to assist the development of our Services, including to

  - generally analyze and improve the Services we offer to you

  - better understand the functionality of our Services in your web browser or on your device

  - provide a customized or personalized experience

- to communicate with you, including to

  - send marketing messages or to show you tailored advertising

  - notify you of new or enhanced products and services

  - communicate with people you tell us might be interested in our Services, if you choose to use our referral service to tell them about us

  - provide text message alerts for product information, status, tips or promotions, or other marketing activities.

- to address issues that may arise, including to

  - notify you if there are issues with the Service or your order

  - send you product or technical notices, updates, and security alerts

  - research and address any questions or problems submitted through our technical support and customer service systems

  - monitor and investigate fraud, identity theft, and other illegal activity

  - protect the safety and security of TaxAct, our Services, our customers and others

**Tax Return Information:** We use Tax Return Information you provide us in order to prepare a tax return. The use and disclosure of Tax Return Information is governed by Section 301-7216 of the Internal Revenue Code and many state codes and regulations. We use your Tax Return Information only in accordance with applicable laws, including Section 301-7216 of the Internal Revenue Code, to do the following things:

- to prepare or assist in the preparation of tax returns

- to allow tax professionals to assist you with questions or tax preparation

- to obtain, manage, or market services in connection with the preparation of tax returns

- to provide you with our tax preparation products and services, or, if you expressly consent, other products or services

- For other uses or disclosures as you expressly consent to from time to time; or as required by law

## How and Why We Disclose Your Information

TaxAct values the privacy and security of consumer information and unless (i) it is allowed by applicable law (including, where applicable, Section 301-7216 of the Internal Revenue Service's code); and (ii) we have consent, **we do not:**

- Offer personal information we collect from our customers for purchase or rent.

- Use customer Tax Return Information to offer or market products or services unrelated to tax preparation to consumers.

Under certain state laws, the use of certain advertising or analytics cookies or other technologies may be considered a "sale" of your personal information. You may elect to add your name to our "Do Not Sell" list, or enabling a web browsers' "Do Not Track" or "Global Privacy Control," as described further in the "Your Rights" section below.

## As Part of Providing Our Services

We disclose your information in the course of supporting and providing our Services, as follows:

- **As You Direct in the Services:** We disclose Tax Return Information in accordance with your requests, such as when you direct us to file a tax return with the IRS or to a state taxing authority or you provide your express consent to disclose information to a third party offering its own product or service.

- **Supporting Service Providers:** With vendors, consultants, affiliates, and other service providers who assist us in providing our Services and use and disclose such personal information to perform services on our behalf.

## In Marketing Our Services

We may disclose your information in connection with our marketing efforts to provide you with offers and promotions:

- **Co-sponsors and Partners:** We may disclose your information with promotional co-sponsors or other TaxAct partners as part of joint marketing efforts we undertake with them.

- **Marketing Service Providers:** We may also disclose certain information with companies, including our affiliated entities and third parties, that provide services that help us market our products or otherwise support the promotion of our business. We disclose information with these companies as they provide us such services as needed to perform their functions on our behalf in a manner that is consistent with this Privacy Notice.

## Other Purposes

We also may disclose information about you to support these other purposes:

- **Law Enforcement or Regulatory Requests:** To taxing authorities, law enforcement, government agencies, and others if we believe disclosure is in accordance with any applicable law, regulation, or legal process, or as otherwise required by any applicable law, rule or regulation

- **Fraud and Abuse Prevention:** If we believe your actions are inconsistent with the spirit or language of our user agreements or policies, or to protect the rights, property, and safety of TaxAct or others

- **In a Merger:** In connection with, or during negotiations of, any merger, sale of company assets, financing or acquisition of all or a portion of our business by another company

- **For Use by Our Affiliates:** With our affiliated companies to assist in providing and maintaining the Services or, if we have received your consent, for their own purposes

  - If you use our professional products to prepare the taxes of others, we may disclose your information with our affiliate companies. You can learn more about and access the privacy policy of our past or current affiliates at:

    - **Avantax**: https://www.avantax.com/resources/privacy-policy-for-customers

    - **DrakeSoftware**: https://www.drakesoftware.com/sharedassets/policy/drakesoftwareprivacypolicy.pdf

- **Reporting of De-identified & Aggregated Info:** We may also disclose aggregated or de-identified information, which cannot reasonably be used to identify you, in our discretion. Examples may include, but are not limited to: the total number of users served by a TaxAct product or service, general age group ratios, summary reports of tax preparation practices across large groups of customers, and other statistical data relating to tax preparation and electronic filing service.

