**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

NATALIE J. HAUSKNECHT (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street Suite 3000
Denver, CO 80202
Telephone:   (303) 298-5783
Facsimile:   (303) 313-2800

**LATHAM & WATKINS LLP**
MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD, SBN 304635
kristin.whitehead@lw.com
DIANNE KIM, SBN 348367
dianne.kim@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 395-8129
Facsimile:   (415) 395-8095

MARISSA ALTER-NELSON (*pro hac vice*)
marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 906-1200

JESSICA STEBBINS BINA, SBN 248485
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:   (424) 653-5500
Facsimile:   (424) 653-5501

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>Case No. 5:22-cv-07557-PCP, All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**PROOF OF SERVICE**<br><br>Hon. P. Casey Pitts |

# PROOF OF SERVICE

I am an attorney in the State of New York, over the age of eighteen years, and not a party to this action. My business address is Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0193.

On October 27, 2025, I served the document(s):

**DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 12 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 13 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 20 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 21 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 22 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 23 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 24 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 25 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 26 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 27 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 28 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**EXHIBIT 29 TO THE DECLARATION OF ABIGAIL A. BARRERA**

|   |   |
|---|---|
| 1 | **EXHIBIT 30 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 2 |   |
| 3 | **EXHIBIT 31 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 4 | **EXHIBIT 32 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 5 |   |
| 6 | **EXHIBIT 33 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 7 | **EXHIBIT 34 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 8 |   |
| 9 | **EXHIBIT 35 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 10 | **EXHIBIT 36 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 11 |   |
| 12 | **EXHIBIT 37 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 13 | **EXHIBIT 39 TO THE DECLARATION OF ABIGAIL A. BARRERA** |
| 14 |   |
| 15 | **DECLARATION OF TOBIAS WOOLDRIDGE** |
| 16 | **REBUTTAL EXPERT REPORT OF GEORGIOS ZERVAS, PH.D** |
| 17 |   |
| 18 | **REBUTTAL EXPERT REPORT OF STEVEN TADELIS** |
| 19 | **NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF COLIN** |
| 20 | **WEIR** |
| 21 |   |
| 22 | **EXHIBIT A TO THE NOTICE OF MOTION AND MOTION TO EXCLUDE THE** |
| 23 | **TESTIMONY OF COLIN WEIR** |
| 24 | [x] by email transmission on that date.  These documents were transmitted via e-mail to the |
| 25 | following e-mail addresses as set forth below. |
| 26 | **BURSOR & FISHER, P.A.** |
| 27 | Neal Deckant (State Bar No. 320783)<br>1990 North California Blvd., 9th Floor |
| 28 | Walnut Creek, CA 94596<br>Telephone: (925) 300-4455 |

Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
e-service@4-justice.com

*Attorneys for Plaintiffs*

On October 28, 2025, I served the document(s):

**EXHIBIT 5 TO THE DECLARATION OF ABIGAIL A. BARRERA**

**REBUTTAL EXPERT REPORT OF GEORGIOS ZERVAS, PH.D**

[x] by email transmission on that date.  These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

**BAKER HOSTETLER**
Bethany Lukitsch
Kamran Ahmadian
1900 Avenue of the Stars, Suite 2700
Los Angeles, California, 90067-4301
Telephone: (310) 979-8417
blukitsch@bakerlaw.com
kahmadian@bakerlaw.com

On October 28, 2025, I served the document(s):

**REBUTTAL EXPERT REPORT OF GEORGIOS ZERVAS, PH.D**

[x] by email transmission on that date.  These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

**BERKOWITZ OLIVER LLP**
Jennifer B. Wieland
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108

Telephone: (816) 627-0266
jwieland@berkowitzoliver.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of October 2025 in New York, New York.

/s/ *Lauren R. Goldman*
Lauren R. Goldman