IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Master File No. 5:22-cv-07557-PCP (VKD) |
| This document relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ALTERNATIVE ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| All Actions | Honorable P. Casey Pitts |

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following documents are hereby sealed:

| DOCUMENT | PORTION TO BE SEALED |
|---|---|
| Meta's Exhibit 2 [ECF No. 235-4] | Entire Document |
| Meta's Exhibit 5 [ECF No. 238-6] | Pages 5-78 |
| Meta's Exhibit 12 [ECF No. 238-4] | Entire Document |
| Meta's Exhibit 13 [ECF No. 238-5] | Entire Document |
| Meta's Exhibit 20 [ECF No. 238-7] | Page 10, lines 13-15<br>Page 34, lines 3-6 |
| Meta's Exhibit 21 [ECF No. 238-8] | Page 10, lines 13-15<br>Page 34, lines 3-4 |
| Meta's Exhibit 22 [ECF No. 238-9] | Page 10, lines 16-28<br>Page 11, lines 1-2<br>Page 35, lines 2-8 |
| Meta's Exhibit 23 [ECF No. 238-10] | Page 3, lines 12-23<br>Page 7, lines 18-20 |
| Meta's Exhibit 24 [ECF No. 238-11] | Page 3, lines 12-28<br>Page 6, lines 25-26<br>Page 7, lines 17-19 |
| Meta's Exhibit 25 [ECF No. 238-12] | Page 3, lines 12-28<br>Page 7, lines 18-20 |
| Meta's Exhibit 26 [ECF No. 238-13] | Page 3, lines 12-28<br>Page 7, lines 17-19 |
| Meta's Exhibit 27 [ECF No. 238-14] | Page 3, lines 12-25<br>Page 7, lines 19-28<br>Page 8, lines 1-2<br>Page 16, lines 24-28<br>Page 17, lines 1-2 |
| Meta's Exhibit 28 [ECF No. 238-15] | Page 2, lines 19-21<br>Page 3, lines 4-6 |
| Meta's Exhibit 29 [ECF No. 238-16] | Page 2, lines 17-19<br>Page 3, lines 1-2 and 4-5 |
| Meta's Exhibit 30 [ECF No. 238-17] | Page 74, lines 9-25<br>Page 75, lines 1-25<br>Page 76, lines 1-25<br>Page 77, lines 1-25 |

[PROPOSED] ORDER RE: SEALING
CASE NO. 5:22-CV-07557-PCP

| | Page 78, lines 1-12 |
|---|---|
| Meta's Exhibit 31 [ECF No. 238-18] | Entire Document |
| Meta's Exhibit 33 [ECF No. 238-20] | Page 83, lines 22-25<br>Page 84, lines 1-7, 11-15<br>Page 85, lines 10-25<br>Page 133, lines 4-2<br>Page 134, lines 1-25<br>Page 135, lines 1-25<br>Page 136, lines 2-25<br>Page 142, lines 11-18, 22-25<br>Page 143, lines 1-7<br>Page 197, line 3 |
| Meta's Exhibit 34 [ECF No. 238-21] | Entire Document |
| Meta's Exhibit 35 [ECF No. 238-22] | Page 39, lines 1-7, 15-25<br>Page 207, lines 20-25<br>Page 208, lines 1-25 |
| Meta's Exhibit 36 [ECF No. 238-23] | Page 1, line 9<br>Page 2, line 11<br>Page 34, lines 6-22, 25<br>Page 77, lines 3-6, 12-24<br>Page 85, lines 11-25<br>Page 101, lines 1- 25<br>Page 124, lines 1-9, 11-25<br>Page 125, lines 1-13, 19-20, 23-25<br>Page 126, lines 1-22<br>Page 127, lines 1-25<br>Page 128, lines 1-25<br>Page 132, lines 3-25<br>Page 200, lines 13-25<br>Page 201, lines 3-25<br>Page 202, lines 1-25<br>Page 204, lines 1- 25<br>Page 206, lines 1-20, 23-25<br>Page 213, lines 1-25<br>Page 235, lines 2-25<br>Page 236, lines 1-12 |
| Meta's Exhibit 37 [ECF No. 238-24] | Entire Document |
| Rebuttal Expert Report of Georgios Zervas, PhD [ECF No. 238-26] | Page 13, footnote 39<br>Page 79, paragraph 103<br>Page 80, paragraph 104, footnote 255<br>Page 81, figure 24<br>Page 82, figure 25, footnotes 259-260<br>Page 83, paragraph 106, figure 26<br>Page 85, paragraph 108<br>Page 86, figure 29, paragraph 109 |

| | Page 87, paragraphs 109-110 |
|---|---|

DATED: _____

                                                    P. CASEY PITTS
United Stated District Judge