# EXHIBIT C

| From: | Neal Deckant |
|---|---|
| To: | Hart Robinovitch |
| Cc: | Ryan Ellersick; Lori G. Feldman; Goldman, Lauren; Katja Lange |
| Subject: | Re: Request for Access to Sealed Materials in In re Meta Pixel Tax Filing Cases, No. 22-cv- 7557-PCP (N.D. Cal.). |
| Date: | Tuesday, November 4, 2025 1:10:25 PM |

EXTERNAL EMAIL: Use caution with requests, links, and attachments.

Thanks for the clarification. Our position remains that you will need to seek relief from the Court.

--Neal

On Tue, Nov 4, 2025 at 12:01 PM Hart Robinovitch <Hart.Robinovitch@zimmreed.com> wrote:

Neal – does that position hold even though we are willing to sign onto the Protective Order that was entered by the court In re Meta Pixel Tax Cases and/or to enter into a different protective order that maintains confidentiality? The cases that we cited support a modification to any protective order to allow access to persons with collateral litigation. Let us know, and if helpful to jump on a call to discuss further, we are happy to do that.

Thanks,

Hart

**HART ROBINOVITCH | PARTNER**

**ZIMMERMAN REED LLP**
14648 N. Scottsdale Rd., Suite 130
Scottsdale, AZ 85254  +480.348.6400

Minneapolis | Los Angeles | Phoenix

*If you received this e-mail in error, please notify the sender immediately and delete.*

**From:** Neal Deckant <ndeckant@bursor.com>
**Sent:** Tuesday, November 4, 2025 12:41 PM
**To:** Ryan Ellersick <ryan.ellersick@zimmreed.com>
**Cc:** Lori G. Feldman <lfeldman@4-justice.com>; Goldman, Lauren <lgoldman@gibsondunn.com>; Hart Robinovitch <Hart.Robinovitch@zimmreed.com>; Katja Lange <Katja.Lange@zimmreed.com>
**Subject:** Re: Request for Access to Sealed Materials in In re Meta Pixel Tax Filing Cases, No. 22-cv-7557-PCP (N.D. Cal.).

EXTERNAL EMAIL: Use caution with requests, links, and attachments.

Hi Ryan,

Given the nature of your request (i.e., materials designated Confidential by the PO), you will need to seek relief from the Court.

--Neal

On Tue, Nov 4, 2025 at 9:10 AM Ryan Ellersick <ryan.ellersick@zimmreed.com> wrote:

> Counsel,
>
> Just following up on the below correspondence to see if you have a position on our anticipated motion to intervene.
>
> Best,
>
> Ryan
>
> **RYAN ELLERSICK | PARTNER**
>
> **ZIMMERMAN REED LLP**
> 14648 N. Scottsdale Rd., Suite 130
> Scottsdale, AZ 85254  +480.348.6400
>
> Minneapolis | Los Angeles | Phoenix
>
> *If you received this e-mail in error, please notify the sender immediately and delete.*
>
> **From:** Ryan Ellersick <ryan.ellersick@zimmreed.com>
> **Sent:** Wednesday, October 29, 2025 8:17 PM
> **To:** ndeckant@bursor.com <ndeckant@bursor.com>; Lori G. Feldman <lfeldman@4-justice.com>; lgofldman@gibsondunn.com <lgofldman@gibsondunn.com>
> **Cc:** Hart Robinovitch <Hart.Robinovitch@zimmreed.com>; Katja Lange <Katja.Lange@zimmreed.com>
> **Subject:** Request for Access to Sealed Materials in In re Meta Pixel Tax Filing Cases, No. 22-cv-7557-PCP (N.D. Cal.).

Counsel,

Please see the attached correspondence and let us know if you are available to meet and confer about our request.

Best regards,

Ryan

**RYAN ELLERSICK** | PARTNER

**ZIMMERMAN REED LLP**
14648 N. Scottsdale Rd., Suite 130
Scottsdale, AZ 85254  +480.348.6400

Minneapolis  |  Los Angeles  |  Phoenix

*If you received this e-mail in error, please notify the sender immediately and delete.*

--

Neal J. Deckant

Bursor & Fisher, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
925-300-4455 (tel)
925-407-2700 (fax)
ndeckant@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.

--

Neal J. Deckant
Bursor & Fisher, P.A.

1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
925-300-4455 (tel)
925-407-2700 (fax)
ndeckant@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION

This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.