**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master Case No. 5:22-cv-07557-PCP<br><br>*Assigned to the Honorable P. Casey Pitts*<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE** |

1

Movants Julio Armstrong, Chesley Barnes, Samantha Brewster, Patricia Carlson, Cessley Cole, Leslie Dent, Lonnie Dunaway, Joanna Gasperson, Flor Gomez, Beth Howard, Jason Karras, Justin Leo, Joseph Lipuma, Alysha Ottrix, Krystal Smith, Denise Sturgeon, Angela Wardell, Rosa Wardlow, Rachel Wegleitner and Kristen Wilder (collectively "Movants") filed a Motion to Intervene requesting an order allowing them to intervene in this case and modify the protective order. Good cause appearing, it is HEREBY,

**ORDERED**, that Movants are permitted to intervene in this case pursuant under Fed. R. Civ. P. 24(b);

**IT IS FURTHER ORDERED**, that the protective order in this case is modified to allow Movants' access to the following materials currently filed under seal or marked confidential:

1. sealed/redacted materials filed in relation to the motion for class certification (Dkt. No. 218), including expert witness reports, which describe or relate to Movants' dealings with H&R Block as persons who used H&R Block's online tax preparation service at relevant times;

2. documents, discovery responses and testimony (deposition transcripts, declarations, affidavits) filed or exchanged in discovery, which relate to H&R Block's use of Meta's or other third-party's tracking pixels in relation to Movants' dealings with H&R Block;

3. documents that relate to H&R Block's use of any third-parties, such as advertising agencies, in relation to its' use of pixel technology, including but not limited to Gale Agency / Gale Partners and Razorfish. *See, e.g.*, Ex. 3 to Second Notice of Subpoenas to TaxSlayer, LLC, TaxAct, Inc., and H&R Block, Inc. and HRB Digital LLC, Dkt. No. 154-3;

4. any reports provided to H&R Block by Meta in relation to H&R Block's use of Meta's tracking pixels.

**IT IS SO ORDERED.**

DATED: _____

Hon. P. Casey Pitts
UNITED STATES DISTRICT JUDGE