**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
E-mail: lfeldman@4-justice.com
          mliskow@4-justice.com
          e-service@4-justice.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP<br><br>**PLAINTIFFS' OPPOSITION TO MOTION TO SHORTEN TIME**<br><br>Date:            December 4, 2025<br>Time:            10:00 a.m.<br>Judge:           Hon. P. Casey Pitts<br>Date Action Filed: Dec. 1, 2022 |

1    Plaintiffs in the above captioned action ("Plaintiffs") oppose the motion to shorten time ("Motion," ECF No. 246) filed by movants Julio Armstrong, Chesley Bonnes, Samantha Brewster, Patricia Carlson, Cessley Cole, Leslie Dent, Lonnie Dunaway, Joanna Gasperson, Flor Gomez, Beth Howard, Jason Karras, Justin Leo, Joseph Lipuma, Alysha Ottrix, Krystal Smith, Denise Sturgeon, Angela Wardell, Rosa Wardlow, Rachel Wegleitner and Kristen Wilder ("Movants").

Under Civil Local Rule 6-3(a)(3), a motion to shorten time should only be granted where the movant, among other things, "[i]dentifies the substantial harm or prejudice that would occur if the Court did not change the time." *Id.* Movants do not meet this prerequisite. First, any time pressure Movants may face is of their own making. Movants contend that an expedited hearing is necessary in light of Movant Cessley Cole's January 20, 2026 evidentiary hearing before the AAA, *see* Motion at 1, but Cole filed her demand for arbitration in April 2025, over seven months ago. *See* ECF No. 245-2 at 2. Cole and the other Movants therefore had ample time to take action to obtain discovery prior to Cole's January 20, 2026 hearing date.

Instead, Movants waited until October 29, 2025, to raise this issue with Plaintiffs. *See* Motion at 3. After receiving what they believed to be an unsatisfactory response from Plaintiffs (and no response at all from Meta), Movants demand that their Motion to Intervene (ECF No 244) be heard on December 4, 2025, a date Plaintiffs' primary California-based attorney is unavailable due to a hearing in another matter. *See* concurrently-filed Declaration of Neal Deckant in Support of Plaintiffs' Opposition to Motion to Shorten Time ("Deckant Declaration"), ¶ 3.

Movants' advanced date is also in the thick of Plaintiffs' Counsel's preparations to file their reply in support of class certification, and oppositions to Meta's Daubert motions, all due December 15, 2025. *See* ECF No. 244 at 1; Deckant Declaration, ¶ 4. Plaintiffs are also currently scheduled to depose Meta's experts on December 2, 2025, in Boston, and on December 8, 2025, in California. *See* Deckant Declaration, ¶ 4. Requiring Plaintiffs' Counsel to prepare for and attend the hearing on December 4, 2025, will needlessly disrupt their work in support of the putative classes. *See id.*

Finally, Movants' assertion that the Court must move quickly is belied by their statement that their "individual arbitration cases before AAA are in early stages." ECF No. 245 at 5-6.

1   As Movants have not sufficiently identified any substantial harm or prejudice *to Movants* that would occur if any hearing on the Motion to Intervene occurs in the normal course, the Motion should be denied. If the Court does grant the Motion, Plaintiffs join Movants' request that any hearing be held remotely, *see* Motion at 2, due to the unavailability on December 4, 2025 of counsel for Plaintiffs who are based in Northern California. *See* Deckant Declaration, ¶ 3.

For the reasons stated above, Plaintiffs respectfully ask the Court to deny the Motion.

Dated:  November 14, 2025              **BURSOR & FISHER, P.A.**

By:     */s/ Neal Deckant*
              Neal Deckant

Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
            mliskow@4-justice.com
            eservice@4-justice.com

**SMITH KRIVOSHEY, P.C**.
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (State Bar No. 241858)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Facsimile: (888) 421-4173
E-mail: rpeterson@4-Justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*