**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
e-service@4-justice.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP<br><br>**DECLARATION OF NEAL DECKANT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO SHORTEN TIME**<br><br>Date: December 4, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. P. Casey Pitts<br>Date Action Filed: Dec. 1, 2022 |

I, Neal Deckant, declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am a member of the bar of this Court, and I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiffs in this matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, would and could testify competently thereto. I offer this declaration in support of Plaintiffs' Opposition to Motion to Shorten Time ("Motion").

2. I am the primary attorney for Plaintiffs who is based in Northern California.

3. I am not available to attend a hearing in person on December 4, 2025, the advanced date requested by Movants, because I am already attending a hearing in another matter.

4. Movants' advanced date is also right in the midst of Plaintiffs' Counsel's preparations to file their reply in support of class certification and oppositions to Meta's Daubert motions, all due December 15, 2025. Plaintiffs are also currently scheduled to depose Meta's experts on December 2, 2025, in Boston, and on December 8, 2025, in California. If Plaintiffs' counsel are required to prepare for and attend this hearing on December 4, 2025, this will needlessly cause some disruption to their work in support of the putative classes.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed in Walnut Creek, California, on November 14, 2025.

By:    */s/ Neal Deckant*
          Neal Deckant