1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10
11
12
13
14

| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master Case No. 5:22-cv-07557-PCP<br><br>*Assigned to the Honorable P. Casey Pitts*<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME, AS MODIFIED** |
|---|---|

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Movants Julio Armstrong, Chesley Barnes, Samantha Brewster, Patricia Carlson, Cessley Cole, Leslie Dent, Lonnie Dunaway, Joanna Gasperson, Flor Gomez, Beth Howard, Jason Karras, Justin Leo, Joseph Lipuma, Alysha Ottrix, Krystal Smith, Denise Sturgeon, Angela Wardell, Rosa Wardlow, Rachel Wegleitner and Kristen Wilder (collectively "Movants") filed a Motion to Shorten Time requesting an order shortening the time to hear Movants' Motion to Intervene, Dkt No. 245. Pursuant to Civil Local Rule 6-3, good cause exists to order to advance the hearing on Movants' Motion to Intervene to December 4, 2025. The parties ~~may~~ shall appear via Zoom.

**IT IS SO ORDERED.**

DATED: November 17, 2025

Hon. P. Casey Pitts
UNITED STATES DISTRICT JUDGE