**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

JONATHAN C. BOND (*pro hac vice*)
jbond@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:   (202) 955-8500
Facsimile:   (202) 467-0539

**LATHAM & WATKINS LLP**
MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD, SBN 304635
kristin.whitehead@lw.com
DIANNE KIM, SBN 348367
dianne.kim@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 395-8129
Facsimile:   (415) 395-8095

MARISSA ALTER-NELSON (*pro hac vice*)
marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 906-1200

JESSICA STEBBINS BINA, SBN 248485
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:   (424) 653-5500
Facsimile:   (424) 653-5501

*Attorneys for Defendant Meta Platforms, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates to:<br><br>All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**STATEMENT OF RECENT DECISIONS**<br><br>Date Action Filed:  December 1, 2022<br>Honorable P. Casey Pitts |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Meta Platforms, Inc. respectfully submits this Statement of Recent Decisions in support of its Opposition to Plaintiffs' Motion to Certify Class (Dkt. 239).

(1) *In re Apple iPhone Antitrust Litigation*, 2025 WL 3124160 (N.D. Cal. Oct. 27, 2025) (Gonzalez Rogers, J.), a true and correct copy of which is attached hereto as Exhibit A.

(2) *DellaSala v. Samba TV, Inc.*, 2025 WL 3034069 (N.D. Cal. Oct. 30, 2025) (Corley, J.), a true and correct copy of which is attached hereto as Exhibit B.

(3) *Rodriguez v. Culligan International Co.*, 2025 WL 3064113 (S.D. Cal. Nov. 3, 2025) (Battaglia, J.), a true and correct copy of which is attached hereto as Exhibit C.

DATED: November 26, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
     Lauren R. Goldman