# Proposed Redacted Version of the Appendix to the Corrected Rebuttal Report of Georgios Zervas, Ph.D

# APPENDIX A
# CURRICULUM VITAE

# Georgios Zervas

Boston University
Questrom School of Business
595 Commonwealth Ave (Ofc. 605)
Boston, MA 02215

Phone:          (617) 358-3319 (office)
Email:          zg@bu.edu
Homepage:       http://people.bu.edu/zg/
Google Scholar: https://scholar.google.com/citations?user=5L8vEA4AAAAJ

*Last updated: Mar. 4, 2025*

## Employment & Affiliations

### Current

**Associate Professor of Marketing**                                    2019–to date
Questrom School of Business, Boston University, Boston, MA

**Director of Online Initiatives and Innovation for BU Virtual
and the Faculty of Computing and Data Sciences**                        2023–to date
Boston University, Boston, MA

**Founding Member, Faculty of Computing & Data Science**                2019–to date
Boston University, Boston, MA

**Affiliated Faculty in Computer Science**                              2016–to date
Boston University, Boston, MA

### Prior

**Faculty Director, MS in Business Analytics**                          2019–2022
Questrom School of Business, Boston University, Boston, MA

**Assistant Professor of Marketing**                                    2013–2019
Questrom School of Business, Boston University, Boston, MA

**Visiting Researcher**                                                 2013–2022
Microsoft Research New England, Cambridge, MA

**Visiting Scholar**                                                    Spring 2018
MIT Sloan, Cambridge, MA

**Simons Postdoctoral Fellow**                                          2011–2013
Yale University, New Haven, CT
*Advisor*: Joan Feigenbaum

**Affiliate at the Center for Research & Computation in Society**       2011–2013
Harvard University, Cambridge, MA

**Research Scientist**                                                  2006–2012
CogoLabs Inc., Cambridge, MA, USA

**Cofounder**                                                           2000–2005
Perlfect Solutions, London, UK

# Education

**Ph.D. Computer Science**                                                        2005–2011
Boston University, Boston, MA, USA.
*Thesis*: Data-Driven Analysis of Electronic Commerce Systems.
*Advisors*: John W. Byers (BU) & Michael Mitzenmacher (Harvard).

**M.A. Interactive Media**                                                        1999–2000
London College of Communication, London, UK.
*Thesis*: Automatic Website Generation Using Genetic Algorithms.
*Advisor*: Alan Sekers.

**M.Sc. Computer Science**                                                        1998–1999
Imperial College, London, UK.
*Thesis*: Thesis: Advanced Clustering Algorithms.
*Advisor*: Stefan Rüger.

**B.Eng. Computer Science**                                                        1995–1998
Imperial College, London, UK.
*Thesis*: Object Linking & Embedding for Linux.
*Advisor*: Steffen van Bakel.

# Publications

## Journals

1. Chiara Farronato and Georgios Zervas
   **Consumer Reviews and Regulation: Evidence from NY Restaurants**
   *Marketing Science*, Accepted.

2. Luis Armona, Greg Lewis, and Georgios Zervas
   **Learning Product Characteristics and Consumer Preferences from Search Data**
   *Marketing Science*, Forthcoming.

3. Shrabastee Banerjee, Chris Dellarocas Chris, and Georgios Zervas
   **Interacting User-Generated Content Technologies: How Questions and Answers Affect Consumer Reviews.**
   *Journal of Marketing Research*, (2021);58(4): 742-761.

4. Georgios Zervas, Davide Proserpio, and John W. Byers
   **A first look at online reputation on Airbnb, where every stay is above average**
   *Marketing Letters*, (2020): 1-16.

5. Giana Eckhardt, Mark Houston, Baojun Jiang, Cait Lamberton, Aric Rindfleisch, and Georgios Zervas
   **Marketing in the Sharing Economy**
   *Journal of Marketing*, 83.5 (2019): 5-27.

6. Davide Proserpio, Wendy Xu, and Georgios Zervas
   **You Get What You Give: Theory and Evidence of Reciprocity in the Sharing Economy**
   *Quantitative Marketing and Economics*, 16(4), (2018): 371-407.

7. Georgios Zervas, Davide Proserpio, and John W. Byers
   **The Rise of the Sharing Economy: Estimating the Impact of Airbnb on the Hotel Industry**
   *Journal of Marketing Research*, 54, no. 5 (2017): 687-705.
   – Finalist for the 2018 Paul E. Green Award.

8. Davide Proserpio and Georgios Zervas
   **Online Reputation Management: Estimating the Impact of Management Responses on Consumer Reviews**
   *Marketing Science*, 36, no. 5 (2017): 645-665
   – Finalist for the 2018 John D. C. Little Award.

9. Michael Luca, and Georgios Zervas
   **Fake It Till You Make It: Reputation, Competition, and Yelp Review Fraud**
   *Management Science*, 62, no. 12 (2016): 3412-3427

## Full Papers in Peer-reviewed Conferences with Proceedings

1. Ceren Budak, Sharad Goel, Justin M. Rao, and Georgios Zervas
   **Understanding Emerging Threats to Online Advertising**
   In *Proceedings of the Sixteenth ACM Conference on Economics and Computation (EC '16)*. ACM, 2016.

2. John Byers, Michael Mitzenmacher, and Georgios Zervas
   **The Daily Deals Marketplace: Empirical Observations and Managerial Implications**
   In *ACM SIGecom Exchanges, Vol. 11, No. 2, December 2012, Pages 29–31*.

3. Joan Feigenbaum, Michael Mitzenmacher, and Georgios Zervas
   **An Economic Analysis of User-Privacy Options in Ad-Supported Services**
   In *Proceedings of the 8th Workshop on Internet & Network Economics*, WINE '12, pages 30–43. Springer Berlin Heidelberg, 2012.

4. John W. Byers, Michael Mitzenmacher, and Georgios Zervas
   **The Groupon Effect on Yelp Ratings: A Root Cause Analysis**
   In *Proceedings of the 13th ACM Conference on Electronic Commerce*, EC '12, pages 248–265. Valencia, Spain, 2012. ACM.

5. John W. Byers, Michael Mitzenmacher, and Georgios Zervas
   **Daily Deals: Prediction, Social Diffusion, and Reputational Ramifications**
   In *Proceedings of the 5th ACM international conference on Web Search and Data Mining*, WSDM '12, pages 543–552. Seattle, WA, USA, 2012. ACM.

6. John W. Byers, Brent Heeringa, Michael Mitzenmacher, and Georgios Zervas.
   **Heapable Sequences and Subsequences**
   In *Proceedings of the Workshop on Analytic Algorithmics and Combinatorics*, ANALCO '11, pages 33–44, San Fransisco, CA, USA, 2011. ACM.

7. John W. Byers, Michael Mitzenmacher, and Georgios Zervas
   **Information asymmetries in pay-per-bid auctions**
   In *Proceedings of the 11th ACM conference on Electronic Commerce*, EC '10, pages 1–12, New York, NY, USA, 2010. ACM.

8. John W. Byers, Michael Mitzenmacher, and Georgios Zervas
   **Adaptive Weighing Designs for Keyword Value Computation**
   In *Proceedings of the third ACM international conference on Web search and data mining*, WSDM '10, pages 331–340, New York, NY, USA, 2010. ACM.

9. Nikolaos Laoutaris, Georgios Zervas, Azer Bestavros, and George Kollios
   **The Cache Inference Problem and its Application to Content and Request Routing**
   In *Proceedings of the 26th Annual IEEE Conference on Computer Communications*, INFOCOM '07, pages 848–856, Anchorage, AK, USA, 2007. IEEE.

10. Georgios Zervas, and Stefan M. Rüger
    **The Curse of Dimensionality and Document Clustering**
    In *IEEE Seminar, Searching for Information: Artificial Intelligence and Information Retrieval Approaches*, pages 19/1–19/3, Glasgow, UK, 1999.

## Abstracts in Peer-reviewed Conferences with Proceedings

1. Luis Armona, Greg Lewis, and Georgios Zervas
   **Learning Product Characteristics and Consumer Preferences from Search Data**
   In *Proceedings of the 2021 ACM Conference on Economics and Computation (EC '21).*, pp. 98-99. ACM, 2021.

2. Greg Lewis and Georgios Zervas
   **The Supply and Demand Effects of Review Platforms**
   In *Proceedings of the 2019 ACM Conference on Economics and Computation (EC '19).*, pp. 197-197. ACM, 2019.

3. Shrabastee Banerjee, Chris Dellarocas, and Georgios Zervas
   **Interacting User Generated Content Technologies: How Q&As Affect Ratings & Reviews**
   In *Proceedings of the 2017 ACM Conference on Economics and Computation (EC '17).*, pp. 539-539. ACM, 2017.

4. Georgios Zervas, Davide Proserpio, and John W. Byers
   **The Impact of the Sharing Economy on the Hotel Industry: Evidence from Airbnb's Entry Into the Texas Market**
   In *Proceedings of the 2015 ACM Conference on Economics and Computation (EC '15).*, pp. 637-637. ACM, 2015.

5. Davide Proserpio and Georgios Zervas
   **Online Reputation Management: Estimating the Impact of Management Responses on Consumer Reviews**
   In *Proceedings of the 2015 ACM Conference on Economics and Computation (EC '15).*, pp. 79-79. ACM, 2015.

## Invited Articles

1. Davide Proserpio and Georgios Zervas
   **Replying to Customer Reviews Results in Better Ratings**
   *Harvard Business Review*, Feb. 14, 2018.

