**ZIMMERMAN REED LLP**
Ryan J. Ellersick (SBN 357560)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel (877) 500-8780
Fax (877) 500-8781
ryan.ellersick@zimmreed.com

*Attorney for Movants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master Case No. 5:22-cv-07557-PCP<br><br>*Assigned to the Honorable P. Casey Pitts*<br><br>**SUPPLEMENTAL DECLARATION OF RYAN J. ELLERSICK IN SUPPORT OF MOTION TO INTERVENE**<br><br>Date:  December 4, 2025<br>Time:  2:00 P.m.<br>Courtroom:  8<br><br>Date Action Filed: December 1, 2022<br>Trial Date:  TBD |

1
SUPPLEMENTAL DECL. OF RYAN ELLERSICK IN SUPPORT OF MOTION TO INTERVENE – 5:22-cv-07557-PCP

# SUPPLEMENTAL DECLARATION OF RYAN ELLERSICK

I, Ryan Ellersick, declare as follows:

1. I am a partner at Zimmerman Reed LLP and am licensed to practice before this Court. I am one of the counsel of record for Movants Julio Armstrong, Chesley Bonnes, Samantha Brewster, Patricia Carlson, Cessley Cole, Leslie Dent, Lonnie Dunaway, Joanna Gasperson, Flor Gomez, Beth Howard, Jason Karras, Justin Leo, Joseph Lipuma, Alysha Ottrix, Krystal Smith, Denise Sturgeon, Angela Wardell, Rosa Wardlow, Rachel Wegleitner and Kristen Wilder. (collectively "Movants"). I submit this Declaration in support of Movants' Reply to the Motion to Intervene. If called upon as a witness, I could and would testify competently to the facts stated in this Declaration.

2. While Movants initially filed their claims in the AAA arbitration forum in April 2025, AAA did not begin appointing individual arbitrators until mid-September 2025. Discovery only started in Movants' cases after that date in late September or October 2025 when the arbitrators held their initial conferences and entered scheduling orders.

3. A copy of the Demand for Arbitration for Movant Cessley Cole was provided as Exhibit A in connection with the Motion to Intervene. A true and correct copy of the Demands for Arbitration filed on behalf of the other 19 Movants are attached hereto as Exhibit D. The Demands for Arbitration all state that Claimants used H&R Block's DIY online tax preparation service in 2021 and/or 2022. H&R Block has not challenged this in any Movant's case.

4. Before filing the Motion to Intervene, I informed H&R Block that Movants were considering seeking to intervene in this case to gain access to certain materials filed under seal. On November 11, 2025, I informed H&R Block that Movants' counsel had filed a Motion to Intervene.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 26, 2025        By:     */s/ Ryan Ellersick*
                                        Ryan Ellersick