**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email: ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman *(pro hac vice)*
Michael Liskow (State Bar No. 243899)
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
E-mail: lfeldman@4-justice.com
　　　　mliskow@4-justice.com

*Attorneys for Plaintiff*
*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILINGS CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2   **PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Rule Local Rules 7-11 and 79-5, and the protective order issued in the case (Dkt. No. 74), Plaintiffs hereby move the Court for an order allowing them to file under seal excerpts and quotations from documents containing information designated by Defendant Meta Platforms ("Meta") as either Confidential or Highly Confidential – Attorney's Eyes Only, and submitted by Plaintiffs in support of their Reply in Support of Motion for Class Certification. Plaintiffs state that the "compelling reasons" standard applies. *See Zheng-Lawson v. Toyota Motor Corp.*, 2019 WL 3413253, at *2-3 (N.D. Cal. July 29, 2019). Plaintiffs submit this request only to comply with their obligations under Local Rule 79-5 and the protective order issued in the case, and Plaintiffs take no position at this time on the propriety of Meta's confidentiality designations, or whether they meet the compelling reasons test for retaining confidentiality. As to Plaintiffs' expert reports, the reports cite information throughout designated by Meta as either Confidential or Highly Confidential – Attorney's Eyes Only by Meta.

Plaintiffs propose that the following materials designated as either Confidential or Highly Confidential – Attorney's Eyes Only by Meta should be sealed:

| Document | Portions of Documents to be Sealed |
|---|---|
| Plaintiffs' Reply in Support of Class Certification ("Reply") | Page 8: lines 5-6<br>Page 11: lines 2-3, 14-16 |
| Ex. 1 to Deckant Declaration in Support of Reply (*Meta Letter*) | Entirely Under Seal |
| Ex. 2 to Deckant Declaration in Support of Reply (*30(b)(6) Deposition Transcript*) | Page 49: lines 12-20, 25<br>Page 124: lines 1-5, 8-11, 13, 19-21, 23<br>Page 125: lines 11, 15-16, 18, 22-25 |
| Ex. 3 to Deckant Declaration in Support of Reply (*Wooldridge Deposition Transcript*) | Entirely Under Seal |
| Ex. 4 to Deckant Declaration in Support of Reply (*Zeidman Reply Report*) | Entirely Under Seal |
| Plaintiffs' Opposition to Defendant's Daubert Motion to Strike or Exclude the Opinions of | Page 2: lines 13-14<br>Page 3: lines 5, 11, 13-15 |

| | | |
|---|---|---|
| | Plaintiff's Expert Colin B. Weir ("Opp. to Weir Daubert") | |
| | Ex. 1 to Liskow Decl. in Support of Opp. to Weir Daubert (*Weir Deposition Transcript*) | Page 112: lines 7-8, 20<br>Page 125: lines 11-15<br>Page 126: lines 20-21 |
| | Plaintiffs' Opposition to Defendant's Motion to Exclude the Expert Report and Testimony of Robert Zeidman ("Opp. to Zeidman Daubert") | Page 2: lines 4-6<br>Page 5: lines 3-5, 7-13, 27-28<br>Page 6: lines 3-4, 17-23<br>Page 7: lines 4-10, 12-15<br>Page 8: lines 18-20<br>Page 9: lines 14-21, 23-28<br>Page 10: lines 1-3, 12-14<br>Page 11: lines 2-6<br>Page 12: lines 6-9, 13-17, 21-26<br>Page 13: lines 9-11, 15-21, 23, 28<br>Page 14: lines 1, 3-4, 21-25<br>Page 15: lines 11-16, 20-24<br>Page 16: lines 23<br>Page 17: lines 2, 12-14<br>Page 18: lines 1<br>Page 19: lines 1-28<br>Page 20: lines 1-5<br>Page 21: lines 10, 18-26<br>Page 22: lines 15-18, 20-28<br>Page 23: lines 1 |
| | Ex. A to Baxter-Kauf Decl. in Support of Opp. to Zeidman Daubert (*Zeidman Deposition Transcript*) | Page 67: lines 21-22<br>Page 68: lines 3-9, 13-16, 24-25<br>Page 71: lines 24<br>Page 72: lines 4, 7<br>Page 76: lines 1-4<br>Page 77: lines 8-9<br>Page 93: lines 5<br>Page 146: lines 1-3, 5-6, 8-9, 11-13, 15-19 |
| | Ex. B to Baxter-Kauf Decl. in Support of Opp. to Zeidman Daubert (*Zervas Deposition Transcript*) | Entirely Under Seal |

Dated: December 15, 2025

**GEORGE FELDMAN MCDONALD, PLLC**

By: /s/ *Michael Liskow*
      Michael Liskow

Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
      mliskow@4-justice.com

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**SMITH KRIVOSHEY, P.C**.
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (State Bar No. 241858)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Facsimile: (888) 421-4173
E-mail: rpeterson@4-Justice.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (*pro hac vice*)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (*pro hac vice*)
917 Franklin Street, Suite 220
Houston, TX 77002

Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice*)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*