**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL TAX FILINGS CASES | Master File No. 5:22-cv-07557-PCP (VKD) |
|---|---|
| This document relates to: All actions | **DECLARATION OF NEAL J. DECKANT IN SUPPORT OF MOTION TO SEAL** <br><br> The Honorable P. Casey Pitts <br> Courtroom 8, 4th Floor |

I, Neal J. Deckant declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am also a member of the bar of this Court and a partner at Bursor & Fisher, P.A., counsel of record for Plaintiffs. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. Defendant produced certain documents containing information that it designated as either Confidential or Highly Confidential – Attorney's Eyes Only.

3. Some of the aforementioned documents or deposition testimony is being submitted in support of Plaintiffs' concurrently filed Reply in Support of Class Certification. As to documents designed by Defendant, Plaintiffs submit this request only to comply with their obligations under Local Rule 79-5 and the protective order issued in the case. Plaintiffs take no position at this time on the propriety of Defendant's confidentiality designations, or whether they meet the compelling reasons test for retaining confidentiality. As to Plaintiffs' expert reports, the reports cite information throughout designated by Meta as either Confidential or Highly Confidential – Attorney's Eyes Only by Defendant.

4. Plaintiffs propose that the following materials designated as either Confidential or Highly Confidential – Attorney's Eyes Only by Meta should be sealed:

| Document | Portions of Documents to be Sealed |
|---|---|
| Plaintiffs' Reply in Support of Class Certification ("Reply") | Page 8: lines 5-6<br>Page 11: lines 2-3, 14-16 |
| Ex. 1 to Deckant Declaration in Support of Reply (*Meta Letter*) | Entirely Under Seal |
| Ex. 2 to Deckant Declaration in Support of Reply (*30(b)(6) Deposition Transcript*) | Page 49: lines 12-20, 25<br>Page 124: lines 1-5, 8-11, 13, 19-21, 23<br>Page 125: lines 11, 15-16, 18, 22-25 |
| Ex. 3 to Deckant Declaration in Support of Reply (*Wooldridge Deposition Transcript*) | Entirely Under Seal |
| Ex. 4 to Deckant Declaration in Support of Reply (*Zeidman Reply Report*) | Entirely Under Seal |
| Plaintiffs' Opposition to Defendant's Daubert Motion to | Page 2: lines 13-14<br>Page 3: lines 5, 11, 13-15 |

| | | |
|---|---|---|
| | Strike or Exclude the Opinions of Plaintiff's Expert Colin B. Weir ("Opp. to Weir Daubert") | |
| | Ex. 1 to Liskow Decl. in Support of Opp. to Weir Daubert (*Weir Deposition Transcript*) | Page 112: lines 7-8, 20<br>Page 125: lines 11-15<br>Page 126: lines 20-21 |
| | Plaintiffs' Opposition to Defendant's Motion to Exclude the Expert Report and Testimony of Robert Zeidman ("Opp. to Zeidman Daubert") | Page 2: lines 4-6<br>Page 5: lines 3-5, 7-13, 27-28<br>Page 6: lines 3-4, 17-23<br>Page 7: lines 4-10, 12-15<br>Page 8: lines 18-20<br>Page 9: lines 14-21, 23-28<br>Page 10: lines 1-3, 12-14<br>Page 11: lines 2-6<br>Page 12: lines 6-9, 13-17, 21-26<br>Page 13: lines 9-11, 15-21, 23, 28<br>Page 14: lines 1, 3-4, 21-25<br>Page 15: lines 11-16, 20-24<br>Page 16: lines 23<br>Page 17: lines 2, 12-14<br>Page 18: lines 1<br>Page 19: lines 1-28<br>Page 20: lines 1-5<br>Page 21: lines 10, 18-26<br>Page 22: lines 15-18, 20-28<br>Page 23: lines 1 |
| | Ex. A to Baxter-Kauf Decl. in Support of Opp. to Zeidman Daubert (*Zeidman Deposition Transcript*) | Page 67: lines 21-22<br>Page 68: lines 3-9, 13-16, 24-25<br>Page 71: lines 24<br>Page 72: lines 4, 7<br>Page 76: lines 1-4<br>Page 77: lines 8-9<br>Page 93: lines 5<br>Page 146: lines 1-3, 5-6, 8-9, 11-13, 15-19 |
| | Ex. B to Baxter-Kauf Decl. in Support of Opp. to Zeidman Daubert (*Zervas Deposition Transcript*) | Entirely Under Seal |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on December 15, 2025.

                                                  */s/ Neal J. Deckant*
                                                   Neal J. Deckant