1
2
3
# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILINGS CASES | Master File No. 5:22-cv-07557-PCP (VKD) |
| This document relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| All actions | The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED.  The following documents are hereby sealed:

| Document | Portions of Documents to be Sealed |
|---|---|
| Plaintiffs' Reply in Support of Class Certification ("Reply") | Page 8: lines 5-6<br>Page 11: lines 2-3, 14-16 |
| Ex. 1 to Deckant Declaration in Support of Reply (*Meta Letter*) | Entirely Under Seal |
| Ex. 2 to Deckant Declaration in Support of Reply (*30(b)(6) Deposition Transcript*) | Page 49: lines 12-20, 25<br>Page 124: lines 1-5, 8-11, 13, 19-21, 23<br>Page 125: lines 11, 15-16, 18, 22-25 |
| Ex. 3 to Deckant Declaration in Support of Reply (*Wooldridge Deposition Transcript*) | Entirely Under Seal |
| Ex. 4 to Deckant Declaration in Support of Reply (*Zeidman Reply Report*) | Entirely Under Seal |
| Plaintiffs' Opposition to Defendant's Daubert Motion to Strike or Exclude the Opinions of Plaintiff's Expert Colin B. Weir ("Opp. to Weir Daubert") | Page 2: lines 13-14<br>Page 3: lines 5, 11, 13-15 |
| Ex. 1 to Liskow Decl. in Support of Opp. to Weir Daubert (*Weir Deposition Transcript*) | Page 112: lines 7-8, 20<br>Page 125: lines 11-15<br>Page 126: lines 20-21 |
| Plaintiffs' Opposition to Defendant's Motion to Exclude the Expert Report and Testimony of Robert Zeidman ("Opp. to Zeidman Daubert") | Page 2: lines 4-6<br>Page 5: lines 3-5, 7-13, 27-28<br>Page 6: lines 3-4, 17-23<br>Page 7: lines 4-10, 12-15<br>Page 8: lines 18-20<br>Page 9: lines 14-21, 23-28<br>Page 10: lines 1-3, 12-14<br>Page 11: lines 2-6<br>Page 12: lines 6-9, 13-17, 21-26<br>Page 13: lines 9-11, 15-21, 23, 28<br>Page 14: lines 1, 3-4, 21-25<br>Page 15: lines 11-16, 20-24<br>Page 16: lines 23<br>Page 17: lines 2, 12-14<br>Page 18: lines 1<br>Page 19: lines 1-28<br>Page 20: lines 1-5 |

| | |
|---|---|
| | Page 21: lines 10, 18-26<br>Page 22: lines 15-18, 20-28<br>Page 23: lines 1 |
| Ex. A to Baxter-Kauf Decl. in Support of Opp. to Zeidman Daubert (*Zeidman Deposition Transcript*) | Page 67: lines 21-22<br>Page 68: lines 3-9, 13-16, 24-25<br>Page 71: lines 24<br>Page 72: lines 4, 7<br>Page 76: lines 1-4<br>Page 77: lines 8-9<br>Page 93: lines 5<br>Page 146: lines 1-3, 5-6, 8-9, 11-13, 15-19 |
| Ex. B to Baxter-Kauf Decl. in Support of Opp. to Zeidman Daubert (*Zervas Deposition Transcript*) | Entirely Under Seal |

Dated: _____

_____
P. CASEY PITTS
United States District Judge