**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman *(pro hac vice)*
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
            mliskow@4-justice.com
            e-service@4-justice.com

*Attorneys for Plaintiffs*

*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP<br><br>**DECLARATION OF NEAL DECKANT IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:       January 15, 2026<br>Time:       10:00 a.m.<br>Judge:      Hon. P. Casey Pitts<br>Date Action Filed: Dec. 1, 2022 |

I, Neal Deckant, declare as follows:

1.  I am an attorney at law licensed to practice in the State of California. I am a member of the bar of this Court, and I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiffs in this matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, would and could testify competently thereto. I offer this declaration in support of Plaintiffs' Reply in Support of Class Certification.

2.  In some instances, relevant portions of the materials listed below have been marked by Plaintiffs in red boxes.

3.  Each document is being filed under seal pursuant to the operative protective order in this case either because Meta designated cited portions as confidential or the document describes information that Meta designated as confidential.

4.  Attached hereto as **Exhibit 1** is a true and correct copy of a March 7, 2025 letter sent to Plaintiffs by Meta in this matter.

5.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Meta's 30(b)(6) witness Amlesh Jayakumar, who was deposed in this matter on July 14, 2025.

6.  Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of Meta employee Tobias Wooldridge, who was deposed in this matter on April 28, 2025.

7.  Attached hereto as **Exhibit 4** is a true and correct copy of the Reply Report of Robert Zeidman.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed in Walnut Creek, California, on December 15, 2025.

/s/ Neal Deckant
Neal Deckant

# EXHIBIT 1

# FILED UNDER SEAL

**EXHIBIT 2**

HIGHLY CONFIDENTIAL

                                                                                                    Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4                        ---o0o---
 5
 6
     IN RE META PIXEL TAX
 7                                    No. Master File No.
     FILING CASES                     3:22-cv-07557-PCP
 8
     This document relates
 9   to:  All actions
     _____/
10
11
12
                     HIGHLY CONFIDENTIAL
13
         VIDEOTAPED DEPOSITION OF AMLESH JAYAKUMAR
14
                30(b)(6) Meta Platforms, Inc.
15
                       July 14, 2025
16
17
18
19
20
21
22
         Taken before EARLY K. LANGLEY, RMR, B.A. (PBK)
23
                       CSR No. 3537
24
                     Job No. NE 7464368
25
```

HIGHLY CONFIDENTIAL

Page 48

1           And I want to direct your attention to
2    the third page, and there's a fairly lengthy
3    paragraph that starts on line 4 and ends on
4    line 17.
5           Do you see that?
6        A.  Yes.
7        Q.  Line 7 of page 3 of Exhibit 143
8    describes a list of Event Data and parameters.
9    And that list goes from roughly -- well, actually
10   line 6 through roughly line 12.
11          Do you see that?
12       A.  Yes.
13       Q.  How did Meta learn about the information
14   that's disclosed on page 3 of Exhibit 143?
15          MS. HAUSKNECHT:  Object to form.  Vague.
16          THE WITNESS:  Just to clarify, by how
17   does Meta -- how has Meta learned, are you
18   describing the admission as it's mentioned in
19   line 5 onwards with respect to the event and the
20   parameters listed here?
21   BY MR. SMITH:
22       Q.  Yeah.  How did it know what parameters
23   and events to list in its response there?
24       A.  In the ordinary course of business,
25   Event Data that is received or transmitted and

Page 49

1  then subsequently received by Meta from Meta
2  Pixels are primarily stored in certain off line
3  persistent storage systems that can be used in
4  determining potential Event Data that may have
5  been sent and then subsequently received by Meta
6  for certain Pixels.
7      Q.   And when you say "offline persistent
8  storage system," are you referring to HIVE?
9      A.   Yes.
10     Q.   Was the data found on a particular HIVE
11 table?
12     A.   ████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████    ████████████████
15 ████████████████████████████████████████
16 ████████████████████████████████████████
17 ██████████████████████████████
18 ████████████████████████████████████████
19 ████████████████████████████████████████
20 ██████████████████
21     Q.   What are the names of the HIVE tables
22 where the information disclosed on page 3 were
23 obtained?
24     A.   The HIVE tables could -- relating to the
25 ████████████████████████████████████████fic

HIGHLY CONFIDENTIAL

Page 124

1  ███████████████████████████████████████
2      A. ███████████████████████████████
3  ███████████████████████████████  ██████
4  ██████████████████████████████████████
5  ████
6      Q.  I see.  Okay.  And what's the purpose of
7  recording that information?
8      A. ████████████████████████████████
9  ██████████████████████████████████████
10 ██████████████████████████████████████
11 ███████████████████████████████████.
12     Q.  Page 21, Exhibit 148.  The last column
13 ██████████████████████████████████████
14 what's that a reference to?
15         MS. HAUSKNECHT:  Objection.  Outside the
16 scope.
17         THE WITNESS:  I'm not familiar with how
18 it's generated, but it represents the -- if it
19 ██████████████████████████████████████
20 ████████████████████████████████████
21 ████████████████████
22 BY MR. SMITH:
23     Q. ████████████████████████████████
24 using the website that triggered an event?
25         MS. HAUSKNECHT:  Objection.  Outside the

```
                                              Page 125
 1    scope.
 2              THE WITNESS:  I'm -- I'm not certain.
 3    BY MR. SMITH:
 4         Q.   Do you know what Meta does with this
 5    information?
 6              MS. HAUSKNECHT:  Objection.  Outside the
 7    scope.
 8              THE WITNESS:  Not that I am aware, no.
 9    BY MR. SMITH:
10         Q.   Let's go to page 23.  There's just one
11    ███████████████████████████████████████████
12              What's that all about?
13              MS. HAUSKNECHT:  Objection.  Scope.
14              THE WITNESS:  This represents the
15    ████████████████████████████████████████████████
16    █████████████████████████████████████████
17    BY MR. SMITH:
18         Q.   ████████████████████
19              MS. HAUSKNECHT:  Objection.  Outside the
20    scope.
21              THE WITNESS:  Again, I'm not familiar
22    ████████████████████████████████████████████████
23    ██████████████████████████████████████████
24    ████████████████████████████████████████████████████
25    ████████████████████████████████████████████
```

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL