**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive,
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
eservice@4-justice.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | CASE NO.: 5:22-cv-07557-PCP (VKD)<br><br>**DECLARATION OF MICHAEL LISKOW IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S DAUBERT MOTION TO STRIKE OR EXCLUDE THE OPINIONS OF PLAINTIFFS' EXPERT COLIN B. WEIR**<br><br>The Honorable P. Casey Pitts |

I, MICHAEL LISKOW, declare as follows:

1. I am an attorney admitted to practice in this Court.

2. I am a member of the law firm of George Feldman McDonald, PLLC, who along with the law firms Bursor & Fisher, P.A., Smith Krivoshey, P.C., The Hoda Law Firm, PLLC, Lockridge Grindal Nauen PLLP, Foster Yarborough PLLC, and Emerson Firm, PLLC, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them. I offer this declaration in support of Plaintiffs' Opposition to Defendant's Daubert Motion to Strike or Exclude the Opinions of Plaintiffs' Expert Colin B. Weir.

4. Attached as Exhibit 1 is a true and correct copy of excerpts of the October 2, 2025 deposition of Colin B. Weir taken in this action.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2025.

*/s/ Michael Liskow*
Michael Liskow

# EXHIBIT 1

# REDACTED

HIGHLY CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN JOSE DIVISION
 4
 5
 6      *********************************
 7      IN RE:  META PIXEL TAX FILING CASES
 8      THIS DOCUMENT RELATES TO:
 9      ALL ACTIONS
10      MASTER FILE NO. 3:22-C-07557-PCP
11      *********************************
12
13
14                   VIDEOTAPED DEPOSITION OF:
15                         COLIN B. WEIR
16                     LATHAM & WATKINS LLP
17                      200 Clarendon Avenue
18                      Boston, Massachusetts
19             October 2, 2025            9:41 a.m.
20
21
22                      Darlene M. Coppola
23                   Registered Merit Reporter
24                  Certified Realtime Reporter
```

Page 1

```
 1        APPEARANCES:
 2        Representing the Plaintiff Class:
 3        (Via Zoom)
 4             BURSOR & FISHER PA
 5             1990 North California Boulevard
 6             Suite 940
 7             Walnut Creek, CA 94596
 8             BY:  NEAL J. DECKANT, ESQUIRE
 9             T 925.300.4455
10             E ndeckant@bursor.com
11
12        Representing the Defendant Meta:
13             GIBSON DUNN & CRUTCHER LLP
14             1900 Lawrence Street
15             Suite 3000
16             Denver, CO 80202
17             BY:  NATALIE J. HAUSKNECHT, ESQUIRE
18             T 303.298.5700
19             E nhausknecht@gibsondunn.com
20
21        (Continued on next page)
22
23
24
```

```
 1        APPEARANCES (Continued):
 2        Representing the Defendant Meta:
 3        (Via Zoom)
 4              GIBSON, DUNN & CRUTCHER LLP
 5              310 University Avenue
 6              Palo Alto, CA 94301
 7              BY:  MOLLY LORENTE SOROLLA, ESQUIRE
 8              T 650.849.5300
 9              msorolla@gibsondunn.com
10        -and-
11        (Via Zoom)
12              LATHAM & WATKINS LLP
13              505 Montgomery Street
14              Suite 2000
15              San Francisco, CA 94111
16              BY:  MARIA HURYN, ESQUIRE
17              T 415.391.0600
18              E mhuryn@lw.com
19
20
21
          Also Present:
22
          Bob Giannini, Videographer
23
24
```

Page 3

HIGHLY CONFIDENTIAL

```
 1                        INDEX
 2                      EXAMINATION
 3    Witness Name                                    Page
 4    Colin B. Weir
 5        Direct By Ms. Hausknecht ..................... 6
 6
 7                        EXHIBITS
 8    Exhibit          Description                    Page
 9    Exhibit 77       Expert Declaration of          29
                       Colin B. Weir
10
      Exhibit 78       Weaver v. Champion             83
11                     Petfoods Opinion
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

HIGHLY CONFIDENTIAL

```
                       P R O C E E D I N G

 1
 2
 3                  (Commencing at 9:41 a.m.)
 4
 5                  THE VIDEOGRAPHER:  Good morning.
 6        We are on the record.  This is the
 7        videographer speaking, Bob Giannini.  I am
 8        with court reporter Darlene Coppola with
 9        Veritext Legal Solutions.  Today's date is
10        October 2, 2025, and the time is 9:41 a.m.
11        Eastern Time.  We are here at Latham &
12        Watkins, located in Boston, Massachusetts, to
13        take the video deposition of Colin Weir in the
14        matter of In re:  Meta Pixel Tax Filing Cases.
15                  Will counsel please introduce
16        themselves for the record.
17                  MS. HAUSKNECHT:  Natalie
18        Hausknecht on behalf of Meta, from Gibson
19        Dunn & Crutcher, and I am here with Molly
20        Lorente Sorolla, also from Gibson Dunn &
21        Crutcher on behalf of Meta, and Maria Huryn
22        and Marissa Alter-Nelson from Latham & Watkins
23        also on behalf of Meta.
24                  MR. DECKANT:  Good morning.
```

