| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone:   (415) 393-8200<br>Facsimile:   (415) 393-8306<br><br>NATALIE J. HAUSKNECHT (*pro hac vice*)<br>nhausknecht@gibsondunn.com<br>1900 Lawrence Street Suite 3000<br>Denver, CO 80202<br>Telephone:   (303) 298-5783<br>Facsimile:   (303) 313-2800<br><br>*Additional counsel listed on signature page*<br><br>*Attorneys for Defendant Meta Platforms, Inc.* | **BURSOR & FISHER, P.A.**<br>NEAL DECKANT (State Bar No. 322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ndeckant@bursor.com<br><br>*Additional counsel listed on signature page*<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. P. Casey Pitts |

STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
CASE NO. 5:22-CV-07557-PCP (VKD)

Gibson, Dunn &
Crutcher LLP

1  WHEREAS, on December 15, 2025, plaintiffs filed an Administrative Motion to File Under Seal parts of plaintiffs' Reply in Support of Class Certification and its exhibits, plaintiffs' Opposition to Meta's Daubert Motion to Strike or Exclude the Opinion of Plaintiffs' Expert Colin B. Weir and its exhibits, and plaintiffs' Opposition to Meta's Motion to Exclude the Expert Report and Testimony of Robert Zeidman and its exhibits (Dkt. No. 259) (the "Sealing Motion");

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), any response to the Sealing Motion from Defendant Meta Platforms, Inc. ("Meta") is due on Monday, December 22, 2025;

WHEREAS, the documents at issue in the Sealing Motion are voluminous, collectively totaling over 350 pages;

WHEREAS, due to the sensitive nature of certain information contained in the documents at issue in the Sealing Motion (e.g., information about Meta's data storage systems), Meta would benefit from additional time to review and assess the documents and propose narrowly tailored redactions;

WHEREAS, due to the large volume, complexity, and sensitivity of the documents at issue in plaintiffs' Sealing Motion, and in light of the upcoming holidays, the parties agree to an extension of the deadline for Meta to file its declaration in support of the Sealing Motion until Monday, January 12, 2026;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of this Court, that Meta's deadline to file its declaration in support of plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 259) is extended to January 12, 2026.

RESPECTFULLY SUBMITTED AND DATED this 19th day of December, 2025.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 19, 2025 | By: */s/ Lauren R. Goldman* |
| | | Lauren R. Goldman |
| 3 | | |
| 4 | | **GIBSON, DUNN & CRUTCHER LLP** |
| 5 | | LAUREN R. GOLDMAN (*pro hac vice*) |
| | | lgoldman@gibsondunn.com |
| 6 | | DARCY C. HARRIS (*pro hac vice*) |
| | | dharris@gibsondunn.com |
| 7 | | 200 Park Avenue |
| | | New York, NY 10166-0193 |
| 8 | | Telephone: (212) 351-4000 |
| | | Facsimile: (212) 351-4035 |
| 9 | | ELIZABETH K. MCCLOSKEY, SBN 268184 |
| | | emccloskey@gibsondunn.com |
| 10 | | ABIGAIL A. BARRERA, SBN 301746 |
| | | abarrera@gibsondunn.com |
| 11 | | One Embarcadero Center, Suite 2600 |
| | | San Francisco, CA 94111-3715 |
| 12 | | Telephone: (415) 393-8200 |
| | | Facsimile: (415) 393-8306 |
| 13 | | |
| 14 | | NATALIE J. HAUSKNECHT (*pro hac vice*) |
| | | nhausknecht@gibsondunn.com |
| 15 | | 1900 Lawrence Street Suite 3000 |
| | | Denver, CO 80202 |
| 16 | | Telephone: (303) 298-5783 |
| | | Facsimile: (303) 313-2800 |
| 17 | | **LATHAM & WATKINS LLP** |
| 18 | | |
| 19 | | MELANIE M. BLUNSCHI, SBN 234264 |
| | | melanie.blunschi@lw.com |
| 20 | | KRISTIN I. SHEFFIELD-WHITEHEAD, |
| | | SBN 304635 |
| 21 | | kristin.whitehead@lw.com |
| | | DIANNE KIM, SBN 348367 |
| 22 | | dianne.kim@lw.com |
| | | 505 Montgomery Street, Suite 2000 |
| 23 | | San Francisco, CA 94111 |
| | | Telephone:    (415) 395-8129 |
| 24 | | Facsimile:    (415) 395-8095 |
| 25 | | |
| 26 | | MARISSA ALTER-NELSON (pro hac vice) |
| | | marissa.alter-nelson@lw.com |
| 27 | | 1271 Avenue of the Americas |
| | | New York, NY 10020 |
| 28 | | Telephone:    (212) 906-1200 |

-1-
STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5:22-CV-07557-PCP (VKD)

|   |   |
|---|---|
|   | JESSICA STEBBINS BINA, SBN 248485<br>jessica.stebbinsbina@lw.com<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Telephone:     (424) 653-5500<br>Facsimile:      (424) 653-5501<br><br>*Attorneys for Meta Platforms, Inc* |
| Dated: December 19, 2025 | By: /s/ *Michael Liskow*<br>Michael Liskow |

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (pro hac vice)
Michael Liskow (State Bar No. 243899)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: lfeldman@4-justice.com
mliskow@4-justice.com
eservice@4-justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
Rebecca A. Peterson (241858)
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Fax: (888) 421-4173
Email: RPeterson@4-Justice.com
eService@4-Justice.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor
Boston, MA 02216
Telephone: 617-377-7404
Email: joel@skclassactions.com

**BURSOR & FISHER, P.A.**
Neal Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Kate M. Baxter-Kauf (pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

-2-
STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:22-CV-03580-WHO (VKD)

Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com

**THE HODA LAW FIRM, PLLC**
Marshal J. Hoda, Esq. (pro hac vice)
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**FOSTER YARBOROUGH PLLC**
Patrick Yarborough, Esq. (pro hac vice)
917 Franklin Street, Suite 220
Houston, TX 77002
Telephone: (713) 331-5254
Email: patrick@fosteryarborough.com

**EMERSON FIRM, PLLC**
John G. Emerson (pro hac vice)
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren R. Goldman, hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 19, 2025                         By: */s/ Lauren R. Goldman*

                                                 Lauren R. Goldman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT COURT JUDGE