**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

NATALIE J. HAUSKNECHT (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street Suite 3000
Denver, CO 80202
Telephone:   (303) 298-5783
Facsimile:    (303) 313-2800

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
| This Document Relates To:<br><br>All Actions | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. P. Casey Pitts |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:22-CV-07557-PCP (VKD)

Having considered the Administrative Motion to File under Seal, filed by Plaintiffs on December 15, 2025, and the Declaration of Lauren R. Goldman, filed by Meta Platforms, Inc. on January 12, 2026, pursuant to Civil Local Rule 79-5, all materials submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the documents listed below:

**IT IS HEREBY ORDERED** that parts of Plaintiffs' Reply in Support of Class Certification and the exhibits filed in support thereof ("Reply and Exhibits"), which were filed on December 12, 2026 be **SEALED** as outlined below.  Accordingly, the public shall only have access to the version of the Reply and Exhibits:

| Document | Portions to be Sealed | Designating Party | Reason for Redaction |
|---|---|---|---|
| Exhibit 4 (highlighted in Dkt. No. 265) | Parts of page 15, paragraph 40; page 18, paragraph 44. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
| Exhibit D to Exhibit 4 (highlighted in Dkt. No. 265) | Entire exhibit. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and meaning of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
| Exhibit E to Exhibit 4 (highlighted in Dkt. No. 265) | Entire exhibit. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and meaning of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
| Exhibit F to Exhibit 4 | Entire exhibit. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary |

| | | | |
|---|---|---|---|
| (highlighted in Dkt. No. 265) | | | data storage systems, including the names and meaning of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
| Exhibit G to Exhibit 4<br><br>(highlighted in Dkt. No. 265) | Entire exhibit. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and meaning of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
| Exhibit L to Exhibit 4<br><br>(highlighted in Dkt. No. 265) | Parts of page 1, rows 11-12, 15-16, 19-20. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
| Exhibit P to Exhibit 4<br><br>(highlighted in Dkt. No. 265) | Parts of page 1, rows 7, 17, 27, 35. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
| Exhibit O to Exhibit 4<br><br>(highlighted in Dkt. No. 265) | Parts of page 9, line 6. | | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of a specific Hive table. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
| Exhibit Q to Exhibit 4<br><br>(highlighted in Dkt. No. 265) | Parts of page 1, rows 6, 31. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields. If this information were disclosed, it would |

|  |  |  | competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. |
|---|---|---|---|

Dated: _____

                                    _____
                                    P. Casey Pitts
                                    United States District Court Judge