UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 22-cv-07557-PCP<br><br>**ORDER TO CONSOLIDATE SEALING MOTIONS**<br><br>Re: Dkt. Nos. 213, 217, 223, 224, 231, 232, 234, 235, 237, 238, 243, 254, 257, 259 |

The parties are ordered to prepare, by January 30, 2026, a joint sealing motion that consolidates all of the pending sealing motions pertaining to the motion for class certification (Dkt. Nos. 214, 218), the motions to exclude (Dkt. Nos. 230, 233), and the subsequent briefing. The joint motion shall include a table organizing all pending sealing requests by document. Each document should be listed in its own row, with the following information in columns:

- Name and exhibit number of the document
- Material proposed to be sealed in the document (e.g., by highlight color)
- Legal standard that applies (i.e., good cause or compelling reasons)
- Party or parties seeking to seal the material
- If the Court has previously ruled on any request to seal the material, the Court's ruling (with a citation). If the Court has not, a brief summary of the rationale for sealing.
- A citation to the original sealing motion.

The parties shall attach, as individual exhibits, a consolidated copy of each document that contains material proposed by any party to be sealed, with a consistent highlighting scheme for portions of documents that indicates which party (or parties) seeks to seal which material. Each document should correspond to one row in the table and one exhibit to the motion.

The motion should not include any requests to seal another party's material if the party

1  whose material is at issue has not timely opposed its filing on the public docket. The joint motion
2  shall also identify by docket number all pending motions that will be rendered moot by its filing
3  and any documents previously filed under seal that are no longer subject to a request to seal.
4  **IT IS SO ORDERED.**
5  Dated: January 13, 2026

_____
P. Casey Pitts
United States District Judge

2