| | |
|---|---|
| **LATHAM & WATKINS LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| MELANIE M. BLUNSCHI, SBN 234264 | LAUREN R. GOLDMAN (*pro hac vice*) |
| melanie.blunschi@lw.com | lgoldman@gibsondunn.com |
| KRISTIN I. SHEFFIELD-WHITEHEAD, SBN 304635 | DARCY C. HARRIS (*pro hac vice*) |
| kristin.whitehead@lw.com | dharris@gibsondunn.com |
| DIANNE KIM, SBN 348367 | 200 Park Avenue |
| dianne.kim@lw.com | New York, NY 10166-0193 |
| 505 Montgomery Street, Suite 2000 | Telephone: (212) 351-4000 |
| San Francisco, CA 94111 | |
| Telephone: (415) 395-8129 | ELIZABETH K. MCCLOSKEY, SBN 268184 |
| Facsimile: (415) 395-8095 | emccloskey@gibsondunn.com |
| | ABIGAIL A. BARRERA, SBN 301746 |
| MARISSA ALTER-NELSON (*pro hac vice*) | abarrera@gibsondunn.com |
| marissa.alter-nelson@lw.com | One Embarcadero Center, Suite 2600 |
| 1271 Avenue of the Americas | San Francisco, CA 94111-3715 |
| New York, NY 10020 | Telephone: (415) 393-8200 |
| Telephone: (212) 906-1200 | |
| JESSICA STEBBINS BINA, SBN 248485 | JONATHAN C. BOND (*pro hac vice*) |
| jessica.stebbinsbina@lw.com | jbond@gibsondunn.com |
| 10250 Constellation Blvd., Suite 1100 | 1700 M Street, N.W. |
| Los Angeles, CA 90067 | Washington, D.C. 20036-4504 |
| Telephone: (424) 653-5500 | Telephone: (202) 955-8500 |
| Facsimile: (424) 653-5501 | |

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO STRIKE PORTIONS OF REPLY REPORT OF ROBERT ZEIDMAN**<br><br>Date: February 26, 2026<br>Time: 10:00 a.m.<br>Court: Courtroom 8, 4th Floor<br>Honorable P. Casey Pitts |

1  Pending before the Court is Defendant Meta Platforms, Inc.'s ("Meta") Motion to Strike
2  Portions of the Reply Report of Robert Zeidman ("Motion").
3  Having considered Meta's Motion, **IT IS HEREBY ORDERED THAT** Meta's Motion
4  is **GRANTED** and paragraphs 10-14, 40-44, 47-48, 54-55, 58, and 63 and the section headers of
5  §§ IV.B.ii and IV.F of the Reply Report of Robert Zeidman shall be stricken.

7  **IT IS SO ORDERED.**

9  DATED: _____    _____
            HONORABLE P. CASEY PITTS
10          UNITED STATES DISTRICT JUDGE