**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     (415) 393-8200
Facsimile:     (415) 393-8306

JONATHAN C. BOND (*pro hac vice*)
jbond@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:     (202) 955-8500
Facsimile:     (202) 467-0539

**LATHAM & WATKINS LLP**
MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD,
SBN 304635
kristin.whitehead@lw.com
DIANNE KIM, SBN 348367
dianne.kim@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 395-8129
Facsimile:     (415) 395-8095

MARISSA ALTER-NELSON (*pro hac vice*)
marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 906-1200

JESSICA STEBBINS BINA, SBN 248485
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:     (424) 653-5500
Facsimile:     (424) 653-5501

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates to<br><br>Case No. 5:22-cv-07557-PCP, All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**DECLARATION OF ABIGAIL A. BARRERA IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, ABIGAIL A. BARRERA, declare as follows:

1. I am an attorney admitted to practice law before this Court and all courts of the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and counsel for Defendant Meta Platforms, Inc. ("Meta") in this action. I have personal knowledge of the matters set forth herein and, if called to testify, I could and would competently testify thereto. Pursuant to Civil Local Rule 7-11(a), I submit this declaration in support of Meta's Administrative Motion for Leave to File Sur-Reply to Plaintiffs' Motion for Class Certification.

2. On January 15, 2026, I emailed plaintiffs' counsel to ask if they would stipulate to Meta's motion.

3. On January 16, 2026, plaintiffs' counsel responded and stated that they take no position on the motion at this time and reserve the right to oppose it.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 16, 2026, in San Francisco, California.

                                          */s/ Abigail A. Barrera*
                                          ABIGAIL A. BARRERA