| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone:   (415) 393-8200<br>Facsimile:   (415) 393-8306<br><br>JONATHAN C. BOND (*pro hac vice*)<br>jbond@gibsondunn.com<br>1700 M Street, N.W.<br>Washington, D.C. 20036-4504<br>Telephone:   (202) 955-8500<br>Facsimile:   (202) 467-0539 | **LATHAM & WATKINS LLP**<br>MELANIE M. BLUNSCHI, SBN 234264<br>melanie.blunschi@lw.com<br>KRISTIN I. SHEFFIELD-WHITEHEAD,<br>SBN 304635<br>kristin.whitehead@lw.com<br>DIANNE KIM, SBN 348367<br>dianne.kim@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:   (415) 395-8129<br>Facsimile:   (415) 395-8095<br><br>MARISSA ALTER-NELSON (*pro hac vice*)<br>marissa.alter-nelson@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   (212) 906-1200<br><br>JESSICA STEBBINS BINA, SBN 248485<br>jessica.stebbinsbina@lw.com<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Telephone:   (424) 653-5500<br>Facsimile:   (424) 653-5501 |

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This Document Relates To:<br><br>All Actions | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date Action Filed: December 1, 2022<br><br>Honorable P. Casey Pitts |

On January 16, 2026, Defendant Meta Platforms, Inc. filed an Administrative Motion for Leave to File Sur-Reply to Plaintiffs' Motion for Class Certification. The Court, having fully reviewed and considered all papers and arguments submitted relating to the Motion, and finding good cause for the relief the Motion requests, orders as follows:

**IT IS HEREBY ORDERED** that Meta's Administrative Motion for Leave to File Sur-Reply to Plaintiffs' Motion for Class Certification is **GRANTED**. Meta may promptly file its proposed sur-reply.

Dated: _____          _____
                                HON. P. CASEY PITTS
                                United States District Judge