**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice*)
Michael Liskow (State Bar No. 243899)
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 354-6534
lfeldman@4-justice.com
mliskow@4-justice.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All Actions | Case No.: 5:22-cv-07557-PCP (VKD)<br><br>**DECLARATION OF MICHAEL LISKOW IN SUPPORT OF MOTION TO SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

I, Michael Liskow, declare as follows:

1. I am a member of George Feldman McDonald, PLLC, one of the firms representing the plaintiffs in this action ("Plaintiffs"). I am an attorney duly licensed to practice before the courts of the State of California.

2. I make this declaration in support of Plaintiffs' Motion to Seal. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to them.

3. Defendant Meta Platforms, Inc. ("Meta") produced certain documents containing information that it designated as either Confidential or Highly Confidential – Attorney's Eyes Only. Some information from the aforementioned documents is referred to in Plaintiffs' concurrently filed Opposition to Meta's Motion to Strike Portions of Reply Report of Robert Zeidman ("Opposition").

4. Plaintiffs submit this request only to comply with their obligations under Local Rule 79-5 and the protective order issued in the case, and Plaintiffs take no position at this time on the propriety of Meta's confidentiality designations, or whether they meet the compelling reasons test for retaining confidentiality.

5. Plaintiffs wish to file the following portions of the Opposition under seal:

- Page 2: lines 27-28
- Page 3: lines 2, 4
- Page 6: lines 10-11

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on January 28, 2026.

                                                        */s/ Michael Liskow*
                                                        Michael Liskow