# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
|---|---|
| This document relates to:<br><br>All Actions | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

UPON CONSIDERATION of Plaintiffs' Administrative Motion to File Documents Under Seal ("Motion"), and good cause appearing, IT IS ORDERED that the Motion is GRANTED. The following portions of Plaintiffs' Opposition to Meta's Motion to Strike Portions of Reply Report of Robert Zeidman are hereby sealed:

- Page 2: lines 27-28
- Page 3: lines 2, 4
- Page 6: lines 10-11

Dated: _____

                                                    P. CASEY PITTS
                                         United States District Judge