**EXHIBIT 1**

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Notice of Motion and Motion for Class Certification | Parts of page 1, lines 7, 9-12; page 2, lines 12, 21-25; page 3, lines 4, 8-14, 23-24, 26-28; page 4, lines 2, 4, 12-25; page 5, lines 6-13, 16-17; page 13, lines 21-22, 24, 26-28; page 14, lines 1-3, 10-11; page 17, line 25; page 18, lines 1-2 | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 213. |
| | Parts of page 1, lines 7, 9-12; page 2, line 21; page 13, lines 21-22, 24, 26-28; page 14, lines 1-3, 10-11; parts of page 5, lines 6, 9-10, 13; page 17, line 25; page 18, lines 1-2. | | Meta | This text should be redacted because it reveals specific, non-public information about strategic issues analyzed by Meta employees and actions that Meta took in connection with those analyses.  It reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields and their contents, as well as how these systems are organized and how the data is used. It reveals specific, non-public information about Meta's proprietary finance-related integrity systems that Meta uses to | |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | filter potentially sensitive data. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Declaration of Neal Deckant | Parts of page 3, line 10. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the name of a specific Hive tables the amount of data in Meta's systems. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 217 |
| Exhibit 13 to the Declaration of Neal Deckant | Parts of page 3, line 22; page 4, lines 17, 20-21; page 28, lines 2-4; page 46, lines 4, 7-12, 15-16, 18, 25; page 47, line 5; page 49, lines 15-19, 25; page 50, lines 1-2, 9-10, 13-15, 21-25; page 51, lines 1-8, 10-11, 14-15, 19-21; page 46, lines 4, 7-12, 15-16, 18, 25; page | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems (including the names of specific Hive tables and | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | 47, line 5; page 56, line 24; page 66, lines 8-13, 16; page 70, lines 5-10; lines 8-10; page 91, lines 7, 13, 21-23; page 100, lines 13-19, 24; page 101, lines 8, 12-16, 19; page 102, lines 6-10, 24-25; page 103, lines 1, 6-8, 21; page 104, lines 4-7, 9-10, 15-17; page 106, lines 5, 20-21, 23-24; page 107, line 2; page 108, lines 8-11; page 109, lines 1-11, 20-24; page 110, lines 6-11, 21-25; page 111, lines 1-3, 7-8, 17, 19-22; page 112, lines 1-2, 4-6, 11-12, 16-24; page 113, lines 3-6, 16-23; page 114, lines 1-4, 6-7, 10-12, 14-17, 22-25; page 115, lines 2-9, 12-13, 15-16, 19-24; page 116, lines 6-8; page 117, lines 10, 13-17, 19-25; page 118, lines 1-2, 4-8, 10-14, 17-23; page 119, lines 5, 9, 11-12, 16-20; page 127, lines 1-5, 9-13, 25; page 128, lines 1-2; page 129, lines 5, 14, 24; page 130, lines 1-4, 6-11, 13-14, 16-19, 21-22; page 131, lines 3, 5-6, 10, 14, 17-21, 23; page 132, lines 3, 7-9, 12, 14-17, 19, 22, 24-25; page 149, lines 20, 23, 25; page 150, lines 1-6, 18-19, 24; page 151, lines 1-2, 7, 9, 14-15, 19-22, 24-25; page 157, lines 4-7, 10-13; page 158, | | | fields, what information those fields contain, how the systems can be queried, and how the systems are organized); and the proprietary methods that Meta uses to try to match data sent by third-party advertisers to a Facebook account. It also reveals specific, non-public information about Meta's finance-related integrity systems (including the Core Setup setting) used to filter potentially sensitive data and it reveals specific, non-public information about Meta's confidential communications between Meta and Taxslayer, as well as steps taken by Meta in connection with those communications. If this information were disclosed, it would competitively harm Meta and allow bad | |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | lines 8-17, 21-24; page 159, lines 3-6, 10, 13-23; page 172, lines 21-22; page 174, lines 23-25; page 175, lines 10-11; page 206, lines 7-12, 19-21; page 209, lines 23-25. | | | actors to undermine the integrity of Meta's systems. | |
