**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

NATALIE J. HAUSKNECHT (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street Suite 3000
Denver, CO 80202
Telephone:   (303) 298-5783
Facsimile:   (303) 313-2800

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES <br><br> This Document Relates To: <br><br> All Actions | Case No. 5:22-cv-07557-PCP (VKD) <br><br> **DECLARATION OF LAUREN R. GOLDMAN REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Hon. P. Casey Pitts |

DECLARATION OF LAUREN R. GOLDMAN REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 5:22-CV-07557-PCP (VKD)

Gibson, Dunn & Crutcher LLP

I, Lauren R. Goldman, state and declare as follows:

1. I am an attorney licensed to practice in the State of New York. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta") in these actions. I am admitted pro hac vice to practice before this Court. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration under Local Rule 79-5(f)(3) regarding plaintiffs' Administrative Motion to File Documents Under Seal. Dkt. No. 274.

3. Meta does not seek to seal any information contained in the document that was filed provisionally under seal at Dkt. No. 274-3

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of February 2026 in New York, New York.

　　　　　　　　　　　　　　　　　　　　/s/ Lauren R. Goldman
　　　　　　　　　　　　　　　　　　　　Lauren R. Goldman