UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to:<br><br>All actions | Master File No. 5:22-cv-07557-PCP<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS AND EMAIL DESIGNATION** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, effective February 20, 2026, Michael Liskow, Esq., counsel of record for the Plaintiffs in the above-captioned matter, is no longer affiliated with George Feldman McDonald, PLLC.

Michael Liskow has joined the law firm of Hecht Partners LLP, located at 125 Park Avenue, 25th Floor, New York, NY 10017 and is now affiliated with that firm.

**Michael Liskow's new address, telephone and email are:**

> Michael Liskow
> **HECHT PARTNERS LLP**
> 125 Park Avenue, 25th Floor
> New York, NY 10017
> Phone: (212) 851-6821
> Fax: (888) 421-4173
> Email: MLiskow@hechtpartners.com
> e-servicecapg@hechtpartners.com

NOTICE OF CHANGE OF FIRM AFFILIATION

| | | |
|---|---|---|
| 1 | Dated February 20, 2026 | /s/Michael Liskow |
| 2 | | Michael Liskow |
| | | Hecht Partners LLP |
| 3 | | 125 Park Ave., 25th Floor |
| | | New York, NY 10017 |
| 4 | | Phone: (212) 851-6821 |
| | | Fax: (888) 421-4173 |
| 5 | | Email: MLiskow@hechtpartners.com |
| | | e-servicecapg@hechtpartners.com |

28    NOTICE OF CHANGE OF FIRM AFFILIATION

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated February 20, 2026

*/s/Michael Liskow*
Michael Liskow
Hecht Partners LLP
125 Park Ave., 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Fax: (888) 421-4173
Email: MLiskow@hechtpartners.com
e-servicecapg@hechtpartners.com

NOTICE OF CHANGE OF FIRM AFFILIATION