**HECHT PARTNERS LLP**
Lori G. Feldman *(Pro Hac Vice)*
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821
Email: LFeldman@hechtpartners.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES<br><br>This document relates to: | Case No. 5:22-cv-07557-PCP (VKD)<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS AND EMAIL DESIGNATION**<br><br>The Honorable P. Casey Pitts<br>Courtroom 8, 4th Floor |

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that Lori G. Feldman, effective February 20, 2026, counsel of record for the Plaintiffs in the above-captioned matter, is no longer affiliated with George Feldman McDonald, PLLC. Attorney Lori G. Feldman has joined the law firm of Hecht Partners LLP, located at 125 Park Avenue, 25th Floor, New York, NY 10017 and is now affiliated with that firm.

**Lori G. Feldman Esq.'s new address, telephone and email are:**

Lori G. Feldman, Esq.
**Hecht Partners LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Main Phone: (212) 851-6821
Fax: (888) 421-4173
Email Addresses: LFeldman@hechtpartners.com
e-servicecapg@hechtpartners.com

Dated: February 21, 2026

NOTICE OF CHANGE OF FIRM AFFILIATION

|   |   |
|---|---|
| 1 |   |
| 2 | /s/Lori G. Feldman |
|   | **Lori G. Feldman** |
| 3 | Hecht Partners LLP |
|   | NY Bar No. 2389070 |
| 4 | WA Bar No. 29096 |
|   | 125 Park Ave., 25th Floor |
| 5 | New York, NY 10017 |
|   | Email Addresses: LFeldman@hechtpartners.com |
| 6 | e-servicecapg@hechtpartners.com |

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated: February 21, 2026

/s/Lori G. Feldman
**Lori G. Feldman**
Hecht Partners LLP
NY Bar No. 2389070
WA Bar No. 29096
125 Park Ave., 25th Floor
New York, NY 10017
Email Addresses: LFeldman@hechtpartners.com
e-servicecapg@hechtpartners.com

NOTICE OF CHANGE OF FIRM AFFILIATION