**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

NATALIE J. HAUSKNECHT (*pro hac vice*)
nhausknecht@gibsondunn.com
1900 Lawrence Street Suite 3000
Denver, CO 80202
Telephone:      (303) 298-5783
Facsimile:       (303) 313-2800

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Case No. 5:22-cv-07557-PCP (VKD) |
| This Document Relates To:<br><br>All Actions | **[PROPOSED] ORDER GRANTING JOINT CONSOLIDATED ADMINISTRATIVE MOTION TO SEAL MATERIALS FILED IN CONNECTION WITH CLASS CERTIFICATION, MOTIONS TO EXCLUDE, AND OTHER BRIEFING RE DKT. 288**<br><br>Hon. P. Casey Pitts |

Having considered the parties' Joint Consolidated Administrative Motion to Seal Materials Filed in Connection with Class Certification, Motions to Exclude, and Other Briefing re Dkt. 288, filed on April 13, 2026 pursuant to Civil Local Rule 79-5(f), Exhibit 1, and all materials submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the documents listed below:

**IT IS HEREBY ORDERED** that parts of the documents identified in Exhibit Dkt. 288 be **SEALED** as outlined in Exhibit 1.

Dated: _____

_____
P. Casey Pitts
United States District Court Judge

Gibson, Dunn &
Crutcher LLP