# Exhibit 1

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 5 (Dkt. No. 276-7) | Parts of page 1, "From" line, "To" line, "BCC" line, paragraph 1; page 2, email signature. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about an advertiser's Pixel and account with Meta, as well as employee contact information.  If this information were disclosed, it would competitively harm the advertiser.  Further, if this contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails, which would disrupt their operations and present a security risk. | Dkt. 213 |
| Exhibit 6 (Dkt. No. 276-8) | Parts of page 1, "To" line. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public employee contact information.  If this contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails, which would disrupt their | Dkt. 213 |

1

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | operations and present a security risk. | |
| Exhibit 7 (Dkt. No. 276-9) | Parts of page 2, third, fourth, and fifth columns; page 3, fourth and fifth columns; page 4, first row; page 5, first row; page 6, first row; page 7, first, second, and third columns, second through fifth rows of the sixth column; page 8, second through fifth rows of the first two columns, third and fourth columns; page 9, second through fifth rows; page 10, first through fourth columns; page 11, second through fifth rows of the first column, second column, second through fifth rows of the third and fourth columns, fifth, sixth, and seventh columns; page 12, first, third, sixth, and seventh columns; page 13, second through fifth rows of the first column, third, fourth, and fifth columns; page 14, second column, second through fifth rows of the fifth column; page 15, second through fifth rows of the first, second, third, and fourth columns, fifth column; page 16; page 17, first, third, and fourth columns; page 18; page 19; page 20, second, third, and fourth columns; page 21, first, second, third, and fourth | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and contents of specific fields within Meta's systems. If this information were disclosed, it would competitively harm Meta. | Dkt. 213 |

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | columns, second through fifth rows of the sixth column; page 22, second, third, fourth, and eighth columns. | | | | |
| Exhibit 8 (Dkt. No. 276-10) | Parts of page 3, second through fourth columns; page 4, fifth column of the first row, fourth column of second row, third column of third row; page 5, first row; page 6, first three columns of the first row, last two columns of second and third row; page 7, second and third columns of first row, first and third columns of second and third row; page 8, second and third row; page 9, first three columns of the first row; page 10, second, seventh, and eighth columns; page 11, second, fifth, and sixth columns, rows two and three of seventh column; page 12, first through third columns, fifth column; page 13, last two columns of first row, first, third through seventh columns of rows two and three; page 14, first seven columns; page 16, first column; page 17, first three columns and sixth and seventh columns of first row, rows two and three; page 18, second, third, and seventh columns, first column of rows two and three; page 19, third column of first row, rows two and three; page 20, | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems.  If this information were disclosed, it would competitively harm Meta. | Dkt. 213 |

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | all columns except the fifth of row one, rows two and three; page 21, column 1. | | | | |
| Exhibit 9 (Dkt. No. 276-11) | Parts of page 3, 2nd-4th columns, last column of rows 2 and 4; page 4, 2nd-6th columns of row one, 2nd-4th rows of columns 1 and 6; page 5, columns 1, 2, 8, and 9 of row one, 2nd-4th rows of columns 1-2, 5-9; page 6, 2nd-4th columns, rows 1-3 of 1st column; page 7, 1st, 3rd-7th columns; page 8, 3rd and 5th columns, rows 2-4 of 1st-2nd columns; page 9, 9th and 10th columns, rows 2-4 of 2nd, 5th-8th columns; page 10, 1st-4th columns, 6th-7th columns, 9th columns, and rows 2-4 of 5th column; page 11, 1st column, 3rd-6th columns; page 12, columns 1-3 and 7-9 of row 1, rows 2-4 of columns 1-2, 5-9; page 13, columns 3, 6-9 and rows 2-4 of column 5; page 14, columns 1-2, 4-6, and 8, and rows 2-4 of column 3; page 15, columns 1-2, rows 2-4 of column 3. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems. If this information were disclosed, it would competitively harm Meta. | Dkt. 213 |
| Exhibit 11 (Dkt. No. 276-13) | Parts of page 1, paragraphs 3-4, chart. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's integrity systems. If this information were disclosed, it would | Dkt. 213 |

