# EXHIBIT 5

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 14**



Message
_____

From:        Rachana Mansinghka ███████████████████
Sent:        5/18/2018 4:52:28 PM
To:          Lisa Willett ██████████████ ███ Jennifer D. Stalley ████████████████
BCC:         Gowri Rao Krishnamurthy ████████████ ███████
Subject:     Notification about your client's Pixel implementation - action required
Attachments: image001.png

Importance:  High

Hello Lisa & Jennifer,

This is a note from the Facebook Signals Integrity team. You're receiving this because your client's Pixel has been identified as sending us data that violates our Terms of Service. Could you please reach out to your client Intuit Inc., with the below email. This is about the following Pixels ID: 1987284848179970 associated with the following Ad Account: ████████

If you have any questions, please read the **FAQ** below.

=== Client Email====

**Subject: Important notice from Facebook Pixel team**

Hi [Client],

Our aim is to help advertisers efficiently achieve their business goals while also maintaining a good consumer experience for people on Facebook. Therefore we have Terms of Service which you accept by using our tools such as Pixel, SDK & APIs.

Your business has been identified as sending us data that violates our terms of service. As a reminder, our Terms prohibit sharing:
*"information that you know or reasonably should know is from or about children under the age of 13 or that includes health, financial, or other categories of sensitive information (including any information defined as sensitive under applicable law)."*

Examples of such data include certain government identifiers such as social security numbers, home addresses, first name, last name, date of birth, email addresses, and passwords. Accordingly, we advise you to check your Pixel implementation and make sure you are only sending us data that complies with our Terms. Any data that is sent to us in violation of our Terms is removed from our system.

We continuously monitor the implementation of our technologies and thank you for your quick response in addressing this matter.

Facebook Ads team

== Internal Sales FAQS ==

**Q: How will this impact my client?**
At this stage this does not impact your client's campaign setup or performance as such. Our systems are setup to flag any "sensitive" data and delete it. So, this is just to notify your clients that their pixel setup needs

**EXHIBIT**

150

CONFIDENTIAL                                   PIXEL_TAX000022472

 

review so they can stop sending us this data.

**Q: Does this impact my client's campaigns?**
No. This does not impact any campaign performance as Facebook does not store or use this data. We delete it as it violates our terms.

**Q: What exactly is the "sensitive" data that my client is sending? Can you share more so I can ask them to fix it?**
Our machine learning algorithms identify data that is in violation of our terms and flag the accounts to us. At this stage we're unable to provide the exact data being sent by each client. However some examples of "sensitive" data include certain government identifiers such as social security numbers, home addresses, first name, last name, date of birth, email addresses, and passwords. Please request your client to review their entire Pixel implementation and ensure they stop sending any sensitive data.

**Q: Who is the Signals Integrity team? And what do they do?**
Signals Integrity is a newly formed team within the Measurement Org. Their mission is to ensure usage of all our signal sources (Pixel, Events SDK & Offline Conversions API) is compliant with our Terms of Service. This is ongoing stream of work to ensure we can help advertisers efficiently achieve their business goals while also maintaining a good consumer experience for people on Facebook.

==============

For any further questions feel free to reply to this email.

Thanks


--
Rachana Mansinghka | MPMM
p
e
facebook

CONFIDENTIAL

PIXEL_TAX000022473