# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 15**

Message

| | |
|---|---|
| From: | Victoria Chen Norland [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=C82A141FC9DD45ECA82CFFE8231D7A90] |
| Sent: | 11/15/2022 3:56:18 PM |
| To: | Max Nelson ██████████████        Victoria Chen Norland ██████████ |
| Subject: | Message summary [{"otherUserFbid":100077404158439,"threadFbId":null}] |

Victoria Chen Norland (11/15/2022 09:54:16 PST):
>Hey Max - know Dale added both of us to the pixel chats. Will try to catch up but feel like we can probably repurpose a lot of the same language we've used before re: pixel - https://www.internalfb.com/intern/mbghub/announcement/?id=4647356178698250

Max Nelson (11/15/2022 09:55:08 PST):
>sounds good - I just did a quick read through the chat. Sounds like they are still kind of in the discovery phase right now, but good to have that on hand if we need to pull together a client statement

Max Nelson (11/15/2022 09:55:33 PST):
>but if this is about the Markup series, feels like the steps would kind of be: a) we respond to Markup, b) story posts, c) clients read story and we need response

Max Nelson (11/15/2022 09:55:49 PST):
>so we may not need to pull anything together for a while

Victoria Chen Norland (11/15/2022 09:59:17 PST):
>yup, pretty much. although I think we can lean on the existing Pixel messaging I shared for a client response regardless (was used for other Markup stories). Would just need to potentially broaden to note health + financial data

Victoria Chen Norland (11/15/2022 14:53:46 PST):
>Hey there - have you been syncing with Dale re: comms for clients re: pixel/automatic event matching? been following along, but feels like that's something that we wown?

Max Nelson (11/15/2022 14:57:10 PST):
>i've been following along too, but haven't really had many side chats with him on this

Max Nelson (11/15/2022 14:57:27 PST):
>was basically just thinking I would attend the 9am PT meeting tomorrow for a deeper download

Max Nelson (11/15/2022 14:57:45 PST):
>but yeah - if we are going to give a heads up to the 4 names clients, we def want to be involved in crafting those comms

Max Nelson (11/15/2022 15:05:43 PST):
>I'm happy to lead on this from our team and I'll work with Dale and Growth. Curious to see what we've said to clients in situations like this in the past, but I'm sure we have that somewhere. Sort of a fine line between giving a heads up, and showing them how to proactively monitor what they are sending us, without making it seem like we are passing off blame

Victoria Chen Norland (11/15/2022 15:06:24 PST):
>Thanks - ideally wouldn't wait until 9am. I would probably reach out to Dale now to see his thoughts on what we can get started now. i think we have a lot of similar client comms we can crib from so let me chase this down for you, but most important is potentially having them turn off automatic events?

Max Nelson (11/15/2022 15:10:54 PST):
>hey - got the recent client comms

Max Nelson (11/15/2022 15:11:38 PST):
>looks like there is a master Pixel comms doc, and we included an example of what we sent to a client

Victoria Chen Norland (11/15/2022 15:18:32 PST):
>Great let me see if we have anything else

Max Nelson (11/15/2022 15:25:57 PST):
>cool - Dale just called me. This is a tough one. I guess the core issue is that when someone uses Automatic Events with Pixel, it impacts the amount of event data they send us and makes it so we see more. So...we purposefully don't allow sensitive verticals to have access to this feature, but in this



EXHIBIT

156

CONFIDENTIAL

PIXEL_TAX000023123

case, the named clients were just incorrectly labeled, so they DID have access to the feature, which it seems is what caused them to send us the data that we were not supposed to get.

