# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 16**



**PIXEL-TAX000003585**

**(EXERPTED: Tab Jane Doe, Rows 1, 121-124)**



Highly Confidential AEO

| ts | event_time | | browser_full_version | browser_name | device_os |
|---|---|---|---|---|---|
| 2022-04-01+21:00:99 | 1648847957 | | 00.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02:00:99 | 1648865216 | | 00.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05:00:99 | 1648877379 | | 00.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02:00:99 | 1648866518 | | 00.0.4896.60 | Chrome Desktop | Windows NT |

Highly Confidential AEO

| device_os_version | device_model | device_type | event_name | custom_data_json |
|---|---|---|---|---|
| 10 | | desktop | | |
| 10 | | desktop | | |
| 10 | | desktop | | |
| 10 | | desktop | | |

Highly Confidential AEO

| ████████████████ |
|---|
| https://www.hrblock.com/online-tax-filing/ |
| https://taxes.hrblock.com/HRBlock/HRBlock.TaxApplication.Presentation.Interview/OffshorePreChatConsent.hrbx?tn=modalPopUp&IsPopup=true&ClientSig |
| https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCD&ClientSignature=C41E9ED22C0759812F6⌐ |
| https://www.hrblock.com/tax-center/filing/dependents/claiming-boyfriend-on-taxes/ |

Highly Confidential AEO

nature=1AE36C23D475AED9BF384CDFE7B0646A48043680
404F073592C4ABBE44A8E&HT=F

4

Highly Confidential AEO

| ███████████████ | |
|---|---|
| https://www.hrblock.com/online-tax-filing/ | |
| https://taxes.hrblock.com/HRBlock/HRBlock.TaxApplication.Presentation.Interview/OffshorePreChatConsent.hrbx?tn=modalPopUp&IsPopup=true&ClientSig |
| https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCD&ClientSignature=C41E9ED22C0759812F6 |
| https://www.hrblock.com/tax-center/filing/dependents/claiming-boyfriend-on-taxes/ |

Highly Confidential AEO



| | | | city | country | has_optout_cookie |
|---|---|---|---|---|---|
| | | | Turlock | US | |
| | | | Turlock | US | |
| | | | Turlock | US | |
| | | | Turlock | US | |

Highly Confidential AEO

| has_people_based_optout | has_dnt |
|---|---|

Highly Confidential AEO

extra_data

Highly Confidential AEO



| | user_explicitly_logged_out |
|---|---|
| | 0 (Windows NT 10.0; Win64; x6 |
| | KHTML, like Gecko) Chrome/10 |
| | KHTML, like Gecko) Chrome/10 |
| | KHTML, like Gecko) Chrome/10 |

Highly Confidential AEO

| ip_address | | in_app_browser | has_user_pii_data | |
|---|---|---|---|---|

Highly Confidential AEO



Highly Confidential AEO

| trace_id | push_phase | |
|---|---|---|
| | C9 | |
| | C9 | |
| | C9 | |
| | C9 | |

Highly Confidential AEO

| session_id | | event_process_time | event_fire_time | city_id | from_rule_id | event_id |
|---|---|---|---|---|---|---|
| 59f79180-29cb-44b3-ac4d-b03cfccfc7f0 | ██████ | 1.64885E+12 | 1.64885E+12 | ██ | | |
| 1bf67745-e739-4b3c-a039-10d349b43ed3 | | 1.64887E+12 | 1.64887E+12 | | | |
| 5b72b311-132a-4c70-a128-c2e79502186 | | 1.64888E+12 | 1.64888E+12 | | | |
| bf93fcfa-c8e2-4f81-8ef1-969c8f75d757 | | 1.64887E+12 | 1.64887E+12 | | | |

Highly Confidential AEO

| event_source | event_src | contains_sensitive_data | places_contain_sensitive_data | |
|---|---|---|---|---|

Highly Confidential AEO

Highly Confidential AEO



Highly Confidential AEO

Highly Confidential AEO

Highly Confidential AEO

| initialization_time |
|---|
| _from_passed":fals |
| _from_passed":fals |
| _from_passed":fals |
| _from_passed":fals |

Highly Confidential AEO

| | processing_metadata | all_provided_match_keys |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Highly Confidential AEO

| mobile_app_version | | mobile_app_id | has_parameter_data | encrypted_external_id | |
|---|---|---|---|---|---|
| ıser_agent"] | | 0 | | EII1\|AQAASosAAAAC99 | |
| | | 0 | | | |
| | | 0 | | | |
| | | 0 | | | |

21

Highly Confidential AEO

| encrypted_event_id | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Highly Confidential AEO

encrypted_ip_address

Highly Confidential AEO

provided_action_source

Highly Confidential AEO

Highly Confidential AEO

region_id

Highly Confidential AEO

| | ds |
|---|---|
| | 2022-04-01 |
| | 2022-04-01 |
| | 2022-04-01 |
| | 2022-04-01 |

27

Highly Confidential AEO