# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 17**

| ts | event_time | | browser_full_v | browser_name | device_os | device_os_ver |
|---|---|---|---|---|---|---|
| 2021-11-14+17:00:99 | 1636909729 | | | Unknown | iOS | |
| 2021-11-14+17:00:99 | 1636909729 | | | Unknown | iOS | |

1

| device_model | device_type | event_name | custom_data_ | ██████████ | |
|---|---|---|---|---|---|
| | mobile_phone | PageView | █ | | https://idp.hrblock.com/idp/profile/SAML2/Redirect/SSO?execution=e1s1 |
| | mobile_phone | ██████████ | | | https://idp.hrblock.com/idp/profile/SAML2/Redirect/SSO?execution=e1s1 |

| | | |
|---|---|---|
| https://idp.hrblock.com/ | | https://idp.hrblock.com/idp/profile/SAML2/Redirect/SSO?execution=e1s1 |
| https://idp.hrblock.com/ | | https://idp.hrblock.com/idp/profile/SAML2/Redirect/SSO?execution=e1s1 |

| | | | city | country | has_optout_c | has_people_b |
|---|---|---|---|---|---|
| | | | Salinas | US | |
| | | | Salinas | US | |



**extra_data**



| | | | user_explicitly_logged_out |
|---|---|---|---|
| | | | |
| | | | |

7



| page_visibilit | | gent | version | | e| trace_id | | push_phase |
|---|---|---|---|---|---|---|---|---|
| | | | 2.9.47 | | | | | C3 |
| | | | 2.9.47 | | | | | C3 |

9



| ession_id | | event_process | event_fire_tim |
|---|---|---|---|
| | | | |
| d35c1c7-9b36-4f76-9e72-14e9d9bd2d48 | | 1.63691E+12 | 1.63691E+12 |
| | | | |
| d35c1c7-9b36-4f76-9e72-14e9d9bd2d48 | | 1.63691E+12 | 1.63691E+12 |

| city_id | from_rule_id | event_id | event_source | event_src | contains_sens | places_conta | |
|---------|--------------|----------|--------------|-----------|---------------|--------------|---|
| ███ | | | | | | | |
| ███ | | | | | | | |



| omain_scoped_browser_s |
|---|
| :P9ndzM1gVmSZ:BhkUKf |
| :P9ndzM1gVmSZ:BhkUKf |

| encrypted_ip_sid |
|---|
| EII1\|AQAASgEAAAACCdHh2RyloER6Y0GTaHCB\|1115891152242910\|AZgj2lrcO14cs_gh4w82GwqvYj bXTxa3Lzq8ei6TKhgdKnSJ9sGy8M98WLrevN5N6C0HwsQqCA |
| EII1\|AQAASgEAAAACCdHh2RyloER6Y0GTaHCB\|1115891152242910\|AZgl66Yq3ovd0Br9gfiNmpL-RdzvTyV1bkBxKbNKL4yEsKc4iXqDmjOuNMAjBth5ROcXK0nZfg |



| | initialization_t |
|---|---|
| | 1.63691E+12 |
| | 1.63691E+12 |

14





| mobile_app_v | █████ | has_event_id | ████ | mobile_app_id | has_paramete | encrypted_ex | ████ | rypted_event_id |
|---|---|---|---|---|---|---|---|---|
| ████ | | FALSE | ████ | 0 | | | ████ | |
| ████ | | FALSE | ████ | 0 | | | ████ | |

16

| encrypted_ip_address | provided_acti |
|---|---|





18



| ds |
|---|
| |
| 2021-11-14 |
| |
| 2021-11-14 |

19