# EXHIBIT 9

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 18**

| event_time | ████████ | browser_full_version | browser_name | device_os | device_os_version | device_model | device_type | event_name |
|---|---|---|---|---|---|---|---|---|
| 1.65E+09 | ████████ | 101.0.4951.67 | Chrome Desktop | Windows NT | 10 | | desktop | ████████ |
| 1.65E+09 | ████████ | 101.0.4951.64 | Chrome Desktop | Windows NT | 10 | | desktop | PageView |
| 1.65E+09 | ████████ | 101.0.4951.61 | Chrome Mobile | Android | 11 | moto g play (X1 | mobile_an | ████████ |

1

| custom_data_json | ██████ | ██████ | ████████ | ████ |
|---|---|---|---|---|
| ██████ | https://www.hrblock.com/tax-center/income/investments/how-to-figure-capital-gains-tax/ | https://www.hrblock.com/ | https://search.yahoo.com/ | https://www.hrblock.com/tax-center/income/investments/how-to-figure-capital-gains tax/ |
| ██████ | https://blog.taxact.com/debt-you-cant-lose-in-bankruptcy/ | https://blog.taxact.com/ | https://www.google.com/ | https://blog.taxact.com/debt-you-cant-lose-in-bankruptcy/ |
| ██████ | https://www.taxslayer.com/2021/avalon/Covid19Relief/RecoveryRebate | https://www.taxslayer.com/ | https://www.taxslayer.com/2021/avalon/Credits/Menu | https://www.taxslayer.com/2021/avalon/Covid19Relief/RecoveryRebate |



| city | country | has_optout_cookie | has_people_based_optout | has_dnt | |
|------|---------|-------------------|-------------------------|---------|---|
| Laconia | US | | | | |
| Arlington | US | | | | |
| Woodhaven | US | | | | |

3







| hashed_frcookie_browser_id | hashed_fr_cookie_browser_id | ███████████ | session_id | ███████████ | event_process_time |
|---|---|---|---|---|---|
| | | | 73bfcf9-b2f4-4617-a2ed-097696ab5239 | | 1.65362E+12 |
| | | | 5cf184c-52bd-4300-b535-6465f21f8cb3 | | 1.65357E+12 |
| | | | 0af4c8d-5509-49a3-9476-0071ed5e452f | | 1.65358E+12 |

6

| event_fire_time | city_id | from_rule_id | hashed_event_id | event_source | event_src | contains_sensitive_data | places_contain_sensitive_data | | |
|---|---|---|---|---|---|---|---|---|---|
| 1.65362E+12 | ███ | | | | | | | | |
| 1.65357E+12 | ███ | | | | | | | | |
| 1.65358E+12 | ███ | | | | | | | | |



| | browser_sid | | | domain_scoped_browser_sid |
|---|---|---|---|---|
| | | | | thv2n29TQwEr1:BikDws |
| | | | | jL3fXmP1oZBE:Bij39A |
| | | | | 4uiiaF0fsQpt:Bij51a |









| | region_id | | | page_visibility | i | | agent | version |
|---|---|---|---|---|---|---|---|---|
| | | | | | 2 | | | 2.9.61 |
| | | | | | 2 | | | 2.9.61 |
| | | | | | 1 | | | 2.9.61 |

12

| | | trace_id | push_phase | bucket | ts | ds |
|---|---|---|---|---|---|---|
| | | | C3 | 9 | 2022-05-27+02:00:99 | 5/26/2022 |
| | | | C3e | 4 | 2022-05-26+13:00:99 | 5/26/2022 |
| | | | C3 | 5 | 2022-05-26+15:00:99 | 5/26/2022 |

13