# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 20**

**Jonathan Samson**

April 15 · 😊                                                          ...

## [Launch] Core Setup Rollout for Health & Finance

**TLDR;**

We are rolling out <u>Core Setup</u>, a version of Business Tools that restricts most freeform data to Meta, to the majority of Health and Finance advertisers. We are now altering the inclusion criteria to roll out Core Setup to all data sources which are classified as Health or Finance by the Signals Integrity classification systems using the following:

- Signals Integrity and SAE ML model (domain and app based)
- Human Rater decisions

## Background

In previous Core Setup launches, we have enabled the Core Setup feature for data sources in restricted health or finance verticals. Previously, we were leveraging sales vertical classification in order to classify pixels, apps, and offline datasets. In order to add more inclusive classification methods, we are now proposing to utilize the Signals Integrity classification systems in order to classify additional data sources sending health and finance data. We will begin enabling Core Setup for the additional data sources included via this classification starting on April 22nd.

## Impact Estimation

Up to this point, we have rolled out t█████ data sources via sales vertical classification. This launch will include ████ additional data sources. Only pixels and apps will be included in this launch, no offline datasets will be affected.

**AAM IMPACT**

In this launch, <u>Automatic Advanced Matching</u> (AAM) may be impacted for in-scope advertisers. Some of the datasources in the launch won't be impacted because they are already considered part of restricted verticals and cannot use AAM. However, a portion of the current launch population (as a function of Core Setup) will have AAM be disabled. We estimate that around ████ data sources are in the set which will be potentially affected by this launch.

<u>Query</u>

| | |
|---|---|
| Total Set | ████████ |
| AAM Enabled | ██████ |
| Using AAM (have events using AAM) | █████ |



EXHIBIT

154

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PIXEL_TAX000052702

## Monitoring

We will be monitoring the data sources as they roll out and observing impact on AAM event matching to ensure impact doesn't surpass expectations. Dashboard can be found here: Monitoring Dashboard. Additionally we will be monitoring revenue and match rate, and keeping a close eye out for any regressions.

## Launch Date

- 04/22 - Rollout to 1% of data sources
- 04/23 - Rollout to 10% of data sources
- 04/24 - Rollout to 50% of data sources
- 04/25 - Rollout to 100% of data sources

## References

Core Setup

Sales Launch Post

Monitoring Dashboard

CC oncalls: **Vikas Achhpiliya, Yuanhang Lin, Ji Song (MPK), Anmol Gupta, Andre Armstrong, Virender Lnu, Faizan Malik, Atul Gupta, Shashank Gollapudi, Yan Hong**



UNIDASH

**Rollout Dashes > Core Setup launch for all health and finance**

 7                                    2 comments    Seen by 104

---

👍 Like                    💬 Comment                    ➤ Share

---

Jonathan Samson 😊

Charity Hemphill-Frierson, Michael Manhard, Tobias Wooldridge, Sean Sharma, Amlesh Jayakumar, Billy Florkowski, David Abdul-Malak, Katie Glass, Roji Thomas

33w    Like    Reply

Jonathan Samson 😊

posted in Signals Oncall/Investigations group as well, since it is an open group. Please comment there with questions: **https://fb.workplace.com/groups/1417568841895940/permalink/3679011 932418275/**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000052703

 33w  Like  **Reply**

 Write a comment...

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000052704