# EXHIBIT 13

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 22**

**Offsite_signals_inc_archive_2022-7-26_1.csv, PIXEL_TAX000036169**

**Excerpted, rows 2540 and 6700**



**Highly Confidential - AEO**

| ts | action_source | processing_outcome | connection_method | event_category | | ent_time | event_name | trace_id | | event_process_time |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022-07-27+01:00:99 | website | used_in_prod | BROWSER | default | ██ | 1.66E+09 | Efile-Print | ██ | | 1.65888E+12 |
| 2022-07-26+22:00:99 | website | used_in_prod | BROWSER | default | ██ | 1.66E+09 | Efile-Print | ██ | | 1.65887E+12 |

Highly Confidential - AEO

| event_fire_time | agent | custom_data_json | browser_full_version | browser_name | device_os | device_os_version | device_model | mobile_app_id |
|---|---|---|---|---|---|---|---|---|
| 1.65888E+12 | | | 03.0.1264.71 | Edge (Chromium Based) | Windows NT | 10 | | 0 |
| 1.65887E+12 | | | 03.0.0.0 | Chrome Desktop | Mac OS X | 10.14.6 | Macintosh | 0 |

Highly Confidential - AEO

| mobile_app_version | device_type | event_detection_method | session_id | | |
|---|---|---|---|---|---|
| | desktop | | 7b80eca7-57d0-4dcf-b388-da908f4eea34 | https://www.taxact.com/online/2021/# | https://www.taxact.com/ |
| | desktop | | 7d9259c4-d369-492a-b563-8d5ab9794b62 | https://www.taxact.com/online/2020/ | https://www.taxact.com/ |

Highly Confidential - AEO

| | | city | country | has_optout_cookie | has_people_based_optout | has_dnt | user_explicitly_logged_out |
|---|---|---|---|---|---|---|---|
| https://www.taxact.com/taxonline/introduction/taxactonline.asp | https://www.taxact.com/online/2021/# | Dexter | US | | | | |
| https://www.taxact.com/taxonline2020/introduction/taxactonline.asp | https://www.taxact.com/online/2020/ | Pearland | US | | | | |

4

Highly Confidential - AEO



| ersion | initialization_time | city_id |
|---|---|---|
| 9.66 | 1.65888E+12 | |
| 9.66 | 1.65887E+12 | |

Highly Confidential - AEO



Highly Confidential - AEO



| | | | browser_sid | domain_scoped_browser_sid | | all_provided_match_keys | |
|---|---|---|---|---|---|---|---|
| | | | | C:NxFGT9CFMeCP:Bi4D-f | | | |
| | | | B:WV6ow87I9bbs:Bi4AOL | C:YOJxs2vzlJ3x:Bi4GCM | | | |

Highly Confidential - AEO



| | rypted_external_id | | ncrypted_event_id | encrypted_ip_address | provided_action_source | extra_data | reason_discarded | signals_deduplication_rule_name |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Highly Confidential - AEO

| signals_deduplication_original_connection_method | client_user_agent | sdk_type | sdk_language | sdk_version | | h_api_version | request_id | endpoint | |
|---|---|---|---|---|---|---|---|---|---|
| | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.5060.134 Safari/537.36 Edg/103.0.1264.71 | | | | | | | | |
| | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36 | | | | | | | | |

Highly Confidential - AEO



| region_id | | extra_data | has_order_id |
|---|---|---|---|

Highly Confidential - AEO

| signals_deduplication_original_event_fire_time | | rimary_signal_container_id | etld_plus_one | agent_normalized | decoded_campaign_bits | decoded_conversion_bits |
|---|---|---|---|---|---|---|
| | | 1.4451E+15 | taxact.com | | | |
| | | 1.4451E+15 | taxact.com | | | |

Highly Confidential - AEO



Highly Confidential - AEO

| known_private_email_domain | | api_platform_metadata | mobile_store_object_id | ch_match_method | | gregate_id |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Highly Confidential - AEO



Highly Confidential - AEO



| ds |
| --- |
| 7/26/2022 |
| 7/26/2022 |

Highly Confidential - AEO