# EXHIBIT 14

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 23**

## Message

**From:** Tobias Wooldridge ████████████

**Sent:** 12/19/2022 12:27:31 PM

**To:** Tobias Wooldridge ████████████ Mayur Patel ████████████

**Subject:** Message summary [{"otherUserFbid":100013092369987,"threadFbid":null}]

Mayur Patel (12/19/2022 08:37:26 PST):
>" Meta's filtering system is designed to detect, among other things, forms of potential personal financial data,"

Mayur Patel (12/19/2022 08:37:44 PST):
>Our signals integrity does financial filtering too?

Tobias Wooldridge (12/19/2022 08:47:17 PST):
>It depends on which thing you're filterint

Tobias Wooldridge (12/19/2022 08:47:19 PST):
>filtering*

Mayur Patel (12/19/2022 08:48:41 PST):
>I mean do we filter on financial data?

Mayur Patel (12/19/2022 08:48:51 PST):
>it's pretty straight forward yes/no :)

Mayur Patel (12/19/2022 08:51:17 PST):
>Shall I tag you in the doc/response? or do you wanna chat live about this

Tobias Wooldridge (12/19/2022 09:01:28 PST):
>I can vc quickly

Tobias Wooldridge (12/19/2022 09:01:30 PST):
>Tagging is fine

Mayur Patel (12/19/2022 09:14:14 PST):
>Let me setup time later

Mayur Patel (12/19/2022 09:14:28 PST):
>Started getting my son ready

Mayur Patel (12/19/2022 12:19:09 PST):
>free now?

Tobias Wooldridge (12/19/2022 12:19:25 PST):
>yeah

Tobias Wooldridge (12/19/2022 12:19:27 PST):
>#fileazoom

Mayur Patel (12/19/2022 12:20:16 PST):
>#portalme

Tobias Wooldridge (12/19/2022 12:25:03 PST):
>https://docs.google.com/document/d/1wR1AxCjZUF-5frSovWHtDOhr2j4naOmRn7zVbZN6VRI/edit# #shareadoc

Mayur Patel (12/19/2022 12:25:16 PST):
>https://docs.google.com/document/d/1Tm_CatfCvADBW97ruu8kp7AVg6dehqvGIur15-CTOxs/edit#

Tobias Wooldridge (12/19/2022 12:27:31 PST):
>https://www.internalfb.com/intern/si_prediction_service_debugger/?tab=sensitive_data&domain=&dsoid=&text=income&sensitiveDataModelId=&sensitiveDataTextId=&sensitiveDataPredictionId=&model_type=sensitive_data&use_pytext=false&tier=signal_integrity_prediction_service.prod&sensitive_data_pytext=no&sensitive_model_id=&sensitive_text_id=&sensitive_prediction_id=



EXHIBIT
tabbies
151

PIXEL_TAX000023047