# EXHIBIT 15

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 24**

Message

| | |
|---|---|
| **From:** | Tobias Wooldridge [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=EC801801655D4BC89FC36B17F4B08C14] |
| **Sent:** | 1/15/2020 6:13:35 PM |
| **To:** | Tobias Wooldridge ███████; Yu Pang ████████; Tal David ███████; Jason Han (Ads) ███████ |
| **Subject:** | Message summary [{"otherUserFbId":null,"threadFbId":2829619213728796}] |
| **Attachments:** | 82599652_592946711270300_8053874758804045824_n.png; 82842778_1017735838584854_4039701704378155008_n.png |

Jiaxin Han (1/15/2020 16:04:50 PST):
>the new thrift should be the long term solution, but what is the current blocker for you, I need to understand it correctly, thanks.

Jiaxin Han (1/15/2020 16:17:59 PST):
>for PII keys, pixel has ████ keys
>
>https://fburl.com/ods/krnrjcpx

Jiaxin Han (1/15/2020 16:18:12 PST):
>the query I mentioned

Tal Davidi (1/15/2020 17:11:25 PST):
>I'm still not entirely clear on how multiple pii is handled on the back end. ███████████████ ████ ████████ in addition to UserDataTemp. Would want to make sure nothing is going to break downstream if we start to pass along more than one param, and that it will be handled properly.

Tal Davidi (1/15/2020 17:14:39 PST):
>Does this mean ████ different pii fields? Are these autogenerated by the browser pixel?

Jiaxin Han (1/15/2020 17:20:25 PST):
>this is what we trying to figure out and clean up

Tobias Henry Wooldridge (1/15/2020 17:20:51 PST):
>as in, different PII key names?

Tobias Henry Wooldridge (1/15/2020 17:21:03 PST):
>We log the ██ ██ ████ to ads_pixel_traffic, so it should not be hard to see which are sent by which pixel

Tobias Henry Wooldridge (1/15/2020 17:21:17 PST):
>and how many are sent by which pixel

Yu Pang (1/15/2020 17:22:18 PST):
>just to set the expectation, we're not doing the cleanup, as advertiser has freedom to set them. We just pass what we want into our PII structure and send to the system.

Jiaxin Han (1/15/2020 17:22:40 PST):
███████████████████████████████████████████████████████████████████

Tobias Henry Wooldridge (1/15/2020 17:23:09 PST):
>I don't see harm in cleaning these up -- we only support a certain list of PII key types, right?

Jiaxin Han (1/15/2020 17:23:48 PST):
>for the PII value, we only accept around █ types, I need to find exact number, other information may not be used in matching

Jiaxin Han (1/15/2020 17:24:03 PST):
>that is my understanding

Yu Pang (1/15/2020 17:24:13 PST):
>I think for this API, we allow website to set PII structure like vec<email>, vec<phone> vec<fn> in one request. And our PII matching system will handle the rest.

Yu Pang (1/15/2020 17:24:57 PST):

CONFIDENTIAL

>The problem is how hard to clean it, should anyone do external comms. Is there any other places that consume those data etc.  We're just one downstream that reading the fields, right?

Jiaxin Han (1/15/2020 17:26:35 PST):
>what I mean by cleaning is the input to Identity Matching, I will only touch the input params to Identity service, not other fields or information in pixels

Tobias Henry Wooldridge (1/15/2020 17:27:01 PST):
>What's the point of external comms here, @Yu?

Tobias Henry Wooldridge (1/15/2020 17:27:39 PST):
>If we're not using the data already, and we'll continue to not use the data, what's the harm in having an internal filter that gets rid of the things we don't use to the end of having a more strongly typed API?

Jiaxin Han (1/15/2020 17:32:01 PST):
>https://developers.facebook.com/docs/marketing-api/audiences-api/

Jiaxin Han (1/15/2020 17:32:36 PST):
>this is the list I used to create the new thrift struct: https://fburl.com/diffusion/7pgvro8m

Tobias Henry Wooldridge (1/15/2020 17:32:49 PST):

shared: 82599652_592946711270300_8053874758804045824_n.png
shared: 82842778_1017735838584854_4039701704378155008_n.png

Tobias Henry Wooldridge (1/15/2020 17:32:51 PST):
>https://███████████████████

Jiaxin Han (1/15/2020 17:33:03 PST):
>If it is not complete, please share the complete list

Tobias Henry Wooldridge (1/15/2020 17:33:27 PST):
>After that, every type of "PII key" is some garbage like "snapbookEvent" and is only sent by 1-2 pixels

Jiaxin Han (1/15/2020 17:36:05 PST):
>Thanks a lot for this list, will combine some opinions from DFCA and OC to get the final list, thanks.

