# EXHIBIT 16

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 25**

Message

---

**From:**     Abhinav Anand [abanand@meta.com]
**Sent:**     3/1/2023 5:27:54 PM
**To:**       Charity Hemphill-Frierson ███████████████████; Abhinav Anand [abanand@meta.com]; Samson Bekele
              ████████████████
**Subject:**   Message summary [{"otherUserFbId":null,"threadFbId":5927457537333113}]

Samson Bekele (3/01/2023 15:14:49 PST):
>Hi team - I need your help to make sure we popoulate our H1 goals in this sheet

Samson Bekele (3/01/2023 15:14:53 PST):
>https://docs.google.com/spreadsheets/d/1wWH_PdD90FJxwiQVSpWJQ2ezJdlD0CPTwqBLUZiKUzk/edit#gid=1875842719

Samson Bekele (3/01/2023 15:15:33 PST):
>We may have to use this for tomorrow's meeting - going to confirm on that with Jiniy at 3:35. But regardless of that, this is needed.

Charity Hemphill-Frierson (3/01/2023 15:17:51 PST):
>Okay. Let me get the monthly legal digest out and then turn to this before I sign off

Samson Bekele (3/01/2023 15:17:59 PST):
>I have a few quesitons I would like to make sure we are aligned:  >1. What's our take on including/excluding "Block known porn/illegal/etc websites from sending data via Conversions API" project from our H1 goal? This was already in last half's goal. I know we launched in early Jan. The credit has been used in H2 PSC as well.  >2. The other piece is around confidence level of each project.

Samson Bekele (3/01/2023 15:19:04 PST):
>Overall, it's populated but there are some areas that we need to beef up the "Why this goal matters(benefit, related goals, Wins, misses etc.)" section

Abhinav Anand (3/01/2023 15:35:19 PST):
>I still don't have invite for tomorrow's meeting

Abhinav Anand (3/01/2023 15:36:32 PST):
>Quickly on #1 we had the launch Goal in H1 which we completed, ship ready was last year.

Charity Hemphill-Frierson (3/01/2023 15:38:30 PST):
>It was on the H2 roadmap. We didn't ship in H2 but substantively took credit and shipped in Jan. So I suppose it is fine to knock off

Charity Hemphill-Frierson (3/01/2023 15:48:03 PST):
>Question - Should we include unplanned work here like we did in the version used for the Processing bi-weekly (which we need to update for tomorrow 😵‍💫)
https://docs.google.com/document/d/1dKLIzYwRMOKq2jYPeMvbWyUoGyb6Q42Ypc0xhx2XiQg/edit

Charity Hemphill-Frierson (3/01/2023 15:50:38 PST):
>Also what is the preferred way to represent confidence for shipped work here? 100% in that column?

Charity Hemphill-Frierson (3/01/2023 16:08:02 PST):
>I added in some comments on various cells. Biggest thing that gave me heartburn is saying Phase 1 of Hive Transparency is 20/80. I'm having a hard time reconciling that since we're reporting everything as green for that project

Charity Hemphill-Frierson (3/01/2023 16:08:23 PST):
>I think 20/80 is fair for phase 2; we're still getting data science input there

Charity Hemphill-Frierson (3/01/2023 16:09:07 PST):
>Also, how are you thinking about this list @Samson? Is the goal for it to be comprehensive? Highest priority stuff? Or something else?

Charity Hemphill-Frierson (3/01/2023 16:09:26 PST):
>I only ask bc it looks like this is missing "Deliver overview of all systems used to conduct Signals Integrity domain blocking and sensitive data filtering; create a taxonomy"

Charity Hemphill-Frierson (3/01/2023 16:09:40 PST):
>I also wonder if we want to detail our injects a bit more

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PIXEL_TAX000004297

Samson Bekele (3/01/2023 16:12:54 PST):
>Just talked to Jinyi and he confirmed that my orginal doc is the right template for team review

Samson Bekele (3/01/2023 16:13:21 PST):
>We still have to populate the goals sheet but for tomorrow's review, we will be using this doc:

Abhinav Anand (3/01/2023 16:13:23 PST):
>I don't think we are adding any unplanned work unless it is P0

Samson Bekele (3/01/2023 16:13:26 PST):
>https://docs.google.com/document/d/17Q9lP_Is4n-uLjQbXPDPkFTz2MjKHLM-2IxsmHzcAWO/edit#

Abhinav Anand (3/01/2023 16:13:41 PST):
>in confidence column what does 80/20 mean ?

Samson Bekele (3/01/2023 16:14:09 PST):
>Pinged Jinyi to add you. sorry for the delay on this one.

Samson Bekele (3/01/2023 16:14:56 PST):
>80/20 - says we have high confidence on completing this project - based understanding the requirment,
the resourcing, etc.

Charity Hemphill-Frierson (3/01/2023 16:15:41 PST):
>Got it. Taking a closer read at this one now

Samson Bekele (3/01/2023 16:29:51 PST):
>@Abhinav Anand  regarding your comment - "We should also include Financial Data filtering changes done
(or will be launched in a week)." - are you referring to "Block Finance Tax Portals" from your tracker?

Abhinav Anand (3/01/2023 16:38:49 PST):
>'Block Finance Tax Portals'  item isn't ready but this one will be launched by EOW.
>
>https://docs.google.com/document/d/1Id6qK4IqY_om3wyeOJMCPnzpOeKyVIwEDOE0DF438eU/edit#bookmark=id.234kfxb
wg5nk

Charity Hemphill-Frierson (3/01/2023 16:39:23 PST):
>Left some suggested text (most of which I think you've already reviewed). The biggest thing I see in
this version is warning folks that Safeguard is likely to require ENG resources in Q2

Samson Bekele (3/01/2023 17:23:02 PST):
>@Abhinav Anand  you have been added to the meeting

Abhinav Anand (3/01/2023 17:27:54 PST):
>Ack, got the invite now

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    PIXEL_TAX000004298