# EXHIBIT 18

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 14**

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES | Master File No. 5:22-cv-07557-PCP |

Declaration

of

**COLIN B. WEIR**

August 18, 2025

REFERENCES MATERIALS DESIGNATED "CONFIDENTIAL" AND "HIGHLY

CONFIDENTIAL ATTORNEYS' EYES ONLY" UNDER PROTECTIVE ORDER

I, Colin B. Weir, declare as follows:

I am President at Economics and Technology, Inc. ("ETI"), 100 Franklin Street, 6th Floor, Boston, Massachusetts 02110.  ETI is a research and consulting firm specializing in economics, statistics, regulation and public policy.

## I. QUALIFICATIONS, BACKGROUND, AND EXPERIENCE

1.    I hold a Masters of Business Administration, with honors, from the High Technology program at Northeastern University, Boston, Massachusetts.  I hold a Bachelor of Arts degree cum laude in Business Economics from The College of Wooster, Wooster, Ohio.  I have provided expert testimony before federal and state courts, the Federal Communications Commission, and state regulatory commissions, and have contributed research and analysis to numerous ETI publications and expert testimony at the state, federal, and international levels.  I have consulted on a variety of consumer and wholesale products cases, calculating damages relating to telecom products, food products, household appliances, herbal remedies, health/beauty care products, electronics, and computers; and performing data analytics on various transactional records, including billing records, retail sales records, and call detail records.  My Statement of Qualifications, which outlines my professional experience, publications, and record of expert testimony, is attached hereto as Exhibit 1.  This includes a list of all cases in which, during the previous four years, I have testified as an expert at trial or by deposition.  Prior to joining ETI, I worked at Stop and Shop Supermarkets for a period of seven years, working as a cash department head, grocery/receiving clerk, and price-file maintenance head.



Declaration of Colin B. Weir
August 18, 2025
Page 2 of 6

## II. ENGAGEMENT

2.    I provide this declaration in connection with the cases filed by Plaintiffs Katrina Calderon, Tiffany Bryant, Sait Kumargaliyev, Chris Papadimitriou, Kayla Housman, and Jane Doe ("Plaintiffs") in the above-captioned action against Defendant Meta Platforms, Inc., ("Defendant," "Meta," or "Facebook").  I understand that this case relates to allegations surrounding Defendant's practice of wiretapping of electronic communications on major online tax filing websites offered by H&R Block, TaxAct, and TaxSlayer, among other sites.[1]

3.    As discussed in greater detail below, I have been asked whether it would be possible to process data obtained from Defendant Meta.  Specifically, I have been asked to determine whether it would be possible to determine the counts of records contained in Meta's databases that meet certain criteria (I discuss the specifics in greater detail below).  I am not offering opinions as to whether liability should or should not be established in this matter.

4.    ETI is being compensated at the rate of $950 per hour for my work on this case.  The opinions expressed in this declaration are my own, and my compensation is not dependent upon the substance of these opinions or the outcome of the litigation.

5.    The documents, data, and other materials that I relied upon in forming my opinions are identified throughout my report, and in Exhibit 2, attached hereto.  In addition, I have relied upon my educational background, and more than 21 years of experience.

## III. DATA SOURCES

6.    I have been provided with several exemplar databases/datasets that Counsel for Plaintiff has represented to me to be samples of Defendant's web activities including records that Plaintiffs allege would evince illegal wiretapping activity[2] (hereinafter, "Meta Web Data").[3]  I am

---

[1] *See*, Second Amended Complaint, dated May 9, 2025 (the "Complaint"), at para 1 *et seq.*

[2] I understand the proposed class periods to be from January 15, 2019 to June 30, 2023 for the classes of visitors to the H&R Block website; and from August 25, 2015 to June 30, 2023 for the classes of visitors to the TaxAct website ("Class Period").



ECONOMICS AND
TECHNOLOGY, INC.

Declaration of Colin B. Weir
August 18, 2025
Page 3 of 6

not offering any opinions as to whether the records do or do not provide evidence of wiretapping. This data was provided in comma delimited text format and contains Meta web records. In particular, I have been asked to focus my analysis at this time on a database table known as the "offsite_signals" table. The schema for this table is too voluminous to document in its entirety here, but includes such fields as:

- session_id;

- connection_method;

-  and

- ds.

