# EXHIBIT 21

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT E

Wiki

View Feedback     ✏ Edit Page     ···

Wiki ❯ Client Side Signals ❯ Team Scope ❯ Pixel / Independent Pixel ❯ FBEvents Development ❯ How the Meta Pixel works (Revision 90025798)

**Sean Sharma**
Page score: 100 ● · Updated on: March 26, 2023 · Viewers: 11

# How the Meta Pixel works

## Overall System Overview

Advertiser's that use FBEvents.js require a pixel.  During Meta Pixel installation, advertisers are given a pixel ID and a pixel snippet to put in their website's HTML header.

BETA





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     PIXEL_TAX000000131

**Wiki**



### Retrieving FBEvents.js

Advertisers are required to add a pixel snippet to their website.  When the page loads, the snippet requests the Meta pixel's source code FBEvents.js from https://connect.facebook.com/en_US/fbevents.js.  The request ██████████████████████ ████████████████████████████████████████████████████████████████████████████ ███████████████████████████████  █████████████████████████ █████████████████████████████████████.  The returned code is appended to the advertiser's website's Document Object Model (DOM) and loaded into their website.

### Loading Pixel-Specific Configurations

Advertisers are also required to call `fbq('init', <pixel-id>);` on their website.  Upon doing so, the advertiser's website makes a request to https://connect.facebook.net/signals/config/<pixel-id> which goes through████████████████████.  If a fresh version is necessary, the request is delegated to the ████████████████████████████.  The request gets pixel-specific configurations for plugins or other pixel-related things and appends it to the DOM.  The pixel ID is added into memory and all future tracking events will be called for the pixel ID.  Multiple pixel IDs can exist on a website.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    PIXEL_TAX000000132

# Wiki

loaded were queued up inside FBEvents and stored in browser memory.  After the config is loaded ██████████████████ ████████

## Sending events

Now that the pixel has everything set up. It's time to send events.  Advertisers add tracking code to their website using the Meta Pixel's API.

For example, an advertiser that sets up a `fbq('track', 'PageView');` piece of code on their website can fire the following request:

https://www.facebook.com/tr/?
id=680435655455279&ev=PageView&dl=https%3A%2F%2Fwww.adidas.com%2Fus&rl=&if=false&ts=1657392697521&cd[pag
e_type]=HOME&cd[page_name]=HOME&cd[previous_page_name]=NO%20VALUE&cd[page_visited]=1&sw=3440&sh=1440&v=
2.9.64&r=stable&a=tmtealium&ec=0&o=29&fbp=fb.1.1649962572434.1085972825&it=1657392696141&coo=false&eid=934b
6705b9e87e22eb62ba2108ccf0de&tm=1&exp=p1&rqm=GET

Tracking events are sent to ██████████████████████ The pixel has various methods of sending data, sometimes by GET and sometimes by POST.  The event goes to the ████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████

## Event Data Storage

████████████████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████

View the ██████████████████████ for a more in-depth view of signal processing.  Note that ads_pixel_traffic will be deprecated in the future.

BETA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    PIXEL_TAX000000133

FBEvents `callMethod()`, which is FBEvents' interface for API calls, is wrapped in a try-catch clause that will send errors to Meta and log them out to the console.  Errors in FBEvents are logged to ██████████████████████████ which is ████████████████████████. Errors are logged to the ████████████████████████████

████████████████████████

███████████ are commonly known mistakes advertisers do on their website's pixel setup that are fired intentionally by FBEvents.
████████████ are errors that were suppressed by the try-catch.

## FBEvents.js System Overview



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000000134



https://www.internalfb.com/intern/wiki/Client_Side_Signals/Projects/Pixel_Independent_Pixel/FBEvents/How_FBEvents_works/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000000135

- ███ Retrieves the given pixel ID's config settings from Meta.
- ████████legacy call for ███ Does the same as ███
- ███ Sets meta data in the pixel in browser memory that is stored for use throughout FBEvents.  This is usually pixel related settings or pixel associated IDs.
- ████ Tracking call for standard Meta Pixel Events done on an advertisers website.  For example, when a customer purchases a product.  The advertiser should set up a purchase tracking call that will be routed to this.
- ████████ Advertisers are able to specify any event names that they desire even if it is not a standard pre-defined Meta Pixel Event.  Advertisers should use ████████ when ██████████████
- ████ Sends an event with the given parameters skipping the standard tracking validation, and going straight to ████████████████
- ███ allows advertisers to specify functions to call on their website when a specific event type occurs using FBEvent's event-listener system.

## Event-listener Pattern



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000000136

Wiki

`.listen` will be called in order.  Their return values will be returned in an array by the `.trigger()` call.

## FBEvents Plugins

FBEvents plugins are useful for isolating features in FBEvents.  We can send plugin configurations from WWW, add gatekeepers to plugins, and send data from WWW in general to plugins.  All plugins use the event-listener pattern by hooking in functionality through an event-listener.

For example,  the default custom data plugin's goal is to automatically pull in order data from Shopify websites adding it to events.  ███████████████████ appends all of it's return values to the event's payload before sending any event in FBEvents.  The plugin calls ██████████████████ and returns all of the order data which is then added to event data by ████████████████

Plugins are loaded via `fbq(...)` or `fbq.loadPlugin(...)`.  The ██ call to Meta Servers' response is injected via javascript and will call `fbq.loadPlugin(...);` in the advertiser's website.  Some plugins communicate with another plugin by adding a new custom event type, calling `.trigger()` in the plugin using the data, and calling `.listen()` in the plugin that is sending data.

On the next page, you'll learn how to get started with changing FBEvents source code (found here) and building/testing it.

« FBEvents Development                                              Building and Testing FBEvents.js »

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                          PIXEL_TAX000000137