# EXHIBIT 22

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT F

PIXEL-TAX000003585

(EXERPTED: Tab Jane Doe, Rows 1, 121-124)



Highly Confidential AEO

| ts | event_time | | browser_full_version | browser_name | device_os |
|---|---|---|---|---|---|
| 2022-04-01+21:00:99 | 1648847957 | | 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02:00:99 | 1648865216 | | 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05:00:99 | 1648877379 | | 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02:00:99 | 1648866518 | | 100.0.4896.60 | Chrome Desktop | Windows NT |

Highly Confidential AEO

| device_os_version | device_model | device_type | event_name | custom_data_json |
|---|---|---|---|---|
| 10 | | desktop | | |
| 10 | | desktop | | |
| 10 | | desktop | | |
| 10 | | desktop | | |

Highly Confidential AEO

| |
|---|
| https://www.hrblock.com/online-tax-filing/ |
| https://taxes.hrblock.com/HRBlock/HRBlock.TaxApplication.Presentation.Interview/OffshorePreChatConsent.hrbx?tn=modalPopUp&IsPopup=true&ClientSig |
| https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCD&ClientSignature=C41E9ED22C0759812F6 |
| https://www.hrblock.com/tax-center/filing/dependents/claiming-boyfriend-on-taxes/ |

Highly Confidential AEO

| | |
|---|---|
| ████████████████████████████ | |
| nature=1AE36C23D475AED9BF384CDFE7B0646A480436808 404F073592C4ABBE44A8E&HT=F | |
| | |

4

Highly Confidential AEO

| |
|---|
| ██████████ |
| https://www.hrblock.com/online-tax-filing/ |
| https://taxes.hrblock.com/HRBlock/HRBlock.TaxApplication.Presentation.Interview/OffshorePreChatConsent.hrbx?tn=modalPopUp&IsPopup=true&ClientSig |
| https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCD&ClientSignature=C41E9ED22C0759812F64 |
| https://www.hrblock.com/tax-center/filing/dependents/claiming-boyfriend-on-taxes/ |

Highly Confidential AEO



| city | country | has_optout_cookie |
|------|---------|-------------------|
| Turlock | US | |
| Turlock | US | |
| Turlock | US | |
| Turlock | US | |

6

Highly Confidential AEO



Highly Confidential AEO

extra_data

Highly Confidential AEO



| | user_explicitly_logged_out |
| | 0 (Windows NT 10.0; Win64; x6 |
| | KHTML, like Gecko) Chrome/10 |
| | KHTML, like Gecko) Chrome/10 |
| | KHTML, like Gecko) Chrome/10 |

Highly Confidential AEO



Highly Confidential AEO



Highly Confidential AEO

| trace_id | push_phase | |
|---|---|---|
| ███████████ | C9 | ████████ |
| | C9 | |
| | C9 | |
| | C9 | |

Highly Confidential AEO

| session_id | | event_process_time | event_fire_time | city_id | from_rule_id | event_id |
|---|---|---|---|---|---|---|
| 59f79180-29cb-44b3-ac4d-b03cfccfc7f0 | | 1.64885E+12 | 1.64885E+12 | | | |
| 1bf67745-e739-4b3c-a039-10d349b43ed3 | | 1.64887E+12 | 1.64887E+12 | | | |
| 5b72b311-132a-4c70-a128-c2e79502186b | | 1.64888E+12 | 1.64888E+12 | | | |
| bf93fcfa-c8e2-4f81-8ef1-969c8f75d757 | | 1.64887E+12 | 1.64887E+12 | | | |

13

Highly Confidential AEO

| event_source | event_src | contains_sensitive_data | places_contain_sensitive_ | | |
|---|---|---|---|---|---|

Highly Confidential AEO



15

Highly Confidential AEO



Highly Confidential AEO



Highly Confidential AEO



Highly Confidential AEO



Highly Confidential AEO



Highly Confidential AEO

| mobile_app_version | | mobile_app_id | has_parameter_data | encrypted_external_i |
|---|---|---|---|---|
| user_agent"] | | 0 | | EII1\|AQAASosAAAAC9 |
| | | 0 | | |
| | | 0 | | |
| | | 0 | | |

Highly Confidential AEO

| encrypted_event_id |
| --- |
|  |
|  |
|  |

Highly Confidential AEO



Highly Confidential AEO



Highly Confidential AEO



Highly Confidential AEO



Highly Confidential AEO



| ds |
|---|
| 2022-04-01 |
| 2022-04-01 |
| 2022-04-01 |
| 2022-04-01 |

27

Highly Confidential AEO