# EXHIBIT 23

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# FILED UNDER SEAL

**EXHIBIT 26**

| col_name | data_type | comment |
|---|---|---|
| data_source_id | bigint | The pixel_id/app_id/offline_dataset_id to which this data was sent |
| event_time | double | The webserver timestamp at the moment that log() was called. |
| event_name | string | The name of the event on this pixel fire. |
| trace_id | string | UUID used to identify every offsite signals request throughout our ads stack. For more details, see https://fburl.com/pixeldataflow . |
| event_process_time | bigint | [miliseconds] Timestamp of when this event was processed by Facebook's server. |
| event_fire_time | bigint | [miliseconds] Timestamp of when this event was reported to fire. For S2S, this is the event_time parameter reported by the advertiser. For the browser pixel, this is a timestamp generated by the browser. |
| agent | string | The partner/software which managed the setup of this pixel. Generally used in the context of partner integrations. Example values would be "wordpress", "gtm" (short for google tag manager) or "zapier". |
| custom_data_json | string | JSON representation of the custom data passed in via the pixel fire. |
| browser_full_version | string | The user's browser version |
| browser_name | string | The name of the user's browser |
| device_os | string | The operating system of the mobile device |
| device_os_version | string | The os version of the mobile device |
| device_model | string | The model of the mobile device |
| mobile_app_id | bigint | The ID number of the mobile app |
| mobile_app_version | string | The version number of the mobile app (as a string) |
| device_type | string | Device type associated to this pixel fire. |
|  | string |  |
| session_id | string | The ID of the user session. |
|  | tring |  |
|  | tring |  |
|  | tring |  |
|  | tring |  |
| city | string | The city where the pixel is fired (inferred from geo IP location). |
| country | string | The country where the pixel is fired (inferred from geo IP location). |
| has_optout_cookie | boolean | Whether the browser contains opt-out cookie. |
| has_people_based_optout | boolean | Whether the user has opted out through people based optput. |
| has_dnt | boolean | Whether the browser has turned on DNT flag. |
| user_explicitly_logged_out | boolean | Whether the user has explicity logged out of Facebook. |
|  | rray<bigint> |  |
| has_user_pii_data | boolean | Whether the pixel has user PII data attached for matching |
|  | tring |  |
|  | igint |  |
|  | tring |  |
|  | igint |  |
|  | tring |  |
|  | igint |  |
| version | string | The version of the pixel's code |
| initialization_time | bigint | [miliseconds] Browser-reported timestamp of when the pixel JS (fbevents) started running. |
| city_id | bigint | The city id where the pixel is fired. |
| from_rule_id | bigint | The EntSignalsEventRuleGroup from which this was emitted by the rules engine (typically used by Event Setup Tool or automatically set up events), see fburl.com/pixeldataflow. |
| push_phase | string | The push phase of the machine we're currently running on |
|  | string |  |
|  | boolean |  |
|  | boolean |  |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000058899

| Field | Type | Description |
|---|---|---|
| places_contain_sensitive_data | string | Where this event contains the sensitive data. |
| | string | |
| | string | |
| | bigint | |
| | bigint | |
| | bigint | |
| | bigint | |
| browser_sid | string | The separable id representation for the browser_id in FR Cookie for Clear History and Nothing But Attribution |
| domain_scoped_browser_sid | string | The separable id representation for the domain scoped browser ID in the _fbp cookie (https://fburl.com/fbpCookie) |
| | map<string,boolean> | |
| | array<string> | |
| | string | |
| | boolean | |
| | string | |
| encrypted_external_id | string | The encrypted extern ID encrypted by sid-based key OR as TEII. (https://fburl.com/oin5jix3) |
| geo_ip_zip | string | The zip code where the pixel is fired. |
| encrypted_event_id | string | Event ID encrypted as a TEII value (https://fburl.com/oin5jix3) |
| encrypted_ip_address | string | IP Address encrypted as a TEII value (https://fburl.com/oin5jix3) |
| provided_action_source | string | The action_source indicates the customers action on particular source (e.g., a purchase on a website, over a phone call, etc.). |
| extra_data | map<string,string> | Extra keys provided in the ->log() map, that were not utilized by any specified fields. |
| reason_discarded | string | Why this event was discarded (SignalsDiscardedEventReason) |
| signals_deduplication_rule_name | string | The name of the rule that determined to discard the event. SignalDeduplicationRuleNames |
| signals_deduplication_original_connection_method | string | Channel through which the original event was received. |
| client_user_agent | string | User agent of the device which sent the event. |
| | struct<pvarsinfo:struct<pvars:array<map<string,struct<field_id:int,raw_string_value:string,raw_bool_value:boolean>>>> | |
| sdk_type | string | Type of the SDK used to upload this data to FB (e.g. business SDK) |
| sdk_language | string | The language of the SDK used (defined in sdk_type) to uplolad this data to FB |
| sdk_version | string | The version of the SDK used (defined in sdk_type) to upload this data to FB |
| uploading_app_id | bigint | The ID of the Facebook platform app hitting the graph API and uploading this data. |
| graph_api_version | string | The graph API version used when uploading this data. Only applies to uploads that came via graph API |
| request_id | string | The original request ID of the upload (also known as fbtrace ID). |
| endpoint | string | The endpoint to which this data was uploaded. |
| | struct<single_candidate_consumers:map<bigint,array<bigint>>,ig_single_candidate:map<bigint,array<bigint>>,attribution_candidates:map<bigint,array<bigint>>,persist_match_src:bigint> | |
| | array<struct<id:bigint,custom_event_type:string>> | |
| | boolean | |
| | bigint | |
| | string | |
| | bigint | |
| region_id | bigint | The region ID returned by GeoAPI/Tiles for the client IP address |
| event_async_start_wait_time | bigint | [miliseconds] Timestamp of when this event was put in the async queue Facebook's server. (ORPHANED by yup at 2020-07-31 10:47:26) |
| event_async_complete_wait_time | bigint | [miliseconds] Timestamp of when this event finished async queue waiting Facebook's server. (ORPHANED by yup at 2020-07-31 10:47:26) |
| | bigint | |
| en_extra_data | string | JSON encoded extra data encrypted by sid-based key OR as TEII. (https://fburl.com/oin5jix3) |
| has_order_id | boolean | This field depicts whether the event has an order id or not |
| | boolean | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000058900

