# EXHIBIT 25

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT O

Offsite_signals_inc_archive_2022-7-26_1.csv, PIXEL_TAX000036169

Excerpted, rows 2540 and 6700





Highly Confidential - AEO

| ts | action_source | processing_outcome | connection_method | event_category | | event_time | event_name | trace_id | | event_process_time |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022-07-27+01:00:99 | website | used_in_prod | BROWSER | default | ██ | 1.66E+09 | Efile-Print | ████ | | 1.65888E+12 |
| 2022-07-26+22:00:99 | website | used_in_prod | BROWSER | default | ██ | 1.66E+09 | Efile-Print | ████ | | 1.65887E+12 |

1

Highly Confidential - AEO

| event_fire_time | agent | custom_data_json | browser_full_version | browser_name | device_os | device_os_version | device_model | mobile_app_id |
|---|---|---|---|---|---|---|---|---|
| 1.65888E+12 | | | 103.0.1264.71 | Edge (Chromium Based) | Windows NT | 10 | | 0 |
| 1.65887E+12 | | | 103.0.0.0 | Chrome Desktop | Mac OS X | 10.14.6 | Macintosh | 0 |

2

Highly Confidential - AEO

| mobile_app_version | device_type | event_detection_method | session_id | ▮▮▮▮▮ | ▮▮▮▮▮ |
|---|---|---|---|---|---|
| | desktop | ████████████ | b80eca7-57d0-4dcf-b388-da908f4eea34 | https://www.taxact.com/online/2021/# | https://www.taxact.com/ |
| | desktop | ████████████ | d9259c4-d369-492a-b563-d5ab9794b62 | https://www.taxact.com/online/2020/ | https://www.taxact.com/ |

Highly Confidential - AEO

| ██████████ | ██████████ | city | country | has_optout_cookie | has_people_based_optout | has_dnt | user_explicitly_logged_out |
|---|---|---|---|---|---|---|---|
| https://www.taxact.com/taxonline/introduction/taxactonline.asp | https://www.taxact.com/online/2021/# | Dexter | US | ████████████████████████████████████ | | | |
| https://www.taxact.com/taxonline2020/introduction/taxactonline.asp | https://www.taxact.com/online/2020/ | Pearland | US | ████████████████████████████████████ | | | |

4

Highly Confidential - AEO



| version | initialization_time | city_id |
|---|---|---|
| 2.9.66 | 1.65888E+12 | |
| 2.9.66 | 1.65887E+12 | |

Highly Confidential - AEO



| from_rule_id | push_phase | release_segment | contains sensitive data |
|---|---|---|---|
| | C9 | stable | |
| | C3 | stable | |

Highly Confidential - AEO



| rowser_sid | domain_scoped_browser_sid | provided_match_keys |
|---|---|---|
| | C:NxFGT9CFMeCP:Bi4D-f | |
| :WV6ow87 Jbbs:Bi4AO | C:YOJxs2vzlJ3x:Bi4GCM | |

7

Highly Confidential - AEO



| encrypted_external_id | geo_ip_zip | encrypted_event_id | encrypted_ip_address | provided_action_source | extra_data | reason_discarded | signals_deduplication_rule_name |
|---|---|---|---|---|---|---|---|

Highly Confidential - AEO

| signals_deduplication_original_connection_method | client_user_agent | sdk_type | sdk_language | sdk_version | | graph_api_version | request_id | endpoint | |
|---|---|---|---|---|---|---|---|---|---|
| | Mozilla/5.0 (Windows NT 10.0; Wn64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.5060.134 Safari/537.36 Edg/103.0.1264.71 | | | | | | | | |
| | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36 | | | | | | | | |

Highly Confidential - AEO



Highly Confidential - AEO



| signals_deduplication_original_event_fire_time | | primary_signal_container_id | etld_plus_one | agent_normalized | decoded_campaign_bits | decoded_conversion_bits |
|---|---|---|---|---|---|---|
| | | 1.4451E+15 | taxact.com | | | |
| | | 1.4451E+15 | taxact.com | | | |

Highly Confidential - AEO



| | provided_match_keys_counts | aem_context | | p_version | traffic_relay | | | t_log_method |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

Highly Confidential - AEO



| known_private_email_domain | | api_platform_metadata | mobile_store_object_id | ch_match_method | | ggregate_id |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Highly Confidential - AEO



Highly Confidential - AEO



| ds |
| --- |
| 7/26/2022 |

| 7/26/2022 |
| --- |

Highly Confidential - AEO