# EXHIBIT 26

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT P

offsite_signals (hive)

| Column | Type | Description |
|---|---|---|
| [ds] | string | |
| [action_source] | string | The resolved version of where this event happened (on the web, in a store, on the phone, etc.). In this case, resolved means the one we (Facebook) decided to use based on several inputs, such as the legacy container type being uploaded to, the provided_action_source, etc.; defined in SignalsEventStandardActionSource. |
| [processing_outcome] | string | [ALWAYS USE IN PIPELINES] The processing mode for this event (usual, discarded).<br>* used_in_prod = typical events, send to adconv/targeting/etc.<br>* discarded = thrown away because the event was a duplicate/something. |
| [connection_method] | string | Connection method through which this event was received (e.g. browser, server, merged). Called event_src or signals_connection_method elsewhere |
| [event_category] | string | [ALWAYS USE IN PIPELINES] The event 'category' for this event (usual, pixel_system_event).<br>* default = typical pixel/etc. events, send to adconv/targeting/etc.<br>* pixel_microdata = Microdata events (page title, etc.)<br>* pixel_button_click = SubscribedButtonClick events. We only send the default category to most downstream systems |
| ts | string | |
| ██████████ | bigint | ██████████████████████████ |
| event_time | double | The webserver timestamp at the moment that log() was called. |
| event_name | string | The name of the event on this pixel fire. |
| trace_id | string | UUID used to identify every offsite signals request throughout our ads stack. For more details, see https://fburl.com/pixeldataflow . |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034479

| | | |
|---|---|---|
| event_process_time | bigint | [miliseconds] Timestamp of when this event was processed by Facebook's server. |
| event_fire_time | bigint | [miliseconds] Timestamp of when this event was reported to fire. For S2S, this is the event_time parameter reported by the advertiser. For the browser pixel, this is a timestamp generated by the browser. |
| agent | string | The partner/software which managed the setup of this pixel. Generally used in the context of partner integrations. Example values would be "wordpress", "gtm" (short for google tag manager) or "zapier". |
| custom_data_json | string | JSON representation of the custom data passed in via the pixel fire. |
| browser_full_version | string | The user's browser version |
| browser_name | string | The name of the user's browser |
| device_os | string | The operating system of the mobile device |
| device_os_version | string | The os version of the mobile device |
| device_model | string | The model of the mobile device |
| mobile_app_id | bigint | The ID number of the mobile app |
| mobile_app_version | string | The version number of the mobile app (as a string) |
| device_type | string | Device type associated to this pixel fire. |
| ██████████h | string | ████████████████████████████████████ |
| session_id | string | The ID of the user session. |
| ████████████ | string | ████████████████████████████████████ |
| ████████████ | string | ████████████████████████████████████ |
| ████████████ | string | ████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034480

