# EXHIBIT 27

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT Q

# EXHIBIT 9

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000059048

**Audience:** Signals Eng+XFN
**Post date:** Mid-September 2020
**Purpose:** Start communicating availability of offsite_signals to rest of signals org
**Author:** Faisal+Tobias+Tal+Zhengyang

# Introducing offsite_signals table

**Commented [1]:** LGTM! Post whenever ██████████

## Background

We have many different logs of Signals events to solve many different problems. For example, `ads_pixel_traffic` holds most pixel events coming to Facebook. However, it does not include pixel button click events, microdata events, or discarded events (which were discarded due to certain systems like deduplication). For those events, we have historically used tables like `pixel_button_clicks`, `inferred_website_events`, ██████████████████, etc.

Furthermore, different action sources such as offline store purchases, web events, and app events are all logged in different tables due to the separate backend systems that process them. Previously, any analysis of the events a business was sending across different sources would require duplicate effort to query the corresponding tables (`ads_pixel_traffic`, `app_events`, and `ads_data_set_matched_events_table` respectively), which all have wildly different schema, though the events stored in them are actually very similar.

This post introduces the `offsite_signals` table, where all the offsite events data will be logged. It's the first step to a future where a pipeline to calculate a statistic for app events could easily be changed to do the same for web events. Since all the same field names are re-used, the only thing that would need to change is to filter on where the event happened!

## New features and how to use them

All of these tables such as `ads_pixel_traffic`, `app_events`, `pixel_button_clicks`, etc., are huge and you might be thinking that combining them would make analysis very slow. That's not the case because of the partitioning scheme we used.

If you take a look at the [ HYPERLINK "https://www.internalfb.com/intern/data/info/tables/hive/ad_metrics/offsite_signals/" \h ] page for offsite_signals, you'll see the following partitions:



- ██████████████████
- ██████████████████
- ██████████ ` (note: this one is **essential**, otherwise you may see simulated events)

██████ ██ ████████████████████████ ██ ██ This means that ██████████████████████ ██ ████████████s. For example, if you only care about web events then you can ████████████████████ ████████████.

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

## action_source

This partition represents where the event happened. Currently supported values are:
- `website`
- `physical_store`
- `app`

This column is currently an explicit representation of where the offsite signals come from. It is one-to-one mapped with the type of ID in the column 'data_source_id', e.g., pixel_id <-> 'website', app_id <-> 'app', offline_dataset_id <-> 'physical_store'

We rolled out the capability of having advertisers annotating the event level action_source in H1'20 [ HYPERLINK "https://fb.workplace.com/groups/573556436792616/permalink/695792517902340/" \h ]. The column ▮▮▮▮▮▮▮▮▮▮▮▮▮tracks that, which is the enum type listed [ HYPERLINK "https://www.internalfb.com/u/diffusion/a1uqpsoz" \h ]. By leveraging this column, we are able to identify the use cases of sending events not from a website to a pixel, similarly for other sources of offsite signals.

## processing_outcome

This partition represents what happened to the event, whether it was discarded due to deduplication/merge or processed normally and sent to the downstream systems. Currently supported values are:
- ▮▮▮▮▮▮▮`
- `used_in_prod`
- ▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮

## connection_method

This partition represents the integration technology (e.g., Facebook SDK, Pixel, Conversion API, etc.) by which Facebook received the event. Currently supported values are:
- `BROWSER`
- `SERVER`
- `ONSITE`
- `MERGED`
- `APP`
- `UNKNOWN`

Please note that the category 'SERVER' represents the general server-side integration technologies, e.g., CAPI, Offline Conversion API, sFTP pull service, etc.

## event_category

This partition represents the category of events. Accepted values are
- `default` - this is generally all that you want to include and represents most events people care about
- `pixel_button_click`- coming soon
- `pixel_microdata`- coming soon
- ▮▮▮▮▮▮▮
- `other`

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

PIXEL_HEALTH000288628
PIXEL_TAX000059050

So, if you want to get the same events as `ads_pixel_traffic` then you can use the following filters:

```
```
SELECT
    *
FROM offsite_signals
WHERE
    ds = '<DATEID>'
    AND action_source = 'website'
    AND processing_outcome = 'used_in_prod'
    AND event_category = 'default'
```
```

In addition to these partitions, we have introduced some new columns that would make analysis easier. Some of these columns are:

████████████████████

This column holds the results of identity calls, i.e., the candidates calculated based on the identifiers provided. An event typically calls the identity service to find the targeting candidates and attribution candidates. Results of both calls are now saved in this column. Prior to this column, our pipelines would perform complex joins with the identity tables to get the same result.

