# EXHIBIT 30

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

Proposed Sealed Version of Exhibit 12

| event_category | processing_outcome | connection_method | action_source | | event_time | event_name | trace_id | | event_process_time | event_fire_time |
|---|---|---|---|---|---|---|---|---|---|---|
| default | used_in_prod | BROWSER | website | | 1677299064 | | | | 1677299061122 | 1677299060200 |
| default | used_in_prod | BROWSER | website | | 1677299069 | | | | 1677299067177 | 1677299066272 |
| default | used_in_prod | BROWSER | website | | 1677299064 | | | | 1677299061118 | 1677299060204 |

# FILED UNDER SEAL

| event_category | agent | custom_data_json | browser_full_version | browser_name | device_os | device_os_version | device_model | mobile_app_id | mobile_app_version | device_type | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| default | magic-pix | | 110.0.0.0 | Chrome Desktop | Windows NT | 10 | | 0 | | desktop | |
| default | magic-pix | | 110.0.0.0 | Chrome Desktop | Windows NT | 10 | | 0 | | desktop | |
| default | magic-pix | | 110.0.0.0 | Chrome Desktop | Windows NT | 10 | | 0 | | desktop | |

| event_category | session_id | <span style="background:black">█████████</span> |
|---|---|---|
| default | e0180ecf-7ae5-4598-94ec-620ab8bcf9d8 | https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&FV=F&HT=F |
| default | 31e1075b-5b7f-428f-a8c1-ba8319d7c671 | https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&FV=F&HT=F |
| default | 31e1075b-5b7f-428f-a8c1-ba8319d7c671 | https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&FV=F&HT=F |

**event_category**

default    https://taxes.hrblock.com/    https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&HT=F&FV=T

default    https://taxes.hrblock.com/    https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&HT=F&FV=T

default    https://taxes.hrblock.com/    https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&HT=F&FV=T

| event_category | | city | country | has_optout_cookie |
|---|---|---|---|---|
| default | https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&FV=F&HT=F | Chicago | US | |
| default | https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&FV=F&HT=F | Chicago | US | |
| default | https://taxes.hrblock.com/HRBlock/interview/LoadFrame.hrbx?tn=Interview&TargetATA=Interview&taxtype=TCL&ClientSignature=8C3E5718F4BF9B3EFB2A4F58973A2A51F0CD3AF7&FV=F&HT=F | Chicago | US | |

| event_category | has_people_based_optout | has_dnt | user_explicitly_logged_out | | has_user_pii_data | user_pii_keys | user_pii_keys_source | user_pii_keys_source_string | |
|---|---|---|---|---|---|---|---|---|---|
| default | | | | | TRUE | eventID,external_id | 1 | EXPLICIT_IN_PIXEL_INIT | |
| default | | | | | TRUE | eventID,external_id | 1 | EXPLICIT_IN_PIXEL_INIT | |
| default | | | | | TRUE | eventID,external_id | 1 | EXPLICIT_IN_PIXEL_INIT | |



| event_category | | version | initialization_time | city_id | from_rule_id | push_phase | | contains_sensitive_data | allowlist |
|---|---|---|---|---|---|---|---|---|---|
| default | FALSE | 2.9.97 | 1677299059852 | | | C3 | | | FALSE |
| default | FALSE | 2.9.97 | 1677299059852 | | | C3 | | | FALSE |
| default | | 2.9.97 | 1677299059852 | | | C3 | | | FALSE |



| event_category | places_contain_sensitive_data |
| --- | --- |



default

default

default

| event_category | | browser_sid | domain_scoped_browser_sid |
|---|---|---|---|
| |  | | |
| default | | B:gKKYkJ5QHYbG:Bj-SnY | C:n3mR0YMJA1e4:Bj-YTo |
| default | | B:gKKYkJ5QHYbG:Bj-SnY | C:n3mR0YMJA1e4:Bj-YTo |
| default | | B:gKKYkJ5QHYbG:Bj-SnY | C:n3mR0YMJA1e4:Bj-YTo |

**event_categor**

default

default

default

| event_category | all_provided_match_keys | | encrypted_external_id | geo_ip_zip | encrypted_event_id | encrypted_ip_address | provided_action_source |
|---|---|---|---|---|---|---|---|



**event_categor**          **region_id**     **extra_data**



default

default

default

| event_category | | reason_discarded | | signals_deduplication_rule_name | signals_deduplication_original_connection_method | signals_deduplication_original_event_fire_time |
|---|---|---|---|---|---|---|
|  | | | | | | |
| default | | | | | | |
| default | | | | | | |
| default | | | | | | |

| event_category | client_user_agent | etld_plus_one | sdk_type | sdk_language | sdk_version | uploading_app_id | graph_api_version | request_id |
|---|---|---|---|---|---|---|---|---|
| default | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36 | hrblock.com | | | | | | |
| default | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36 | hrblock.com | | | | | | |
| default | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36 | hrblock.com | | | | | | |

| event_category | endpoint |
| --- | --- |
| | |
| default | XSignalsPixelController |
| | |
| default | XSignalsPixelController |
| | |
| default | XSignalsPixelController |



**event_category**

**eii_extra_data**



default

default

default

| event_category | agent_normalized | aem_context | decoded_campaign_bits | decoded_conversion_bits | | sion |
|---|---|---|---|---|---|---|
| default | magic | | | | | |
| default | magic | | | | | |
| default | magic | | | | | |

| event_category | | is_primary_signal_container_consolidated | original_event_trace_id | known_private_email_domain | app_event_log_method | |
|---|---|---|---|---|---|---|
| default | | FALSE | | | | [3,5,6,7,8,9,10,12,15,16,17,18,19] |
| default | | FALSE | | | | [3,5,6,7,8,9,10,12,15,16,17,18,19] |
| default | | FALSE | | | | [3,5,6,7,8,9,10,12,15,16,17,18,19] |

**event_category**

default

default

default



| event_category | mobile_store_object_id | ch_match_method | | ds |
|---|---|---|---|---|
| default | | [] | | 2023-02-24 |
| default | | [] | | 2023-02-24 |
| default | | [] | | 2023-02-24 |