# EXHIBIT 43

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

Proposed Sealed Version of Exhibit 31

EXHIBIT __10__
WIT: _Calderon_
DATE: _5.30.25_
HANNA KIM, CSR NO. 13083

 **Your Comments in Groups**
Comments in groups you belong to
Generated by Katrina Denise on Friday, October 6, 2023 at 11:39 AM UTC-07:00

**Katrina Denise replied to Missy Tank's comment.**

**Group:** let's talk about it
Missy Tank the first time I got my 500$ for my two kids today I only got 600$ for myself 😳

Jan 01, 2021 6:58:21am

**Katrina Denise replied to Missy Tank's comment.**

**Group:** let's talk about it
Missy Tank who do I need to call ??? Lmao

Jan 01, 2021 8:05:38am

**Katrina Denise replied to Missy Tank's comment.**

**Group:** let's talk about it
Missy Tank 😵

Jan 01, 2021 8:35:20am

**Katrina Denise commented on Kayla Stachowski's post.**

**Group:** let's talk about it
I only got 600$ and I have two kids 😞

Jan 02, 2021 3:53:21pm

**Katrina Denise replied to her own comment.**

**Group:** let's talk about it
Apalonia Shultz I know!! The first stimulus I got 2200 for myself and two kids this one I only got 600 for myself 😳 I always claim my kids

Jan 02, 2021 4:01:22pm

**Katrina Denise replied to her own comment.**

**Group:** let's talk about it
Darby Urban I know I was supposed to get 1800 and now I only got 600 it's crazy!

Jan 02, 2021 6:35:26pm

**Katrina Denise replied to her own comment.**

**Group:** let's talk about it
Darby Urban it is but I'm calling first thing Monday morning for my 1200 ████████████████

Jan 02, 2021 6:43:32pm

EXCERPT FROM PIXEL_TAX000000338 – PROVISIONALLY DESIGNATED CONFIDENTIAL BY PLAINTIFFS

# FILED UNDER SEAL

**Katrina Denise replied to her own comment.**

**Group:** let's talk about it

Mickina Mcfarlane how did you get it? Did you have to call? I read the last day for the irs to issue payments are January 15

Jan 02, 2021 6:57:20pm

**Katrina Denise replied to her own comment.**

**Group:** let's talk about it

Mickina Mcfarlane ok I'm going to call Monday morning see what happened

Jan 02, 2021 6:58:53pm

**Katrina Denise replied to her own comment.**

**Group:** let's talk about it

Mickina Mcfarlane yeah I'll call for sure I want the rest of my money 💰 I'm great full for the 600$ buuuut I live in Cali it don't cover much

Jan 02, 2021 7:08:41pm

2

EXCERPT FROM PIXEL_TAX000000338 – PROVISIONALLY DESIGNATED CONFIDENTIAL BY PLAINTIFFS