# EXHIBIT 48

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

Proposed Sealed Version of Exhibit 37

**Group posts and comments**
Posts and comments you make in the groups you belong to
View on Facebook

████████ posted in Grad Students: they're Not Bad People, they Just Made Terrible Life Choices.

Is it worth it?

Can anyone give me an INTELLIGENT reason NOT to turn down my acceptance at ████████?

I attended ████████ ($32,000/year out of state, thanks a lot jerks) for undergrad. No regrets. I can't imagine not having gone to undergrad. Then I took two years off. In June I'll go home having lived/worked in 5 different countries and seen 21 countries total. I'm very lucky, and though my current salary is only $900/mo I can save basically all of that, and I'm making a dent in my student loans. Now, I've been accepted to the ████████ ████████

First it was shock, then crazy excitement, then teeth-smashing reality: They "don't fund" their ████████. And the total budget for out of state grad students is FORTY FOUR THOUSAND DOLLARS. This will RUIN ME FINANCIALLY for the rest of my life possibly. Now, like I said, I'd never regret undergrad, not for a heartbeat. And I love learning for the sake of learning. I really do. Anyone who studies weird-ass dead languages like Egyptian MUST be that way.

But come on - can anyone REALLY tell me that I'm not a naive and stupid person if I keep on living this whole "let's stay in school for a million years" lie? I'm not afraid of the real world (obviously) so it's not a matter of not knowing whether or not I'm using this as a way to avoid growing up or making it on my own. And we all like to PRETEND money isn't important... but is it worth RUINING ourselves? Aren't we all just being fooled by them and letting them rob us? How can I turn down ████ But how can I go on pretending it's somehow OKAY to rack up $100,000 in debt!?

I wish someone could make me feel better but I doubt it.

Apr 01, 2008 9:07:49pm

EXHIBIT
107
PENGAD 800-631-6989

EXCERPT FROM PIXEL_TAX000000328 – PROVISIONALLY DESIGNATED CONFIDENTIAL BY PLAINTIFFS

# FILED UNDER SEAL