# EXHIBIT 57

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT 2
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE META PIXEL TAX FILING CASES   )

_____  )

This Document Relates To:            )

                                     )

Case No.  5:22-cv-07557-PCP (VKD), )

All Actions                          )

                                     )

                                     )

_____  )

VIDEOTAPED DEPOSITION OF █████████████

San Francisco, California

Tuesday, June 24, 2025

REPORTED BY: Derek L. Hoagland

CSR No. 13445

Page 1

BY MS. HAUSKNECHT:                                          14:38:57

Q.      Did you use Incognito or private browsing modes      14:38:58
when you were accessing H&R Block?                          14:39:03

A.      I don't remember.  It would have been smart.         14:39:05

Q.      Do you use an ad blocker?                            14:39:10

A.      Yes.  Ad Block Plus is the one I currently have.     14:39:17
I think I've had it for quite a while.                      14:39:21

Q.      When did you start using Ad Block Plus?              14:39:23

A.      I couldn't tell you.  It's been my go-to for a       14:39:26
long time.                                                  14:39:29

Q.      Do you have an approximate range in years since      14:39:30
you've been using Ad Block Plus?                            14:39:33

A.      I feel like I have memories of using it in           14:39:35
Indiana.  So that would be as early as, like, 2016 or       14:39:38
2020, not that along ago, but probably -- I was probably    14:39:41
using some form of Ad Blocker since, I don't know, 2015      14:39:44
or something.  I don't know if it was always Ad Block        14:39:49
Plus, but I think so.  It's kind of the big one.            14:39:51

Q.      Have you noticed any effects from using Ad Block     14:39:55
Plus?                                                       14:39:57

A.      Yes.  Every now and then I am -- there's a           14:39:57
website that, you know, tells you you can't see their        14:40:00
stuff unless you turn it off.  And if it was a news          14:40:03
article or something that I actually cared enough to         14:40:06
temporarily turn it off, then, yeah, then it's just ads     14:40:08

Page 207

all in your face and it's terrible.  I don't know why    14:40:11

anyone would choose to not have an ad blocker of some    14:40:18

sort.  It's very nice to be shielded from all that.    14:40:21

Q.     You mentioned that sometimes you will turn it    14:40:24

off to view something.  What?    14:40:27

A.     Almost never, though.  Usually when it tells you    14:40:28

that, you're -- you're kind of like, it makes you think    14:40:30

like, why am I looking at this, it's not that important    14:40:35

to me.  Like, they think it's a got you, but you're    14:40:38

like -- or you just Google again and find a different    14:40:40

news site that doesn't do that.  But, yeah, obviously    14:40:43

sometimes I give in and I turn it off.    14:40:46

Q.     Did you ever turn off Ad Block Plus when using    14:40:48

H&R Block?    14:40:52

A.     I don't recall.  I think -- I don't -- I bet I    14:40:53

had it on, because I don't think it's a website that --    14:40:59

I don't know.  I don't know.  I don't want to speculate.    14:41:01

If they forced me to turn it on to use -- off to use    14:41:03

H&R Block, I would have.  I don't even know if H&R Block    14:41:06

is giving you advertisements in the -- in the -- I don't    14:41:10

know.  I don't have a lot of memories of advertisements    14:41:13

because I'm always running Ad Block.    14:41:17

Q.     Have you ever used -- turned off Ad Block Plus    14:41:19

when using Facebook?    14:41:21

A.     I don't think so.  I don't think it forces me to    14:41:22

Page 208

or asks me to.  That would be like a Face -- a place --  14:41:27

well, yeah, I would want it on for Facebook.  The  14:41:32

default is that it's off for everyone, and some websites  14:41:36

try to get you -- or it's on.  It's turned on blocking  14:41:39

for everyone, and that some websites try to get you.  I  14:41:42

would never not have it on unless a website forced me  14:41:46

to.  I don't recall what Facebook's deal is, but I think  14:41:49

it lets you have it on.  14:41:53

Q.    Were you logged into your browser while  14:41:53

accessing the H&R Block website?  14:41:55

A.    You know, I'm really not sure when that became,  14:41:58

like, a thing to log into your browser.  I know I  14:42:00

resisted it for a long time, and then when I started  14:42:02

using phones and wanting it to save settings across, but  14:42:05

that was within the past couple years.  So I don't know  14:42:08

about my status of being logged into a browser at that  14:42:11

time, if I was doing that yet.  14:42:15

Q.    Were you logged into Google while accessing the  14:42:16

H&R Block website?  14:42:21

A.    I probably -- I tend to have Gmail open all the  14:42:25

time because I tend to have Gmail and work email open on  14:42:28

tabs all the time.  14:42:31

Q.    Do you know if the browser settings you used  14:42:31

prevented Meta from receiving the information you  14:42:35

entered into H&R Block?  14:42:37

Page 209

REPORTER'S CERTIFICATE

STATE OF CALIFORNIA              )    ss.

I, DEREK L. HOAGLAND, CSR #13445, State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing proceeding was by me sworn to testify to the truth, the whole truth and nothing but the truth;

That said proceeding was taken down by me by stenotype at the time and place therein stated and thereafter transcribed under my direction into computerized transcription.

I further certify that I am not of counsel nor attorney for nor related to the parties hereto, nor am I in any way interested in the outcome of this action.

In compliance with section 8016 of the Business and Professions Code, I certify under penalty of perjury that I am a certified shorthand reporter with license number 13445 in full force and effect.

Witness my hand this 9th day of July, 2025.

DEREK L. HOAGLAND, CSR #13445

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127