# EXHIBIT 58

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT 3
# FILED UNDER SEAL

| ts | event_time | browser_full_version | browser_name | device_os |
|---|---|---|---|---|
| 2022-04-02+05 | 164887765 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887784 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887785 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | 164888410 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | 164888291 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888067 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888052 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888265 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888266 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888267 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888267 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884799 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886516 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | 164888360 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | 164888344 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887705 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888059 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | 164888413 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887721 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887747 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887748 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888265 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887871 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888051 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888052 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887740 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886715 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887763 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886504 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884796 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884796 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884797 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886518 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886522 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886508 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | 164886978 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | 164886952 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884842 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884754 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+22 | 164885274 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | 164886902 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884785 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887734 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887866 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887726 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888048 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887776 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887717 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887768 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887777 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-04+23 | 164911654 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+05 | 164913825 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+06 | 164914053 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+03 | 164913026 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | 164888061 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+02 | 164912453 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+00 | 164911996 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+04 | 164913138 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+00 | 164911882 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+01 | 164912339 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+07 | 164914280 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887784 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887749 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | 164887761 | 0 100.0.4896.60 | Chrome Desktop | device_os |
| 2022-04-02+06 | 164888161 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886517 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884799 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886493 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | 164886508 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | 164886925 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+01 | 164886468 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | 164884854 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | 164886950 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | 164886950 | 0 100.0.4896.60 | Chrome Desktop | Windows NT |

| Date | | Version | Browser | OS |
|---|---|---|---|---|
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+22 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+22 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |

| Date | | Version | Browser | OS | |
|---|---|---|---|---|---|
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-05+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-04+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+22 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+22 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-05+01 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-04+23 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-05+00 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-04+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-05+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-05+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-05+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT | |



| Date | | Version | Browser | OS |
|---|---|---|---|---|
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+23 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-01+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+03 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+06 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-02+07 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-04+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+05 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-04+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-04+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+02 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+01 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+04 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-04+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-04+21 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |
| 2022-04-05+04 | | 0 100.0.4896.60 | Chrome Desktop | Windows NT |