# EXHIBIT 59

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT 4
# FILED UNDER SEAL

```
ts              extra_data
2023-03-26+18:00:99
2023-03-26+20:00:99
```

button
{inner_text=Start for free, name=, destination=, id=, tag=span, button_text=Start for free, class_list=banner-btn, value=, numChildButtons=1}
{inner_text=Sign in\n, name=, destination=https://idp.hrblock.com/idp/profile/SAML2/Redirect/SSO?execution=e1s1&_eventId_proceed, id=, tag=span, button

| button_text | tokenized_l | trace_id |  | fbuid | event_proc | | form_featu | session_id | | ds |
|---|---|---|---|---|---|---|---|---|---|---|
| Start for free | {1=start f | | | | 1.68E+12 | file:///C:/U{ | [] | 42e3cad7 | | |
| Sign in\n | {1=sign in | | | | 1.68E+12 | https://idp. | [{"id":"relay | 16113610 | | |