# EXHIBIT 63

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT D

ads_pixel_traffic (hive)

| Column | Type | Description |
|---|---|---|
| [ds] | string | Date on which the data were generated |
| ts | string | Timestamp at which the data were generated |
| event_time | double | The webserver timestamp at the moment that log() was called. |
| pixel_id | bigint | FBID of the pixel. |
| raw_pixel_id | bigint | Sometimes advertisers can pass an ad account ID instead of a pixel ID to the fb.com/tr endpoint. This is undesirable behavior, and has not been encouraged in years. Few pixels continue to do this |
| ad_account_id | bigint | The ad account ID that made the pixel (sometimes). This field is unreliable; Use the account_to_asset or business_to_asset tables to look up pixel owners/relationships |
| browser_full_version | string | The user's browser version |
| browser_name | string | The name of the user's browser |
| device_os | string | The operating system of the mobile device |
| device_os_version | string | The os version of the mobile device |
| device_model | string | The model of the mobile device |
| device_type | string | Device type associated to this pixel fire. |
| event_name | string | The name of the event on this pixel fire. |
| custom_data_json | string | JSON representation of the custom data passed in via the pixel fire. |
| ███████████ | string | ████████████████ ████ ████ █ |
| ███████████ | string | ███████████████████ ██ █ ██ ██ █ |
| ███████████ | string | ████████ ██ ████ ██ ██ █ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034458



| | string | |
|---|---|---|
| | bigint | |
| | bigint | |
| | bigint | |
| city | string | The city where the pixel is fired (inferred from geo IP location). |
| country | string | The country where the pixel is fired (inferred from geo IP location). |
| has_optout_cookie | boolean | Whether the browser contains opt-out cookie. |
| has_people_based_opt out | boolean | Whether the user has opted out through people based optput. |
| | boolean | |
| | array<bigint> | |
| i s | array<bigint> | |
| extra_data | map<string,st ring> | Extra keys provided in the ->log() map, that were not utilized by any specified fields. |
| ~~rid_for_current_login_ user_id~~ | bigint | The Clementine RID for this UserID, if exists. (ORPHANED by thw at 2019-05-28 07:44:27) |
| ~~rid_for_last_login_use r_id~~ | bigint | The Clementine RID for this UserID, if exists. (ORPHANED by thw at 2019-05-28 07:44:27) |
| ~~rid_for_resolved_user _id~~ | bigint | The Clementine RID for this UserID, if exists. (ORPHANED by thw at 2019-05-28 07:44:27) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034459

| user_explicitly_logged_out | boolean | Whether the user has explicity logged out of Facebook. |
|---|---|---|
| ~~ip_address~~ | string | the IP address from which the user actually accessed Facebook. (ORPHANED by thw at 2019-05-28 07:44:27) |
| ███████ | string | ████████████████████████████████████ |
| ~~in_app_browser~~ | string | Name of the in-app browser if appropriate (ORPHANED by akramer at 2015-09-28 13:26:45) |
| has_user_pii_data | boolean | Whether the pixel has user PII data attached for matching |
| ███████ | string | ████████████████████████████████████ |
| ███████ | string | ████████████████████████████████████ |
| ███████ | bigint | ████████████████████████████████████ |
| ███████ | bigint | ████████████████████████████████████ |
| page_visibility | string | The current visibility of a document (i.e. hidden, visible, prerender or unloaded) |
| ███████ | bigint | ████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| agent | string | The partner/software which managed the setup of this pixel. Generally used in the context of partner integrations. Example values would be "wordpress", "gtm" (short for google tag manager) or "zapier". |
|-------|--------|------|
| version | string | The version of the pixel's code |
| resolved_ad_viewer_type | bigint | Represents the ad viewer type of the resolved user ID as represented in the AdViewerType enum (i.e. {1, 2, 3} = {FACEBOOK_USER, INSTAGRAM_USER , DEVICE_USER}) |
| ███████ | bigint | █████████████████████████████████████████████████████████████████████ |
| trace_id | string | UUID used to identify every offsite signals request throughout our ads stack. For more details, see https://fburl.com/pixeldataflow . |
| ██████ | string | ███████████████████████████████ |
| ~~frcookie_browser_id~~ | string | Browser ID from FrCookie (ORPHANED by amieshjk at 2016-11-14 19:11:43) |
| ~~fr_cookie_browser_id~~ | string | the browser_id field of FrCookie. For details https://fburl.com/413447187 (ORPHANED by thw at 2019-05-28 07:44:27) |
| ████████e | string | ██████████████████████████████████████ |
| session_id | string | The ID of the user session. |
| ██████h | string | ███████████████████████████████████████████████████████████████████████████████. |
| event_process_time | bigint | [miliseconds] Timestamp of when this event was processed by Facebook's server. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| event_fire_time | bigint | [miliseconds] Timestamp of when this event was reported to fire. For S2S, this is the event_time parameter reported by the advertiser. For the browser pixel, this is a timestamp generated by the browser. |
|---|---|---|
| city_id | bigint | The city id where the pixel is fired. |
| from_rule_id | bigint | The EntSignalsEventRuleGroup from which this was emitted by the rules engine (typically used by Event Setup Tool or automatically set up events), see fburl.com/pixeldataflow. |
| ~~event_id~~ | string | Event ID that is unique for each event and is used for deduplication. (ORPHANED by jameelm at 2019-08-12 12:37:07) |
| ~~event_source~~ | bigint | Populates source(s) of the event (ORPHANED by rohitpuri at 2018-02-22 22:36:43) |
| event_src | string | Populates source(s) of the event (SERVER_ONLY, BROWSER_ONLY, MERGED); value is of type defined in S2SEventSource enum. Prefer connection_method column. |
| contains_sensitive_data | boolean | Whether the event contains sensitive data like PII, password, etc. |
| places_contain_sensitive_data | string | Where this event contains the sensitive data. |
| ██████████ | string | █████████████████████████ |
| ██████████ | bigint | █████████████████████████ |
| ████e_i | bigint | █████████████████████████ |
| ██████████ | bigint | █████████████████████████ |
| ████████l | bigint | █████████████████████████ |
| ██████████ | boolean | █████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034462

