# EXHIBIT 65

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT F

offsite_signals_pipe (hive)

| Column | Type | Description |
|---|---|---|
| [ds] | | |
| [action_source] | string | The resolved version of where this event happened (on the web, in a store, on the phone, etc.). In this case, resolved means the one we (Facebook) decided to use based on several inputs, such as the legacy container type being uploaded to, the provided_action_source, etc.; defined in SignalsEventStandardActionSource. |
| [processing_outcome] | string | [ALWAYS USE IN PIPELINES] The processing mode for this event (usual, discarded).<br>* used_in_prod = typical events, send to adconv/targeting/etc.<br>* discarded = thrown away because the event was a duplicate/something. |
| [connection_method] | string | Connection method through which this event was received (e.g. browser, server, merged). Called event_src or signals_connection_method elsewhere |
| [event_category] | string | "[ALWAYS USE IN PIPELINES] The event 'category' for this event (usual, pixel_system_event).<br>* default = typical pixel/etc. events, send to adconv/targeting/etc.<br>* pixel_microdata = Microdata events (page title, etc.)<br>* pixel_button_click = SubscribedButtonClick events. We only send the default category to most downstream systems" |
| ts | string | |
| primary_signal_container_id | bigint | The primary signal container ID with underlying entity as EntAdsPixel or EntOfflineConversionDataset |
| ███████ | bigint | ██ ████████████████████ ████ |
| event_time | double | The webserver timestamp at the moment that log() was called. |
| event_name | string | The name of the event on this pixel fire. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034507

| trace_id | string | UUID used to identify every offsite signals request throughout our ads stack. For more details, see https://fburl.com/pixeldataflow . |
|---|---|---|
| event_process_time | bigint | [miliseconds] Timestamp of when this event was processed by Facebook's server. |
| event_fire_time | bigint | [miliseconds] Timestamp of when this event was reported to fire. For S2S, this is the event_time parameter reported by the advertiser. For the browser pixel, this is a timestamp generated by the browser. |
| agent | string | The partner/software which managed the setup of this pixel. Generally used in the context of partner integrations. Example values would be "wordpress", "gtm" (short for google tag manager) or "zapier". |
| custom_data_json | string | JSON representation of the custom data passed in via the pixel fire. |
| browser_full_version | string | The user's browser version |
| browser_name | string | The name of the user's browser |
| device_os | string | The operating system of the mobile device |
| device_os_version | string | The os version of the mobile device |
| device_model | string | The model of the mobile device |
| mobile_app_id | bigint | The ID number of the mobile app |
| mobile_app_version | string | The version number of the mobile app (as a string) |
| device_type | string | Device type associated to this pixel fire. |
| event_detection_method | string | Whether the website event was sent manually, automatically detected, or both.<br>       See WebsiteEventDetectionMethodEnum for the possible values. |
| session_id | string | The ID of the user session. |
| ██████████ | string | ████████████████████ ████ ████ █ |
| ██████████ | string | ██████████████████ ██ █ ████ █ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034508



| | | |
|---|---|---|
| ██████████████ | string | ████████████████████████████████████████ |
| ███████████████████████ | string | ████████████████████████████████████████████████████ |
| city | string | The city where the pixel is fired (inferred from geo IP location). |
| country | string | The country where the pixel is fired (inferred from geo IP location). |
| has_optout_cookie | boolean | Whether the browser contains opt-out cookie. |
| has_people_based_opt out | boolean | Whether the user has opted out through people based optput. |
| ██████████ | boolean | ████████████████████████████████ |
| user_explicitly_logged out | boolean | Whether the user has explicity logged out of Facebook. |
| █████████████████ | array<bigint> | ████████████████████████████ |
| has_user_pii_data | boolean | Whether the pixel has user PII data attached for matching |
| █████████████ | string | ████████████████████████████████████████ |
| ████████████ | bigint | ████████████████████████████████████████ |
| █████████████████ | string | ████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | | Seehttps://www.internalfb.com/intern/wiki/Pixel-eng/Advanced_Matching/ |
| ██████ | bigint | How the pixel is matched to FB/IG user by ID Graph; uses ██████ |
| ██████ | bigint | ██████ |
| ██████ | string | ██████um |
| ██████ | string | ██████ |
| ██████ | bigint | ██████ (i.e. ██████) |
| version | string | The version of the pixel's code |
| initialization_time | bigint | [miliseconds] Browser-reported timestamp of when the pixel JS (fbevents) started running. |
| city_id | bigint | The city id where the pixel is fired. |
| from_rule_id | bigint | The EntSignalsEventRuleGroup from which this was emitted by the rules engine (typically used by Event Setup Tool or automatically set up events), see fburl.com/pixeldataflow. |
| ██████ | string | ██████ |
| ██████ | string | ██████ |
| contains_sensitive_dat a | boolean | Whether the event contains sensitive data like PII, password, etc. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034510



