# EXHIBIT 67

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT L

```sql
-- SQL count of redacted events

SELECT
    ds,
    entity,

    /* ---------- TOTAL ---------- */
    COUNT(*) AS total_events,

    /* ---------- USED IN PROD ---------- */
    COUNT(CASE WHEN processing_outcome = 'used_in_prod' THEN 1 END) AS
    used_in_prod_events,
    ROUND(100.0 * COUNT(CASE WHEN processing_outcome = 'used_in_prod' THEN 1 END) / COUNT
    (*), 2) AS pct_used_in_prod,

    /* ---------- DISCARDED TOTAL ---------- */
    COUNT(CASE WHEN processing_outcome = ████████████ THEN 1 END) AS ██████████████████
    ROUND(100.0 * COUNT(CASE WHEN processing_outcome = ████████████ THEN 1 END) / COUNT
    (*), 2) AS ████████████,

    /* ---------- DISCARDED: BOT ---------- */
    COUNT(CASE WHEN processing_outcome = ████████████ AND reason_discarded = ████████████ '
     THEN 1 END) AS ████████████████████
    ROUND(100.0 * COUNT(CASE WHEN processing_outcome = ████████████ AND reason_discarded =
    ████████████████ THEN 1 END) / COUNT(*), 2) AS ████████████████████

FROM meta.offsite_signals
  WHERE entity IN ('hrblock', 'taxact')
GROUP BY ds, entity
ORDER BY entity, ds;
```