# EXHIBIT 68

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT P

```sql
-- SQL code to select [REDACTED] and [REDACTED] data

SET NOCOUNT ON;

WITH deduped AS (
    SELECT
        [REDACTED]                          -- the FB ID from meta.ads_pixel_traffic
        [REDACTED]                          -- ID of the website sending the pixel information
        [REDACTED],                         -- the ZIP from meta.ads_pixel_traffic
        z.physical_state,                   -- the matched state from usps.zip_details
        CASE
            WHEN [REDACTED]' THEN 'TaxAct'
            WHEN [REDACTED]  THEN 'H&R Block'
            ELSE 'Unknown'
        END AS company_name,
        ROW_NUMBER() OVER (
            PARTITION BY t[REDACTED]
            ORDER BY [REDACTED]
        ) AS rn
    FROM meta.ads_pixel_traffic AS t
    INNER JOIN usps.zip_details AS z
        ON t.[REDACTED]
    WHERE [REDACTED]
      AND [REDACTED]
)
SELECT
    [REDACTED]
    [REDACTED],
    [REDACTED],
    [REDACTED]
FROM deduped
WHERE rn = 1
ORDER BY
    [REDACTED]
```