# EXHIBIT 69

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT O

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

IN RE:

META PIXEL HEALTHCARE     No. 3:22-cv-3580-WHO (VKD)

LITIGATION

_____/

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

30(b)(6) VIDEOTAPED DEPOSITION OF TOBIAS WOOLDRIDGE

PALO ALTO, CALIFORNIA

MONDAY, APRIL 28, 2025

STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 7340108

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

IN RE:

META PIXEL HEALTHCARE      No. 3:22-cv-3580-WHO (VKD)

LITIGATION

_____/

30(b)(6) Videotaped Deposition of

Tobias Wooldridge, taken on behalf of Plaintiffs,

Pursuant to Notice, on Monday, April 28, 2025, at

Gibson Dunn & Crutcher, LLP, 310 University Avenue,

Palo Alto, California 94301, beginning at

9:18 a.m., and ending at 3:34 p.m., before me,

ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR, CLR ~

License No. 9830.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 3

A P P E A R A N C E S:


   FOR PLAINTIFFS AND THE PROPOSED CLASS:

        SIMMONS HANLY CONROY LLC

        By:  JASON "JAY" BARNES, Esq.

             ERIC JOHNSON, Esq. - Illinois Office

        112 Madison Avenue, 7th Floor

        New York, New York 10016

        212.784.6400

        jaybarnes@simmonsfirm.com


- and -


        TERRELL MARSHALL LAW GROUP PLLC

        By:  RYAN TACK-HOOPER, Esq.

        936 North 34th Street, Suite 300

        Seattle, Washington 98103

        206.816.6603

        rtack-hooper@terrellmarshall.com

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 4

A P P E A R A N C E S:  (CONT.)


   FOR THE DEFENDANTS:

        GIBSON, DUNN & CRUTCHER LLP

        By:  ELIZABETH KATHARINE MCCLOSKEY, Esq.

             ASHLEY ROGERS, Esq. - Dallas Office

             NATALIE HAUSKNECHT, Esq. - Denver Office

        One Embarcadero Center, Suite 2600

        San Francisco, California 94111

        415.393.8200

        emccloskey@gibsondunn.com



   ZOOM ATTENDEES

        GIBSON DUNN & CRUTCHER LLP

        By:  MATT BUONGIORNO, Esq.

             MATTHEW REAGAN, Esq. - San Francisco

        811 Main Street, Suite 3000

        Houston, Texas 77002

        214.698.3204

        mbuongiorno@gibsondunn.com

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 5

A P P E A R A N C E S:    (CONT.)

ALSO PRESENT:

Cameron Tuttle, Videographer

Veronica Nauts, Meta in-house counsel

Carrie Bodner, Meta in-house counsel

---oOo---

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 6

INDEX

WITNESS:  Tobias Wooldridge - 30(b)(6)

EXAMINATION                                          PAGE

By Mr. Barnes                                    14, 186

By Ms. McCloskey                                     182

---oOo---

EXHIBITS

EXHIBIT                                              PAGE

Exhibit 384  Upcoming Enhancements to the           16

             Facebook Pixel-CASS

             PIXEL_HEALTH001254513 - '30

Exhibit 385  Does Meta agree that, fro 2017         25

             to 2022, it had logic that should

             have disabled ButtonClicks and

             Microdata for healthcare websites

             but Meta's investigations revealed

             that is coverage was inadequate?

Exhibit 386  Signals Investigation Review -         26

             Recommendations,

             PIXEL_HEALTH000916890 - '91

//

//

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 7

E X H I B I T S

EXHIBIT                                                    PAGE

Exhibit 387   Does Meta agree that, from 2017      31
              to 2-22, Meta turned the
              "autoConfig" setting to "FALSE"
              of each Pixel in the
              ███████████████████████   list?

Exhibit 388   AAM Meeting notes May 25<A/C Priv>   34
              PIXEL_HEALTH000888521 - '22

Exhibit 389   Does Meta agree that               38
              SubscribedButtonClick events
              should have been disabled for
              healthcare providers in the
              United States?

Exhibit 390   Does Meta agree that, from 2017 to   42
              2022, Automatic Events for the
              Meta Pixel were, in fact, enabled
              on healthcare provider
              web-properties?

Exhibit 391   Does Meta agree that, as of the      45
              second half of 2022, the Meta
              Pixel was sending SubscribedButtonClick
              for at least ██████ Pixels in
              "sensitive" categories based on Meta's
              new classifications?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 8

E X H I B I T S

| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 392 | 9-27-22 E-mail, | 58 |
| | PIXEL_HEALTH0001227832 - '33 | |
| Exhibit 393 | Topic 1(e) - The Filter List | 61 |
| Exhibit 394 | ███████████████████████ | 68 |
| | ███████████████ | |
| Exhibit 395 | ████████████████████ | 72 |
| | ███████████████ | |
| | PIXEL_HEALTH000487450 | |
| Exhibit 396 | Classification using Public | 76 |
| | Institution Lists | |
| | PIXEL_HEALTH000947835 - '41 | |
| Exhibit 397 | Does Meta agree it provided | 94 |
| | healthcare providers with a toggle | |
| | so that, if clicked by the | |
| | healthcare provider, the Meta Pixel | |
| | would send SubscribedButtonClick | |
| | events to Meta even if the | |
| | healthcare providers was in the | |
| | ████████████████████? | |
| Exhibit 398 | Impact Analysis Questions | 94 |
| | PIXEL_HEALTH000604527 - '29K | |

//

//

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 9

E X H I B I T S

EXHIBIT                                                      PAGE

Exhibit 399   Does Meta agree that, to enable      97
              Automatic Events, Meta permitted
              a healthcare provider on the
              ███████████████████████ list to
              make the following change so that
              the Meta source code would send Pixel
              Button Clicks data to Meta?

