# EXHIBIT 70

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

# EXHIBIT Q

```sql
SELECT COUNT(*) AS tax_info_row_count
FROM meta.offsite_signals
WHERE action_source = 'website'
    AND processing_outcome = 'used_in_prod'
    AND event_category = 'default'
    AND connection_method IN ('browser','server')
    AND (custom_data_json LIKE █████████████
    OR custom_data_json LIKE ███████
    OR custom_data_json LIKE █████████████████
    OR custom_data_json LIKE ███████████
    OR custom_data_json LIKE █████████████
    OR custom_data_json LIKE ██████████████
    OR custom_data_json LIKE ████████████
    OR custom_data_json LIKE ███████████
    OR custom_data_json LIKE ██████████
    OR custom_data_json LIKE ██████████
    OR custom_data_json LIKE █████████
    OR custom_data_json LIKE ██████
    OR custom_data_json LIKE ████████████
    OR custom_data_json LIKE █████████████
    OR custom_data_json LIKE ████████████
    OR custom_data_json LIKE ██████████
    OR custom_data_json LIKE █████████
    OR custom_data_json LIKE ████████████
    OR custom_data_json LIKE ████████'
    OR custom_data_json LIKE ██████;

SELECT COUNT(*) AS tax_info_not_removed_row_count
FROM meta.offsite_signals
  WHERE action_source = 'website'
    AND processing_outcome = 'used_in_prod'
    AND event_category = 'default'
    AND connection_method IN ('browser','server')
    AND ((JSON_VALUE(custom_data_json,████████████') IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,███████))) <> ''
    AND JSON_VALUE(custom_data_json,████████) < █
    OR (JSON_VALUE(custom_data_json,██████ IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,████████)) <> ''
    AND JSON_VALUE(custom_data_json,███████ <> ████')
    OR (JSON_VALUE(custom_data_json,█████████ IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,█████████))) <> ''
    AND JSON_VALUE(custom_data_json,███████) < ████████
    OR (JSON_VALUE(custom_data_json,██████ IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,'███████))) <> ''
    AND JSON_VALUE(custom_data_json,█████') <> ████')
    OR (JSON_VALUE(custom_data_json,█████████) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,███████████))) <> ''
    AND JSON_VALUE(custom_data_json,█████) <> ██████)
    OR (JSON_VALUE(custom_data_json,██████████ IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,██████████))) <> ''
    AND JSON_VALUE(custom_data_json,█████████') < ██████
    OR (JSON_VALUE(custom_data_json,███████) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,████████))) <> ''
    AND JSON_VALUE(custom_data_json,████████ <> ██████)
    OR (JSON_VALUE(custom_data_json,'████████ ) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,██████████)) <> ''
    AND JSON_VALUE(custom_data_json,███████') <> █████
    OR (JSON_VALUE(custom_data_json,███████) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,███████)) <> ''
    AND JSON_VALUE(custom_data_json,██████) <> ████████
    OR (JSON_VALUE(custom_data_json,██████) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,███████))) <> ''
    AND JSON_VALUE(custom_data_json,█████ < ████████
    OR (JSON_VALUE(custom_data_json,██████) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,███████))) <> ''
    AND JSON_VALUE(custom_data_json,█████) <> ████)
```

```sql
    OR (JSON_VALUE(custom_data_json,                           ) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,                        ))) <> ''
    AND JSON_VALUE(custom_data_json,                          )
    OR (JSON_VALUE(custom_data_json,                          ) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,                           )))      <> ''
    AND JSON_VALUE(custom_data_json,                         ) <
    OR (JSON_VALUE(custom_data_json,                     ) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,                      ))) <> ''
    AND JSON_VALUE(custom_data_json,                    ) <
    OR (JSON_VALUE(custom_data_json,                ) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,                    ))) <> ''
    AND JSON_VALUE(custom_data_json,             <>
    OR (JSON_VALUE(custom_data_json,           ) IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,              )) <> ''
    AND JSON_VALUE(custom_data_json,       ') <>          )
    OR (JSON_VALUE(custom_data_json,                 IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,                  )) <> ''
    AND JSON_VALUE(custom_data_json,           ) <>      )
    OR (JSON_VALUE(custom_data_json,        IS NOT NULL
    AND LTRIM(RTRIM(JSON_VALUE(custom_data_json,        ))) <> ''
    AND JSON_VALUE(custom_data_json,          <
```