Samuel M. Ward (SBN 216562)
sward@barrack.com
**BARRACK RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

*Attorney for Terminated Plaintiff C.P.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

IN RE META PIXEL TAX FILING CASES,

This Document relates to:  All Cases

Case No. 5:22-cv-07557-PCP (VKD)

**NOTICE OF WITHDRAWAL OF COUNSEL SAMUEL M. WARD**

NOTICE OF WITHDRAWAL OF COUNSEL SAMUEL M. WARD

PLEASE TAKE NOTICE that Samuel M. Ward (SBN 216562) is no longer affiliated with the law firm of Barrack, Rodos & Bacine.  Pursuant to Local Rule 5-1(c)(2)(C), the firm hereby withdraws his appearance in this matter as counsel for Terminated Plaintiff C.P. and further requests that: (a) his name be removed from any applicable service list herein; and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to sward@barrack.com in the above-captioned case.

Since Samuel M. Ward is the only Barrack, Rodos & Bacine attorney on the docket, Barrack, Rodos & Baince will no longer have any role in this matter. No other changes are requested at this time regarding Plaintiff's counsel of record.

Dated:  July 30, 2026

Respectfully submitted,

*/s/ Samuel M. Ward*

Samuel M. Ward (216562)
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:     (619) 230-0800
Facsimile:     (619) 230-1874
Email: sward@barrack.com

*Attorney for Terminated Plaintiff C.P.*

1
NOTICE OF WITHDRAWAL OF COUNSEL SAMUEL M. WARD

**CERTIFICATE OF SERVICE**

I, Samuel M. Ward, declare that I am over the age of 18 years and not a party to this action, and that I caused Plaintiff's Notice of Withdrawal of Counsel Samuel M. Ward to be served on all parties to this action on July 30, 2026, via the Court's CM/ECF System.

By: */s/ Samuel M. Ward*
SAMUEL M. WARD

2
NOTICE OF WITHDRAWAL OF COUNSEL SAMUEL M. WARD