**HAGENS BERMAN SOBOL SHAPIRO LLP**

Rebecca A. Peterson (Cal. Bar No. 241858)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8665
Email: rebecca.peterson@hbsslaw.com

**Honorable P. Casey Pitts**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In Re Meta Pixel Tax Filing Cases

Case No. 5:22-cv-07557-PCP

**NOTICE OF WITHDRAWAL**

***Clerk's Action Required***

**PLEASE TAKE NOTICE** that Rebecca A. Peterson formerly of Hecht Partners LLP withdraws as attorney for Plaintiffs in the above-entitled action.

DATED: October 14, 2026.

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson (pro hac vice)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8665
Email: rebecca.peterson@hbsslaw.com

***Withdrawing Attorney for Plaintiff***



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX