**HAGENS BERMAN SOBOL SHAPIRO LLP**

Rebecca A. Peterson (Cal. Bar No. 241858)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8665
Email: rebecca.peterson@hbsslaw.com

**Honorable P. Casey Pitts**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Meta Pixel Tax Filing Cases | Case No. 5:22-cv-07557-PCP<br><br>**NOTICE OF WITHDRAWAL**<br><br>***Clerk's Action Required*** |

**PLEASE TAKE NOTICE** that Rebecca A. Peterson formerly of Hecht Partners LLP withdraws as attorney for Plaintiffs in the above-entitled action.

DATED: October 14, 2026.

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson (pro hac vice)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8665
Email: rebecca.peterson@hbsslaw.com

***Withdrawing Attorney for Plaintiff***