- **Mobile phone number:** We may disclose your mobile phone number with service providers that assist us with providing text message alerts for product information, tips or promotions, or other marketing activities; however, we will not disclose your mobile phone number with third parties for their own marketing purposes without your consent.

## How We Protect Your Information

We work to protect your personal information from loss, misuse, or unauthorized access, alteration, and destruction by using industry standard safeguards, procedures, and practices.

These safeguards include physical, logical, and technical protections for physical security, information security, and additional measures to restrict access to data we hold in physical and electronic forms.

Examples of how we protect your information include:

- **Security Infrastructure:** Implementation and maintenance of commercial grade firewalls and other monitoring systems.

- **Access Controls:** Access to personal information is restricted on a need-to-know basis

- **Encryption:** Data and credit card information placed under encryption when it's transmitted to us.

- **Passwords:** Access to the Services is password-protected with complex password requirements. Remember: You should use a unique password and not it with anyone.

- **Multi-factor Authentication:** Security questions or authentication codes sent by email or text and utilized to verify your identity.

Additional details on our security measures can be found here: https://www.taxact.com/Security/.

**Children's Privacy:** We do not market our Services to children, and the Services are not intended for use by individuals under the age of 13. Individuals under the age of 13 should not furnish any personal information into our products or Services. If you believe that we might have any information from a child under 13, without parental or guardian consent, please inform us by contacting us at privacypolicy@taxact.com.

## Your Rights

The rights in this section apply to all users of our Services. However, some users may be entitled to additional rights under their state's laws which are provided below in the section entitled State Privacy Rights.

### Choosing Do Not Sell or Share Your Information

You may elect to add your name to our "Do Not Sell or Share My Personal Information" list by visiting Personal Data Protection Form - Protect Your Personal Data, https://www.taxact.com/do-not-sell-personal-information, or clicking the button labeled "Do Not Sell or Share My Personal Information" on any TaxAct web page.

However, note that if you provide your information to a third party for their own use, or if said third party otherwise collects your information as part of your interactions with them, then their use of your information will be subject to the limits of their privacy statement or notice, rather than ours.

### Your Communications and Opt-Out Options

**Email Communications:** We may periodically send you communications or otherwise contact you about new products, services, or upcoming events.

**Text Communications:** By providing your mobile phone number, you expressly consent to receive automated text messages from us to the mobile phone number provided. Message and data rates will apply, and you should check the rates of your mobile carrier. Text Messages are distributed via third-party mobile network providers and, therefore, we cannot control certain factors relating to message delivery. We do not claim or guarantee availability or performance of text messaging service, including liability for transmission delays or message failures.

**Opt-out:** You may choose to be removed from our electronic mailing list by following the instructions in those messages or by contacting TaxAct using one of the methods listed in our contact information at the top of this page (email, phone, or mail) to request that you be removed from our marketing list.

You can opt-out from further text marketing communications by texting STOP to the SMS number used by TaxAct to contact you.

If you are a professional user and wish to opt-out of having information about you shared with our affiliated companies for marketing purposes, please visit: https://taxact.com/unsubscribe/affiliates.asp

Note, however, that even if you opt-out of receiving marketing communications, we may still contact you for non-marketing purposes (such as account information, feedback or research purposes, legal notices, account security, bug alerts, or changes that may impact your ability to use TaxAct products and services).

### Our Use of Interest-Based Ads and Choosing Do Not Track

We partner with third parties to either display advertising on our website or to manage our advertising on other sites. Our third-party partners may use technologies such as cookies to gather certain information about your activities on this website and other sites in order to provide you advertising based upon your browsing activities and interests. Data gathered from one site may be combined with data from other websites, mobile applications, and sources.