# Working Papers

1. Greg Lewis, Bora Ozaltun, and Georgios Zervas
   **Maximum Likelihood Estimation of Differentiated Products Demand Systems**

2. Stephan Seiler, Song Yao, Georgios Zervas
   **Causal Inference in Word-of-Mouth Research: Methods and Results**

3. Greg Lewis and Georgios Zervas
   **The Welfare Impact of Consumer Reviews: A Case Study of the Hotel Industry**

4. Greg Lewis and Georgios Zervas
   **Supply and Demand Responses to Consumer Review Platforms**

## Grants, Awards, & Honors

1. Marketing Science Institute (MSI) Scholar    2023

2. Marketing Science Institute (MSI) Young Scholars    2019

3. Dean's Research Scholar, Questrom School of Business    08/2018

4. Shahdadpuri Research Award, Questrom School of Business    10/2017

5. Hariri Institute Graduate Fellowship    6/2015
   ($25,000 award)

6. Google Faculty Research Award    2/2015
   ($35,000 unrestricted gift, plus $10,000 in Google Cloud credits)

7. Hariri Institute Junior Faculty Fellow    2013–2015

8. Hariri Institute Research Grant    1/2013
   Principal Investigator, with co-PI John W. Byers ($26,500)

9. Departmental Research Achievement Award, Computer Science Dept., Boston U.    2010–2011

## Student Advising

1. Hannah Catabia, Master's Student, Computer Science Dept., Co-advisor    2019–2023

2. Philip Zhao, PhD Student, Marketing Dept., Advisor    2018–2024
   *Placement*: Peking University, Marketing

3. Shrabastee Banerjee, PhD Student, Marketing Dept., Advisor    2015–2021
   *Placement*: Tilburg University, Marketing

4. Davide Proserpio, PhD Student, Computer Science Dept., Co-advisor    2012–2015
   *Placement*: USC Marshall, Marketing

## Presentations and Invited Talks

**Learning Market Structure & Consumer Preferences from Search Data: An Application to Hotel Demand Estimation**

Conferences:

- Marketing Science 2019, Rome, Italy    06/20/2019

**Consumer Reviews and Regulation: Evidence from NY Restaurants**

Academia:

- Dartmouth College    06/12/2023
- University College London, UK    04/05/2022
- Technische Universität Berlin, Germany    10/04/2021
- Universitat zu Koln, Germany    07/31/2021
- Brandeis University, Walthman, MA    04/07/2021
- Yale School of Management, New Haven, CT    10/30/2020

| | |
|---|---|
| - University of Miami, Miami, FL | 10/23/2020 |
| - UMass Amherst Isenberg School of Management, Amherst, MA | 02/03/2018 |

Conferences:

| | |
|---|---|
| - Marketing Science 2018, Philadelphia, PA | 06/14/2018 |
| - BU Data Science Day, Boston University, Boston MA | 01/26/2018 |
| - Digital, Mobile Marketing, and Social Media Analytics Conference, NYU, New York, NY | 09/12/2017 |
| - Marketing Science, USC Marshall, Los Angeles, CA | 06/10/2017 |
| - Health Sector Data Blitz, Questom School of Business, Boston, MA | 03/11/2017 |
| - Marketing Analytics and Big Data conference, Columbia University, New York, NY | 16/09/2017 |

**The Welfare Impact of Consumer Reviews: A Case Study of the Hotel Industry**

Academia:

| | |
|---|---|
| - HEC, Paris, France | 11/07/2019 |
| - Duke Fuqua, Durham, NC | 05/01/2019 |
| - Harvard Business School, Boston, MA | 03/12/2019 |
| - NYU Stern, New York, NY | 02/14/2019 |
| - Columbia GSB, New York, NY | 10/16/2018 |
| - USC Marshall, Los Angeles, CA | 4/14/2017 |
| - Stanford GSB, Palo Alto, CA | 4/12/2017 |
| - Michigan Ross, Ann Arbon, MI | 4/10/2017 |
| - University of Toronto Rotman, Toronto, ON | 2/17/2017 |
| - University of Chicago Booth, Chicago, IL | 1/31/2017 |
| - Wharton, Philadelphia, PA | 1/25/2017 |
| - MIT Economics Dept., Cambridge, MA | 10/24/2016 |

Conferences:

| | |
|---|---|
| - QME 2016, Kellogg School of Management, Evanston, IL | 09/01/2016 |
| - SCECR 2016, Naxos, Greece | 06/24/2016 |
| - Greater China Conference on Mobile Big Data Marketing, Hong Kong | 06/13/2016 |
| - Marketing Science 2016, Shanghai, China | 06/16/2016 |

**Online Reputation Management: Estimating the Impact of Management Responses on Consumer Reviews.**

Academia:

| | |
|---|---|
| - Havard EconCS Seminar, Cambridge, MA | 10/02/2015 |
| - Hebrew University, Computer Science dept., Jerusalem, Israel | 06/14/2015 |

**The Rise of the Sharing Economy: Estimating the Impact of Airbnb on the Hotel Industry**

Conferences:

| | |
|---|---|
| - Open & User Innovation Conference 2015, Harvard Business School, Boston MA | 08/03/2016 |
| - CODE@MIT, Cambridge MA | 10/16/2015 |
| - Marketing Science 2015, Baltimore | 05/20/2015 |
| - NYU 2015 Conference on Digital Big Data, Smart Life, Mobile Marketing Analytics | 23/10/2015 |

Academia:

- Simon Business School, University of Rochester                                          2/29/2016

Industry:

- Microsoft Research New England                                                          11/18/2015

Government:

- Cambridge City Council, Cambridge, MA                                                   7/19/2016

**Understanding Emerging Threats to Online Advertising**

Academia:

- Goizueta Business School, Emory University                                              02/27/2015
- MSR/Harvard Game Theory Seminar                                                         12/17/2014
- Questrom School of Business, MPPL Seminar                                               04/17/2015

Industry:

- Betaworks, NYC                                                                          07/23/2015

**Fake It Till You Make It: Reputation, Competition, and Yelp Review Fraud**

Conferences:

- Marketing Science 2014, Emory University, Atlanta                                       06/13/2014
- WIN 2013: The 5th Workshop on Information in Networks                                    10/04/2013
- DIMACS Workshop on Economic Aspects of Information Sharing                              02/08/2013

Industry:

- Google, Palo Alto, CA                                                                   02/12/2013

**The Groupon Effect on Yelp Ratings: A Root Cause Analysis**

Conferences:

- Marketing Science 2013, Istanbul, Turkey                                                07/13/2013
- SCECR 2012, Montreal, Canada                                                            06/29/2012
- ACM EC 2012, Valencia, Spain                                                            06/05/2012
- Yale Customer Insights Conference, New Haven, CT                                        03/15/2013
- CAOSS 2012: Workshop on Computational and Online Social Science, New York, NY           10/12/2012

Academia:

- Wellesley University, Computer Science Dept                                             02/27/2012
- Northeastern University, Computer Science Dept                                          03/28/2012
- Harvard University, School of Eng. & Appl. Sci., Joint EconCS/Theory Seminar           04/16/2012
- Berkeley University, Computer Science Dept                                              04/10/2012

Industry:

- Microsoft Research New York                                                             02/27/2013
- Google, Palo Alto, CA                                                                   04/09/2012
- Yelp, San Francisco, CA                                                                 04/11/2012

**Daily Deals: Prediction, Social Diffusion, and Reputational Ramifications**

Conferences:

- New York Computer Science and Economics Day (*Poster session.*)      09/16/2011
- Cambridge Area Economics and Computation Day (*Poster session.*)      11/18/2011
- ACM WSDM 2012                                                         02/11/2012

Academia:

- Harvard University, School of Eng. & Appl. Sci., Joint EconCS/Theory Seminar      10/20/2011
- Boston University, Mathematics Dept., Statistics and Probability Seminar          11/17/2011
- Columbia University, Computer Science Dept., Seminar                              12/08/2011

Industry:

- IBM Research, Hawthorne, NY, Seminar                                  12/07/2011
- Microsoft Research New England, Economics Research Working Group      10/14/2011

**Information Asymmetries in Pay-Per-Bid Auctions: How Swoopo Makes Bank**

Conferences:

- ACM EC 2010                                                          06/09/2010

Academia:

- Boston University, Computer Science Dept., Theory Seminar                              03/19/2010
- Harvard University, School of Eng. & Appl. Sci., Joint EconCS/Theory Seminar           03/29/2010
- Northeastern University, Coll. of Comp. & Inf. Sci., Graduate Student Seminar          04/03/2010
- Williams College, Computer Science Dept., Invited Colloquium                           10/22/2010

**Adaptive Weighing Designs for Keyword Value Computation**

Conferences:

- ACM WSDM 2010                                                        02/06/2010

Academia:

- Boston University, Computer Science Dept., Networking Reading Group                 02/08/2010
- Boston University, Computer Science Dept., CS565 Data Mining, Guest Lecture         03/23/2010

# Teaching

1. BA476: Machine Learning for Business Analytics (40 students)      Fall 2024

2. BA476: Machine Learning for Business Analytics (87 students)      Fall 2023

3. BA476: Machine Learning for Business Analytics (44 students)      Spring 2023

4. BA476: Machine Learning for Business Analytics (47 students)      Spring 2023

5. MK842: Machine Learning for Business Analytics (27 students)      Spring 2023

6. BA810: Supervised Machine Learning (46 students)                  Fall 2021

7. BA810: Supervised Machine Learning (42 students)                  Fall 2021

8.  BA810: Supervised Machine Learning (40 students)                                     Spring 2021

9.  BA810: Supervised Machine Learning (34 students)                                     Spring 2021

10.  BA810: Supervised Machine Learning (44 students)                                    Fall 2019

11.  BA810: Supervised Machine Learning (42 students)                                    Fall 2019

12.  MK476: Machine Learning for Business Analytics (26 students)                         Spring 2019

13.  MK824: Machine Learning for Business Analytics (44 students)                         Spring 2019

14.  MK824: Machine Learning for Business Analytics (40 students)                         Spring 2018

15.  MK824: Machine Learning for Business Analytics (43 students)                         Spring 2017

16.  MK323: Marketing Management (49 students)                                           Spring 2017

17.  MK323: Marketing Management (48 students)                                           Fall 2015

18.  MK323: Marketing Management (50 students)                                           Fall 2015

19.  MK323: Marketing Management (47 students)                                           Fall 2014

20.  MK323: Marketing Management (47 students)                                           Fall 2014

21.  MK323: Marketing Management (49 students)                                           Fall 2013

22.  MK323: Marketing Management (50 students)                                           Fall 2013

## Course Development

**MK476**, **MK842**, and **BA810** are courses that I developed that introduce undergraduate, MBA, and MSBA students to machine learning methods with applications in business analytics.