Page 5

```
1            Q.   Did you have any results from the
2       query of the data that was made available to
3       you?
4            A.   No.
5            Q.   How many data files did you perform
6       your analysis on?
7            A.   ████████████████████████████
8       ████████████████████████████████████████
9       were readable and searchable in the way that
10      would allow us to meet the two sets of
11      criteria that I set forth in the report.
12           Q.   How large were those data files?
13           A.   I don't know what criteria you would
14      use to gauge their size, but I feel
15      comfortable saying that they were voluminous.
16           Q.   Approximately how many entries did you
17      include in your analysis?
18           A.   Again, I don't have these numbers
19      memorized, but I believe there would have been
20      ██████████████████████████████
21      combined total of the exemplars that I was
22      given.
23           Q.   Can you identify the specific Bates
24      numbers of the datasets that you analyzed?
```

Page 112

```
 1        of the data, which is why I haven't reported
 2        results at this time.
 3             Q.   You say that you were -- you would be
 4        able to tabulate your results.
 5                  What do you mean by "tabulate"?
 6             A.   Again, that refers back to the
 7        Paragraphs 10 and 12.
 8             Q.   Can you describe what would be
 9        tabulated here?
10             A.   Yes.  There would be a table there for
11        [REDACTED]
12        [REDACTED]
13        [REDACTED]
14        [REDACTED]
15        [REDACTED]
16        have been previously parsed to meet the
17        criteria stated in either Criteria 1,
18        Paragraph 9, or Criteria 2, Paragraph 11.
19             Q.   And you didn't include any actual
20        query that you would need to run in this
21        declaration, correct?
22             A.   That's correct.  I gave the plain
23        language description so that a lay reader of
24        the report would be able to understand.
```

Page 125

```
 1        Q.   Did you draft a query?
 2        A.   I don't think so.
 3        Q.   You use the term "parse" throughout
 4   your report.
 5             What do you mean by "parse"?
 6        A.   Can you give me an example?  Because
 7   that may mean different things at different
 8   places.
 9             Like, Paragraph 16 again.
10        Q.   Yes, let's start there.
11             What does the use of "I was able to
12   parse the data pursuant to the two criteria
13   above and was able to tabulate the data in a
14   manner requested," what does "parse" mean in
15   this context?
16        A.   "Parse" means that, based on the CSV
17   files, I was able to import the data, that the
18   data was readable by the software, that, for
19   example, if I said, Show me records where the
20   ███████████████████████████████████████████
21   ███████████████████████████████████████████
22   that data would be processed and actually
23   returned records that matched.
24        Q.   And you're not offering an opinion on
```

Page 126

1          A.   I'm not offering an opinion about that
2     one way or the other.
3          Q.   You're not offering an opinion
4     interpreting the meaning of any of Meta's
5     data, correct?
6          A.   I think I might be able to do so, but
7     I'm not offering opinions about that.  You can
8     see that in the four walls of the report.
9          Q.   In Paragraph 13 you state that you
10    used the data analytics program data to
11    perform your analysis of the preliminary data
12    production, correct?
13         A.   Yes.
14         Q.   Did you need to complete any
15    specialized training or certification to be
16    able to use Stata?
17         A.   It depends on how you intend that
18    question.
19              It's a commercially available program,
20    so anybody can pay the $2,000 license fee and
21    install the program on their computer.
22              I remember the first time that I used
23    the program.  I had purchased it on an
24    emergency basis and had it shipped to a hotel

Page 129

1    A.   Yes.  For example, when I was given
2    information about particular fields, I would
3    go and check that the data was in the format
4    that I would have expected, like the date
5    showing an appropriate date or containing
6    information that could be then told in the
7    program to display in the appropriate manner.
8         Or whether the, you know, particular
9    fields or the particular types of data that
10   were expected to be in the field were there.
11   Q.   You mentioned before that you didn't
12   look at every single entry in each of the
13   fields, correct?
14   A.   That I didn't look at that?
15   Q.   At every single entry in each of the
16   fields.
17   A.   Right.  It's implausible for a human
18   to do that.  I mean, I guess it's technically
19   possible, but with data that large, you have
20   to use the computer to analyze it.
21   Q.   And if you didn't run the results of
22   your analysis, how do you know that the data
23   was imported correctly in all of the entries
24   in the fields that you used?