| | Page 22, lines 6-7; page 43, lines 23-25; page 44, lines 1-2, 5-6; page 47, lines 3-5, 7-8; page 49, lines 12-20, 25; page 50, lines 2, 7-10, 14-16, 23-24; page 51, lines 1-6, 10-15, 19-23; page 52, lines 1-3, 6-17, 19-21; page 55, lines 11-14; page 56, lines 10-11; page 91, lines 7, 13, 21; page 100, lines 1, 16-19, 22, 24; page 102, lines 5-10, 13-20, 24-25; page 103, line 1, 5-8, and 21; page 104, line 4-7, 9, and 14-17; page 106, line 5, 13-21, and 23-24; page 107, line 2, 5-7, and 16-18; page 108, line 7-16, and 24-25; page 109, line 1-11, 16, and 20-24; page 110, line 2-3, 6-11, 13, 16-17, and 22-25; page 111, line 1-4, 7-8, and 17-24; page 112, line 1-2, 4-7, 11-12, and 16-24; page 113, line 3-7, 9-13, and 15-25; page 114, line 1-7, 10-12, 14-17, and 20-25; page 115, line 1-9, 12, and 15-25; page 116, line 4-8; page 117, line 1-6, 10, 13-17, and 19-25; page 118, line 5-14 | | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | and 17-23; page 119, line 5, 7-8, 11, 14, and 16-20; page 127, line 1-5, 9-13, 17, and 23-25; page 128, line 1-2, 6, and 8-13; page 129, line 5-6, 12-21, and 24; page 130, line 1-4, 6-11, 13-14, 16-19, and 21-22; page 131, line 3-6, 10, 14, 17-21, and 23; page 132, line 3, 7-10, 12, 14-17, 19, 22, and 24-25; page 149, line 20 and 23-25; page 150, line 1, 5-6, 18-19, and 24-25; page 151, line 1-2, 7-9, and 14-15; page 155, line 14-15 and 23-24; page 156, line 8-9 and 14-20; page 157, line 4-8, 10-13, 18-21, and 25; page 158, line 4, 6, 10, 13-17, and 19; page 159, line 3-6, 10, 14-20, and 23-25; page 160, line 1-8, 10-16, 18-19, and 21-25; page 173, line 1-2 and 4-9; page 174, line 23-24; page 175, line 2-3, 5-7, 10-11, and 14; page 202, line 24-25; page 203, line 1-6; page 204, line 9-13 and 23; page 205, line 2, 4-5, 8-11, 17, and 23-24; page 206, line 18-22 and 24-25; page 208, line 6-14 and 21-25. page 209, line 1-3. | | | | |
| Exhibit 14 to the Declaration of Neal Deckant | Parts of page 1, "From" lines, "To" line, "BCC" line, paragraph 1; page 2, paragraph 10. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about an advertiser's Pixel | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | and account with Meta, as well as employee contact information. If this information were disclosed, it would competitively harm Meta. Further, if the employee contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails from outside Meta, which would disrupt Meta's operations, and Meta would face competitive harm. | |
| | Entire Exhibit. | | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | |
| Exhibit 15 to the Declaration of Neal Deckant | Parts of page 1, "To" line, "Subject" line, messages 1, 3, 5-6, 9-11, 13, 15; page 2, messages 1-5, 7, 9-12, 15-18, 20-21; page 3, messages 1-3. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's finance-related integrity systems, confidential business analyses by Meta employees and steps taken | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | in connection with those analyses (including internal, non-public communications discussing responses to the receipt of potentially sensitive information), and employee contact information.  If this information were disclosed, it would competitively harm Meta, permit a glimpse into Meta's internal brainstorming and response plans (which competitors could use), and allow bad actors to undermine the integrity of Meta's systems.  Further, if the employee contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails from outside Meta, which would disrupt Meta's operations, and Meta would face competitive harm. | |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | Entire Exhibit | | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | |
| Exhibit 16 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it contains discussion of event data including specific field names and descriptions of those fields—which is proprietary, commercially sensitive, and confidential. Public disclosure of that information—including the specific way that Meta processes, organizes, and stores event data—would place Meta at a competitive disadvantage and could allow bad actors to undermine the integrity of Meta's systems. | Dkt. 213 |
| Exhibit 17 to the Declaration of Neal Deckant | Entire Exhibit. | Compelling reason | Meta | This exhibit should be sealed in full because it contains discussion of event data—including specific | Dkt. 213 |