4

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems | |
| Exhibit 13 (Dkt. No. 276-15) | Parts of page 4, columns 6 and 9; page 5, rows 2-3 of column 3; page 6, column 3, columns 5-6 of row 1; page 7, column 1-2 of row 1, rows 2-3 of columns 5-7; page 8, columns 1-8, rows 2-3 of last column; page 9, columns 5-8, rows 1-2 of column 4; page 10, columns 1-3, 6 and 8, rows 2-3 of column 7; page 11, columns 1-2 and 4, rows 2-3 of columns 6-9; page 12, columns 6 and 10; page 13, columns 1-5 and 7, rows 2-3 of columns 6 and 8-9; page 14, columns 1 and 3; page 15, columns 1, 4, 7-8; page 16, columns 2-3 and 7; page 17, columns 2-5; page 18, columns 1-4. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems. If this information were disclosed, it would competitively harm Meta. | Dkt. 213 |
| Exhibit 14 (Dkt. No. 276-16) | Parts of page 1, "From" line, "To" line. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public employee contact information. If this contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails, which | Dkt. 213 |

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | would disrupt their operations and present a security risk. | |
| Exhibit 15 (Dkt. No. 276-17) | Parts of page 1, "To" line, second message, fourth message, fifth message, eighth message, eleventh message, and thirteenth message; page 2, eighth message; page 3, eighth message; page 4, sixth message, fourteenth message, fifteenth message, seventeenth message, eighteenth message; page 5, first message. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems (including how the systems are organized and how the systems can be queried), highly confidential Source Code, matching technologies, integrity systems, and employee contact information.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Further, if this contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails, which would disrupt their | Dkt. 213 |

6

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | operations and present a security risk. | |
| Exhibit 16 (Dkt. No. 276-18) | Parts of page 1, "To" line. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public employee contact information. If this contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails, which would disrupt their operations and present a security risk. | Dkt. 213 |
| Exhibit 17 (Dkt. No. 276-19) | Parts of page 3, rows 20-23, 28, 30, 35-37, 42, 45 of columns 1 and 3; page 4, rows 3, 6-7, 11, 25, 33-38, 42, 45 of columns 1 and 3, row 25 of column 1; page 5, rows 2, 8, 14-15, 18 of columns 1 and 3, row 4 of column 3; page 6, rows 1-2, 7, 10-14, 22, 30-31 of columns 1 and 3; page 7, row 6 columns 1 and 3; page 8, rows 1-6, 11 of columns 1 and 3, rows 14, 16-18 of column 3. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and descriptions of specific fields within Meta's systems, as well as Meta's highly confidential Source Code. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems | Dkt. 213 |

7

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| Exhibit 18 (Dkt. No. 276-20) | Parts of page 3, bullet points 3, 10-12; page 4, bullet points 1, 5; page 5, paragraph 15. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and fields and how the systems can be queried. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 213 |
| Exhibit 20 (Dkt. No. 276-22) | Parts of page 8, paragraph 29; page 13, paragraph 46; page 15, chart, paragraph 54. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems. If this information were disclosed, it would competitively harm Meta. | Dkt. 213 |
| Exhibit 21 (Dkt. No. 276-23) | Parts of page 2, image, paragraphs 1-2; page 3, paragraphs 1, 5-7; page 4, paragraphs 1-4; page 5, image; page 6, bullet points 1-6, image; page 7, paragraph 3. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's highly confidential Source Code. | Dkt. 213 |

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | |
| Exhibit 22 (Dkt. No. 276-24) | Parts of page 4, columns 3-5; page 5, rows 2-5 of columns 4-5; page 6, row 1; page 8, row 1; page 9, columns 1-3, rows 2-5 of last column; page 10, columns 3-4, rows 2-5 of column 1; page 11, rows 2-5; page 12, columns 1-3; page 13, columns 2, 5-7, rows 2-5 of all columns; page 14, columns 1, 3, 6-7; page 15, columns 3-5, rows 2-5 of column 1; page 16, column 2, rows 2-5 of column 5; page 17, column 5, rows 2-5 of all columns; page 18, all columns; page 19, columns 1, 3-4; page 20, all rows; page 21, all rows; page 22, columns 2-4; page 23, columns 1-4, 6; page 24, columns 2-4, 8; page 26, rows 2-5; page 27, columns 2 of row 1, rows 2-5; page 28, all rows; page 29, columns 1-3, 4 and rows 2-5 of column 4; page 30, columns 1-2. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems. If this information were disclosed, it would competitively harm Meta. | Dkt. 213 |
| Exhibit 23 (Dkt. No. 276-26) | Parts of page 3, rows 20-23, 30, 32-37, 43-45 of columns 1 and 3, and column 1, rows 18, 32; page 4, rows 3, 6-7, 9- | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information | Dkt. 213 |