Victoria Chen Norland (11/15/2022 15:29:34 PST):
>Yeah and the challenge is that labels are applied internally. So we need to carefully structure client comms around this

Victoria Chen Norland (11/15/2022 15:31:39 PST):
>let me know if you're drafting the comms anywhere, and I can drop in some additional language that we've used before that might be helpful

Victoria Chen Norland (11/15/2022 15:43:01 PST):
>FYI - here's some old language we used for proactive client outreach re: sending us potentially sensitive data: https://fb.quip.com/mihNAVpueyrV

Victoria Chen Norland (11/15/2022 15:43:23 PST):
>think this is more comprehensive than what's in the master doc, and could be useful to lean on (although likely will need to be updated given age)

Max Nelson (11/15/2022 15:44:00 PST):
>haha - yeah, could tell it was a little old when I saw Quip

Victoria Chen Norland (11/15/2022 15:44:01 PST):
>but some of the more recent language re: looking at Events Manager can also be cribbed from the MBG Hub FAQs (which are up to date)

Max Nelson (11/15/2022 15:44:03 PST):
>but helpful for sure

Max Nelson (11/15/2022 15:44:20 PST):
>do you know if there is a way for us to stop accepting Pixel data?

Max Nelson (11/15/2022 15:44:31 PST):
>like if we know that they are sending us data they shouldn't be, does it 100% have to be on them to update things

Victoria Chen Norland (11/15/2022 15:44:46 PST):
>well, we do proactively filter out some, but our systems are imperfect

Max Nelson (11/15/2022 15:44:47 PST):
>or can we do something on our end to basically reject it, and not put it into our ads system

Victoria Chen Norland (11/15/2022 15:45:05 PST):
>so we do put the onus on advertisers to check - esp. since it's in our Business Tools Terms

Max Nelson (11/15/2022 15:45:15 PST):
>yeah - I know overall it's on them

Max Nelson (11/15/2022 15:45:24 PST):
>but just wondering if there is a way to sort of like override things

Victoria Chen Norland (11/15/2022 15:45:28 PST):
>also because there's the assumption that advertisers know the data best (it's often hard for our systems to know one way or another)

Victoria Chen Norland (11/15/2022 15:45:39 PST):
>Yeah, we have filtering mechanisms, but they don't catch it all

Max Nelson (11/15/2022 15:45:59 PST):
>I'm wondering, if this note gets out, could it say "clearly Meta knew this advertiser was sending them something they shouldn't have, and they still just kept taking the data and putting it into their ads system"

Max Nelson (11/15/2022 15:46:21 PST):
>"could a reporter say" I mean

Max Nelson (11/15/2022 15:46:35 PST):
>like I know it's not scalable to do this for everyone and have it be manual

Max Nelson (11/15/2022 15:46:47 PST):
>but like once something has been flagged for us, and we KNOW it's happening, and we are getting data we shouldn't

CONFIDENTIAL

Max Nelson (11/15/2022 15:47:00 PST):
>is there anything we can do, or is it strictly up the advertiser to stop sending it

Victoria Chen Norland (11/15/2022 15:47:01 PST):
>that's why i think we need to frame it as part of a story - and that's why we are asking advertisers to review

Victoria Chen Norland (11/15/2022 15:47:13 PST):
>(vs. us confirming we know you're sending us bad data)

Victoria Chen Norland (11/15/2022 15:48:28 PST):
>I think we can lean into existing messaging: "In certain cases, you may see that your custom data was not displayed and has been removed by our signal filtering mechanism. If Meta's signals filtering mechanism detects Business Tool data that it categorizes as potentially sensitive health-related data, the filtering mechanism is designed to prevent that data from being ingested into our ads ranking and optimization systems."
>
>(but in this case don't think it was filtered

Max Nelson (11/15/2022 15:53:37 PST):
>yeah - at the most basic level, the opening sentence of the doc you shared ("your app is still sharing potentially sensitive data", protects us a little bit

Victoria Chen Norland (11/15/2022 15:56:18 PST):
>Yup. That language was crafted to not demonstrate full knowledge on our side one way or another because the onus sits on the advertiser to know the data

CONFIDENTIAL

PIXEL_TAX000023125