Jiaxin Han (1/15/2020 17:37:40 PST):
>is there a lookup for the the short name of the keys?

Jiaxin Han (1/15/2020 17:38:00 PST):
>should we also merge some similar ones like IP and IP_address?

Tobias Henry Wooldridge (1/15/2020 17:38:15 PST):
>yeah absolutely

Tobias Henry Wooldridge (1/15/2020 17:38:38 PST):
>we should normalize the PII keys in the backend

Jiaxin Han (1/15/2020 17:38:47 PST):
>and are they all used by PII?

Tobias Henry Wooldridge (1/15/2020 17:38:48 PST):
>fn, first name, firstName -- all mean the same thing

Tobias Henry Wooldridge (1/15/2020 17:38:58 PST):
>These are all PII fields. I think a lot are already normalized

Tobias Henry Wooldridge (1/15/2020 17:39:09 PST):
>There's code for it

Jiaxin Han (1/15/2020 17:39:20 PST):
>we do not have some of the keys in PII candidates source

Jiaxin Han (1/15/2020 17:40:03 PST):
>should we only keep those we have in PII matching? as input for Identity?

Jiaxin Han (1/15/2020 17:40:49 PST):
>the keys not in PII matching will not be used

Yu Pang (1/15/2020 17:43:33 PST):

PIXEL_TAX000023181

>I'm just not familiar with how Pixel collect those data. I assume it's a custom_field that advertisers can put anything in. And it's pretty upstream for us, so we strongly typed our input to PII system, and only receive those required input.

Tobias Henry Wooldridge (1/15/2020 17:43:47 PST):
>yeah, advertisers can poop any data they want into it :(

Tobias Henry Wooldridge (1/15/2020 17:43:49 PST):
>Which they dop

Tobias Henry Wooldridge (1/15/2020 17:44:02 PST):
>It's full of garbage right now -- see the query above

Tobias Henry Wooldridge (1/15/2020 17:44:15 PST):
>If sanitizing this helps you guys have cleaner/more strongly typed code, please do so!

Tobias Henry Wooldridge (1/15/2020 17:44:49 PST):
>We only use the values for identity matching; after which we drop them - so they're not valuable to anybody else

Yu Pang (1/15/2020 17:45:31 PST):
>Can we say if they're not following https://developers.facebook.com/docs/marketing-api/audiences-api/ we can ignore?

Jiaxin Han (1/15/2020 17:45:33 PST):
[redacted]

Yu Pang (1/15/2020 17:46:01 PST):
>for example, we only read 'FN' field for first name

Jiaxin Han (1/15/2020 17:46:14 PST):
>these are in Identity PII match system

Tobias Henry Wooldridge (1/15/2020 17:46:51 PST):
>I think we should try and parse them optimistically and then fit them into the variables @Jason Han (Ads) has defined

Jiaxin Han (1/15/2020 17:46:53 PST):
>these are the keys in Identity system, can be used for matching

Tobias Henry Wooldridge (1/15/2020 17:47:05 PST):
>Like if you have 'fn' or 'FN' or 'firstName', we should accept that data

Tobias Henry Wooldridge (1/15/2020 17:47:25 PST):
>There's a sitevar for normalizing these somewhere

Tobias Henry Wooldridge (1/15/2020 17:47:40 PST):
>(note: we use this sitevar for a bunch of logging stuff, pls don't change it without me reviewing the diff)

Jiaxin Han (1/15/2020 17:48:30 PST):
>I think we are discussing two problems: 1. what keys to support, 2. where do we deal with alias of the same key

Jiaxin Han (1/15/2020 17:48:59 PST):
>#1, IP, UA are not supported

Jiaxin Han (1/15/2020 17:50:04 PST):
>#2, I believe there are already some code in pixel or identity can take care of it, if not we need to decide where to do it, I need to check more closely

Jiaxin Han (1/15/2020 17:50:19 PST):
>#1 is what keys to support for PII matching

Yu Pang (1/15/2020 17:50:57 PST):
>on 1, it's pretty clear, we just support what we can support in PII system (which you have already defined it well in the new PII structure).  In this discussion, we're simply stating the fact that the raw data is messy, we need to make sure the migration is doing the right thing.