    7.   I have been asked to assume the following:

- that the session_id field is a unique identifier assigned to a user interaction session with a website or app. Multiple events may share the same session_id, and each unique session_id would constitute a visit;

- that the connection_method field indicates how the data was transmitted:

      o  'browser' indicates real-time interception via Meta Pixel on websites;

      o  'server' indicates server-side transmission via Meta Conversions API;

      o  'app' indicates SDK-based transmission from mobile apps

- that the ▮▮▮▮▮▮▮ field contains a numeric code which indicates the online entity involved, and where

      o  the code ▮▮▮▮▮▮▮▮▮▮ represents Tax Act;

      o  the code ▮▮▮▮▮▮▮▮' represents H&R Block; and

- that the ds field contains the date of the event.

---

[3] *E.g.*, PIXEL_TAX000036169_HIGHLY CONFIDENTIAL.

ECONOMICS AND
TECHNOLOGY, INC.

Declaration of Colin B. Weir
August 18, 2025
Page 4 of 6

## IV.  DETAILED ASSIGNMENT

8.    As above, I have been asked to determine whether it would be possible to determine the counts of records contained in Meta's databases that meet certain criteria.

**Criteria 1**

9.    I was asked if it would be possible to query the data to find records in the data where:

- The ███████████ is ███████████ for H&R Block; and
- The connection_method field is either "browser" or "server"; and
- The session_id is not null; and
- The session_id is not populated solely with a blank space.

10.   I was also asked if it would be possible to report such data as the number of unique session_ids (visits) by date.

**Criteria 2**

11.   I was asked if it would be possible to query the data to find records in the data where:

- The ██████ field is ███████████ for Tax Act; and
- The connection_method field is either "browser" or "server"; and
- The session_id is not null; and
- The session_id is not populated solely with a blank space.

12.   I was also asked if it would be possible to report such data as the number of unique session_ids (visits) by date.


ECONOMICS AND TECHNOLOGY, INC.

Declaration of Colin B. Weir
August 18, 2025
Page 5 of 6

## V.  STEPS TO ANALYZE THE DATA

13.  I used the data analytics program STATA to perform my analysis of the preliminary data production.  STATA is a commercially available software that is regularly relied upon by data analysts in academia and industry.[4]

### Data import and review

14.  My first step was to import the raw data into the STATA program.  I ensured that the data was imported properly, and was formatted in such a manner as to facilitate further analysis.

15.  I also ran several descriptive tabulations of the data, such as to determine the data contained in certain fields.  For example, I confirmed that I was able to parse the connection_method field and flag the identifiers "server" and "browser".  I confirmed that I could parse the ███████████████ to identify the numeric flags identified by counsel.  I also confirmed that I could read and parse the text contained in the session_id field.  I also confirmed that I could read and parse the date information in the ds field.

### Preliminary test on sample data

16.  Using STATA and the available sample data, I was able to parse the data pursuant to the two criteria above, and was able to tabulate the data in a manner requested by counsel.

### Future analysis of complete data production

17.  If the sample data is representative of the totality of the data to be produced, in terms of its form and presentation, I would be able to run the queries requested by counsel and to return the summary of such queries in the format requested.

---

[4] www.stata.com (last accessed January 11, 2025).



ECONOMICS AND TECHNOLOGY, INC.

Declaration of Colin B. Weir
August 18, 2025
Page 6 of 6

18. Such an analysis could be accomplished using STATA, which might be preferable if the production is produced in batches that can be separately processed, or using SQL, which would likely be preferable if the data production is produced as a single database, or if a batch production would need to be cross-compared in order to ensure that the session_ids are unique across batches.

## VI.  RESERVATION OF RIGHTS

19. My testimony is based upon the information and data presently available to me.  I understand that discovery is ongoing.  Additional, different and/or updated data may be obtained in advance of trial.  I therefore reserve the right to amend or modify my testimony, and anticipate supplementing this testimony when such data becomes available.

## VII.  VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed at Harpers Ferry, WV, this 18th day of August 2025.

Colin B. Weir

ECONOMICS AND
TECHNOLOGY, INC.