| | | |
|---|---|---|
| signals_deduplication_original_event_fire_time | bigint | [seconds] The timestamp when the original event was fired rounded to 5s to avoid association with the original event. |
| | map<bigint,array<struct<score:double,match_keys_used:array<string>>> | |
| primary_signal_container_id | bigint | The primary signal container ID with underlying "_" entity as EntAdsPixel or EntOfflineConversionDataset |
| etld_plus_one | string | the etld+1 of the URL we think the pixel fired from, derived from |
| agent_normalized | string | The normalized value of "agent" that represents the partner integration that created the event. Raw "agent" to "agent_normalized" examples: wordpress-5.6-3.0.0 -> wordpress, GTM -> gtm, pimparticle -> mparticle |
| decoded_campaign_bits | struct<is_user_opt_in:boolean,is_optimized_for_roas:boolean,optimized_pixel_id:bigint,optimized_event_name:string,optimized_custom_conversion_id:bigint,decoded_mmt_bucket:bigint,decoded_qrt_bucket:bigint,decoded_ranking_bucket:bigint,is_optimized_offsite_conversion_roas:boolean,is_optimized_offsite_engagement_roas:boolean> | The decoded campaign bits sent alongside an ad click. |
| decoded_conversion_bits | struct<pixel_id:bigint,event_name:string,custom_conversion_id:bigint,conversion_value:double,conversion_currency:string,decoded_vo_bucket:bigint> | The decoded conversion bits sent to Facebook with a conversion. |
| | string | |
| | map<string,bigint> | |
| aem_context | struct<campaign_bits_lookup_type:bigint,is_cross_device_or_browser:boolean,original_non_aemified_event_trace_id:string,advertiser_id:string,policy_opt_in_status:struct<att_in_scope:boolean,att_opt_in:boolean,epd_in_scope:boolean,epd_opt_in:boolean>,is_click_from_iaw:boolean,is_greater_than_one_day_attribution:boolean,ad_conversion_domain:string,is_conversion_att_in_scope:boolean,is_event_level_duplicate:boolean> | Additional context related to aem. |
| business_id | bigint | ID of business that owns the data_source_id. |
| app_version | string | App version from app traffic |
| | string | (Enum SignalsKnownVPN) The traffic relay which was used to send data, either directly to FB or to the advertiser uploading data in some server-to-server way. |
| | array<string> | |
| | boolean | |
| app_event_log_method | string | How the app event is logged |
| known_private_email_domain | bigint | (Enum SignalsKnownPrivateEmailDomain) The domain of the email address used as PII for this event. This field should not be used outside of monitoring use cases (see L1083128PRV3) |
| | array<bigint> | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000058901