| ███████████ | string | ████████████████████████ |
|---|---|---|
| | | ███████████████████████ |
| city | string | The city where the pixel is fired (inferred from geo IP location). |
| country | string | The country where the pixel is fired (inferred from geo IP location). |
| has_optout_cookie | boolean | Whether the browser contains opt-out cookie. |
| has_people_based_opt out | boolean | Whether the user has opted out through people based optput. |
| ████ | boolean | ████████████████████. |
| user_explicitly_logged _out | boolean | Whether the user has explicity logged out of Facebook. |
| ████████ | array<bigint> | ████████████████████ |
| has_user_pii_data | boolean | Whether the pixel has user PII data attached for matching |
| ██████ | string | [██████████████████████ |
| ████████ | bigint | ██████████████████████████ |
| ██████ | string | ██████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | bigint | |
| --- | --- | --- |
| | string | |
| | bigint | |
| version | string | The version of the pixel's code |
| initialization_time | bigint | [miliseconds] Browser-reported timestamp of when the pixel JS (fbevents) started running. |
| city_id | bigint | The city id where the pixel is fired. |
| from_rule_id | bigint | The EntSignalsEventRuleGroup from which this was emitted by the rules engine (typically used by Event Setup Tool or automatically set up events), see fburl.com/pixeldataflow. |
| push_phase | string | The push phase of the machine we're currently running on |
| | string | |
| contains_sensitive_data | boolean | Whether the event contains sensitive data like PII, password, etc. |
| | boolean | |
| places_contain_sensitive_data | string | Where this event contains the sensitive data. |
| | string | |
| | string | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| ██████████ | bigint | ██████████████████████████ |
| ██████████ | bigint | ██████████████████████████ |
| ██████████ | bigint | ██████████████████████████ |
| ██████████ | bigint | ██████████████████████████ |
| browser_sid | string | The separable id representation for the browser_id in FR Cookie for Clear History and Nothing But Attribution |
| domain_scoped_brow ser_sid | string | The separable id representation for the domain scoped browser ID in the _fbp cookie (https://fburl.com/fbpCookie) |
| ████████ | map<string,b oolean> | ██████████████████████████ |
| ████████ | array<string> | ████████████ |
| ██████████ | string | ██████████████████████████ |
| ████████ | boolean | ██████████████████████ |
| ████████ | string | ██████████████████████████ |
| encrypted_external_id | string | The encrypted extern ID encrypted by sid-based key OR as TEII. (https://fburl.com/oin5jix3) |
| geo_ip_zip | string | The zip code where the pixel is fired. |
| encrypted_event_id | string | Event ID encrypted as a TEII value (https://fburl.com/oin5jix3) |
| encrypted_ip_address | string | IP Address encrypted as a TEII value (https://fburl.com/oin5jix3) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034483

| provided_action_source | string | The action_source indicates the customers action on particular source (e.g., a purchase on a website, over a phone call, etc.). |
|---|---|---|
| extra_data | map<string,string> | Extra keys provided in the ->log() map, that were not utilized by any specified fields. |
| reason_discarded | string | Why this event was discarded (SignalsDiscardedEventReason) |
| signals_deduplication_rule_name | string | The name of the rule that determined to discard the event. SignalDeduplicationRuleNames |
| signals_deduplication_original_connection_method | string | Channel through which the original event was received. |
| client_user_agent | string | User agent of the device which sent the event. |
| ▮▮▮▮▮ | struct<pvarsinfo:struct<pvars:array<map<string,struct<field_id:int, raw_string_value:string,raw_bool_value:boolean>>>>> | |
| sdk_type | string | Type of the SDK used to upload this data to FB (e.g. business SDK) |
| sdk_language | string | The language of the SDK used (defined in sdk_type) to uplolad this data to FB |
| sdk_version | string | The version of the SDK used (defined in sdk_type) to upload this data to FB |
| uploading_app_id | bigint | The ID of the Facebook platform app hitting the graph API and uploading this data. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| graph_api_version | string | The graph API version used when uploading this data. Only applies to uploads that came via graph API |
|---|---|---|
| request_id | string | The original request ID of the upload (also known as fbtrace ID). |
| endpoint | string | The endpoint to which this data was uploaded. |
| ██████████ | struct<single _candidate_c onsumers:ma p<bigint,arra y<bigint>>,ig _single_candi date:map<big int,array<bigi nt>>,attributi on_candidate s:map<bigint, array<bigint> >> | ████████████████████████████████████t |
| ██████████ | array<struct< id:bigint,cust om_event_ty pe:string>> | ████████████████████████████. |
| ██████████ | boolean | ████████████████████ |
| ██████████ | bigint | ████████████████████████ |
| ██████████ | string | ████████████████████████) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034485