The targeting candidates are available in ██████████████████████████████████████ and the attribution candidates are available in ████████████████████████████

## matched_custom_conversions

This column holds the set of custom conversions that matched the event. Each of these custom conversions will have `id` and `custom_event_type` logged in this column.

## eii_extra_data

This column encrypts different useful information (e.g., external id, event id, ip address, etc.) that can be helpful for ad hoc investigations. This column can be decrypted in daiquery within 48 hrs of event time (if no user is matched with the event) or until the matched user performs the clear history operation. The process of decrypting this field can be found in [ HYPERLINK "https://fburl.com/wiki/ubuyik4c" \h ]

# Columns removed

Compared to `ads_pixel_traffic`, there are few columns that are not available in the `offsite_signals` table. The reason is they either don't provide much value, are unused, or are incorrectly calculated for `ads_pixel_traffic`. These are such columns: `ad_account_id`, `resolved_seperable_id`, `event_name_inference_model`, `resolved_ad_viewer_type`, etc.

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

PIXEL_HEALTH000288629
PIXEL_TAX000059051

## What's coming

### Saber/Events Manager

Saber/Events Manager are currently powered by `ads_pixel_traffic` and we plan to use `offsite_signals` table as their data source. This means we'll be able to have a single data Saber tier powering all of Events Manager, which means we'll be able to eliminate Signals' dependency on Facebook Analytics and consolidate several other Saber tiers.

### Button clicks/Microdata logging consolidation

The Button clicks and Microdata events are logged in separate tables such as `pixel_button_clicks`and `inferred_website_events`. We will soon log these events in the `offsite_signals`table.

### App events

We have already finished the work required to log app events to the `offsite_signals` table. The plan is to log all app events to this table by 2021 Q1 after we receive the required capacity to do so.

### ads_pixel_traffic deprecation

Once all the dependencies of `ads_pixel_traffic` are moved to the `offsite_signals` table, we will deprecate `ads_pixel_traffic`. The timeline for this is likely to be 2021 H1.

## Example queries

Here are some example queries to get you started

*How to get the same events as the `signals_discarded_events` table?*
```
SELECT
    *
FROM offsite_signals
WHERE
    ds = '<DATEID>'
    AND action_source = 'website'
    AND processing_outcome = 'discarded'
    AND event_category = 'default'
```

*What would the coverage and match rate be for clickID for each browser?*
```
SELECT
    browser_name,
    AVG(IF(CONTAINS(all_provided_match_keys, 'fbc'), 100, 0)) AS click_id_coverage,
    AVG(
        IF(extended_identity_results.single_candidate_consumers[16] IS NOT NULL, 100, 0)
    ) AS click_id_match_rate
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000288630
PIXEL_TAX000059052

```
FROM offsite_signals
WHERE
    ds = '<DATEID>'
    AND action_source = 'website'
    AND processing_outcome = 'used_in_prod'
    AND event_category = 'default'
GROUP BY
    1
ORDER BY
    2 DESC
```

*What would the match rate be with and without FR cookie?*

```
SELECT
    AVG(
        IF(CARDINALITY(extended_identity_results.single_candidate_consumers) > 0, 100, 0)
    ) AS match_rate_with_fr_cookie,
    AVG(
        IF(
            CARDINALITY(
                MAP_FILTER(
                    extended_identity_results.single_candidate_consumers,
                    (k, v) -> k != 0 AND k != 23
                )
            ) > 0,
            100,
            0
        )
    ) AS match_rate_without_fr_cookie
FROM offsite_signals
WHERE
    ds = '<DATEID>'
    AND action_source = 'website'
    AND processing_outcome = 'used_in_prod'
    AND event_category = 'default'
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000288631
PIXEL_TAX000059053