| browser_sid | string | The separable id representation for the browser_id in FR Cookie for Clear History and Nothing But Attribution |
|---|---|---|
| ███████████ | string | ███████ ██ ████████████████ ████ |
| ███████████ | string | ██████ ██ ██ ██ ██ ███ ███ ██ ███ ████████ ██ ██ ██ ██ ████ ██ |
| domain_scoped_brow ser_sid | string | The separable id representation for the domain scoped browser ID in the _fbp cookie (https://fburl.com/fbpCookie) |
| encrypted_ip_sid | string | The encrypted IP address of the client (or redacted encryption for regulatory reasons) encrypted by sid-based key (i.e. using regular EII (https://fburl.com/oin5jix3) |
| ███████████ | map<string,b | ███ █ ██ ████ ████ ███ ██████ █ █ ███ ███████ |
| initialization_time | bigint | [miliseconds] Browser-reported timestamp of when the pixel JS (fbevents) started running. |
| ~~last_login_ig_user_id~~ | bigint | Last logged in ig user id from FrCookie (ORPHANED by thw at 2019-05-28 07:44:27) |
| last_login_ig_separabl e_id | bigint | The separable id for last_login_ig_user_id, which is used for Clear History and Nothing But Attribution |
| ~~rid_for_last_login_ig_ user_id~~ | bigint | The Clementine RID for this UserID, if exists. (ORPHANED by thw at 2019-05-28 07:44:27) |
| ███████ █ | bigint | ███ ████ ███ ████ ██ █ ███ █████ ██ ██ ███ ███ ███ █ ██ █ █ ██ ███ ████ ████ ██████ ████ ███ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034463

| | | |
|---|---|---|
| ███████████ | string | ███████████████████████████████████████ |
| ███████████ | string | ███████████████████████████████████████ |
| | string | ███████████████████████████████████████ |
| processing_metadata | string | The serialized data annotated on signal carrying all previous processed information and can be consumed for later offline analysis. E.g: we check dedupe result which is eligible to be sent to adconv (ORPHANED by svcscm at 2019-03-26 14:16:52) |
| all_provided_match_keys | array<string> | List of all provided match keys |
| mobile_app_version | string | The version number of the mobile app (as a string) |
| ███████████ | string | ███████████████████████████████████████ |
| ███████████ | boolean | ███████████████████████████████████████ |
| | string | ███████████████████████████████████████ |
| mobile_app_id | bigint | The ID number of the mobile app |
| has_parameter_data | boolean | Whether the pixel fire has the parameters field used with EST (ORPHANED by jlkalberer at 2019-12-10 13:02:11) |
| encrypted_external_id | string | The encrypted extern ID encrypted by sid-based key OR as TEII. (https://fburl.com/oin5jix3) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034464

| | | |
|---|---|---|
| geo_ip_zip | string | The zip code where the pixel is fired. |
| encrypted_event_id | string | Event ID encrypted as a TEII value (https://fburl.com/oin5jix3) |
| encrypted_ip_address | string | IP Address encrypted as a TEII value (https://fburl.com/oin5jix3) |
| ██████████ c | string | ████████████████████████████ |
| █████ t | boolean | ████████████ |
| ██████ | struct<pvarsi<br>nfo:struct<pv<br>ars:array<ma<br>p<string,struc<br>t<field_id:int,<br>raw_string_v<br>alue:string,ra<br>w_bool_valu<br>e:boolean,raw<br>_set_of_ints_<br>value:array<i<br>nt>>>>>> | ██ |
| ███████ e | bigint | ████████████████████ |
| █████████ | string | ████████████████████ |
| █████████ | bigint | ████████████████████ |
| region_id | bigint | The region ID returned by GeoAPI/Tiles for the client IP address |
| ████████ | bigint | ████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034465