| | boolean | |
| places_contain_sensitive_data | string | Where this event contains the sensitive data. |
| sensitive_data_types | string | What types of sensitive data we detected from this event. |
| | string | |
| | bigint | |
| | bigint | |
| | bigint | |
| | bigint | |
| | bigint | |
| browser_sid | string | The separable id representation for the browser_id in FR Cookie for Clear History and Nothing But Attribution |
| domain_scoped_browser_sid | string | The separable id representation for the domain scoped browser ID in the _fbp cookie (https://fburl.com/fbpCookie) |
| environmentals | map<string,boolean> | Log the prescence of environmentals in Ads Pixel Traffic. This is used to see properties of the pixel installs and understand the product better. |
| all_provided_match_keys | array<string> | List of all provided match keys |
| | string | |
| | boolean | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034511

| order_sid | string | The separable order ID generated from original order ID. Some products use order ID to find SID, save order SID to make it compliant to Clear History. |
|---|---|---|
| encrypted_external_id | string | The encrypted extern ID encrypted by sid-based key OR as TEII. (https://fburl.com/oin5jix3) |
| geo_ip_zip | string | The zip code where the pixel is fired. |
| encrypted_event_id | string | Event ID encrypted as a TEII value (https://fburl.com/oin5jix3) |
| encrypted_ip_address | string | IP Address encrypted as a TEII value (https://fburl.com/oin5jix3) |
| provided_action_source | string | The action_source indicates the customers action on particular source (e.g., a purchase on a website, over a phone call, etc.). |
| ███████ ██ | boolean | ███████ ███ █ ██ ████ ███ |
| region_id | bigint | The region ID returned by GeoAPI/Tiles for the client IP address |
| extra_data | map<string,string> | Extra keys provided in the ->log() map, that were not utilized by any specified fields. |
| ████████████ | bigint | ████████ █████ ███ ████ |
| █████████ | boolean | ███ ███ █ ████ ████████ ████████ ███████ ██ ██ |
| traffic_relay | string | (Enum SignalsKnownVPN) The traffic relay which was used to send data, either directly to FB or to the advertiser uploading data in some server-to-server way. |
| reason_discarded | string | Why this event was discarded (SignalsDiscardedEventReason) |
| ███████ d | string | ████████ ██ ████ ████ ████ ██ ████ ██████ ███████ █████ ) |
| signals_deduplication_rule_name | string | The name of the rule that determined to discard the event. SignalDeduplicationRuleNames |
| signals_deduplication_original_connection_method | string | Channel through which the original event was received. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| signals_deduplication_original_event_fire_time | bigint | [seconds] The timestamp when the original event was fired rounded to 5s to avoid association with the original event. |
|---|---|---|
| client_user_agent | string | User agent of the device which sent the event. |
| etld_plus_one | string | the etld+1 of the URL we think the pixel fired from, derived from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ links. |
| sdk_type | string | Type of the SDK used to upload this data to FB (e.g. business SDK) |
| sdk_language | string | The language of the SDK used (defined in sdk_type) to upolad this data to FB |
| sdk_version | string | The version of the SDK used (defined in sdk_type) to upload this data to FB |
| uploading_app_id | bigint | The ID of the Facebook platform app hitting the graph API and uploading this data. |
| graph_api_version | string | The graph API version used when uploading this data. Only applies to uploads that came via graph API |
| request_id | string | The original request ID of the upload (also known as fbtrace ID). |
| endpoint | string | The endpoint to which this data was uploaded. |
| ▮▮▮▮▮▮▮▮▮▮ | struct<single_candidate_consumers:map<bigint,array<bigint>>,ig_single_candidate:map<bigint,array<bigint>>,attribution_candidates:map<bigint, | ▮▮▮▮ ▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034513