Exhibit 400   Does meta agree that it added a      100
              toggle to Events Manager for
              advertisers to opt-out of being
              considered a "Sensitive Vertical"?

Exhibit 401   Updating Sensitive Verticals -       100
              Adding an Opt-out,
              PIXEL_HEALTH000285046 = '49

Exhibit 402   If an advertiser says they're good, 103
              even if our internal systems are
              like, "Hey this business is
              [hospital] because they're linked to
              a page," we should be able to turn
              on theses various features for
              them.

Exhibit 403   Topic 3 - Geo-location              106
              PIXEL_HEALTH000110510

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 10

E X H I B I T S

EXHIBIT                                                      PAGE

Exhibit 404  DataCenter List                                 111

             PIXEL_HEALTH000878232 - '457

Exhibit 405  Does Meta agree that                            113

             SubscribedButtonCliick events

             from healthcare providers almost

             certainly fed into ads ranking and

             Meta cannot say that it did not?

Exhibit 406  AAM Meeting notes May 25 <A/C Priv> 114

             PIXEL_HEALTH000888521 - '22

Exhibit 407  Does Meta agree that its sensitive   117

             data filtering systems were not

             catching all potentially sensitive

             terms from healthcare provider

             web-properties?

Exhibit 408  offset_signals,                                 156

             PIXEL_HEALTH000110510


                    ---oOo.  --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

PREVIOUSLY MARKED EXHIBITS

EXHIBIT                                                          PAGE

Exhibit 25                                                         46

Exhibit 14                                                        167

Exhibit 20                                                        174

---oOo---

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 12

DEPOSITION PROCEEDINGS

MONDAY, APRIL 28, 2025

---oOo---

THE VIDEOGRAPHER:  Good morning.  We are going on the record.  The time is 9:18 a.m. on April 28, 2025.

Please note that the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones at this time.

Audio and video recording will continue to take place, unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Tobias Wooldridge, taken by counsel for Plaintiff.

In the matter of In Re Meta Pixel Healthcare Litigation.  Filed in the United States District Court, Northern District of California.  Case No. 3:22-cv-3580-WHO.

The location of the deposition is 310 University Avenue, Palo Alto, California 94301.

My name is Cameron Tuttle, representing Veritext.  I am the videographer.  I am not authorized to administer an oath.  I am not related to any party

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 107

previously, yes.

Q   Okay.  What does the term "where the pixel is fired" mean in each of the comment fields excerpted from the schema for offsite_signals?

A   For the first four columns listed in this list; City, Country, City ID, and GYP ZIP -- I think there may be a transcription error in GYP ZIP.  I thinks that is supposed to be a nondisqual, but...

Q   Good point.  Thank you.

A   For each of those columns, this refers to the location that was estimated based on the IP address that was, you know, sent with the transmission of the pixel data to Meta.

Q   So is it the IP address of the Facebook user, a class member in this case, the business using the pixel, or a Meta server?

A   For pixel events, this would tend to be the IP address of the device which they're using, unless, for instance, they may be using some sort of relay or proxy or VPN.

Q   You say "they."  Do you mean the end user, not the website, but the end user is the "they" that you're saying; correct?

MS. MCCLOSKEY:  Object to form; vague.

THE WITNESS:  When I say -- when I said

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 108

"they," I was referring to the person utilizing the device.

MR. BARNES:  Okay.

MS. MCCLOSKEY:  I'm just going to note for the record that this document was provided to counsel last Thursday at the end of the business day.  So in other words, one business day prior to today's deposition.  It also did not attach the document that is attached after the first page.  So it was a different document than counsel is showing the witness today.

MR. BARNES:  Q.  Mr. Wooldridge, are you familiar with the offsite_signals table?

A    I am familiar with the table.

Q    Were you asked to prepare for the Off- -- to testify about the offsite_signals table for this deposition?

MS. MCCLOSKEY:  Object to form.

MR. BARNES:  We're going to move on.  We've wasted enough time with this.

Q    So --

MS. MCCLOSKEY:  You've wasted enough time with this.

MR. BARNES:  Q.  -- it's the user; correct?  Let's do it by 20 -- I'm -- I'm in the chart on the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 189

Highly Confidential.

STENOGRAPHIC REPORTER:  Do you need a rough?

MR. BARNES:  Yes.  Yes.

(WHEREUPON, the deposition ended

at 3:34 p.m.)

---oOo---

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 190

CERTIFICATE OF STENOGRAPHIC REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing remote deposition was by me sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said remote deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ ] was [x] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: May 7, 2025

_____

ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830