If you wish to not have this information used for the purpose of serving you interest-based ads, you may opt-out of interest-based ads by companies participating in the National Advertising Initiative consumer opt-out link at: http://optout.networkadvertising.org/ or the Digital Advertising Alliance's consumer opt-out link at: (http://www.aboutads.info/choices/)

Please note this does not opt you out of being served ads and opting out via one browser, device, or app may not necessarily opt you out of collection from all browsers, devices, or apps. You will continue to receive ads, but they will not be targeted to your interests.

Certain web browsers allow users to opt-out of tracking by websites and online services by enabling an opt-out preference signal such as Do Not Track ("DNT") or Global Privacy Control ("GPC") If you choose to enable an opt-out request preference signal you will only be opted out of online sales or sharing of your information and will need to turn it on for each browser you use.

To submit a request to opt out of offline sales and sharing which would not otherwise be controlled by an opt-out preference signal, please click on the "Do Not Sell or Share My Personal Information" button located on any TaxAct webpage.

**Access and Corrections to Your Information**

You can access or correct your account information by visiting www.taxact.com and selecting "Sign In" to access your account and request changes.

In certain jurisdictions you have the right to request access and receive information about personal information we maintain about you, even if you are not a registered user, to update and correct inaccuracies in your personal information, or to have the information deleted. If you would like to make such a request, please contact us using the information at the beginning of this Notice. We attempt to respond to all requests within a reasonable timeframe as required by applicable law.

**Filed Tax Return Information:** If you e-file your tax return, you will not be able to update your tax return information in the tax return you submitted once your tax return has been filed, unless the IRS rejects the return, or you file a later amendment. You may check if your return has been accepted or rejected by selecting Check e-file status.

After the tax return extension filing deadline, all information then existing in the TaxAct tax returns are archived. We provide the ability for you to access such archived return information in certain circumstances.

**Deactivation of Your Account**

If you choose to deactivate your account, we retain your account information in our archives even though it is no longer accessible online. We also retain all printed or e-filed returns and related information as necessary to comply with our legal and contractual obligations, resolve disputes, and enforce our agreements.

If you deactivate your account, you may no longer be able to access any of the information associated with that account including information you provided through associated applications or other Services.

To deactivate your account, you can contact TaxAct support at 319-373-3600.

**Storage and Transfer of your Information**

In accordance with applicable laws, we keep and store your information to provide you with the Services and for the uses identified herein. We also may retain or use your information as necessary to comply with our policies, legal obligations, resolve disputes, and enforce our agreements.

The Services are intended for access and use in the United States. Any information TaxAct collects about you may be stored, transferred, processed, and/or accessed by us in the United States, or to the extent permitted by law, any other country where we or our service providers operate. Please know that personal information may be transferred to, and maintained on, computers not in the state or country where you live, meaning the privacy laws could differ from and may not be as protective as those where you live.

If you are located outside the United States and allow us to collect information about you, please be aware that TaxAct may, where permitted by law, transfer your personal information to other countries, including the United States, and process and store it there. By allowing collection of your personal information, you consent to having your personal data transferred to, processed, and stored in the United States.

## Your State Privacy Rights

Depending on the state in which you reside, the laws in your state may provide you with additional rights regarding our collection and use of your personal information.

*California*

If you are a California resident, California law may provide you with additional rights regarding our collection and use of your Personal Information. To learn more about your California privacy rights, visit the Privacy Notice for California Residents at: https://www.taxact.com/privacy-policy-california.

*Virginia*

If you are a Virginia resident, Virginia law may provide you with additional rights regarding our collection and use of your Personal Information. To learn more about your Virginia privacy rights, visit the Privacy Notice for Virginia Residents at: https://www.taxact.com/privacy-policy-virginia.

*Nevada*

Nevada law allows residents to opt out of the sale of certain Personal Information, called "covered information." We do not sell covered information as defined under Nevada law, and we have no plans to change that practice. If you want to be notified if we begin selling Nevada covered information, please contact us as provided below.

**For Further Information**

For questions about our privacy policy or practices, you may contact us at:

**Our postal address:**

3200 Olympus Blvd, Suite 150

Dallas, Texas 75019

**Other ways to reach us:**

Telephone: 319-373-3600

Email: privacypolicy@taxact.com