# Service

**Editorial Review Board**                                                               2020–to-date
Marketing Science

**Steering Committee Member**                                                            2019–to-2022
Rafik B. Hariri Institute for Computing, Boston University

**Editorial Review Board**                                                               2019–to-date
Journal of Marketing

**Editorial Review Board**                                                               2019–2023
Journal of Marketing Research

**Associate Editor**                                                                     2019–to date
ACM Transactions on Economics and Computation

**Program committees:** EC 2024 (Senior Program Committee), EC 2023 (Area Chair), EC 2022 (Track Chair), EC 2021 (Program Committee), EC 2020 (Senior Program Committee), WebConf 2020, EC 2019 (Senior Program Committee), EC 2018 (Senior Program Committee), EC 2018, WWW 2018, ICIS 2018, EC 2017 (Senior Program Committee), EC 2016 (Senior Program Committee), WWW 2016 (Senior Program Committee), ICIS 2016, SCECR 2016, EC 2015, WSDM 2015, WWW 2015, AMMA 2015, COBE 2015, EC 2014, WSDM 2014, WWW 2014, ICWSM 2014, WWW 2013, WSDM 2013, EC 2012.

**Ad-hoc reviewer:** Management Science, Marketing Science, Journal of Marketing Research, Information Systems Research, Games and Economic Behavior, Review of Industrial Organization, Operations Letters, Management Information Systems Quarterly, Journal of Public Economics, Manufacturing & Service Operations Management.

## Media coverage

1. Some Smiling Faces in Online Customer Testimonials Are Stock Photos                    05/16/2019
   The Wall Street Journal

2. Why ranting on Yelp is the wrong way to complain about awful service                   04/03/2018
   The Boston Globe

3. Does a 'Sharing Economy' Foster Better Behavior?                                        03/27/2018
   PC Magazine

4. For Hotels, Online Reviews Really Matter to the Bottom Line                             11/18/2016
   The Wall Street Journal

5. Don't Necessarily Judge Your Next E-Book By Its Online Review                           10/26/2015
   NPR All Things Considered

6. Five-star fakes                                                                         10/24/2015
   The Economist

7. Ratings Now Cut Both Ways, So Don't Sass Your Uber Driver                               01/30/2015
   The New York Times

8. Airbnb, Uber, Lyft: de l'économie collaborative au business du partage                 08/16/2014
   Le nouvel Observateur

9. Airbnb versus hotels: Room for all, for now                                            04/26/2014
   The Economist

10. Keeping crowdsourcing honest: can we trust the reviews?                               02/18/2014
    BBC News

11. Why It's So Hard to Figure Out the Sharing Economy's Winners and Losers               02/10/2014
    The Atlantic Cities

12. Sharing Is Caring, Unless It Costs You Your Job                                        02/05/2014
    The New York Times Bits Blog

13. Yelp Reviews: Can You Trust Them?                                                      11/04/2013
    BU Today

14. Fake reviews on Yelp?! Don't worry, we've got your back                               09/27/2013
    Yelp Official Blog

*Georgios Zervas, Associate Professor of Marketing, Questrom School of Business, Boston University*    11

15. Yelp deems 20% of user reviews 'suspicious'                                09/24/2013
    Marketwatch, The Wall Street Journal

16. Yelp admits a quarter of submitted reviews could be fake                   09/13/2013
    BBC News

17. Underdog Businesses Are More Likely to Post Fake Yelp Reviews              08/30/2013
    Harvard Business Review Blog Network

18. How Good Groupon Leads to Bad Yelp                                         03/11/2013
    The Freaknomics Blog

19. For Some Businesses, Daily Deals Have A Dark Side                          07/06/2012
    NPR Morning Edition

20. Using Groupon Deals? Your Yelp Rating May Suffer                          04/11/2012
    The Huffington Post

21. Help for Yelp                                                              11/09/2011
    BU Today

22. Groupon IPO: An Internet star falls to Earth                              10/23/2011
    Christian Science Monitor

23. Is Groupon Bad For Business?                                              10/18/2011
    WBUR

24. Groupon: Bad for Business?                                               10/05/2011
    BU Today

25. Groupon's Morning After Problem                                          10/04/2011
    Time Magazine

26. Coupon Sites Are a Great Deal, but Not Always to Merchants               10/02/2011
    The New York Times

27. Groupon Deals May Hurt Your Yelp Ratings                                 09/12/2011
    The Atlantic

28. Study: Daily Deals Hurt Businesses' Reputations                          07/06/2011
    The Wall Street Journal, "In Charge" blog

29. Groupon's Hidden Influence on Reputation                                 09/12/2011
    The MIT Technology Review

# APPENDIX B

# PRIOR TESTIMONY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# PRIOR TESTIMONY

**Calhoun et al. v. Google, LLC,** *U.S. District Court for the Northern District of California – San Jose Division***, Case No. 5:20-cv-05146-YGR-SVK**

> Retained by Counsel for Google LLC (Defendant).
> Deposition Testimony (January 2022).

**Brown et al. v. Google, LLC,** *U.S. District Court for the Northern District of California – Oakland Division***, Case No. 4:20-cv-03664-YGR**

> Retained by Counsel for Google LLC (Defendant).
> Deposition Testimony (August 2022).

**Frasco et al. v. Flo Health, Inc., Google, LLC, Meta Platforms, Inc., Appsflyer, Inc., and Flurry, Inc.,** *U.S. District Court for the Northern District of California***, Case No. 3:21-cv-00757-JD**

> Retained by Counsel for Meta Platforms, Inc. (Defendant).
> Deposition Testimony (July 2023).

**Maximilian Klein et al. v. Meta Platforms, Inc.,** *U.S. District Court for the Northern District of California San Francisco Division***, Case No. 3:20-cv-08570-JD**

> Retained by Counsel for Meta Platforms, Inc. (Defendant).
> Deposition Testimony (March 2024).

**The State of Texas v. Google, LLC,** *U.S. District Court of Victoria County, Texas***, Case No. 22-01-88230-D**

> Retained by Counsel for Google LLC (Defendant).
> Deposition Testimony (May 2024).

**Frasco et al. v. Flo Health, Inc., Google, LLC, Meta Platforms, Inc., and Flurry, Inc.,** *U.S. District Court for the Northern District of California***, Case No. 3:21-cv-00757-JD**

> Retained by Counsel for Meta Platforms, Inc., Flurry, Inc., and Flo Health, Inc. (Defendant).
> Deposition Testimony (August 2024).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Rene Cabrera and RM Cabrera Company, Inc. et al. v. Google LLC,** *U.S. District Court for the Northern District of California, San Jose Division*, **Case No. 5:11-cv-1263-EJD**

> Retained by Counsel for Google, LLC, (Defendant).
> Deposition Testimony (December 2024).

**iSpot.tv, Inc. v. Nadezhda Teyfukova et al.,** *U.S. District Court, Central District of California*, **Case No. 2:21-CV-06815-MEMF-MAR**

> Retained by Counsel for iSpot.tv, Inc. (Plaintiff).
> Deposition Testimony (January 2025).

**GOLO, LLC. v. Amazon.com, Inc., and Amazon.com Services LLC,** *U.S. District Court for the District of Delaware*, **Case No. 1:23-cv-01200-MN**

> Retained by Counsel for Amazon.com, Inc., and Amazon.com Services LLC. (Defendant).
> Deposition Testimony (August 2025).

**APPENDIX C**

**MATERIALS RELIED UPON**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# APPENDIX C
# MATERIALS RELIED UPON

**Logs**

Produced Source Code.

**Legal Documents**

*In re Meta Pixel Tax Filing Cases*, Expert Report of Colin B. Weir, Case No. 5:22-cv-07557-PCP, August 18, 2025.

*In re Meta Pixel Tax Filing Cases*, Expert Report of Robert Zeidman, Case No. 5:22-cv-07557-PCP, August 18, 2025.

*In re Meta Pixel Tax Filing Cases*, Notice of Motion and Motion for Class Certification, Supporting Memorandum of Points and Authorities, Case No. 5:22-cv-07557-PCP, August 18, 2025.

*In re Meta Pixel Tax Filing Cases*, Transcript of Deposition of Amlesh Jayakumar, Case No. 5:22-cv-07557-PCP, July 14, 2025.