Page 132

1                THE STENOGRAPHER:  Mr. Deckant,
2       did you need a rough draft?
3                MR. DECKANT:  I do not need a
4       rough.  I would like to make a transcript
5       order.
6           Let me look at the case schedule here.
7       I think standard should be fine.  Let's see.
8       Let's do a standard order, no rough.  I also
9       do not need the video at this time, but in the
10      event this case goes to trial, then I would
11      like the video.  So let's keep the videotape
12      for the time being.
13               MS. HAUSKNECHT:  I'll do
14      expedited.  The beginning to middle of next
15      week would be great, and a rough today.  Thank
16      you.
17
18           (Deposition concluded at 12:55 p.m.)
19
20
21
22
23
24

Page 149

## CERTIFICATION

I, DARLENE M. COPPOLA, a Notary Public, do hereby certify that COLIN B. WEIR, after having satisfactorily identifying himself, came before me on the 2nd day of October, 2025, in Boston, Massachusetts, and was by me duly sworn to testify to the truth and nothing but the truth as to his knowledge touching and concerning the matters in controversy in this cause; that he was thereupon examined upon his oath and said examination reduced to writing by me; and that the statement is a true record of the testimony given by the witness, to the best of my knowledge and ability.

I further certify that I am not a relative or employee of counsel/attorney for any of the parties, nor a relative or employee of such parties, nor am I financially interested in the outcome of the action.

WITNESS MY HAND THIS 7th day of October, 2025.

*Darlene M. Coppola*

DARLENE M. COPPOLA                My commission expires:
NOTARY PUBLIC                     November 2, 2029
REGISTERED MERIT REPORTER
CERTIFIED REALTIME REPORTER

Page 150

HIGHLY CONFIDENTIAL

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                          SAN JOSE DIVISION
 4
 5
 6       **********************************
 7       IN RE:  META PIXEL TAX FILING CASES
 8       THIS DOCUMENT RELATES TO:
 9       ALL ACTIONS
10       MASTER FILE NO. 3:22-C-07557-PCP
11       **********************************
12
13
14            I, COLIN B. WEIR, say that I have read the
15       foregoing deposition and hereby declare under penalty
16       of perjury the foregoing is true
17       and correct:  (as prepared)  (as corrected on errata.)
18            Executed this _____ day of _____,
19       2025, at _____, _____.
20
21
22                      _____
23                          COLIN B. WEIR
24
```

HIGHLY CONFIDENTIAL

1  Neal Deckant

2  ndeckant@bursor.com

3                                          October 7, 2025

4  RE: In Re Meta Pixel Tax Filing Cases v.

5  10/2/2025, Colin Weir, (#7630433).

6  The above-referenced transcript has been

7  completed by Veritext Legal Solutions and

8  review of the transcript is being handled as follows:

9  __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10     to schedule a time to review the original transcript at

11     a Veritext office.

12 __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13     Transcript - The witness should review the transcript and

14     make any necessary corrections on the errata pages included

15     below, notating the page and line number of the corrections.

16     The witness should then sign and date the errata and penalty

17     of perjury pages and return the completed pages to all

18     appearing counsel within the period of time determined at

19     the deposition or provided by the Code of Civil Procedure.

20     Contact Veritext when the sealed original is required.

21 __ Waiving the CA Code of Civil Procedure per Stipulation of

22     Counsel - Original transcript to be released for signature

23     as determined at the deposition.

24 __ Signature Waived - Reading & Signature was waived at the

25     time of the deposition.

Page 152

1    _x_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
2        Transcript - The witness should review the transcript and
3        make any necessary corrections on the errata pages included
4        below, notating the page and line number of the corrections.
5        The witness should then sign and date the errata and penalty
6        of perjury pages and return the completed pages to all
7        appearing counsel within the period of time determined at
8        the deposition or provided by the Federal Rules.
9    __ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1   In Re Meta Pixel Tax Filing Cases v.
 2   Colin Weir (#7630433)
 3                E R R A T A   S H E E T
 4   PAGE_____ LINE_____ CHANGE_____
 5   _____
 6   REASON_____
 7   PAGE_____ LINE_____ CHANGE_____
 8   _____
 9   REASON_____
10   PAGE_____ LINE_____ CHANGE_____
11   _____
12   REASON_____
13   PAGE_____ LINE_____ CHANGE_____
14   _____
15   REASON_____
16   PAGE_____ LINE_____ CHANGE_____
17   _____
18   REASON_____
19   PAGE_____ LINE_____ CHANGE_____
20   _____
21   REASON_____
22
23   _____    _____
24        (Colin Weir)                              Date
25
```

Page 154