8

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | field names and descriptions of those fields—which is proprietary, commercially sensitive, and confidential. Public disclosure of that information—including the specific way that Meta processes, organizes, and stores event data—would place Meta at a competitive disadvantage and could allow bad actors to undermine the integrity of Meta's systems. | |
| | Entire Exhibit | | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | |
| Exhibit 18 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it contains discussion of event data—including specific field names and descriptions of those fields—which is proprietary, commercially sensitive, and confidential. | Dkt. 213 |

9

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | Public disclosure of that information—including the specific way that Meta processes, organizes, and stores event data—would place Meta at a competitive disadvantage and could allow bad actors to undermine the integrity of Meta's systems. | |
| | Entire Exhibit | | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | |
| Exhibit 19 to the Declaration of Neal Deckant | Parts of page 10, lines 7-9, 11-12, 14-15, 24-25; page 17, line 12; page 19, lines 19-21. | Compelling reason | Meta | This text should be redacted because it reveals specific non-public information about how Meta's proprietary Core Setup setting works. Meta would suffer competitive harm if confidential information about this setting was publicly disclosed. Further, disclosure of this information would give bad actors information that could be used to try to | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | circumvent Meta's Core Setup setting. | |
| | Entire Exhibit | | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | |
| Exhibit 20 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it reveals specific non-public information about how Meta's proprietary Core Setup setting works. Meta would suffer competitive harm if confidential information about this setting was publicly disclosed. Further, disclosure of this information would give bad actors information that could be used to try to circumvent Meta's Core Setup setting. | Dkt. 213 |
| | Entire Exhibit | | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs | |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 21 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 213 |
| Exhibit 22 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 213 |
| | Entire Exhibit | | Meta | This text should be redacted because it contains discussion of event data—including specific field names and descriptions of those fields—which is proprietary, commercially sensitive, and confidential. Public disclosure of that information—including the specific way that Meta processes, organizes, and stores event data—would place Meta at a competitive disadvantage and could allow bad actors to undermine the integrity of Meta's systems. | |
| | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated | Dkt. 213 |