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | 13, 32-37, 41, 44 of columns 1 and 3, and row 24 of column 1; page 5, rows 2, 8-9, 14-15, 18 of columns 1 and 3, and row 4 of column 2; page 6, rows 1-2, 7, 10-14, 22, 30-31 of columns 1 and 3; page 7, row 6 of columns 1 and 3; page 8, rows 1-6, 11 of columns 1 and 3, rows 14, 16-18 of column 3. | | | about Meta's data storage systems, including the names and descriptions of specific fields within Meta's systems.  If this information were disclosed, it would competitively harm Meta. | |
| Exhibit 25 (Dkt. No. 276-27) | Parts of page 4, column 6, rows 2-3 of column 9; page 5, rows 2-3 of column 3; page 6, columns 5-6 of row 1, rows 2-3 of column 3; page 7, columns 1-2 of row 1, and rows 2-3 of columns 5-7; page 8, columns 1-8, and rows 2-3 of column 11; page 9, columns 5-8, rows 2-3 of column 4; page 10, columns 1-3, 6, 8; page 11, columns 1-2, rows 2-3 of columns 4, 6-9; page 12, columns 6 and 10; page 13, columns 1-5, 7, rows 2-3 of columns 6, 8-9; page 14, columns 1, 3; page 15, columns 1, 4, 7-8; page 16, columns 2-3, 7; page 17, columns 2-5; page 18, columns 1-4. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems.  If this information were disclosed, it would competitively harm Meta. | Dkt. 213 |
| Exhibit 26 (Dkt. No. 276-28) | Parts of page 3, row 8 of column 1; page 4, rows 13, 15-17 of columns 1 and 3; page 5, rows 1, 6, 8, 10-12 of columns 1 and 3; page 6, rows 1-3, 9, 11, 13-14 of columns 1 and 3; page 7, rows 1-4, 7-11 of columns 1 and 3; | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and descriptions of | Dkt. 213 |

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | page 8, row 7 of column 1; page 9, rows 4-8 of columns 1 and 3; page 10, rows 1, 5, 8, 10 of columns 1 and 3; page 12, columns 1 and 3 of row 3; page 13, columns 1 and 3 of row 1; page 14, rows 4-5 of columns 1 and 3; page 15, rows 3-4 of columns 1 and 3; page 16, row 1 of columns 1 and 3; page 17, rows 1, 5, 8, 13 of columns 1 and 3; page 18, rows 3, 9, 11-12 of rows 1 and 3; page 29, row 4 of columns 1 and 3; rows 2 and 4 o columns 1 and 3, row 1 of column 1. | | | specific fields within Meta's systems.  If this information were disclosed, it would competitively harm Meta. | |
| Exhibit 27 (Dkt. 276-29) | Parts of page 1, paragraph 1, bullet points 1-4, last paragraph, comment 1; page 2, paragraphs 6, 8, 10-11, 24; page 3, first heading, paragraph 11. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems (including the names of specific Hive tables and the names and descriptions of specific fields within those tables), an advertiser's Pixel and account with Meta, as well as employee contact information.  If this information were disclosed, it would competitively harm Meta and the | Dkt. 213 |

11

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | advertiser whose information would be made public.  Further, if this contact information were publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails, which would disrupt their operations and present a security risk | |
| Exhibit 30 (Dkt. 276-32) | Parts of page 3, columns 5-6, rows 3-4 of column 9; page 4, last column, rows 2-4 of column 3; page 6, columns 2-3 of row 1; page 7, column 2 of row 1, rows 2-4 of column 5; page 8, columns 5 and 10, rows 2-5 of columns 2-3; page 9, columns 2-5, 11, rows 2-4 of columns 8, 12; page 10, columns 3-7, rows 2-4 of column 2; page 11, columns 2-3; page 12, column 2; page 13, columns 3-5, 7-10, rows 2-4 of column 2; page 14, columns 2, 5, rows 2-4 of columns 3-4; page 15, columns 2-3, 5; page 17, column 3; page 18, columns 2-3, 6; page 19, column 6; page 20, column 2 and 7 of row 1; page 21 column 2 of row 1; page 22, column 4 of row 1. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems, and specific, non-public information about an advertiser's Pixel and account with Meta.  If this information were disclosed, it would competitively harm Meta.  Further, if the advertiser's account information were made public, it would | Dkt. 237 |