Jiaxin Han (1/15/2020 17:51:12 PST):
>https://developers.facebook.com/docs/marketing-api/audiences-api/ covers all the keys we support today for PII

                                                                PIXEL_TAX000023182

Tobias Henry Wooldridge (1/15/2020 17:51:22 PST):
>https://our.internmc.facebook.com/intern/sv/FRIENDLY_PII_NAMES/

Tobias Henry Wooldridge (1/15/2020 17:51:28 PST):
>I think we depend on this in some places

Jiaxin Han (1/15/2020 17:52:12 PST):
>and the thrift is based on this

Tobias Henry Wooldridge (1/15/2020 17:53:06 PST):
>https://our.internmc.facebook.com/intern/sv/FRIENDLY_PII_NAMES/ this is used for normalization in some places I think

Jiaxin Han (1/15/2020 17:53:09 PST):
>I will look more closely, and I believe when pixel setup the input data for pii, should already taken care of the alias already

Yu Pang (1/15/2020 17:53:18 PST):
>From my memory, what Tobias mentioned is inside the ████████ after we received the raw UserData field. I think the ideal case would be having a util function, sanitize the raw user data into the new PII structure and then send it to ██████

Jiaxin Han (1/15/2020 17:53:33 PST):
>we have that part

Tobias Henry Wooldridge (1/15/2020 17:53:43 PST):
>Having a robust "normalizePIIKey" method would be 🐇

Tobias Henry Wooldridge (1/15/2020 17:53:50 PST):
>We just need to check it works for everything in the list my query got

Tobias Henry Wooldridge (1/15/2020 17:53:51 PST):
>then we're done

Tobias Henry Wooldridge (1/15/2020 17:54:01 PST):
>IP/UA obviously don't need to be included

Jiaxin Han (1/15/2020 17:54:18 PST):
>got it, thanks!!

Jiaxin Han (1/15/2020 17:55:24 PST):
>@Tal, need to understand your concern for this? how to unblock you asap, may not need to migrate to thrift PII input

Yu Pang (1/15/2020 17:56:17 PST):
>From my POV, we have to provide an API to Tal to accept multiple PII and process it in Galileo. From this sense, it's better just directly use the new structure

Tobias Henry Wooldridge (1/15/2020 17:56:40 PST):
>Thrift structures are <3

Tobias Henry Wooldridge (1/15/2020 17:56:51 PST):
>Thanks for strengthening the typing here btw @Jason

Tal Davidi (1/15/2020 17:58:52 PST):
>Yeah right now we're still focused on adding this for s2s only, where we only accept a specific list of these as vectors. This is anything that lives in ██████████████ ███████████████████████████████████████████████████ ████████████████████ ████ █████████ ████

Tal Davidi (1/15/2020 17:59:37 PST):
██ ██ ████████ █ ██████ ██ ███ ── ███████ ── █████████

Tal Davidi (1/15/2020 18:00:26 PST):
>And also need to make sure the rest of downstream doesn't break from storing a vec in WebsiteEventContext rather than string like we do now

Jiaxin Han (1/15/2020 18:00:36 PST):
>Can you share more details on this? I do not think we only use the first one

Tal Davidi (1/15/2020 18:01:38 PST):

CONFIDENTIAL

>https:/████████████████████████████████████████████
████████████████████████████ here is where we drop all but one

Jiaxin Han (1/15/2020 18:01:40 PST):
>When I set input for identity, I can take care any input format, but not sure down streams

Jiaxin Han (1/15/2020 18:07:53 PST):
>In IdentityParams, you can use userDataTemp which is dict<string, mixed> to solve this issue now

Jiaxin Han (1/15/2020 18:08:19 PST):
>userData is dict<string, string> can not hold multiple emails

Jiaxin Han (1/15/2020 18:10:01 PST):
>We can work together to unblock this, migration may be longer

Jiaxin Han (1/15/2020 18:10:10 PST):
>For thrift

Yu Pang (1/15/2020 18:11:09 PST):
>I just realized we already have the new API https://fburl.com/diffusion/4db6ecva

Yu Pang (1/15/2020 18:11:30 PST):
>although it's not in production yet, we haven't switch to use the new structure. But we should start from there.

Yu Pang (1/15/2020 18:12:19 PST):
>supporting userData to have multiple emails and send to PII system, IMO, is about the same complexity as switching over to use new structure.

Jiaxin Han (1/15/2020 18:13:20 PST):
>from the params, it is ready, just not prod yet

Jiaxin Han (1/15/2020 18:13:35 PST):
>sure, we will work to use the new thrift

PIXEL_TAX000023184