# Exhibit 2

# Documents Reviewed

- Second Amended Complaint, dated May 9, 2025

- PIXEL_TAX000036069-PIXEL_TAX000036268

- PIXEL_TAX000051219-PIXEL_TAX000052849

- PIXEL_TAX000058834-PIXEL_TAX000059047

- ads_pixel_traffic_2022-05-26_1.csv

- ads_pixel_traffic_2022-05-26_10.csv

- ads_pixel_traffic_2022-05-26_2.csv

- ads_pixel_traffic_2022-05-26_3.csv

- ads_pixel_traffic_2022-05-26_4.csv

- ads_pixel_traffic_2022-05-26_5.csv

- ads_pixel_traffic_2022-05-26_6.csv

- ads_pixel_traffic_2022-05-26_7.csv

- ads_pixel_traffic_2022-05-26_8.csv

- ads_pixel_traffic_2022-05-26_9.csv

- ads_pixel_traffic_2022-06-26_1.csv

-ads_pixel_traffic_2022-06-26_10.csv

- ads_pixel_traffic_2022-06-26_2.csv

- ads_pixel_traffic_2022-06-26_3.csv

- ads_pixel_traffic_2022-06-26_4.csv

-ads_pixel_traffic_2022-06-26_5.csv

- ads_pixel_traffic_2022-06-26_6.csv

- ads_pixel_traffic_2022-06-26_7.csv

- ads_pixel_traffic_2022-06-26_8.csv

- ads_pixel_traffic_2022-06-26_9.csv

- inferred_website_events_2023-03-26.csv

- inferred_website_events_2023-04-26.csv

- pixel_button_clicks_2022-11-26_1.csv

- pixel_button_clicks_2022-11-26_10.csv

- pixel_button_clicks_2022-11-26_2.csv

- pixel_button_clicks_2022-11-26_3.csv

- pixel_button_clicks_2022-11-26_4.csv

- pixel_button_clicks_2022-11-26_5.csv

- pixel_button_clicks_2022-11-26_6.csv

- pixel_button_clicks_2022-11-26_7.csv

- pixel_button_clicks_2022-11-26_8.csv

- pixel_button_clicks_2022-11-26_9.csv

- pixel_button_clicks_2022-12-26_1.csv

- pixel_button_clicks_2022-12-26_10.csv

- pixel_button_clicks_2022-12-26_2.csv

- pixel_button_clicks_2022-12-26_3.csv

- pixel_button_clicks_2022-12-26_4.csv

- pixel_button_clicks_2022-12-26_5.csv

- pixel_button_clicks_2022-12-26_6.csv

- pixel_button_clicks_2022-12-26_7.csv

- pixel_button_clicks_2022-12-26_8.csv

- pixel_button_clicks_2022-12-26_9.csv

- pixel_button_clicks_2023-01-26_1.csv

- pixel_button_clicks_2023-01-26_10.csv

- pixel_button_clicks_2023-01-26_2.csv

- pixel_button_clicks_2023-01-26_3.csv

- pixel_button_clicks_2023-01-26_4.csv

- pixel_button_clicks_2023-01-26_5.csv

- pixel_button_clicks_2023-01-26_6.csv

- pixel_button_clicks_2023-01-26_7.csv

- pixel_button_clicks_2023-01-26_8.csv

- pixel_button_clicks_2023-01-26_9.csv

- pixel_button_clicks_2023-02-26_1.csv

- pixel_button_clicks_2023-02-26_10.csv

- pixel_button_clicks_2023-02-26_2.csv

- pixel_button_clicks_2023-02-26_3.csv

- pixel_button_clicks_2023-02-26_4.csv

- pixel_button_clicks_2023-02-26_5.csv

- pixel_button_clicks_2023-02-26_6.csv

- pixel_button_clicks_2023-02-26_7.csv

- pixel_button_clicks_2023-02-26_8.csv

- pixel_button_clicks_2023-02-26_9.csv

- pixel_button_clicks_2023-03-26_1.csv

- pixel_button_clicks_2023-03-26_10.csv

- pixel_button_clicks_2023-03-26_2.csv

- pixel_button_clicks_2023-03-26_3.csv

- pixel_button_clicks_2023-03-26_4.csv

- pixel_button_clicks_2023-03-26_5.csv

- pixel_button_clicks_2023-03-26_6.csv

- pixel_button_clicks_2023-03-26_7.csv

- pixel_button_clicks_2023-03-26_8.csv

- pixel_button_clicks_2023-03-26_9.csv

- stata.com