| | map<bigint,struct<allowed_purpose_types:array<bigint>,is_calculated_f or_event:boolean,decision_granularity_type:bigint,consent_status_type:bigint,consent_basis_types:array<bigint>>> | |
| | map<bigint,struct<allowed_purpose_types:array<bigint>,is_calculated_f or_event:boolean,decision_granularity_type:bigint,consent_status_type:bigint,consent_basis_types:array<bigint>>> | |
| capi_platform_metadata | array<struct<name:string,integration_string_type:string,version:string,is_verified_by_app_id:boolean>> | conversions API Integration platform metadata |
| mobile_store_object_id | bigint | The digital store object id associated with the event. |
| ch_match_method | string | The match method that can be used by clear history |
| aggregation_id | string | Aggregation ID associated with the web/app event. |
| | bigint | |
| anonymous_id | string | |
| aggregate_id | string | Aggregate ID associated with the web/app event. |
| | array<bigint> | |
| | array<string> | |
| | struct<name:string,is_in_treatment:boolean,is_in_control:boolean,is_exposed:boolean> | |
| | array<string> | |
| | bigint | |
| event_id_count | bigint | This field depicts the total number of event ids |
| data_processing_options_string_types | array<string> | set of data processing options from incoming event, includes AMO, LDU |
| data_processing_options_country_type | bigint | data processing options country from incoming event |
| data_processing_options_state_type | bigint | data processing options state from incoming event |
| was_from_partial_batch | boolean | Whether the event was processed despite at least one event in the batch having an error. |
| is_inferred_install | boolean | A flag for aemv2, to flag out inferred installs from general installs. |
| event_tag_ids | array<bigint> | EBIDs of EntSignalsEventTag that the current event contains |
| | boolean | |
| privacy_jurisdiction_string_type | string | The Privacy Jurisdiction of the user |
| privacy_jurisdiction_string_types | array<string> | The Privacy Jurisdiction of the user |
| is_from_smart_router | boolean | This field depicts whether the app capi event is from AE-API to CAPI smart router |
| device_anonymous_sid | string | Anonymous SID for anonymous device ID (app-scoped device ID generated by SDK) |
| is_cs_est_enabled | boolean | This field indicates whether this event is derived from client side EST(Event Setup Tool). PageView will contains the flag when EST is enabled |
| offline_match_key_hash | string | Match key hash for the event. which is used for dedup and identity matching in offline signals |
| is_ios_reinstall | boolean | A flag for aemv2, to flag out reinstalls from general installs. |
| | map<string,array<string>> | |
| | string | |
| filtered_params | struct<unwanted_params:array<string>,restricted_params:array<string>> | Filtered custom data payload parameters from the clientside pixel |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Field | Type | Description |
|---|---|---|
| fb_events_config_map | map<bigint,struct<auto_config_ena bled:boolean,auto_config_explicitly _disabled:boolean,config_fetching_ enabled:boolean,no_config_data:bo olean,request_method:string,client_ request_method:string,supports_ob ject_define_property:boolean,supp orts_send_beacon:boolean,timings: map<string,double>,release_segme nt:string,pii_was_invalidated:boolea n,is_headless_browser:boolean,is_s elenium_detected:boolean,may_be nefit_from_automatic_adv_matchin g:boolean,options_bits:bigint,track_ methods:string>> | This field holds automatic configuration options for pixel events |
| standard_properties | struct<content:array<struct<conte nt_id:string,content_category:string ,content_name:string,content_strin g_type:string,quantity:bigint,item_p rice:double,home_listing_metadata: struct<availability_string_type:string ,timestamp_lease_start:bigint,times tamp_lease_end:bigint,listing_string _type:string,neighborhood:string,pr eferred_baths_range:struct<min:big int,max:bigint>,preferred_beds_ran ge:struct<min:bigint,max:bigint>,pre ferred_price_range:struct<min:doub le,max:double>,property_string_typ e:string,city:string,region:string,cou ntry:string,suggested_home_listings :array<string>>,hotel_metadata:stru ct<timestamp_checkin:bigint,timest amp_checkout:bigint,destination_id s:array<string>,hotel_score:double, num_adults:bigint,num_children:big int,preferred_neighborhoods:array< string>,preferred_price_range:struct <min:double,max:double>,preferred _star_ratings:struct<min:bigint,max: bigint>,user_bucket:bigint,city:string ,region:string,country:string,suggest | Schematized version of existing custom_data_json |
| custom_properties | map<string,string> | Any parameter passed as part of custom_data_json that is not a standard property (as would be included in standard_properties_v1). It is represented as a map of the key provided to the value. In the case of n-dimensional parameters, it is flattened into 1-dimensional and the keys are concatenated using periods, e.g. {foo:{bar:1}} would be translated to {"foo.bar": 1} |
| provided_custom_conversion_ids | array<bigint> | Raw set of custom conversions provided as part of pixel request (coerced to OID, but otherwise not validated). |
| provided_audience_property_ids | array<bigint> | Raw set of audience property IDs provided as part of pixel request (coerced to OID, but otherwise not validated). These are inputs to calculating audience membership in DARL. |
|  | array<bigint> |  |
| source_classification_categories_type_names | array<string> | Set of integrity OFA classification categories of this source. |
| is_event_in_core_setup | boolean | This field indicates whether this event is in a core setup (fka protected mode), and thus has its freeform data points removed on the client side / or server side before Signals processing |
| core_setup_freeform_data_filtering_source | string | This field indicates where the event had its freeform data points filtered (client side, or server side). This is only relevant for events that are in a core setup (fka protected mode); otherwise this will be NOT_IN_CORE_SETUP. |
| has_freeform_data | boolean | This field indicates whether this event contains freeform data points during Signals Processing (after protected related filtering). Freeform data points include: Untruncated URLs, custom properties in events, Microdata, SubscribedButtonClicks. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000058903