| | bigint | |
|---|---|---|
| ████████ | | |
| region_id | bigint | The region ID returned by GeoAPI/Tiles for the client IP address |
| ~~event_async_start_wait_time~~ | bigint | [miliseconds] Timestamp of when this event was put in the async queue Facebook's server. (ORPHANED by yup at 2020-07-31 10:47:26) |
| ~~event_async_complete_wait_time~~ | bigint | [miliseconds] Timestamp of when this event finished async queue waiting Facebook's server. (ORPHANED by yup at 2020-07-31 10:47:26) |
| ████████ | bigint | ████████ |
| eii_extra_data | string | JSON encoded extra data encrypted by sid-based key OR as TEII. (https://fburl.com/oin5jix3) |
| has_order_id | boolean | This field depicts whether the event has an order id or not |
| ████████ | boolean | ████████ |
| signals_deduplication_original_event_fire_time | bigint | [seconds] The timestamp when the original event was fired rounded to 5s to avoid association with the original event. |
| ████████ | map<bigint,array<struct<score:double,match_keys_used:array<string>>>> | ████████ |
| primary_signal_container_id | bigint | The primary signal container ID with underlying". " entity as EntAdsPixel or EntOfflineConversionDataset |
| etld_plus_one | string | the etld+1 of the URL we think the pixel fired from, derived from passed/referred/further_referred document links. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| agent_normalized | string | The normalized value of "agent" that represents the partner integration that created the event. Raw "agent" to "agent_normalized" examples: wordpress-5.6-3.0.0 -> wordpress, GTM -> gtm, plmparticle -> mparticle |
|---|---|---|
| decoded_campaign_bits | struct<is_user_opt_in:boolean,is_optimized_for_roas:boolean,optimized_pixel_id:bigint,optimized_event_name:string,optimized_custom_conversion_id:bigint,decoded_mmt_bucket:bigint,decoded_qrt_bucket:bigint,decoded_ranking_bucket:bigint,is_optimized_offsite_conversion_roas:boolean,is_optimized_offsite_engage | The decoded campaign bits sent alongside an ad click. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034487

| | | |
|---|---|---|
| | ment_roas:bo olean> | |
| decoded_conversion_ bits | struct | The decoded conversion bits sent to Facebook with a conversion. |
| ███████████ | string | ████████████████████████████████ ) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034488

| ██████████ | map<string,bigint> | ██████████████████████ |
|---|---|---|
| aem_context | struct<campaign_bits_lookup_type:bigint,is_cross_device_or_browser:boolean,original_non_aemified_event_trace_id:string,advertiser_id:string,policy_opt_in_status:struct<att_in_scope:boolean,att_opt_in:boolean,epd_in_scope:boolean,epd_opt_in:boolean>,is_click_from_iaw:boolean,is_greater_than_one_day_attribution:boolean,ad_conversion_do | Additional context related to aem. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034489

| | main:string,is _conversion_ att_in_scope: boolean,is_ev ent_level_du plicate:boolea n> | |
|---|---|---|
| business_id | bigint | ID of business that owns the data_source_id. |
| app_version | string | App version from app traffic |
| ████████ | string | ████████████████████████████████████████████████████████████████ |
| ██████████ | array<string> | ███████████████████████████████████████████████████████████████. |
| is_primary_signal_con tainer_consolidated | boolean | Indicates whether the primary signal container (in primary_signal_container_id column) is consolidated. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034490

| app_event_log_metho d | string | How the app event is logged |
|---|---|---|
| known_private_email _domain | bigint | (Enum SignalsKnownPrivateEmailDomain) The domain of the email address used as PII for this event. This field should not be used outside of monitoring use cases (see L1083128PRV3) |
| ████████████████ | array<bigint> | ████████████████████████████████████ |
| ████████████████ | map<bigint,st ruct<allowed _purpose_typ es:array<bigi nt>,is_calcula ted_for_event :boolean,deci sion_granular ity_type:bigin t,consent_stat us_type:bigin t,consent_bas is_types:array <bigint>>> | ████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034491

| | map<bigint,struct<allowed_purpose_types:array<bigint>,is_calculated_for_event:boolean,decision_granularity_type:bigint,consent_status_type:bigint,consent_basis_types:array<bigint>>> | |
|---|---|---|
| capi_platform_metadata | array<struct<name:string,integration_string_type:string,version:string,is_verified_by_app_id:boolean>> | conversions API Integration platform metadata |
| mobile_store_object_id | bigint | The digital store object id associated with the event. |
| ch_match_method | string | The match method that can be used by clear history |
| ~~aggregation_id~~ | string | Aggregation ID associated with the web/app event. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034492