| | boolean | |
| --- | --- | --- |
| | string | |
| ████ _domain | ████ ██ | ██████ ) The domain of the email address used as PII for this event. This field should not be used outside of monitoring use cases (see L1083128PRV3) |
| was_from_partial_bat ch | boolean | Whether the event was processed despite at least one event in the batch having an error. |
| is_inferred_install | boolean | A flag for aemv2, to flag out inferred installs from general installs. |
| ████ | map<string,ar ray<string>> | ██████████████ |
| is_ios_reinstall | boolean | A flag for aemv2, to flag out reinstalls from general installs. |
| ████ | string | ██████████████ |
| standard_properties | struct<conten ts:array<struc t<content_id: string,content _category:stri ng,content_na me:string,con tent_string_ty pe:string,qua ntity:bigint,it em_price:dou ble,home_list ing_metadata | Schematized version of existing custom_data_json |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | :struct<availability_string_type:string,timestamp_lease_start:bigint,timestamp_lease_end:bigint,listing_string_type:string,neighborhood:string,preferred_baths_range:struct<min:bigint,max:bigint>,preferred_beds_range:struct<min:bigint,max:bigint>,preferred_price_range:struct<min:double,max:double>,property_string_type:string,city:string,region:string,country:string,suggested_hom | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034467

| | | |
|---|---|---|
| | e_listings:array<string>>, hotel_metadata:struct<timestamp_checkin:bigint,timestamp_checkout:bigint,destination_ids:array<string>,hotel_score:double,num_adults:bigint,num_children:bigint,preferred_neighborhoods:array<string>,preferred_price_range:struct<min:double,max:double>,preferred_star_ratings:struct<min:bigint,max:bigint>,user_bucket:bigint,city:string,region:string,country:str | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034468

| | | |
|---|---|---|
| | ing,suggested_hotels:array<string>>,flight_metadata:struct<timestamp_departing_departure:bigint,timestamp_returning_departure:bigint,timestamp_departing_arrival:bigint,timestamp_returning_arrival:bigint,origin_airport_code:string,destination_airport_code:string,destination_ids:array<string>,num_adults:bigint,num_children:bigint,num_infants:bigint,lowest_price:double,travel_class_ | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034469

| | | |
|---|---|---|
| | string_type:string,preferred_num_stops:bigint>,destination_metadata:struct<timestamp_travel_start:bigint,timestamp_travel_end:bigint,num_adults:bigint,num_children:bigint,city:string,region:string,country:string,suggested_destinations:array<string>>,vehicle_metadata:struct<postal_code:string,country:string,make:string,model:string,year:bigint,state_of_vehicle_string_type:string,mile | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034470



| | age_value:big int,mileage_u nit_string_typ e:string,exteri or_color:strin g,transmissio n_string_type :string,body_ style_string_t ype:string,fue l_type_string _type:string,d rivetrain_stri ng_type:strin g,preferred_p rice_range:str uct<min:doub le,max:doubl e>,trim:string ,vin:string,int erior_color:st ring,condition _of_vehicle_s tring_type:str ing,suggested _vehicles:arra y<string>>,v ehicle_offer_ metadata:stru | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034471

| | | |
|---|---|---|
| | ct<dma_code:string,make:string,model:string,year:bigint,body_style_string_type:string,trim:string>,automotive_model_metadata:struct<make:string,model:string,year:bigint,transmission_string_type:string,body_style_string_type:string,fuel_type_string_type:string,drivetrain_string_type:string>,location_based_item_metadata:struct<city:string,region:string,country:string,suggested_location_bas | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034472

| | ed_items:array&lt;string&gt;&gt;,local_service_business_metadata:struct&lt;city:string,region:string,country:string,suggested_local_service_businesses:array&lt;string&gt;&gt;,job_metadata:struct&lt;city:string,region:string,country:string,suggested_jobs:array&lt;string&gt;&gt;&gt;&gt;,delivery_category_string_type:string,num_items:bigint,order_id:string,predicted_ltv:double,search_string:string,status:string,currency_code:str | |

PIXEL_TAX000034473

| | ing,total_price:double,lead_event_source:string,product_catalog_id:bigint> | |
|---|---|---|
| custom_properties | map<string,string> | Any parameter passed as part of custom_data_json that is not a standard property (as would be included in standard_properties_v1). It is represented as a map of the key provided to the value. In the case of n-dimensional parameters, it is flattened into 1-dimensional and the keys are concatenated using periods, e.g. {foo:{bar:1}} would be translated to {"foo.bar": 1} |
| ██████████ | array<bigint> | ██ ███ ████ ███████ █ ████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034474