| | | |
|---|---|---|
| | array\<bigint\>>> | |
| ▓▓▓ ▓▓ ▓▓ ▓▓ ▓▓ | map\<string,bi ▓ | ▓▓ ▓▓ ▓▓▓ ▓▓ ▓ ▓ ▓▓ ▓ ▓ ▓ ▓▓ ▓ |
| ▓▓ ▓▓ ▓ ▓▓ | array\<struct\<id:bigint,custom_event_type:string\>> | ▓▓ ▓▓ ▓▓▓▓ ▓▓ |
| eii_extra_data | string | JSON encoded extra data encrypted by sid-based key OR as TEII. (https://fburl.com/oin5jix3) |
| has_order_id | boolean | This field depicts whether the event has an order id or not |
| ▓▓ ▓ ▓▓ ▓ | map\<bigint,array\<struct\<score:double,match_keys_used:array\<string\>>>> | ▓▓▓ ▓▓▓▓ ▓▓ ▓▓▓▓▓ |
| agent_normalized | string | The normalized value of "agent" that represents the partner integration that created the event. Raw "agent" to "agent_normalized" examples: wordpress-5.6-3.0.0 -> wordpress, GTM -> gtm, plmparticle -> mparticle |
| aem_context | struct\<campaign_bits_lookup_type:bigint,is_cross_device_or_browser:boolean,is_click_from_ | Additional context related to aem. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034514

| | iaw:boolean,original_non_aemified_event_trace_id:string,advertiser_id:string,policy_opt_in_status:struct<att_in_scope:boolean,att_opt_in:boolean,epd_in_scope:boolean,epd_opt_in:boolean>,is_greater_than_one_day_attribution:boolean,ad_conversion_domain:string,is_conversion_att_in_scope:boolean,is_event_level_duplicate:boolean> | |
| decoded_campaign_bits | struct<is_user_opt_in:boole | The decoded campaign bits sent alongside an ad click. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

|  | an,is_optimiz ed_for_roas:b oolean,optimi zed_pixel_id: bigint,optimiz ed_event_na me:string,opti mized_custo m_conversio n_id:bigint,de coded_mmt_ bucket:bigint, decoded_qrt_ bucket:bigint, decoded_rank ing_bucket:bi gint,is_optimi zed_offsite_c onversion_ro as:boolean,is _optimized_o ffsite_engage ment_roas:bo olean> |  |
|---|---|---|
| decoded_conversion_ bits | struct<pixel_i d:bigint,event _name:string, custom_conv | The decoded conversion bits sent to Facebook with a conversion. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034516

| | | |
|---|---|---|
| | ersion_id:bigint,conversion_value:double,conversion_currency:string,decoded_vo_bucket:bigint> | |
| business_id | bigint | ID of business that owns the data_source_id. |
| app_version | string | App version from app traffic |
| ██████████ | array<string> | ███████████████████████████████████████████████████ |
| is_primary_signal_container_consolidated | boolean | Indicates whether the primary signal container (in primary_signal_container_id column) is consolidated. |
| original_event_trace_id | string | The trace ID of the original event not discrded during deduplication. |
| app_event_log_method | string | How the app event is logged |
| known_private_email_domain | bigint | (Enum SignalsKnownPrivateEmailDomain) The domain of the email address used as PII for this event. This field should not be used outside of monitoring use cases (see L1083128PRV3) |
| ██████████ | array<bigint> | ██████████████████████████████ |
| ██████r_ | map<bigint,struct<allowed_purpose_types:array<bigint>,is_calcula | ██████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | ted_for_event:boolean,decision_granularity_type:bigint,consent_status_type:bigint,consent_basis_types:array<bigint>>> | |
| capi_platform_metadata | array<struct<name:string,integration_string_type:string,version:string,is_verified_by_app_id:boolean>> | conversions API Integration platform metadata |
| mobile_store_object_id | bigint | The digital store object id associated with the event. |
| ch_match_method | string | The match method that can be used by clear history |
| ~~aggregation_id~~ | string | Aggregation ID associated with the web/app event. |
| ███████████ | bigint | ███████████████ e ███████████ t |
| ~~anonymous_id~~ | string | Anonymous ID associated with the app event |
| aggregate_id | string | Aggregate ID associated with the web/app event. |
| data_source_filters | array<bigint> | FBIDs of EntSignalsDataSourceFilter instances that were run again and passed the provided signal |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034518