*In re Meta Pixel Tax Filing Cases*, Transcript of Deposition of Chris Papadimitriou, Case No. 5:22-cv-07557-PCP, June 6, 2025.

*In re Meta Pixel Tax Filing Cases*, Transcript of Deposition of Jane Doe, Case No. 5:22-cv-07557-PCP, June 24, 2025.

*In re Meta Pixel Tax Filing Cases*, Transcript of Deposition of Robert Zeidman, Case No. 5:22-cv-07557-PCP, October 3, 2025.

*In re Meta Pixel Tax Filing Cases*, Transcript of Deposition of Tiffany Elizabeth Bryant, Case No. 3:22-cv-07557-PCP, July 21, 2025.

**Internal Documents**

H&R Block, HRB_PIXEL_CP218_000000001–000000005.

H&R Block, HRB_PIXEL_CP257_000000001_CONFIDENTIAL TREATMENT REQUESTED BY META PLATFORMS.

H&R Block, HRB_PIXEL_CP257_000000002-000000006.

Meta, "[Launch] Core Setup Rollout for Health & Finance," PIXEL_TAX000052702–704.

Meta, "Detection Infra," June 21, 2023, PIXEL_TAX000057424–426.

Meta, "Facebook Business Tools Security Guide," October 2019, PIXEL_TAX000051247.

Meta, "If You Have a Facebook Account," as of April 7, 2023, PIXEL_TAX000052250.

Meta, "Off-Facebook Activity: Control Your Information," as of March 4, 2023, PIXEL_TAX000052115–123.

Meta, "Online Behavior Advertising ("OBA")," PIXEL_TAX000058883–893.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Meta, "Restriction on Data Usage for Online Behavioral Advertising," PIXEL_TAX000058869–870.

Meta, "Safeguard Supporting Documentation," PIXEL_TAX000058628–649.

Meta, PIXEL_TAX000023351–PIXEL_TAX000023400.

Meta, PIXEL_TAX000036169–PIXEL_TAX000036268.

Meta, PIXEL_TAX000058843.

Meta, PIXEL_TAX000058844.

Meta, PIXEL_TAX000058898–905.

TaxAct, TaxAct_00053–TaxAct_00845.

## Academic Literature

Armona, Luis, Greg Lewis, and Georgios Zervas, "Learning Product Characteristics and Consumer Preferences from Search Data," *Marketing Science*, Vol. 44, No. 4, December 10, 2024.

Budak, Ceren, Shard Goel, Justin Rao and Georgios Zervas, "Understanding Emerging Threats to Online Advertising," EC '16: *Proceedings of the 2016 ACM Conference on Economics and Computation*, July 21, 2016.

Dutta, Nitul, Nilesh Jadav and Sudeep Tanwar, *Cyber Security: Issues and Current Trends,* Studies in Computational Intelligence, Princeton, NJ: Springer, 2022.

Habib, Hana, Megan Li, Ellie Young, and Lorrie Cranor, "'Okay, Whatever': An Evaluation of Cookie Consent Interfaces," *CHI Conference on Human Factors in Computing Systems (CHI '22),* April 29, 2022.

Huntington, Paul, David Nicholas, and Hamid R. Jamali, "Website Usage Metrics: A Reassessment of Session Data," *Information Processing & Management*, Vol. 44, Issue 1, January 2008.

Meiss, Mark, John Duncan, Bruno Gonçalves, José J. Ramasco, and Filippo Menczer, "What's in a Session: Tracking Individual Behavior on the Web", *HT '09: Proceedings of the 20th ACM Conference on Hypertext and Hypermedia*, June 29, 2009.

Nur, Abdullah Yasir, "Accuracy and Coverage Analysis of IP Geolocation Databases," *International Balkan Conference on Communications and Networking (BalkanCom),* 2023.

## Public Documents

AdBlock Help Center, "Pausing and Unpausing AdBlock Using a Keyboard Shortcut or Context Menu Command," https://helpcenter.getadblock.com/hc/en-us/articles/9738549326995-Pausing-and-unpausing-AdBlock-using-a-keyboard-shortcut-or-context-menu-command, accessed October 16, 2025.

AdBlock Plus Help Center, "Add a Website to the Allowlist," https://help.adblockplus.org/hc/en-us/articles/1500002589982-Add-a-website-to-the-allowlist, accessed October 16, 2025.

AdBlock Plus, "About Adblock Plus," https://adblockplus.org/en/about, accessed October 16, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Adblock Plus, "ABP Filters (Compliance)," October 20, 2025, https://easylist-downloads.adblockplus.org/v3/full/abp-filters-anti-cv.txt, accessed October 26, 2025.

Adblock Plus, "ABP Filters," October 6, 2025, https://easylist-downloads.adblockplus.org/abp-filters-anti-cv.txt, accessed October 6, 2025.

Adblock Plus, "Getting Started with AdBlock Plus," https://adblockplus.org/getting_started, accessed October 16, 2025.

AdBlock Plus, "Meet Adblock Plus: The Original Ad Blocker," November 29, 2023, https://blog.adblockplus.org/blog/meet-adblock-plus-the-original-ad-blocker, accessed September 25, 2025.

AdBlock, "Why Doesn't AdBlock Work as Well on Mobile Devices?," https://helpcenter.getadblock.com/hc/en-us/articles/9738536045075-Why-doesn-t-AdBlock-work-as-well-on-mobile-devices, accessed October 16, 2025.

Adjust, "What Is App Tracking Transparency (ATT)?," https://www.adjust.com/glossary/app-tracking-transparency/, accessed October 25, 2025.

Adjust, "What Is Limit Ad Tracking (LAT)?," https://www.adjust.com/glossary/limit-ad-tracking/, accessed October 26, 2025.

Adobe Experience League, "Meta Pixel Extension Overview," https://experienceleague.adobe.com/en/docs/experience-platform/tags/extensions/client/meta/overview, accessed October 26, 2025.

Adobe Experience League, "Rules," https://experienceleague.adobe.com/en/docs/experience-platform/tags/ui/rules, accessed October 26, 2025.

Adobe for Business, "Tag Management," https://business.adobe.com/products/analytics/tag-management.html, accessed September 22, 2025.

Adobe for Business, "Unified Customer Analytics across Data, Content and Journeys," https://business.adobe.com/products/analytics/adobe-analytics.html, accessed September 14, 2025.

Altynai Alamanova, "How to Use Facebook Ads for Beginners," *Sociality.io Blog*, September 16, 2019, https://sociality.io/blog/how-to-use-facebook-ads/, accessed September 15, 2025.

Apple, "Privacy," https://www.apple.com/privacy/features/, accessed on October 20, 2025.

Apptrian LLC, "Meta Pixel and Conversions API," https://commercemarketplace.adobe.com/apptrian-meta-pixel-and-conversions-api.html, accessed September 16, 2025.

Backlinko, "Ad Blocker Usage and Demographic Statistics in 2024," September 2, 2024, https://backlinko.com/ad-blockers-users#adblock-by-country, accessed October 20, 2025.

Basques, Kayce, , "Run JavaScript in the Console," *Chrome for Developers*, https://developer.chrome.com/docs/devtools/console/javascript, accessed October 27, 2025.

Basques, Kayce, "Console Overview," *Chrome for Developers*, https://developer.chrome.com/docs/devtools/console, accessed October 26, 2025.

Bodnar, Danielle, "Public vs. Private IP Address: Understanding the Differences," *Norton*, April 24, 2025, https://us.norton.com/blog/privacy/public-vs-private-ip-address, accessed October 20, 2025.

Bodnar, Danielle, "What Is Private Browsing?," *Norton*, June 28, 2024, https://us.norton.com/blog/privacy/what-is-private-browsing, accessed September 22, 2025.

Buxton, Oliver, "What Does a VPN Hide? 6 Common Identifiers VPNs Disguise," *Norton*, February 21, 2025, https://us.norton.com/blog/privacy/what-does-a-vpn-hide, accessed September 22, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Cisco, "Maintain Networks with Dynamic IP Addresses," September 3, 2025, https://www.cisco.com/c/en/us/support/docs/security/umbrella/224730-maintain-networks-with-dynamic-ip.html, accessed September 16, 2025.

Cookiebot, "What Is Cookie Consent? Requirements and Tools to Comply with Global Data Privacy Law," May 8, 2024, https://www.cookiebot.com/en/cookie-consent/, accessed September 16, 2025.

Corrons, Luis, "What Is a VPN and What Does It Do?," *Norton*, April 9, 2024, https://us.norton.com/blog/privacy/what-is-a-vpn, accessed October 9, 2025.

Day, Brett, "What a VPN Hides (And What It Doesn't)," *Forbes*, September 26, 2025, https://www.forbes.com/advisor/business/software/what-does-vpn-hide/, accessed October 20, 2025.

Donnini, Fernanda, "How Accurate Is IP Address Location? Geolocation Information & More ," *IPinfo*, https://ipinfo.io/blog/ip-address-location-accuracy, accessed October 20, 2025.

EasyList, "EasyPrivacy", September 16, 2025, https://easylist.to/easylist/easyprivacy.txt, accessed September 16, 2025.

Eldridge, Thomas, "What Is a Weather API?," *Meteomatics*, November 13, 2023, https://www.meteomatics.com/en/weather-api/what-is-a-weather-api/, accessed September 15, 2025.

Erickson, Jeffrey, "What Is JSON," *Oracle*, April 4, 2024, https://www.oracle.com/database/what-is-json/, accessed October 25, 2025.