12

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 23 to the Declaration of Neal Deckant | | | | Confidential or Highly Confidential by Plaintiffs. | |
| | Parts of page 1, "From" line, "To" line, messages 16-18. | | Meta | This text should be redacted because it reveals specific, non-public information about Meta's employee contact information, and links to internal confidential webpages, which could be used to improperly gain access to Meta's proprietary documents and intranet. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Further, if the employee contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails from outside Meta, which would disrupt Meta's operations, and Meta would face competitive harm. | |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 24 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 213 |
| | Parts of page 1, "To" line, "Subject" line, "Attachments" line, messages 1-13, 15; page 2, messages 1-4, 6-13, 15-22; page 3, messages 1-2, 5-20; page 4, messages 1-6, 8-9, 11, 13-20; page 5, messages 1-11. | | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems (including the names of specific Hive tables and fields, how the systems are organized, and how Meta uses the data it receives and stores), business analyses and steps taken in connection with those analyses, and employee contact information. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Further, if the employee contact information were publicly disclosed, Meta's employees may be | |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | inundated with harmful or irrelevant emails from outside Meta, which would disrupt Meta's operations, and Meta would face competitive harm. | |
| Exhibit 25 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 213 |
| | Parts of page 1, "From" line, "To" line, "Subject" line, messages 2-6, 8-12, 14-15; page 2, messages 3-4, 7, 9-11. | | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary finance-related integrity systems, business analyses and steps taken in connection with those analyses, and employee contact information. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Further, if the employee contact information were publicly disclosed, Meta's | |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | employees may be inundated with harmful or irrelevant emails from outside Meta, which would disrupt Meta's operations, and Meta would face competitive harm. | |
| Exhibit 26 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 213 |
| | Entire Exhibit | | Meta | This exhibit should be sealed in full because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields and how they are used.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit 27 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | Parts of page 3, paragraphs 1-5, 7-15; page 4, paragraphs 3-7, 9-13; page 5, paragraphs 3, 5; page 6, paragraph 1. | | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields and how the systems can be queried.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit 2 to Exhibit 27 to the Declaration of Neal Deckant | Parts of page 1, paragraphs 5-27; page 2, paragraphs 1-27; page 3, paragraphs 1-22. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 213 |
| | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 28 to the Declaration of Neal Deckant | | | | Confidential or Highly Confidential by Plaintiffs. | |
| | Parts of page 8, paragraphs 1-2, 4, 6; page 9, paragraphs 1-2; page 12, paragraph 4; page 13, paragraphs 5, 8; page 14, heading D, paragraph 4; page 15, paragraphs 1-3, chart, paragraphs 4-6; page 16, paragraphs 1, 4; page 18, paragraphs 8, 16-17. | | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields, how the systems can be queried, and how the systems are organized. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit E to Exhibit 28 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it is an internal technical document, which reveals specific non-public information about Meta's proprietary data storage systems (including the names of specific Hive | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | tables and how data flows through the storage systems) and Pixel capabilities. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit F to Exhibit 28 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it contains discussion of event data—including specific field names and descriptions of those fields—which is proprietary, commercially sensitive, and confidential. Public disclosure of that information—including the specific way that Meta processes, organizes, and stores event data—would place Meta at a competitive disadvantage and could allow bad actors to undermine the integrity of Meta's systems. | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 26 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields and how they are used. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 213 |
| Exhibit I to Exhibit 28 to the Declaration of Neal Deckant | Parts of page 3, line 22; page 4, lines 17, 20-21; page 171, lines 2-3, 7-15. | Compelling reason | Meta | This text should be redacted because it reveals specific non-public information about Meta's data storage systems (including the names of specific Hive tables and how the systems are organized), finance-related integrity systems, and Core Setup setting. If this information were disclosed, it would competitively harm Meta and allow bad actors to | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | undermine the integrity of Meta's systems. | |
| Exhibit O to Exhibit 28 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it contains discussion of event data—including specific field names and descriptions of those fields—which is proprietary, commercially sensitive, and confidential. Public disclosure of that information—including the specific way that Meta processes, organizes, and stores event data—would place Meta at a competitive disadvantage and could allow bad actors to undermine the integrity of Meta's systems. | Dkt. 213 |
| Exhibit P to Exhibit 28 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive | Dkt. 213 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | tables and fields and how Meta uses the data it receives and stores. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit Q to Exhibit 28 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reason | Meta | This exhibit should be sealed in full because it is an internal technical document, which reveals confidential business analyses and steps taken in connection with those analyses concerning Meta's proprietary data storage systems (including the names of specific tables and fields). If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 213 |
| Defendant Meta Platforms, Inc.'s Opposition to Plaintiffs' | Parts of page 4, lines 18-19, 21-23; page 6, lines 6, 8-10; page 14, line 5; | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information | Dkt. 237 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Motion for Class Certification | page 15, line 1; page 22, lines 12-15; page 24, line 2. | | | about Meta's proprietary data storage systems, including the descriptions of the contents of a specific Hive table and how the systems can be queried. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit 5 to the Declaration of Abigail A. Barrera | Pages 5-78 | Compelling reason | TaxAct | This text contains information designated Confidential or Highly Confidential by TaxAct. | Dkt. 238 |
| Exhibit 12 to the Declaration of Abigail A. Barrera | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| | Entire Exhibit | | Meta | This exhibit should be sealed in full because it contains discussion of event data including specific field names and descriptions of those fields—which is proprietary, commercially sensitive, and confidential. | Dkt. 237 |