12

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | competitively harm the advertiser. | |
| Exhibit 31 (Dkt. No. 276-33) | Page 201, all data in tenth column; page 203, all data in sixth column; page 210, all data in fifth column; page 219, all data in second column; page 233, all data in fourth column; page 240, all data in second column; pages 244-48, all data in tenth column of each page; pages 259-663, all data in sixth column of each page; pages 284-88, all data in seventh column of each page; pages 314-18, all data in tenth column of each page. | Compelling reason | Plaintiffs | This text contains information designated Confidential or Highly Confidential by Plaintiffs. | Dkt. 238 |
| | Parts of pages 3-13, columns 3-5, 12-13; pages 14-24, columns 2-3 of row 1; 25-35, columns 2-3 of row 1; pages 36-46, columns 2-4, 10-11 and all rows after first for columns 7-9; pages 47-57, columns 2-4; pages 58-68, columns 2, 5, 8-10, and all rows after first for columns 3-4, 6-7; pages 69-79, columns 2, 4, 8, 11 of row 1 and all rows after first for column 9; pages 80-90, columns 5-6, columns 2-3 of row 1, and all rows after first for columns 8, 11-12; pages 91-101, columns 4-7, all rows after first for columns 2-3; pages 102-112, columns 2-3, 5-6; pages 113- | | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems.  If this information were disclosed, it would competitively harm Meta. | Dkt. 237 |

13

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | 123, column 2; pages 124-134, column 2, row 1 of column 4; pages 135-145, columns 2-7; pages 146-156, column 4, all rows after first for column 2; pages 157-167, column 3; pages 168-178, column 5, all rows after first for columns 3-4; pages 179-189, column 2; pages 190-200, columns 2-4, 6-8, all rows after first for column 5. | | | | |
| Exhibit 43 (Dkt. No. 276-45) | Part of page 1. | Compelling reasons | Plaintiffs | This text contains sensitive personal financial information. | Dkt. 238 |
| Exhibit 48 (Dkt. No 276-50) | Parts of page 1. | Compelling reasons | Plaintiffs | This text contains information that could potentially be used to identify Jane Doe. | Dkt. 238 |
| Exhibit 57 (Dkt. No. 276-59) | Page 1, line 9 | Compelling reason | Plaintiffs | This text contains the name of Jane Doe. | Dkt. 235 |
| Exhibit 58 (Dkt. No. 276-60) | Third, fourth, and ninth columns (including headers) on all pages. | Compelling reason | Meta | This text should be redacted because it reveals specific, non-public information about an advertiser's Pixel and account with Meta.  If this information were disclosed, it would competitively harm the advertiser. | Dkt. 234 |
| Exhibit 59 (Dkt. No. 276-61) | Parts of page 5, contents of third and fourth columns (not headers). | Compelling reason | Meta | This text should be redacted because it reveals specific, | Dkt. 234 |

14

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | non-public information about Meta's data storage systems, including the names of specific fields within Meta's systems. If this information were disclosed, it would competitively harm Meta. | |
| Exhibit 63 (Dkt. No. 276-65) | Parts of page 3, last three rows; parts of page 4, first through forth, ninth through eleventh rows; parts of page 5, third, sixth through eighth, and last row; parts of page 6, forth, sixth, ninth, and eleventh rows; parts of page 7, last six rows; parts of page 8, second, third, sixth, and eleventh rows; parts of page 9, first three, fifth, and seventh through ninth rows; parts of page 10, fourth through ninth, and last row; parts of page 11, first, second, sixth, and eighth rows; parts of page 19, last row. | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and descriptions of specific fields within Meta's systems. If this information were disclosed, it would competitively harm Meta. | Dkt. 259 |
| Exhibit 64 (Dkt. No. 276-66) | Parts of page 3, fourth to last row; parts of page 4, fifth to last and first, second, and third to last rows; page 5, first, eight, tenth, eleventh, and twelfth rows; parts of page 6, first through third, sixth through fourth to last rows, first and second to last rows; parts of page 7, first through forth, seventh through | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and descriptions of specific fields within Meta's systems. If this | Dkt. 259 |