| col_name | data type | comment |
|---|---|---|
| | map<string,struct<experiment_name:string,condition_name:string>> | |
| | string | |
| | string | |
| | string | |
| | bigint | |
| | string | |
| ip_privacy_jurisdiction_string_types | array<string> | IP based privacy jurisdiction of the user |
| pixel_source_channel | string | Whether the pixel is meta pixel or advertiser hosted pixel |
| last_external_referrer | string | Flag to indicate whether the referrer is from Meta properties |
| provided_attribution_data | struct<scope:string,original_event_name:string,fbc_received_time_rounded:bigint,fbc_created_time_rounded:bigint,original_event_time_rounded:bigint,order_sid:string,net_revenue:double,attribution_value:double,visit_time_rounded:bigint,attribution_share:double,ad_id:bigint,adset_id:bigint,campaign_id:bigint> | Advertiser-passed metadata from their internal attribution system |
| | boolean | |
| product_id | string | Product ID which is defined on advertiser websites and extracted from the webpage microdata (supports OpenGraph, JSON-LD, Schema.org formats) by the Meta pixel. This data used to exist in custom_data_json and is used for catalog syncing (Smart pixels). |
| is_offline_event_with_web_identifier | boolean | Flag to indicate if the original event is offline event with web identifier |
| url_ids_parameter_to_value | map<string,string> | short listed URL parameters with theirs values, the value is derived from           value |
| advertiser_tracking_enabled_flag | boolean | Whether the "Advertiser Tracking Enabled" (ATE) flag was set to true or false in the API request to Meta. Null if not provided |
| frl_url_ids_parameter_to_value | map<string,string> | short listed URL parameters with theirs values, the value is derived from f           value |
| frl_url_enum_parameter_to_value | map<string,string> | short listed URL parameters with theirs enum values, the value is derived from           value |
| url_enum_parameter_to_value | map<string,string> | short listed URL parameters with theirs enum values, the value is derived from r           value |
| ds | string | |
| action_source | string | The resolved version of where this event happened (on the web, in a store, on the phone, etc.). In this case, resolved means the one we (Facebook) decided to use based on several inputs, such as the legacy container type being uploaded to, the provided_action_source, etc.; defined in SignalsEventStandardActionSource. |
| processing_outcome | string | [ALWAYS USE IN PIPELINES] The processing mode for this event (usual, discarded).<br>* used_in_prod = typical events, send to adconv/targeting/etc.<br>* discarded = thrown away because the event was a duplicate/something. |
| connection_method | string | Connection method through which this event was received (e.g. browser, server, merged). Called event_src or signals_connection_method elsewhere |
| event_category | string | [ALWAYS USE IN PIPELINES] The event 'category' for this event (usual, pixel_system_event).<br>* default = typical pixel/etc. events, send to adconv/targeting/etc.<br>* pixel_microdata = Microdata events (page title, etc.)<br>* pixel_button_click = SubscribedButtonClick events. We only send the default category to most downstream systems |
| ts | string | |
| # Partition Information | | |
| # col_name | data type | comment |
| ds | string | |
| action_source | string | The resolved version of where this event happened (on the web, in a store, on the phone, etc.). In this case, resolved means the one we (Facebook) decided to use based on several inputs, such as the legacy container type being uploaded to, the provided_action_source, etc.; defined in SignalsEventStandardActionSource. |
| processing_outcome | string | [ALWAYS USE IN PIPELINES] The processing mode for this event (usual, discarded).<br>* used_in_prod = typical events, send to adconv/targeting/etc.<br>* discarded = thrown away because the event was a duplicate/something. |
| connection_method | string | Connection method through which this event was received (e.g. browser, server, merged). Called event_src or signals_connection_method elsewhere |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000058904

| | | |
|---|---|---|
| event_category | string | [ALWAYS USE IN PIPELINES] The event 'category' for this event (usual, pixel_system_event).<br>* default = typical pixel/etc. events, send to adconv/targeting/etc.<br>* pixel_microdata = Microdata events (page title, etc.)<br>* pixel_button_click = SubscribedButtonClick events. We only send the default category to most downstream systems |
| ts | string | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PIXEL_TAX000058905