| | | |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | bigint | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ~~anonymous_id~~ | string | Anonymous ID associated with the app event |
| aggregate_id | string | Aggregate ID associated with the web/app event. |
| data_source_filters | array<bigint> | FBIDs of EntSignalsDataSourceFilter instances that were run again and passed the provided signal |
| ▮▮▮▮▮▮▮▮▮ | array<string> | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| fbevents_experiment | struct<name:string,is_in_treatment:boolean,is_in_control:boolean,is_exposed:boolean> | Experiment name and group assignment from a FBEvents Experiment |
| sensitive_data_categories_type_names | array<string> | Set of sensitive data categories (e.g. HEALTH, FINANCE, etc.) which were found in this event |
| ▮▮▮▮▮▮▮▮▮ | bigint | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| event_id_count | bigint | This field depicts the total number of event ids |
| data_processing_options_string_types | array<string> | set of data processing options from incoming event, includes AMO, LDU |
| data_processing_options_country_type | bigint | data processing options country from incoming event |
| data_processing_options_state_type | bigint | data processing options state from incoming event |
| ▮▮▮▮▮▮▮▮▮ | boolean | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| is_inferred_install | boolean | A flag for aemv2, to flag out inferred installs from general installs. |
|---|---|---|
| event_tag_ids | array<bigint> | FBIDs of EntSignalsEventTag that the current event contains |
| ██████████ | boolean | ████████████████████████████████ |
| ~~privacy_jurisdiction_s tring_type~~ | string | The Privacy Jurisdiction of the user |
| privacy_jurisdiction_s tring_types | array<string> | The Privacy Jurisdiction of the user |
| is_from_smart_router | boolean | This field depicts whether the app capi event is from AE-API to CAPI smart router |
| device_anonymous_si d | string | Anonymous SID for anonymous device ID (app-scoped device ID generated by SDK) |
| is_cs_est_enabled | boolean | This field indicates whether this event is derived from client side EST(Event Setup Tool). PageView will contains the flag when EST is enabled |
| ██████████ | string | ████████████████████████████████ |
| is_ios_reinstall | boolean | A flag for aemv2, to flag out reinstalls from general installs. |
| ██████████ | map<string,ar ray<string>> | ████████████████████████ |
| ██████████ | string | ████████████████████████████████. |
| filtered_params | struct<unwan ted_params:a rray<string>,r estricted_para ms:array<stri ng>> | Filtered custom data payload parameters from the clientside pixel |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034494

| fb_events_config_map | map<bigint,struct<auto_config_enabled: boolean,auto_config_explicitly_disabled: boolean,config_fetching_enabled:boolean,no_config_data:boolean, request_method:string,client_request_method:string,supports_object_define_property:boolean,supports_send_beacon:boolean,timings: map<string,double>,release_segment:string,pii_was_invalidated:boolean,is_headless_browser: boolean,is_se | This field holds automatic configuration options for pixel events |
|---|---|---|

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034495

| | lenium_detec ted:boolean, may_benefit_ from_automa tic_adv_matc hing:boolean, options_bits: bigint,track_ methods:strin g>> | |
|---|---|---|

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034496

| standard_properties | struct<contents:array<struct<content_id:string,content_category:string,content_name:string,content_string_type:string,quantity:bigint,item_price:double,home_listing_metadata:struct<availability_string_type:string,timestamp_lease_start:bigint,timestamp_lease_end:bigint,listing_string_type:string,neighborhood:string,preferred_baths_range:struct<min:bigint,max:bigint>,preferred_beds_r | Schematized version of existing custom_data_json |

PIXEL_TAX000034497

| | | |
|---|---|---|
| | ange:struct<min:bigint,max:bigint>,preferred_price_range:struct<min:double,max:double>,property_string_type:string,city:string,region:string,country:string,suggested_home_listings:array<string>>, hotel_metadata:struct<timestamp_checkin:bigint,timestamp_checkout:bigint,destination_ids:array<string>,hotel_score:double,num_adults:bigint,num_children:bigint,preferred_neighborhood | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034498

| | s:array<string>,preferred_price_range:struct<min:double,max:double>,preferred_star_ratings:struct<min:bigint,max:bigint>,user_bucket:bigint,city:string,region:string,country:string,suggested_hotels:array<string>>,flight_metadata:struct<timestamp_departing_departure:bigint,timestamp_returning_departure:bigint,timestamp_departing_arrival:bigint,timestamp_returning_arrival:bigint,origin | |
|---|---|---|