| | array&lt;string&gt; | |
| ▮▮▮ | struct&lt;name:string,is_in_treatment:boolean,is_in_control:boolean,is_exposed:boolean&gt; | |
| ▮▮▮ | array&lt;string&gt; | |
| ▮▮▮ | bigint | |
| event_id_count | bigint | This field depicts the total number of event ids |
| data_processing_options_string_types | array&lt;string&gt; | set of data processing options from incoming event, includes AMO, LDU |
| data_processing_options_country_type | bigint | data processing options country from incoming event |
| data_processing_options_state_type | bigint | data processing options state from incoming event |
| ▮▮▮ | boolean | |
| is_inferred_install | boolean | A flag for aemv2, to flag out inferred installs from general installs. |
| event_tag_ids | array&lt;bigint&gt; | FBIDs of EntSignalsEventTag that the current event contains |
| ▮▮▮ | boolean | |
| privacy_jurisdiction_string_type | string | The Privacy Jurisdiction of the user |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034519

| privacy_jurisdiction_string_types | array<string> | The Privacy Jurisdiction of the user |
|---|---|---|
| is_from_smart_router | boolean | This field depicts whether the app capi event is from AE-API to CAPI smart router |
| device_anonymous_sid | string | Anonymous SID for anonymous device ID (app-scoped device ID generated by SDK) |
| is_cs_est_enabled | boolean | This field indicates whether this event is derived from client side EST(Event Setup Tool). PageView will contains the flag when EST is enabled |
| ██████████ | string | ████████████████████████████████ ████████ |
| is_ios_reinstall | boolean | A flag for aemv2, to flag out reinstalls from general installs. |
| ██████████ | map<string,array<string>> | ████████████████████████ |
| ██████████ | string | ████████████████████████ |
| filtered_params | struct<unwanted_params:array<string>,restricted_params:array<string>> | Filtered custom data payload parameters from the clientside pixel |
| fb_events_config_map | map<bigint,struct<auto_config_enabled:boolean,auto_config_explicitly_disabled: | This field holds automatic configuration options for pixel events |

PIXEL_TAX000034520

| | | |
|---|---|---|
| | boolean,config_fetching_enabled:boolean,no_config_data:boolean,request_method:string,client_request_method:string,supports_object_define_property:boolean,supports_send_beacon:boolean,timings:map<string,double>,release_segment:string,pii_was_invalidated:boolean,is_headless_browser:boolean,is_selenium_detected:boolean,may_benefit_from_automatic_adv_matching:boolean, | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034521

| | options_bits: bigint,track_methods:string>> | |
|---|---|---|
| standard_properties | struct<contents:array<struct<content_id: string,content_category:string,content_name:string,content_string_type:string,quantity:bigint,item_price:double,home_listing_metadata:struct<availability_string_type:string,timestamp_lease_start:bigint,timestamp_lease_end:bigint,listing_string_type:string,neighborhood:string,pref | Schematized version of existing custom_data_json |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034522

| | | |
|---|---|---|
| | erred_baths_r ange:struct< min:bigint,ma x:bigint>,pref erred_beds_r ange:struct< min:bigint,ma x:bigint>,pref erred_price_r ange:struct< min:double,m ax:double>,pr operty_string _type:string,c ity:string,regi on:string,cou ntry:string,su ggested_hom e_listings:arr ay<string>>, hotel_metada ta:struct<time stamp_checki n:bigint,times tamp_checko ut:bigint,desti nation_ids:arr ay<string>,ho tel_score:dou | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034523

| | | |
|---|---|---|
| | ble,num_adults:bigint,num_children:bigint,preferred_neighborhoods:array<string>,preferred_price_range:struct<min:double,max:double>,preferred_star_ratings:struct<min:bigint,max:bigint>,user_bucket:bigint,city:string,region:string,country:string,suggested_hotels:array<string>>,flight_metadata:struct<timestamp_departing_departure:bigint,timestamp_returning_departure:bigint,timestamp | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034524