Facebook for Developers, "Pixel Code Reference," *Wayback Machine*, as of April 21, 2017, https://web.archive.org/web/20170421084502/https:/developers.facebook.com/docs/facebook-pixel/api-reference, accessed October 20, 2025.

Federal Trade Commission, "Online Behavioral Advertising Moving the Discussion Forward to Possible Self-Regulatory Principle," December 2007.

Firefox, "Mozilla Firebird 0.6 - Release Notes," December 6, 2013, https://website-archive.mozilla.org/www.mozilla.org/firefox_releasenotes/en-us/firefox/releases/0.6, accessed September 30, 2025.

Firefox, "Mozilla Firebird 0.7 - Release Notes," December 6, 2013, https://website-archive.mozilla.org/www.mozilla.org/firefox_releasenotes/en-us/firefox/releases/0.7, accessed October 20, 2025.

Fortinet, "Static vs Dynamic IP Address," https://www.fortinet.com/resources/cyberglossary/static-vs-dynamic-ip, accessed October 14, 2025.

Gilbertson, Scott, "Google Chrome Beta Adds Privacy and Content Controls," *Wired*, March 2, 2010, https://www.wired.com/2010/03/google-chrome-beta-adds-privacy-and-content-controls/, accessed September 30, 2025.

Git, "Reference - Git-Bundle," https://git-scm.com/docs/git-bundle, accessed October 27, 2025.

Git, "Reference – Git-Log," https://git-scm.com/docs/git-log, accessed October 27, 2025.

GitHub, "DuckDuckGo's Tracker Blocklists," https://github.com/duckduckgo/tracker-blocklists, accessed September 16, 2025.

GitHub, "uBlock Origin Works Best on Firefox," September 26, 2024, https://github.com/gorhill/uBlock/wiki/uBlock-Origin-works-best-on-Firefox, accessed October 16, 2025.

GitLab, "abp-filters-anti-cv," August 3, 2018, https://gitlab.com/eyeo/anti-cv/abp-filters-anti-cv, accessed October 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Globalwebindex, "Ad-Blocking: A deep-dive into ad-blocking trends," 2018.

Globyte, Ema, NordVPN, "NordVPN Survey Shows: A Third of Americans Use a VPN," June 28, 2023, https://nordvpn.com/blog/nordvpn-usage-survey-us/#header-end, accessed September 15, 2025.

Goodwin, Michael, "What Is an API (Application Programming Interface)?," *IBM*, April 9, 2024, https://www.ibm.com/think/topics/api, accessed September 15, 2025.

Google Analytics Help, "About the Google Tag," https://support.google.com/analytics/answer/11994839, accessed October 23, 2025.

Google Analytics Help, "Configure Your Google Tag Settings," https://support.google.com/analytics/answer/12131703, accessed October 23, 2025.

Google Analytics Help, "How Google Analytics Works," https://support.google.com/analytics/answer/12159447, accessed September 14, 2025.

Google Chrome Help, "Delete, Allow and Manage Cookies in Chrome," https://support.google.com/chrome/answer/95647, accessed September 22, 2025.

Google Chrome Help, "How Chrome Incognito Keeps Your Browsing Private," https://support.google.com/chrome/answer/9845881, accessed September 22, 2025.

Google Marketing Platform, "The Finer Points," https://marketingplatform.google.com/about/analytics/features, accessed October 20, 2025.

Google Privacy Sandbox, "What Are Third-Party Cookies?," https://privacysandbox.google.com/cookies/basics/third-party-cookies, accessed September 15, 2025.

Google Tag Manager Help, "Container," https://support.google.com/tagmanager/answer/12811176, accessed October 20, 2025.

Google Tag Manager Help, "Introduction to Tag Manager," https://support.google.com/tagmanager/answer/6102821, accessed September 22, 2025.

Google Tag Manager Help, "Set Up and Manage Consent - Obtain User Consent," https://support.google.com/tagmanager/answer/14009343, accessed October 25, 2025.

Google Tag Platform, "About Google Tag Manager," https://developers.google.com/tag-platform/tag-manager, accessed October 14, 2025.

Google Tag Platform, "Introduction to Tagging and the Google Tag," https://developers.google.com/tag-platform/devguides, accessed October 25, 2025.

H&R Block, "Cookie Preference Center," https://www.hrblock.com/, accessed October 22, 2025.

H&R Block, "File Taxes Online and In-Person," https://www.hrblock.com/, accessed October 22, 2025.

H&R Block, "File Taxes Online and In-Person," *Wayback Machine*, as of December 18, 2020, https://web.archive.org/web/20201218213329/https://www.hrblock.com/, accessed October 21, 2025.

H&R Block, "File Taxes Online and In-Person," *Wayback Machine*, as of December 22, 2020, https://web.archive.org/web/20201222025942/https://www.hrblock.com/, accessed October 21, 2025.

H&R Block, "File Taxes Online and In-Person," *Wayback Machine*, as of December 23, 2020, https://web.archive.org/web/20201223014406/https://www.hrblock.com/, accessed October 21, 2025.

Higgins, Malcolm, "What Is a Tracking Pixel, and How Does It Work?," *NordVPN*, September 27, 2023, https://nordvpn.com/blog/what-is-a-tracking-pixel/, accessed October 25, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Hodge, Rae, "No, Apple's Private Relay Is Not a VPN, but You Can Still Try It Out with iOS 15," *CNET*, February 10, 2022, https://www.cnet.com/tech/services-and-software/no-apples-private-relay-is-not-a-vpn-but-you-can-still-try-it-out-with-ios-15/.

Hoory, Leeron, "What Is a Proxy Server?," *Forbes*, September 10, 2025, https://www.forbes.com/advisor/business/what-is-a-proxy-server/, accessed October 20, 2025.

Imperva, "2024 Bad Bot Report," 2024.

Imperva, "2024 Bad Bot Report," https://www.imperva.com/resources/resource-library/reports/2024-bad-bot-report/, accessed October 9, 2025.

Ionos, "TCP (Transmission Control Protocol) – The Transmission Protocol Explained," March 2, 2020, https://www.ionos.com/digitalguide/server/know-how/introduction-to-tcp/, accessed October 20, 2025.

IPVanish, "What Is a VPN?," https://www.ipvanish.com/what-is-a-vpn/, accessed October 12, 2025.

Karlovitch, Sara, "Privacy Tools Fall Short: Here's What the Numbers Say," *Marketing Dive*, April 5, 2024, https://www.marketingdive.com/news/privacy-landscape-increasingly-complex-pixels-what-numbers-say/712387/, April 5, 2024, accessed October 25, 2025.

LinkedIn Help, "LinkedIn Insight Tag FAQs," https://www.linkedin.com/help/linkedin/answer/a427660, accessed September 16, 2025.

LinkedIn Help, "Manage Your LinkedIn Insight Tag in Campaign Manager," https://www.linkedin.com/help/lms/answer/a415868, accessed October 25, 2025.

MacFarlane, Rebecca, "Meta Pixel (Formerly Facebook Pixel): The Ultimate Guide for Marketers," *Sociality.io Blog*, July 4, 2023, https://sociality.io/blog/facebook-pixel/, accessed September 15, 2025.

Mazor, Orit, "Windows Beta Update: Translate and Content Controls," *Chrome*, March 1, 2010, https://chromereleases.googleblog.com/2010/03/windows-beta-update-translate-and.html, accessed October 20, 2025.

Merewood, Rowan, "Understanding Cookies," *web.dev*, October 30, 2019, https://web.dev/articles/understanding-cookies, accessed October 25, 2025.

Meta Business Help Center, "About Automatic Events," https://www.facebook.com/business/help/1292598407460746, accessed July 31, 2025.

Meta Business Help Center, "About Conversions API," https://www.facebook.com/business/help/2041148702652965, accessed July 29, 2025.

Meta Business Help Center, "About Core Setup," https://www.facebook.com/business/help/124742407297678, accessed October 16, 2025.

Meta Business Help Center, "About Meta Pixel," https://www.facebook.com/business/help/742478679120153, accessed July 29, 2025.

Meta Business Help Center, "About Standard and Custom Website Events," https://www.facebook.com/business/help/964258670337005, accessed October 7, 2025.

Meta Business Help Center, "Add the Meta Pixel with Google Tag Manager," https://www.facebook.com/business/help/1021909254506499/, accessed September 22, 2025.

Meta Business Help Center, "How to Turn Data Restrictions On and Off in Meta Events Manager," https://www.facebook.com/business/help/423150200627651, accessed October 16, 2025.

Meta Business Help Center, "Set the Value and Currency of Your Meta Pixel Standard Events," https://www.facebook.com/business/help/392174274295227, accessed October 20, 2025.

Meta Business Help Center, "Set Up and Install the Meta Pixel," https://www.facebook.com/business/help/952192354843755, accessed October 26, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Meta Business Help Center, "Set Up Automatic Events in Meta Events Manager," https://www.facebook.com/business/help/555177831677798, accessed July 31, 2025.

Meta Business Help Center, "Specifications for Meta Pixel Standard Events," https://www.facebook.com/business/help/402791146561655, accessed September 22, 2025.

Meta Help Center, "Manage Your Future Activity Off Meta Technologies," https://www.facebook.com/help/1224342157705160/, accessed October 25, 2025.

Meta, "About Event Parameters," https://www.facebook.com/business/help/308258403676519, accessed October 22, 2025.

Meta, "Adjust How Ads on Facebook Are Shown to You Based on Your Activity Information from Ad Partners," https://www.facebook.com/help/568137493302217, accessed October 24, 2025.