23

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | Public disclosure of that information—including the specific way that Meta processes, organizes, and stores event data—would place Meta at a competitive disadvantage and could allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit 13 to the Declaration of Abigail A. Barrera | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| | Entire Exhibit | | Meta | This exhibit should be sealed in full because it contains discussion of event data including specific field names and descriptions of those fields—which is proprietary, commercially sensitive, and confidential. Public disclosure of that information—including the specific way that Meta processes, organizes, and stores event data—would place Meta at a competitive | Dkt. 237 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | disadvantage and could allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit 20 to the Declaration of Abigail A. Barrera | Parts of page 10, lines 13-15; page 34, lines 3-4 | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 21 to the Declaration of Abigail A. Barrera | Parts of page 10, lines 13-15; page 34, lines 3-4 | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 22 to the Declaration of Abigail A. Barrera | Parts of page 10, lines 16-28; page 11, lines 1-2; page 35, lines 2-8 | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 23 to the Declaration of Abigail A. Barrera | Parts of page 3, lines 12-23; page 7, lines 18-20 | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 24 to the Declaration of Abigail A. Barrera | Parts of page 3, lines 12-28; page 6, lines 25-26; page 7, lines 17-19. | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 25 to the Declaration of Abigail A. Barrera | Parts of page 3, lines 12-28; page 7, lines 18-20 | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |

25

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 26 to the Declaration of Abigail A. Barrera | Parts of page 3, lines 12-28; page 7, lines 17-19 | Compelling reasons | Plaintiffs | This text contains information designated confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 27 to the Declaration of Abigail A. Barrera | Parts of page 3, lines 12-25; page 7, lines 19-28; page 8, lines 1-2; page 16, lines 24-28; page 17, lines 1-2. | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 28 to the Declaration of Abigail A. Barrera | Parts of page 2, lines 19-21 | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 29 to the Declaration of Abigail A. Barrera | Parts of page 2, lines 17-19; page 3, lines 1-2 | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 30 to the Declaration of Abigail A. Barrera | Parts of page 74, lines 9-25; page 75, lines 1-25; page 76, lines 1-25; page 77, lines 1-25; page 78, lines 1-12 | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 31 to the Declaration of Abigail A. Barrera | Entire document | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 33 to the Declaration of Abigail A. Barrera | Parts of page 83, lines 22-25; page 84, lines 1-7, 11-15; page 85, lines 10-25; page 133, lines 4-2; page 134, lines 1-25; page 135, lines 1-25; page 136, | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |