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | eleventh rows; parts of page 8, seventh row; parts of page 9, fourth, fifth, sixth, seventh, and eighth rows; parts of page 10, first, fifth, eighth, and tenth rows; page 12, last row; parts of page 13, first row; parts of page 14, third to last and second to last rows; parts of page 15, third and fourth rows; parts of page 16, first row; parts of page 17, first, fifth, eighth, and last rows; parts of page 18, third, ninth, eleventh and twelfth rows; parts of page 29, fourth row; parts of page 30, first, second, and forth rows. | | | information were disclosed, it would competitively harm Meta. | |
| Exhibit 65 (Dkt. No. 276-67) | Parts of page 3, third to last row; parts of page 4, last two rows; parts of page 5, first and second, seventh, ninth, and eleventh through fourteenth rows; parts of page 6, first through fifth, and tenth and eleventh rows; parts of page 7, first, fourth through ninth, and fourteenth through fifteenth rows; parts of page 8, seventh, tenth through eleventh, and fifteenth rows; parts of page 9, third and last rows; parts of page 10, first, second, and fifth rows; parts of page 13, third and last two rows; parts of page 14, fourth to last row; page 15, first through fourth, | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and descriptions of specific fields within Meta's systems. If this information were disclosed, it would competitively harm Meta. | Dkt. 259 |

16

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | ninth, and twelfth rows; parts of page 16, fifth, seventh, and eight rows; parts of page 26, third, forth, and last rows, parts of page 27, first and third rows. | | | | |
| Exhibit 66 (Dkt. No. 276-68) | Parts of page 4, twenty-first through twenty fourth, thirty-first, thirty-third through thirty-eighth, forty-fourth, and forty-sixth rows; parts of page 5, second through seventh, tenth, twelfth through fourteenth, nineteenth, twenty-fifth, thirty-third through thirty-eighth, forty-second, and forty-fifth rows; parts of page 6, first row, seventh through eighth, thirteenth, and seventeenth rows; parts of page 7, first through second, seventh, eleventh through fourteenth, nineteenth, twenty-third, twenty-ninth, and thirty-first through thirty-second rows; parts of page 8, fifth to last row; parts of page 9, first, second, forth, fifth, and ninth rows. | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and descriptions of specific fields within Meta's systems.  If this information were disclosed, it would competitively harm Meta. | Dkt. 259 |
| Exhibit 67 (Dkt. No. 276-69) | Parts of page 1, rows 15-20. | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and contents of specific fields within Meta's systems.  If this | Dkt. 259 |

17

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | information were disclosed, it would competitively harm Meta. | |
| Exhibit 68 (Dkt. No. 276-70) | Parts of page 1, rows 1, 6-9, 17-18, 22-24, 27-30, 34-35. | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names and contents of specific fields within Meta's systems.  If this information were disclosed, it would competitively harm Meta. | Dkt. 259 |
| Exhibit 69 (Dkt. No. 276-71) | Parts of page 7, lines, 7, 23; page 8, lines 6-9, 21; page 9, row 6. | Compelling reasons | Meta | This text should be redacted because it reveals specific, non-public information about Meta's data storage systems, including the names of specific Hive tables and integrity systems.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. | Dkt. 259 |
| Exhibit 70 (Dkt. No. 276-72) | Parts of page 1, lines 9-26, 34-66; page 2, lines 67-88. | Compelling reasons | Meta | This text should be redacted because it reveals specific, | Dkt. 259 |

18

| Exhibit and Docket Number of the Document | Material Proposed to Be Sealed in the Document | Legal Standard That Applies | Party or Parties Seeking to Seal the Material | Rationale for Sealing | Citation to Original Sealing Motion |
|---|---|---|---|---|---|
| | | | | non-public information about Meta's data storage systems, including the contents of specific fields within Meta's systems.  If this information were disclosed, it would competitively harm Meta. | |

19