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034499

| | | |
|---|---|---|
| | _airport_code:string,destination_airport_code:string,destination_ids:array<string>,num_adults:bigint,num_children:bigint,num_infants:bigint,lowest_price:double,travel_class_string_type:string,preferred_num_stops:bigint>,destination_metadata:struct<timestamp_travel_start:bigint,timestamp_travel_end:bigint,num_adults:bigint,num_children:bigint,city:string,region:string,country:string,s | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034500

| | | |
|---|---|---|
| | uggested_des tinations:arra y<string>>,v ehicle_metad ata:struct<pos tal_code:strin g,country:stri ng,make:strin g,model:strin g,year:bigint, state_of_vehi cle_string_ty pe:string,mile age_value:big int,mileage_u nit_string_typ e:string,exteri or_color:strin g,transmissio n_string_type :string,body_ style_string_t ype:string,fue l_type_string _type:string,d rivetrain_stri ng_type:strin g,preferred_p rice_range:str | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034501

| | | |
|---|---|---|
| | uct<min:doub le,max:doubl e>,trim:string ,vin:string,int erior_color:st ring,condition _of_vehicle_s tring_type:str ing,suggested _vehicles:arra y<string>>,v ehicle_offer_ metadata:stru ct<dma_code :string,make:s tring,model:st ring,year:bigi nt,body_style _string_type: string,trim:str ing>,automoti ve_model_m etadata:struct <make:string, model:string, year:bigint,tra nsmission_str ing_type:strin g,body_style_ | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034502

string_type:string,fuel_type_string_type:string,drivetrain_string_type:string>,location_based_item_metadata:struct<city:string,region:string,country:string,suggested_location_based_items:array<string>>,local_service_business_metadata:struct<city:string,region:string,country:string,suggested_local_service_businesses:array<string>>,job_metadata:struct<city:string,region:string,country:string,su

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034503

| | | |
|---|---|---|
| | ggested_jobs: array<string> >>>,delivery _category_str ing_type:strin g,num_items: bigint,order_i d:string,predi cted_ltv:doub le,search_stri ng:string,stat us:string,curr ency_code:str ing,total_pric e:double,lead _event_sourc e:string,produ ct_catalog_id :bigint> | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| custom_properties | map<string,string> | Any parameter passed as part of custom_data_json that is not a standard property (as would be included in standard_properties_v1). It is represented as a map of the key provided to the value. In the case of n-dimensional parameters, it is flattened into 1-dimensional and the keys are concatenated using periods, e.g. {foo:{bar:1}} would be translated to {"foo.bar": 1} |
| provided_custom_conversion_ids | array<bigint> | Raw set of custom conversions provided as part of pixel request (coerced to OID, but otherwise not validated). |
| provided_audience_property_ids | array<bigint> | Raw set of audience property IDs provided as part of pixel request (coerced to OID, but otherwise not validated). These are inputs to calculating audience membership in DAPL. |
| ███████████████ | array<bigint> | ███████████████████████████████████. |
| source_classification_categories_type_names | array<string> | Set of integrity OFA classification categories of this source. |
| is_event_in_core_setup | boolean | This field indicates whether this event is in a core setup (fka protected mode), and thus has its freeform data points removed on the client side / or server side before Signals processing |
| core_setup_freeform_data_filtering_source | string | This field indicates where the event had its freeform data points filtered (client side, or server side). This is only relevant for events that are in a core setup (fka protected mode); otherwise this will be NOT_IN_CORE_SETUP. |
| has_freeform_data | boolean | This field indicates whether this event contains freeform data points during Signals Processing (after protected related filtering). Freeform data points include: Untruncated URLs, custom properties in events, Microdata, SubscribedButtonClicks. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034505

| | | |
|---|---|---|
| ███████████████ | map<string,struct<experiment_name:string,condition_name:string>> | ████████████████████████████████████████ |
| ███████████████ | string | ███████████████████████████████████████████. |
| web_to_app_joint_trace_id | string | UUID used to match each app event and its corresponding forked web event for web2app. |
| ██████████ | string | ████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034506