|  | _departing_arrival:bigint,timestamp_returning_arrival:bigint,origin_airport_code:string,destination_airport_code:string,destination_ids: array<string> ,num_adults: bigint,num_children:bigint ,num_infants: bigint,lowest_price:double ,travel_class_string_type:string,preferred_num_stops:bigint>,destination_metadata:struct<timestamp_travel_start:bigint,timestamp_travel_end:bigint,num_adults: |  |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034525

| | | |
|---|---|---|
| | bigint,num_c hildren:bigint ,city:string,re gion:string,co untry:string,s uggested_des tinations:arra y<string>>,v ehicle_metad ata:struct<pos tal_code:strin g,country:stri ng,make:strin g,model:strin g,year:bigint, state_of_vehi cle_string_ty pe:string,mile age_value:big int,mileage_u nit_string_typ e:string,exteri or_color:strin g,transmissio n_string_type :string,body_ style_string_t ype:string,fue l_type_string | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034526

| | | |
|---|---|---|
| | _type:string,drivetrain_string_type:string,preferred_price_range:struct<min:double,max:double>,trim:string,vin:string,interior_color:string,condition_of_vehicle_string_type:string,suggested_vehicles:array<string>>,vehicle_offer_metadata:struct<dma_code:string,make:string,model:string,year:bigint,body_style_string_type:string,trim:string>,automotive_model_metadata:struct<make:string, | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034527

| | | |
|---|---|---|
| | model:string, year:bigint,transmission_string_type:string,body_style_string_type:string,fuel_type_string_type:string,drivetrain_string_type:string>,location_based_item_metadata:struct<city:string,region:string,country:string,suggested_location_based_items:array<string>>,local_service_business_metadata:struct<city:string,region:string,country:string,suggested_local_service_businesses:array<str | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034528

| | | |
|---|---|---|
| | ing>>,job_me tadata:struct< city:string,reg ion:string,cou ntry:string,su ggested_jobs: array<string> >>>,delivery _category_str ing_type:strin g,num_items: bigint,order_i d:string,predi cted_ltv:doub le,search_stri ng:string,stat us:string,curr ency_code:str ing,total_pric e:double,lead _event_sourc e:string,produ ct_catalog_id :bigint> | |
| custom_properties | map<string,st ring> | Any parameter passed as part of custom_data_json that is not a standard property (as would be included in standard_properties_v1). It is represented as a map of the key provided to the value. In the case of n-dimensional parameters, it is flattened into 1-dimensional and the keys |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034529

| | | |
|---|---|---|
| | | are concatenated using periods, e.g. {foo:{bar:1}} would be translated to {"foo.bar": 1} |
| provided_custom_con version_ids | array\<bigint\> | Raw set of custom conversions provided as part of pixel request (coerced to OID, but otherwise not validated). |
| provided_audience_pr operty_ids | array\<bigint\> | Raw set of audience property IDs provided as part of pixel request (coerced to OID, but otherwise not validated). These are inputs to calculating audience membership in DAPL. |
| ██████████████████ | array\<bigint\> | ████████████████████████████████████ |
| | array\<string\> | ████████████████████████████████████ |
| is_event_in_core_setu p | boolean | This field indicates whether this event is in a core setup (fka protected mode), and thus has its freeform data points removed on the client side / or server side before Signals processing |
| core_setup_freeform_ data_filtering_source | string | This field indicates where the event had its freeform data points filtered (client side, or server side). This is only relevant for events that are in a core setup (fka protected mode); otherwise this will be NOT_IN_CORE_SETUP. |
| has_freeform_data | boolean | This field indicates whether this event contains freeform data points during Signals Processing (after protected related filtering). Freeform data points include: Untruncated URLs, custom properties in events, Microdata, SubscribedButtonClicks. |
| ██████████████████ | map\<string,st ruct\<experim ent_name:stri ng,condition_ name:string\> \> | ████████████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ██████████ ██ █ t | ██████ | ██ ██ ████████████ ████ ██ ██ ████ |
|---|---|---|
| ████████ | | ██ ████████ |
| web_to_app_joint_tra ce_id | string | UUID used to match each app event and its corresponding forked web event for web2app. |
| ████████ █ | string | ██ ██ ████████████████ ████████ █ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_TAX000034531