Meta, "Advanced," https://developers.facebook.com/docs/meta-pixel/advanced/, accessed September 29, 2025.

Meta, "Advertising, Recommendations, Insights and Measurement," https://www.facebook.com/privacy/policies/cookies/?subpage=subpage-1.3, accessed September 15, 2025.

Meta, "ClickID and the fbp and fbc Parameters," https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/fbp-and-fbc/, accessed September 15, 2025.

Meta, "Conversion Tracking," https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/, accessed October 26, 2025.

Meta, "Conversions API End-to-End Implementation," https://developers.facebook.com/docs/marketing-api/conversions-api/guides/end-to-end-implementation, accessed October 25, 2025.

Meta, "Conversions API," https://www.facebook.com/business/tools/conversions-api, accessed September 22, 2025.

Meta, "Facebook Pixel Events," https://www.facebook.com/business/m/one-sheeters/facebook-pixel-events, accessed October 25, 2025.

Meta, "General Data Protection Regulation," https://developers.facebook.com/docs/meta-pixel/implementation/gdpr/, accessed October 25, 2025.

Meta, "Get Started," https://developers.facebook.com/docs/marketing-api/conversions-api/get-started/, accessed October 26, 2025.

Meta, "Get Started," https://developers.facebook.com/docs/meta-pixel/get-started/, accessed October 25, 2025.

Meta, "Meta Business Tools Terms," August 23, 2025, https://www.facebook.com/legal/technology_terms, accessed October 25, 2025.

Meta, "Meta Commercial Terms ('Commercial Terms')," March 6, 2024, https://www.facebook.com/legal/commercial_terms, accessed October 25, 2025.

Meta, "Meta Cookies Policy," https://www.facebook.com/privacy/policies/cookies?annotations[0]=explanation%2F1_common_cookies_and_uses, accessed October 25, 2025.

Meta, "Meta Pixel," https://developers.facebook.com/docs/meta-pixel/, accessed October 25, 2025.

Meta, "Parameters," https://developers.facebook.com/docs/marketing-api/conversions-api/parameters, accessed on October 25, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Meta, "Payload Helper," https://developers.facebook.com/docs/marketing-api/conversions-api/payload-helper, accessed October 26, 2025.

Meta, "Reference," https://developers.facebook.com/docs/meta-pixel/reference/, accessed October 23, 2025.

Meta, "Security, Site and Product Integrity," https://www.facebook.com/privacy/policies/cookies/version/cookie_policy_2022/?subpage=subpage-1.2, accessed September 15, 2025.

Meta, "Standard Parameters," https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/custom-data, accessed October 26, 2025.

Meta, "Using the API," https://developers.facebook.com/docs/marketing-api/conversions-api/using-the-api/, accessed October 20, 2025.

Meta, "Your Activity Off Meta Technologies," https://www.facebook.com/off_facebook_activity/, accessed October 25, 2025.

Microsoft Azure, "What Is a VPN?," https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-vpn, accessed October 20, 2025.

Microsoft, "What Are Internet Cookies?," April 25, 2023, https://www.microsoft.com/en-us/edge/learning-center/what-are-cookies, accessed September 15, 2025.

Mixpanel, "Mixpanel Marketing Analytics: From Clicks to Conversions to Revenue," https://mixpanel.com/m/mixpanel-marketing-analytics, accessed September 18, 2025.

ModHeader, "ModHeader," https://modheader.com/, accessed October 26, 2025.

Mozilla Developer Network, "<button>: The Button element," https://developer.mozilla.org/en-US/docs/Web/HTML/Reference/Elements/button, accessed October 27, 2025.

Mozilla Developer Network, "Cookie Header," https://developer.mozilla.org/en-US/docs/Web/HTTP/Reference/Headers/Cookie, accessed September 22, 2025.

Mozilla Developer Network, "Element: Children Property," https://developer.mozilla.org/en-US/docs/Web/API/Element/children, accessed October 27, 2025.

Mozilla Developer Network, "HTTP Client Hints," https://developer.mozilla.org/en-US/docs/Web/HTTP/Guides/Client_hints, accessed on October 20, 2025.

Mozilla Developer Network, "HTTP Headers," https://developer.mozilla.org/en-US/docs/Web/HTTP/Reference/Headers, accessed October 27, 2025.

Mozilla Developer Network, "Using HTTP Cookies," https://developer.mozilla.org/en-US/docs/Web/HTTP/Guides/Cookies, accessed September 23, 2025.

Mozilla Services, "Shavar-prod-lists," https://github.com/mozilla-services/shavar-prod-lists, accessed September 16, 2025.

Mozilla Support, "Enhanced Tracking Protection in Firefox for Desktop," https://support.mozilla.org/en-US/kb/enhanced-tracking-protection-firefox-desktop, accessed September 16, 2025.

Mozilla Support, "Facebook Container - Prevent Facebook from Tracking You on Other Websites," June 24, 2025, https://support.mozilla.org/en-US/kb/facebook-container-prevent-facebook-tracking, accessed September 15, 2025.

National Weather Service, "API Web Service," https://www.weather.gov/documentation/services-web-api, accessed September 15, 2025.

Nield, David, "How to Lock Down What Websites Can Access on Your Computer," *Wired*, November 4, 2018, https://www.wired.com/story/how-to-lock-down-websites-permissions-access-webcam/, accessed October 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

NordVPN Support Center, "Dedicated NordVPN IP Addresses," https://support.nordvpn.com/hc/en-us/articles/19507808024209-Dedicated-NordVPN-IP-addresses, accessed October 20, 2025.

NordVPN, "Dedicated IP," https://nordvpn.com/features/dedicated-ip/, accessed October 25, 2025

OneTrust, "Consent & Preferences," https://www.onetrust.com/solutions/consent-and-preferences/, accessed October 20, 2025.

OneTrust, "Using Meta Pixel with Cookie Consent," July 25, 2025, https://my.onetrust.com/s/article/UUID-dddb471b-4ba0-9710-db93-942700a51cef?language=en_US, accessed October 8, 2025.

OpenVPN, "A Better Alternative to IP Whitelisting," December 18, 2024, https://blog.openvpn.net/ip-whitelisting, accessed October 20, 2025.

PageFair and Adobe, "The Cost of Ad Blocking - PageFair and Adobe 2015 Ad Blocking Report," 2015.

Patel, Mayur, Renfro, Scott, and Strahs, Benjamin, , "Redesigning Our Systems to Provide More Control over Off-Facebook Activity," *Engineering at Meta*, August 20, 2019, https://engineering.fb.com/2019/08/20/core-infra/off-facebook-activity/, accessed September 17, 2025.

Polson, Billy, "Can I Run Facebook Ads Without a Pixel?," *AIDA*, January 1, 2025, https://aiad.com.au/blog/can-i-run-facebook-ads-without-a-pixel/, accessed October 14, 2025.

Quiroz-Vázquez, Camilo, "What Is Software Development?," *IBM*, https://www.ibm.com/think/topics/software-development, accessed October 25, 2025.

SEO Digital Group, "Facebook Pixel: What It Is and Why You Need It," https://seodigitalgroup.com/facebook-pixel/, accessed September 15, 2025.

*Surfshark*, "Hide My IP: Stay Private Online with Surfshark VPN," https://surfshark.com/features/hide-ip, accessed October 27, 2025.

Syrenis, "Understanding Cookie Consent Expirations," April 22, 2024, https://syrenis.com/resources/blog/understanding-cookie-consent-expirations/, accessed September 16, 2025.

TaxAct, "Do Not Sell or Share My Personal Information," *Wayback Machine*, as of January 30, 2023, https://web.archive.org/web/20230130123112/https://www.taxact.com/do-not-sell-or-share, accessed October 8, 2025.

TaxAct, "Do Not Sell or Share My Personal Information," *Wayback Machine*, as of March 7, 2023, https://web.archive.org/web/20230307035713/https://www.taxact.com/do-not-sell-or-share, accessed October 8, 2025.

TaxAct, "Opt Out of Sales, Sharing and Targeted Advertising / Cookie Preferences," https://www.taxact.com/do-not-sell-or-share, accessed October 25, 2025.

TaxAct, "Opt Out of Sales, Sharing and Targeted Advertising," https://www.taxact.com/do-not-sell-or-share, accessed October 20, 2025.

TaxAct, "Protect Your Personal Data," *Wayback Machine*, as of December 19, 2022, https://web.archive.org/web/20221219224837/https://www.taxact.com/do-not-sell-or-share, accessed October 8, 2025.

TOP10VPN and globalwebindex, "Global VPN Usage Report 2020," 2020.

uBlock Help Center, "Disable uBlock," https://support.ublock.org/hc/en-us/articles/37100838523667-Disable-uBlock, accessed October 16, 2025.

uBlock Origin, "uBlock Origin - Free, Open-Source Ad Content Blocker," https://ublockorigin.com/, accessed October 16, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

University of Cambridge, "NAT Service," August 7, 2025, https://help.uis.cam.ac.uk/service/network-services/datanetwork/nat, accessed September 16, 2025.

W3School, "HTML <button> Tag," https://www.w3schools.com/tags/tag_button.asp, accessed October 27, 2025.

W3Schools, "JavaScript Cookies," https://www.w3schools.com/js/js_cookies.asp, accessed October 23, 2025.

WhatIsMyBrowser, "Trident User Agent," https://explore.whatismybrowser.com/useragents/explore/layout_engine_name/trident/, accessed September 30, 2025.