26

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | lines 2-25; page 142, lines 11-18, 22-25; lines 1-7; page 197, line 3 | | | | |
| Exhibit 34 to the Declaration of Abigail A. Barrera | Entire Exhibit | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 35 to the Declaration of Abigail A. Barrera | Parts of page 39, lines 1-7, 15-25; page 207, lines 20-25; page 208, lines 1-25. | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 36 to the Declaration of Abigail A. Barrera | Parts of page 1, line 9; page 2, line 11; page 34, lines 6-22, 25; page 77, lines 3-6, 12-24; page 85, lines 11-25; page 101, lines 1-25; page 124, lines 1-9, 11-25; page 125, lines 1-13, 19-20, 23-35; page 126, lines 1-22; page 127, lines 1-25; page 128, lines 1-25; page 132, lines 3-25; page 200, lines 13-25; page 201, lines 3-25; page 202, lines 1-25; page 204, lines 1-25; page 206, lines 1-20, 23-25; page 213, lines 1-25; page 235, lines 2-25; page 236, lines 1-12. | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Exhibit 37 to the Declaration of Abigail A. Barrera | Entire Exhibit | Compelling reasons | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| Declaration of Tobias Wooldridge | Parts of page 4, lines 1-6, 8-11, 13-17, 23 | Compelling reason | Meta | This text should be redacted because it reveals specific, | Dkt. 237 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Rebuttal Expert Report of Georgios Zervas, PhD | Parts of page 13, footnote 39; page 79, paragraph 103; page 80, paragraph 104, footnote 255; page 81, figure 24; page 82, figure 25, footnotes 259-260; page 85, paragraph 108; page 86, figure 29, paragraph 109; page 87, paragraphs 109-110 | Compelling reasons | TaxAct | This text contains information designated Confidential or Highly Confidential by TaxAct. | Dkt. 238 |
| | Parts of 79, paragraph 103; page 83, paragraph 106, figure 26. | | H&R Block | This text contains information designated Confidential or Highly Confidential by H&R Block. | Dkt. 238 |
| | Parts of page I, heading IV(A)(1); page 4, footnote 6; page 7, paragraph 12(a)(i); page 27, footnotes 90-93; page 28, figure 4, paragraph 36, footnotes 93-95; page 29, paragraphs 36-37, footnotes 96-98; page 30, paragraphs | | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems (including the names of | Dkt. 237 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | 37-39, footnotes 99-101; page 31, paragraph 39, footnotes 102-104; page 32 footnotes 105-107; page 33, footnotes 107-108; page 34 ,paragraph 42, figures 5-6, footnote 110; page 38, footnote 118; page 39, paragraphs 46-47, footnotes 122, 126-127, 129; page 40, paragraphs 47, heading A(1), paragraph 48; page 41, paragraphs 51-51, footnote 135; page 42, paragraphs 53-54; page 43, paragraph 57, footnote 140; page 44, paragraphs 57, 141; page 48, paragraph 63, footnote 158; page 50, paragraph 67; page 51, paragraphs 67-68, footnotes 167-169; page 53, footnote 176; page 55, paragraph 78, footnotes 186-187; page 56, paragraphs 78-79; page 57, paragraph 80, footnote 197; page 72, footnote 237; page 84, paragraph 266; page 85, figure 28; page 87, paragraph 112, footnote 273; page 95, footnote 297; page 97, paragraph 123, footnotes 300-302; page 98, paragraph 123. | | | specific Hive tables), integrity systems (including how the systems work and how they were developed and detailed information about Meta's finance-related filter), and highly confidential Source Code. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Appendix to the Rebuttal Expert Report of Georgios Zervas, PhD | Parts of page D-14, paragraphs 21-23, footnotes 27-29 | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about highly confidential | Dkt. 237 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | Source Code, including how the Source Code can be queried. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Rebuttal Report of Steven Tadelis | Parts of page I, headings IV, IV(B); page 4, paragraph 11, footnote 13; page 5, paragraph 13; page 6, paragraph 16; page 7, paragraph 16, heading IV, paragraph 17, footnotes 23-24; page 11, heading IV(B), paragraphs 23-24, footnote 34; page 12, paragraphs 25, 27; page 13, figure 2, note, source; page 14, figure 3, note, source, paragraph 28; page 15, paragraphs 28-29, footnotes 40-41. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields, descriptions of the contents of those Hive table fields, the amount of data in Meta's systems, and how the systems can be queried. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 237 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Notice of Motion and Motion to Exclude the Testimony of Colin Weir | Parts of page 2, lines 6-8; page 4, line 2. | Compelling reason. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields in those tables. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, including data related to users. | Dkt. 231 |
| Exhibit A to the Notice of Motion and Motion to Exclude the Testimony of Colin Weir | Parts of page 99, lines 2, 5-6, 10; page 100, lines 1, 9, 12; page 118, line 2; page 119, lines 7, 15, 23; page 123, lines 12-13; page 126, lines 20-21. | Compelling reason. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields and how the systems are organized. If this | Dkt. 231 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, including data related to users. | |
| Notice of Motion and Motion to Exclude the Testimony of Robert Zeidman | Parts of page 1, line 28; page 2, lines 1-3, 21; page 11, line 2; page 12, 5; page 14, line 20, 24-25, 27-28; page 15, lines 2-4, 7-11, 19-24, 26-28; page 16, lines 1-3, 8-9; page 17, lines 13-15; page 18, lines 16-18; page 18, line 23, page 20, lines 6-17 | Compelling reason. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields in those tables. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, | Dkt. 234 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | including data related to users. | |