Wilander, John, Charlie Wolfe, Matthew Finkel, Wenson Hsieh, and Keith Holleman, "Private Browsing 2.0," *WebKit*, July 16, 2024, https://webkit.org/blog/15697/private-browsing-2-0/, accessed September 16, 2025.

Zey, Tyler, "How to Run Cookie Banners Only in Certain States (and Hide Them Everywhere Else)," *Ours Privacy*, September 5, 2025, https://oursprivacy.com/guides/auto-show-cookie-banner-on-region, accessed October 23, 2025.

**APPENDIX D**

**TECHNICAL APPENDIX**

*Highly Confidential – Attorneys' Eyes Only*

## Appendix D

## Technical Appendix

1.      In this technical appendix I provide details of the testing conducted to investigate how controls available to users may affect the functionalities of the Meta Pixel. I also include details of my review of Meta's produced source code.

  a. **Appendix D, Section I** describes the testing protocol I used for the site testing conducted in my report.

  b. **Appendix D, Section II** describes the procedure implemented for non-site testing (*i.e.*, CAPI) and other demonstrations included in my rebuttal report, specifically: (1) the use of a VPN, and (2) the collection of consent banners on historical versions of the at-issue websites.

  c. **Appendix D, Section III** describes the method I used to analyze Meta's produced source code.

## I.      TESTING OF META PIXEL TRANSMISSIONS UNDER DIFFERENT USER CONTROLS

2.      I conducted experiments on a Windows virtual machine (running Windows Server 2019 Datacenter Version 1809) and a MacBook Pro (running macOS Sonoma 14.5), both with IP addresses associated with California. In addition, I used Google Chrome (version 141), Firefox (version 143), and Safari (version 17.5) with the protocols described below.

*Highly Confidential – Attorneys' Eyes Only*

3. Website visits performed to obtain some of the figures included in my rebuttal report were conducted separately from the completion of the site-testing process detailed below.[1] The information shown in these figures is consistent with the results documented via the site testing described below, for which I provide corresponding video recordings and HTTP Archive ("HAR") files in my produced backup.[2]

## A. Tests

4. For all testing described in this section, I captured data transmissions when visiting *https://hrblock.com* or *https://taxact.com*.[3] To illustrate how user actions, browser settings, and extensions impact transmissions to Meta, I recorded data transmissions under different configurations. I tested the following:

    a. **Default:** A test to observe the functionality of the Meta Pixel in Chrome when no specific user action is taken and no non-default settings or extensions are implemented.

    b. **User Actions:** These tests observe the functionality of the Meta Pixel when specific user actions are taken. These actions include:

        i. not refreshing the *hrblock.com* site,

        ii. not logging in to Facebook,

        iii. visiting the Facebook site without logging in,

---

[1]   *See* produced backup materials.

[2]   *See* produced backup materials.

[3]   For illustrative purposes, I do not always repeat the same tests on both sites.

*Highly Confidential – Attorneys' Eyes Only*

    iv.  rejecting the use of third-party tools per site consent banners or privacy settings,

    v.  visiting a specific subpage of the at-issue websites, and

    vi.  opting out of online behavioral advertising.

c.  **Browsers with Enhanced Default Privacy Configurations:** These tests observe the functionality of the Meta Pixel when the Firefox and Safari browsers are used in regular browsing sessions.

d.  **Cookie Blocking and Privacy-Enhanced Browsing Modes:** These tests observe the functionality of the Meta Pixel when users configure their browsers to operate by blocking third-party cookies or implementing privacy-enhanced browsing modes (i.e., Firefox's Strict Mode and Safari's Advanced Tracking and Fingerprinting Protection).[4]

e.  **Browser Extensions:** These tests observe the functionality of the Meta Pixel when users implement the following extensions:

    i.  Adblock Plus

    ii.  ModHeader

**B.**    **Specific Considerations**

5.    Certain site-testing variations required specific adjustments to the testing procedure:

---

[4]   Browsers typically implement such features in private browsing sessions as well. For that reason, not all private browsing modes are included in tests.

*Highly Confidential – Attorneys' Eyes Only*

*1.        Default Site Visits to hrblock.com and taxact.com*

6.      For the website visit to *hrblock.com* and *taxact.com* using a default Chrome browsing configuration, in addition to downloading the HAR file associated with the site visit, I also downloaded: (1) the site source code that initializes the Meta Pixel, and (2) the code used to configure the specific Meta Pixel on the H&R Block site.[5]

*2.        Site Visits to hrblock.com and taxact.com With Specific User Actions*

7.      I perform a site visit to the H&R Block website, using a Chrome browser with default configurations, where I accept the use of cookies and third-party tools. However, I do not refresh the page.[6]

8.      I also perform various site visits to *hrblock.com* and *taxact.com* using a Chrome browser with default configurations where I visit subpages of the websites to show how URL values are being truncated due to Core Setup.[7]

*3.        Demonstration of Core Setup Blocking the Transmission of Custom
          Parameters*

9.      As discussed in my report, the *hrblock.com* and *taxact.com* sites are both placed in Core Setup, which prevents the transmission of custom parameters. In order to demonstrate this,

---

[5]    The code used to configure the Meta Pixel is the JavaScript file retrieved by the GET request to *https://connect.facebook.net/signals/config/*. *See* "windows_chrome_hrblock_default.har." in my produced backup materials.

[6]    *See* "windows_chrome_hrblock_noRefresh.har" in my produced backup materials.

[7]    *See* "windows_chrome_hrblock_subpage.har" and "windows_chrome_taxact_subpage.har" in my produced backup materials.

I use the Chrome browser's console. The console allows website visitors to run JavaScript code, which may, depending on the code ran, interact with or affect the website being visited.[8]

10.    I visit the *hrblock.com* website and, using the console, run the line of code "fbq('track', 'Lead', {testParam:'test'});".[9] This line of code directs the Meta Pixel equipped on the site to transmit the "Lead" event alongside the custom parameter "testParam" associated with the value "test."[10] I observe that, while the "Lead" event is transmitted as a result of this action, the custom parameter associated with it is not.

### 4.    *ModHeader*

11.    For the ModHeader test, I used the ModHeader extension in Chrome to modify outbound HTTP request headers, specifically those that convey device information.[11,12] I excluded the following headers by setting their values to blank:

---

[8]    Basques, Kayce, "Console Overview," *Chrome for Developers*, January 1, 2025, https://developer.chrome.com/docs/devtools/console, accessed October 26, 2025 ("You can run JavaScript in the Console to interact with the page that you're inspecting. For example, Figure 2 shows the Console next to the DevTools homepage, and Figure 3 shows that same page after using the Console to change the page's title […] Modifying the page from the Console is possible because the Console has full access to the page's window."); Basques, Kayce, "Run Java Script in the Console," *Chrome for Developers*, https://developer.chrome.com/docs/devtools/console/javascript, accessed October 27, 2025 ("When building or debugging a page, it's often useful to run statements in the Console in order to change how the page looks or runs [..] Sometimes, you just want a code playground where you can test some code, or try out new JavaScript features you're not familiar with. The Console is a perfect place for these kinds of experiments").

[9]    *See* "windows_chrome_hrblock_customEvent.har" in my produced backup materials.

[10]    This is the same snippet of code a developer would include in the site should they want to configure the Meta Pixel to transmit such an event. "Conversion Tracking," *Meta*, https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/, accessed October 25, 2025.

[11]    *See* "windows_chrome_hrblock_modHeader.har" in my produced backup materials.

[12]    ModHeader, a Chrome extension with over 800,000 users, allows users to modify the headers of outbound HTTP requests transmitted from their browser. Developers also use this tool to "speed up web development, save debugging time, and reduce production bugs." "ModHeader," *ModHeader*, https://modheader.com/, accessed October 26, 2025.

*Highly Confidential – Attorneys' Eyes Only*

    a.   User-Agent

    b.   Sec-Ch-Ua

    c.   Sec-Ch-Ua-Mobile

    d.   Sec-Ch-Ua-Platform

12.   As demonstrated in **Appendix D, Figure 2**, I used the ModHeader extension to set the "User-Agent" header to a blank value. To confirm, I visited *https://whatismybrowser.com/detect/what-is-my-user-agent* before and after applying the modification (*See* **Appendix D, Figure 1** and **Appendix D, Figure 3**). After clearing the "User-Agent" value, HTTP requests from my browser were still received by servers, but with the altered (blank) header value.

*Highly Confidential – Attorneys' Eyes Only*

**Figure 1: Visiting *whatismybrowser.com* Without Modifying the "User-Agent" Header**



**Figure 2: The ModHeader Extension for Chrome Allows Users to Drop the "User-Agent" Header[13]**



*Highly Confidential – Attorneys' Eyes Only*

**Figure 3: Visiting *whatismybrowser.com* After Modifying the "User-Agent" Header**



13.   The other listed headers, "Sec-Ch-Ua," "Sec-Ch-Ua-Mobile," and "Sec-Ch-Ua-Platform," deliver similar information as "User-Agent" and are referred to as user agent client hints.[14] In my testing, I modified all such headers, including "User-Agent," to contain blank values.[15]

**C.    Protocol**

14.   For each test, I collected data transmissions using the following protocols:

1.   Open the browser (either Chrome, Firefox, or Safari, as described above) in regular browsing mode.

2.   Clear all browsing data, including cookies, cache, and search history.

---

[14]   "HTTP Headers," *Mozilla Developer Network*, https://developer.mozilla.org/en-US/docs/Web/HTTP/Reference/Headers, accessed October 27, 2025 ("The UA client hints are request headers that provide information about the user agent, the platform/architecture it is running on, and user preferences set on the user agent or platform[.]").

[15]   *See* "windows_chrome_hrblock_modHeader.har" in my produced backup.

*Highly Confidential – Attorneys' Eyes Only*

3. Update browser settings as needed to match the type of experiment (e.g., blocking third-party cookies or turning on strict mode on Firefox).

4. Confirm that required extensions are either enabled or disabled as specified for the test (i.e., AdBlock Plus or ModHeader).

   a. When performing a private browsing mode test, close the default browsing window after this step and open a private browsing window.

5. Open a new tab and close any previous tab so that only one blank tab remains. If the experiment requires logging in to Facebook, navigate to *www.facebook.com* and log in.

6. Once logged in, open a new tab and close the previous one so that only a single new tab remains. Then open the Developer Tools network panel and start recording data transmissions. [16]

   a. Do not open the network panel yet if conducting the *taxact.com* consent test.

7. Copy and paste the URL of the testing webpage into the browser address bar. Accept all cookies unless the test specifies otherwise.

   a. For the *taxact.com* opt-out test, after visiting the site, visit *https://www.taxact.com/do-not-sell-or-share* and modify cookie settings to not transmit any optional cookies. Then exit the browser. Open the browser again, open Developer Tools and begin data collection, and re-navigate to *taxact.com*.

8. Wait for the page to load fully, then scroll to the bottom. Unless the test specifies otherwise, reload the page, and scroll down once more, either allowing the page to finish loading or waiting 15 seconds.

9. Pause recording of network transmissions and download the associated HAR file.

---

[16] This method excludes any automatic communications by the browsers that are not directly related with browsing activities associated with the visited website.

*Highly Confidential – Attorneys' Eyes Only*

## II.      NON-SITE TESTING

### A.      Conversions API

15.    In order to illustrate how developers can transmit CAPI events, I establish an endpoint on Meta's servers to receive CAPI transmissions originating from my server (in this case, my computing device). [17] After generating an endpoint, I use a script in the Python programming language to transmit the event "fakeEvent," with a listed event time of 6 days prior to the execution of the script. I also include hashed user data values of first name and country. [18] I observed that after transmission, the event was displayed in the Meta Events Manager with the associated "event_time" value transmitted. [19]

### B.      VPN

16.    To prepare figures for my rebuttal report that demonstrate the functionality of VPNs, I use NordVPN on a Windows virtual machine with a California-based IP address (see **Appendix D, Section I**). Using a fresh Chrome browser with cookies and history cleared, I visit

---

[17]    To set up CAPI manually developers must generate an access token, which can be done using Meta's Events Manager. Afterwards, developers can send events to the API endpoint at
*https://graph.facebook.com/{API_VERSION}/{PIXEL_ID}/events?access_token={TOKEN}*. Events transmitted using CAPI must contain certain required parameters. "Get Started," *Meta*,
https://developers.facebook.com/docs/marketing-api/conversions-api/get-started/, accessed October 26, 2025
("To use the Conversions API, you need to generate an access token, which is passed as a parameter in each API call. Inside Events Manager, follow these steps[.]"); "Using the API," *Meta*,
https://developers.facebook.com/docs/marketing-api/conversions-api/using-the-api/, accessed October 20, 2025
("To send new events, make a POST request to this API's /events edge from this
path: https://graph.facebook.com/{API_VERSION}/{PIXEL_ID}/events?access_token={TOKEN}. When you post to this edge, Facebook creates new server events."); "Payload Helper," *Meta*,
https://developers.facebook.com/docs/marketing-api/conversions-api/payload-helper, accessed October 26, 2025.

[18]    *See* "CAPI Testing" in my produced backup materials.

[19]    *See* my rebuttal report.

*Highly Confidential – Attorneys' Eyes Only*

*https://whatismyip.com* to demonstrate the location inferred from my device's IP address both before and after using NordVPN to access an IP address based in Europe.[20]

### C.    Consent-Banners on Historical Versions of At-Issue Websites

17.    I use the Wayback Machine from a device with a California-based IP address (see **Appendix D, Section I**) to access historical versions of the at-issue websites. In order to determine the earliest date on which a consent banner appears, I iterate through historical versions[21] until I find a date for which earlier versions do not contain a consent banner, yet the versions on that date and later dates do contain a consent banner.[22]

18.    My observations indicate that the H&R Block website initially presented consent banners to visitors with an IP address associated with California in December 2020, as shown in **Appendix D, Figure 4**.[23] Therefore, for approximately half of the proposed class period for the proposed H&R Block classes, data transmissions via the Meta Pixel for visitors with an IP address associated with California were either (a) blocked, if the user declined the use of targeted advertising technologies, or (b) data was transmitted to Meta's servers with the user's knowledge and consent.

---

[20]    *See* my rebuttal report.

[21]    The Wayback Machine does not contain a historical version of each site for each day in the past. Hence, I perform this process iterating through the historical versions made available, which may not belong to consecutive days.

[22]    In the case of *taxact.com*, I do not look for a consent banner on the site homepage, but rather for customization options on the *taxact.com/do-not-sell-or-share* page.

[23]    I observe that the page *hrblock.com* includes a consent banner as of and following December 22, 2020. I observe that previous dates stored by Wayback Machine, the earliest available being December 18, 2020, do not include this banner. *See* H&R Block, "File Taxes Online and In-Person," *Wayback Machine*, as of December 18, 2020, https://web.archive.org/web/20201218213329/https://www.hrblock.com/, accessed October 21, 2025; H&R Block, "File Taxes Online and In-Person," *Wayback Machine*, as of December 22, 2020, https://web.archive.org/web/20201222025942/https://www.hrblock.com/, accessed October 21, 2025; H&R Block, "File Taxes Online and In-Person," *Wayback Machine*, as of December 23, 2020, https://web.archive.org/web/20201223014406/https://www.hrblock.com/, accessed October 21, 2025.

*Highly Confidential – Attorneys' Eyes Only*

**Figure 44: Cookie Consent Banner on *h&rblock.com* in December 2020[24]**



19.    As discussed in my rebuttal report, *taxact.com* does not automatically display a consent banner when users visit the TaxAct website, however users can navigate to *taxact.com/do-not-sell-or-share* to opt out of "Targeting Cookies." According to my analysis of historical versions of *taxact.com* using Wayback Machine, this has been the case at least since January 2023 (see **Appendix D, Figure 5** below).[25]

---

[24]    H&R Block, "File Taxes Online and In-Person," *Wayback Machine*, as of December 22, 2020, https://web.archive.org/web/20201222025942/https://www.hrblock.com/, accessed October 21, 2025.

[25]    I observe, using Wayback Machine, that the page taxact.com/do-not-sell-or-share includes a choice for users to "Opt out of Sell or Share of My Cookies" as of and following January 30, 2023. I observe that previous dates stored by Wayback Machine, the latest available being December 19, 2022, do not include this choice, but rather solely a choice to enter personal information to prevent the sale of data. I access Wayback Machine from a California-based IP address. *See* TaxAct, "Do Not Sell or Share My Personal Information," *Wayback Machine*, as of January 30, 2023, https://web.archive.org/web/20230130123112/https://www.taxact.com/do-not-sell-or-share, accessed October 8, 2025;  TaxAct, "Do Not Sell or Share My Personal Information," *Wayback Machine*, as of March 7, 2023, https://web.archive.org/web/20230307035713/https://www.taxact.com/do-not-sell-or-share, accessed October 8, 2025; TaxAct, "Protect Your Personal Data," *Wayback Machine*, as of December 19, 2022, https://web.archive.org/web/20221219224837/https://www.taxact.com/do-not-sell-or-share, accessed October 8, 2025.

*Highly Confidential – Attorneys' Eyes Only*

**Figure 55: Cookie Preferences Menu Available to *taxact.com* Users with California-based IP Addresses in January 2023[26]**



## III.    ANALYSIS OF META'S PRODUCED SOURCE CODE

20.    I was granted access to Meta's produced source code ("Meta Source Code") at the Latham & Watkins LLP office in Boston. The materials provided included a collection of files relevant to the technical measures discussed in my report, as well as change log histories (i.e., Git logs). These files were provided in the form of a Git bundle file, which I decompressed and

---

[26]    TaxAct, "Do Not Sell or Share My Personal Information," *Wayback Machine*, as of January 30, 2023, https://web.archive.org/web/20230130123112/https://www.taxact.com/do-not-sell-or-share, accessed October 8, 2025.

*Highly Confidential – Attorneys' Eyes Only*

analyzed by reviewing the code versions and the history of changes to the produced codebase.[27] I was also granted access to JavaScript files responsible for client-side operation. All code files I relied upon, and where applicable, the exact change versions (commit hashes), are cited in my report.

21.    To extract the content of the code repository, I used the following command:[28]

22.    To extract a complete history of all files in the code repository, including deleted and renamed files, I used the following command:[29]



23.    After that, I reviewed each file in the repository, including its evolution through time, by running the following command and reviewing the resulting output for each file:

24.    All my findings based on the code review are documented in my report and cited in footnotes.

---

[27]    A Git bundle file is a single, self-contained archive that stores Git repository data (commits, branches, tags, etc.) in binary format. *See, e.g.*, "Reference - Git-Bundle," Git, https://git-scm.com/docs/git-bundle, accessed October 27, 2025.

[28]    "Reference - Git-Bundle," Git, https://git-scm.com/docs/git-bundle, accessed October 27, 2025.

[29]    "Reference – Git-Log," Git, https://git-scm.com/docs/git-log, accessed October 27, 2025.