| Exhibit 1 to the Notice of Motion and Motion to Exclude the Testimony of Robert Zeidman | Parts of pages 72, line 7; page 77, lines 8-9; page 87, lines 10-12; page 92, lines 24-25; page 93, lines 5, 8, 14-15, 17-19; page 96, line 25; page 97, lines 1-2; page 140, lines 19-20; page 146, lines 1-3, 5-6, 8-9, 11-13, 15-19; page 154, line 15; page 159, lines 6-12, 15, 18-20, 23-24; page 160, lines 8, 10-12, 18, 20-21, 23-24; page 161, lines 7-11, 13-18, 20-21; page 172, lines 11-12; page 174, lines 4-9, 16; page 178, lines 19-20; page 179, lines 6-8; page 180, lines 4-5, 10-14, 16-17, 21, 25; page 181, lines 5, 8-13; page 182, lines 12-13, 15 | Compelling reason. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields and how the systems are organized. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, including data related to users. | Dkt. 234 |
| Exhibit 2 to the Notice of Motion and Motion to Exclude the Testimony of Robert Zeidman | Entire Exhibit | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs | Dkt. 235 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 3 to the Notice of Motion and Motion to Exclude the Testimony of Robert Zeidman | Entire Exhibit | Compelling reason | Meta | This text should be sealed because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields and how the systems are organized. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, including data related to users.  Specifically, this document reflects sample data from Jane Doe. | Dkt. 234 |
| Exhibit 4 to the Notice of Motion and Motion to Exclude the Testimony of Robert Zeidman | Entire Exhibit | Compelling reason | Meta | This text should be sealed because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of | Dkt. 234 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | specific Hive tables and fields and how the systems are organized.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems.  For example, it could allow bad actors to locate and access data that Meta stores in its proprietary systems, including data related to users. | |
| Amended Appendix to the Rebuttal Expert Report of Georgios Zervas, PhD | Parts of page D-14, paragraphs 21-23. | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about highly confidential Source Code, including how the Source Code can be queried. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 254 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Corrected Rebuttal Expert Report of Georgios Zervas, Ph.D. | Parts of page I, heading IV(A)(1); page 4, footnote 6; page 7, paragraph 12(a)(i); page 27, footnotes 90-93; page 28, figure 4, paragraph 36, footnotes 93-95; page 29, paragraphs 36-37, footnotes 96-98; page 30, paragraphs 37-39, footnotes 99-101; page 31, paragraph 39, footnotes 102-104; page 32 footnotes 105-107; page 33, footnotes 107-108; page 34, paragraph 42, figures 5-6, footnote 110; page 38, footnote 118; page 39, paragraphs 46-47, footnotes 122, 126-127, 129; page 40, paragraphs 47, heading A(1), paragraph 48; page 41, paragraphs 51-51, footnote 135; page 42, paragraphs 53-54; page 43, paragraph 57, footnote 140; page 44, paragraphs 57, 141; page 48, paragraph 63, footnote 158; page 50, paragraph 67; page 51, paragraphs 67-68, footnotes 167-169; page 53, footnote 176; page 55, paragraph 78, footnotes 186-187; page 56, paragraphs 78-79; page 57, paragraph 80, footnote 197; page 72, footnote 237; page 84, paragraph 266; page 85, figure 28; page 87, paragraph 112, footnote 273; page 95, footnote 297; page 97, paragraph | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems (including the names of specific Hive tables), integrity systems (including how the systems work and how they were developed and detailed information about Meta's finance-related filter), and highly confidential Source Code. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 257 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | 123, footnotes 300-304; page 98, paragraph 123. | | | | |
| Exhibit 4 to the Declaration of Neal Deckant | Parts of page 15, paragraph 40; page 18, paragraph 44. | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 259 |
| Exhibit D to Exhibit 4 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and meaning of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 259 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit E to Exhibit 4 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and meaning of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 259 |
| Exhibit F to Exhibit 4 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and meaning of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 259 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit G to Exhibit 4 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and meaning of specific fields. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 259 |
| Exhibit L to Exhibit 4 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific fields.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 259 |
| Exhibit P to Exhibit 4 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information | Dkt. 259 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | about Meta's proprietary data storage systems, including the names of specific fields.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit O to Exhibit 4 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of a specific Hive table.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 259 |
| Exhibit Q to Exhibit 4 to the Declaration of Neal Deckant | Entire Exhibit | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and meaning of specific fields. | Dkt. 259 |

| Name and Exhibit Number of the Document | Material proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Court's Ruling (with a citation) or a Brief Summary of the Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |